UNITED STATES DISTRICT COURT
for the Northern District of Florida, Pensacola

UNITED STATES OF AMERICA, ex rel.
ROBERT V. SMITH,

    Plaintiffs,

Vs.                              Civil Action No.: 3:20CV3678/MCR/EMT

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____/

## APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF, ROBERT V. SMITH

To:    Clerk of the Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as additional counsel for Plaintiff, Robert V. Smith.

    Dated this 10th day of December, 2020.

                                        */s/ Elizabeth C. Billhimer*
                                        ELIZABETH C. BILLHIMER
                                        Florida Bar No. 121986
                                        CLARK PARTINGTON
                                        4100 Legendary Drive, Suite 200
                                        Destin, Florida 32541
                                        Telephone: (850) 650-3304
                                        Facsimile: (850) 650-3305
                                        ebillhimer@clarkpartington.com
                                        wlemon@clarkpartington.com