UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT V. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> JAY A. ODOM; OKALOOSA COUNTY, BOARD OF COMMISSIONERS, <br><br> Defendants. | Civil case No. 3:20-cv-3678-MCR/EMT |

## NOTICE OF APPEARANCE

COMES NOW the United States of America and gives notice that the United States of America is represented in this action by U.S. Department of Justice, Civil Division Trial Attorney David M. Sobotkin.  All further pleadings and correspondence in this action should be directed to the undersigned.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
Director

SARA MCLEAN
Assistant Director

        /s/ David M. Sobotkin

        DAVID M. SOBOTKIN
        N.Y. Bar No. 4480018
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Fraud Section
        Post Office Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 353-1291
        Email: david.m.sobotkin@usdoj.gov

Dated:  December 15, 2020

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this 15th day of December, 2020.

/s/ David M. Sobotkin
DAVID M. SOBOTKIN