12-12-20
715A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT V. SMITH<br><br>*Plaintiff(s)*<br>v.<br><br>JAY A. ODOM and OKALOOSA COUNTY,<br>BOARD OF COUNTY COMMISSIONERS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:20CV3678/MCR/EMT<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jay A. Odom
4652 Gulfstarr Drive
Destin, Florida 32541

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL J. SCHOFIELD/AMELIA H. BEARD
CLARK PARTINGTON
125 EAST INTENDENCIA STREET
PENSACOLA, FLORIDA 32591-3010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 12/10/2020          /s/ Monica Broussard, Deputy Clerk
                          *Signature of Clerk or Deputy Clerk*

JIM INGLE, JR. #448
CERTIFIED PROCESS
SERVER FIRST JUDICIAL
CIRCUIT OF FLORIDA
DATE 12-14-20  TIME 2:00

DAWN STUTZ.
ATT.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20CV3678/MCR/EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jay A. Odom__
was received by me on *(date)* __12-12-20  -7:15a__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dawn Stuntz - Attorney__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Jay A. Odom__ on *(date)* __12.14.20  2:00p__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____

__J. Ingle #441__
Server's signature

__Jim Ingle Jr #441__
Printed name and title

__619 E. Nelson Ave, DFS, FL 32433__
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

To be served: **Jay A. Odom**
Address: 4652 Gulfstarr Dr
City: Destin   State: FL   Zip: 32541
COUNTY: _____   COURT: U.S. District   CASE NO: 3:20 CV 3678/MCR/EMT

PLAINTIFF/PETITIONER: United States of America ex rel. Robert V. Smith

DEFENDANT/RESPONDENT: Jay A. Odom and Okaloosa County Board of County Commissioners

Type of Writ: Summons and Complaint

ATTORNEY/FIRM: Clark Partington
Address 125 E. Intendencia St.   City: Pensacola   State: FL   Zip: 32591
Received this writ on the 12 day of Dec, 2020, at 7:15 (a.m.) or (p.m.) and served the same at 2:00 (a.m.) or (p.m.) on the 14 day of Dec, 2020, as follows:
To: Dawn Stantz (recipient) as Attorney (title)
For: Jay Odom
At 4652 Gulfstarr Dr   City Destin   State FL   Zip 32541

___ INDIVIDUAL/PERSONAL SERVICE, pursuant to F.S. 48.031
___ SUBSTITUTE SERVICE, pursuant to F.S. 48.031
___ CORPORATE SERVICE, pursuant to F.S. 48.081-1, 48.08-3 or 48.091.
___ GOVERNMENT AGENCY, pursuant to F.S. 48.121 or 48.111
_X_ DESIGNATED RECIPIENT, pursuant to F.S., 48.031-4a
___ POSTED SERVICE: By attaching a copy of this process, together with any attachments to a conspicuous place on the property described herein after two or more attempts to obtain personal or substitute service at least six (6) hours apart.
Attempts at service ___/___/___ at ___:___ (a.m.) or (p.m.) & ___/___/___ at ___:___ (a.m. or p.m.)
___ NON-SERVICE: After diligent search and inquiry, I was unable to locate the within names subject in _____ County, Florida.
___ OTHER: _____
MILITARY: __ YES _X_ NO, MARITAL STATUS: ___ YES _X_ NO

I, the undersigned do here by certify that I am competent to serve process, am over eighteen years old, not interested in this action and duly authorized to serve the above described process. I further certify that I received this process at the time and dated described above and served a true copy of the same, together with attachments if any, with the date and hour of service endorsed thereon by me.
Under penalty of perjury, I declare that I have read the foregoing affidavit and the facts contained therein are true and correct to the best of my knowledge.

NAME: _____   ID#448 CERTIFIED PROCESS SERVER
Jim Ingle, Jr., PI, CPS #448   FIRST JUDICIAL CIRCUIT OF FLORIDA

Jim Ingle, Jr., 619 E Nelson Avenue, Ste A, Defuniak Springs, Florida 32433
(850)585-5340