AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT V. SMITH <br><br> *Plaintiff(s)* <br><br> v. <br><br> JAY A. ODOM and OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:20CV3678/MCR/EMT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS
302 N. WILSON STREET, SUITE 302
CRESTVIEW, FLORIDA 32536

A lawsuit has been filed against you.

JIM INGLE, JR. #448
CERTIFIED PROCESS
SERVER FIRST JUDICIAL
CIRCUIT OF FLORIDA
DATE 12-15-20  TIME 8:30 A

Kelly Byrd - Risk Mgr

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL J. SCHOFIELD/AMELIA H. BEARD
CLARK PARTINGTON
125 EAST INTENDENCIA STREET
PENSACOLA, FLORIDA 32591-3010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date:  12/10/2020      /s/ Monica Broussard, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20CV3678/MCR/EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Okaloosa Board of County Commission
was received by me on *(date)* 12-12-20.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelly Byrd - Risk Manager, who is designated by law to accept service of process on behalf of *(name of organization)* County Commissioners on *(date)* 12-15-20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: J Dill #448

Printed name and title: Jim Ingle Jr

Server's address: 619 E. Nelson Ave, DFS, Fl. 32433

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

To be served: OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS
Address: 302 N. Wilson St. #302
City: Crestview State: FL. Zip: 32536
COUNTY: U.S. District COURT: U.S. District Court CASE NO: 3:20CV3678/MCR/EMT
PLAINTIFF/PETITIONER: United States of America, ex rel Robert V. Smith
DEFENDANT/RESPONDENT: Jay Odom and Okaloosa County Board of County Commissioners
Type of Writ: Summons and Complaint

ATTORNEY/FIRM: Clark Partington
Address: 125 E. Intendencia City: Pensacola State: FL. Zip: 32591
Received this writ on the 12 day of Dec, 2020, at 7:15 (a.m.) or (p.m.) and served the same at 8:00 (a.m.) or(p.m.) on the 15 day of Dec, 2020, as follows:
To: Kelly Byrno (recipient) as Risk Manager (title)
For
At _____ City _____ State ___ Zip

___ INDIVIDUAL/PERSONAL SERVICE, pursuant to F.S. 48.031
___ SUBSTITUTE SERVICE, pursuant to F.S. 48.031
___ CORPORATE SERVICE, pursuant to F.S. 48.081-1, 48.08-3 or 48.091.
___ GOVERNMENT AGENCY, pursuant to F.S. 48.121 or 48.111
_X_ DESIGNATED RECIPIENT, pursuant to F.S., 48.031-4a
___ POSTED SERVICE: By attaching a copy of this process, together with any attachments to a conspicuous place on the property described herein after two or more attempts to obtain personal or substitute service at least six (6) hours apart.
Attempts at service __/__/__ at __:__ (a.m.) or (p.m.) & __/__/__ at __:__ (a.m. or p.m.)
___ NON-SERVICE: After diligent search and inquiry, I was unable to locate the within names subject in _____ County, Florida.
___ OTHER: _____
MILITARY: ___ YES _X_ NO, MARITAL STATUS: _X_ YES ___ NO

I, the undersigned do here by certify that I am competent to serve process, am over eighteen years old, not interested in this action and duly authorized to serve the above described process. I further certify that I received this process at the time and dated described above and served a true copy of the same, together with attachments if any, with the date and hour of service endorsed thereon by me.
Under penalty of perjury, I declare that I have read the foregoing affidavit and the facts contained therein are true and correct to the best of my knowledge.

NAME: _____ ID#448 CERTIFIED PROCESS SERVER
Jim Ingle, Jr., PI, CPS #448    FIRST JUDICIAL CIRCUIT OF FLORIDA

Jim Ingle, Jr., 619 E Nelson Avenue, Ste A, Defuniak Springs, Florida 32433
(850)585-5340