UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.	Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM; OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

    Defendants.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

To:    The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Jay A. Odom.  My email designations are as follows:

        Primary:    bgordon@anchorsgordon.com

        Secondary:    cyndi@anchorsgordon.com

    It is requested that the Court and counsel of record serve all pleadings and other papers on behalf of Defendant, JAY A. ODOM, through the undersigned counsel.

    Dated this 11th day of January, 2021.

                                    */s/ A. Benjamin Gordon, III*
                                    **A. Benjamin Gordon, III**
                                    Florida Bar No. 528617
                                    AnchorsGordon, P.A.
                                    2113 Lewis Turner Blvd., Suite 100
                                    Fort Walton Beach, Florida 32547
                                    Phone: (850) 863-1974
                                    Fax: (850) 863-1591

Email: bgordon@anchorsgordon.com
cyndi@anchorsgordon.com