**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

      Plaintiff,

v.                                Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM;
OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

      Defendants.

_____

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***
**BY SARAH WILBANKS**

Pursuant to Rule 11.1 of the Local Rules for this Court, Sarah Wilbanks respectfully moves for admission *pro hac vice* to this Court in order to represent Plaintiff Jay A. Odom in this matter. In support of this motion, Ms. Wilbanks states the following:

1.     Ms. Wilbanks is a member in good standing of the Illinois Bar. Ms. Wilbanks is also a member of the General Bar of the U.S. District Court for the Northern District of Illinois. A Certificate of Good Standing from the Clerk of the Supreme Court of Illinois is attached to this motion.

2.      Ms. Wilbanks is an attorney at the law firm of Kaplan Kirsch & Rockwell LLP and has been retained by Mr. Odom as co-counsel in this matter in addition to the counsel of record, Ben Gordon.

3.      Ms. Wilbanks has never been subject to disciplinary proceedings by any state or federal bar nor are there any pending disciplinary proceedings against her.

4.      Ms. Wilbanks has reviewed and is familiar with the Local Rules of this Court and has successfully completed the requisite online Attorney Admission Tutorial (Confirmation Number: FLND16117953124097).

5.      Ms. Wilbanks has reviewed and is familiar with the online CM/ECF Attorney User's Guide provided by this Court and with the CM/ECF e-filing system. Ms. Wilbanks maintains an upgraded PACER account, through which she has submitted a request for *pro hac vice* admission, which has been approved.

6.      Ms. Wilbanks has paid the requisite *pro hac vice* fee at the time of filing of this motion.

WHEREFORE, Ms. Wilbanks respectfully requests permission to appear in this Court for this cause only.

Dated:   January 28, 2021          By:   /s/ Sarah Wilbanks
                                               Sarah Wilbanks
                                               KAPLAN KIRSCH & ROCKWELL LLP
                                               1675 Broadway, Suite 2300
                                               Denver, CO  80202
                                               (303) 825-7029
                                               (303) 825-7005 Facsimile
                                               swilbanks@kaplankirsch.com

                                               *Attorney for Jay A. Odom*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that


Sarah Wilbanks


has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.


IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 29th day of December, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois