# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.                                    Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM;
OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

    Defendants.

_____

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY NATHANIEL H. HUNT

Pursuant to Rule 11.1 of the Local Rules for this Court, Nathaniel H. Hunt respectfully moves for admission *pro hac vice* to this Court in order to represent Defendant Jay A. Odom in this matter. In support of this motion, Mr. Hunt states the following:

1.    Mr. Hunt is a member in good standing of the Colorado Bar and the Georgia Bar. Mr. Hunt is also a member of the Federal District Court for the District of Colorado; the United States Courts of Appeals for the Ninth and Tenth Circuits; and the U.S. District Courts for the Middle and Southern Districts of Georgia. A

Certificate of Good Standing from the Supreme Court of Colorado is attached to this motion.

2.      Mr. Hunt is a partner at the law firm of Kaplan Kirsch & Rockwell LLP and has been retained by Mr. Odom as co-counsel in this matter in addition to the counsel of record, Ben Gordon.

3.      Mr. Hunt has never been subject to disciplinary proceedings by any state or federal bar nor are there any pending disciplinary proceedings against him.

4.      Mr. Hunt has reviewed and is familiar with the Local Rules of this Court and has successfully completed the requisite online Attorney Admission Tutorial (Confirmation Number: FLND16118567624102).

5.      Mr. Hunt has reviewed and is familiar with the online CM/ECF Attorney User's Guide provided by this Court and with the CM/ECF e-filing system. Mr. Hunt maintains an upgraded PACER account, through which he has submitted a request for *pro hac vice* admission, which has been approved.

6.      Mr. Hunt has paid the requisite *pro hac vice* fee at the time of filing of this motion.

Accordingly, Mr. Hunt respectfully requests permission to appear in this Court for this cause only.

Dated:  January 28, 2021        By:   /s/ Nathaniel H. Hunt
                                                           Nathaniel H. Hunt
                                                           KAPLAN KIRSCH & ROCKWELL LLP
                                                           1675 Broadway, Suite 2300
                                                           Denver, CO  80202
                                                           (303) 825-7000
                                                           (303) 825-7005 Facsimile
                                                           nhunt@kaplankirsch.com

                                                           *Attorney for Jay A. Odom*



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Nathaniel Hemmerick Hunt**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___4th___ day of ___January___ A. D. ___2016___ and that at the date hereof the said ___Nathaniel Hemmerick Hunt___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___26th___ day of ___January___ A. D. ___2021___

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

