UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.                                                Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

    Defendants.
_____/

## DEFENDANT JAY A. ODOM'S MOTION TO DISMISS

Comes now, Defendant Jay A. Odom ("Odom"), by and through his attorneys of record, and moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing Relator Robert V. Smith's ("Relator") Complaint, ECF No. 1, in its entirety, with prejudice, for the following reasons:

1. Relator's claims are prohibited by the FCA's public disclosure bar because Relator relies solely on publicly disclosed information, and he is not an original source of any allegations in the Complaint.

2. The claims or submissions to the United States were not false or material as a matter of law, and, moreover, the United States knew or

should have known of the facts underlying Relator's Complaint prior to approving the grants at issue.

3. Relator has failed to state a claim with sufficient particularity under Rule 9(b), including by failing to state how the United States was misled by any alleged false claim or submission.

4. Relator's Complaint is an impermissible shotgun pleading that fails to properly state which allegations of fact support each FCA claim against each Defendant as required by law.

5. As to Count II for violation of the Florida FCA, neither Relator nor the United States has standing to bring a claim, without notice to or without naming the State of Florida as the party in interest.

In addition, Defendant respectfully requests an award of attorneys' fees in favor of Odom, as required by 31 U.S.C. § 3730(d)(4). In support of this Motion, Odom relies upon the memorandum of law, filed herewith.

Dated: February 12, 2021.

> Respectfully Submitted,
> *Counsel for Jay A. Odom*
>
> *A. Benjamin Gordon*
> **A. Benjamin Gordon, III**
> Florida Bar No. 528617
> AnchorsGordon, P.A.
> 2113 Lewis Turner Blvd., Suite 100
> Fort Walton Beach, Florida 32547

        Phone: (850) 863-1974
        Fax: (850) 863-1591
        Email:    bgordon@anchorsgordon.com
                     cyndi@anchorsgordon.com

and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*
*Appearing Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I CERTIFY that a that a true and correct copy of the foregoing has been electronically filed on the CM/ECF system for the Northern District of Florida, which will send notification of such filing to the following attorneys of record: Michael Schofield and Amelia Beard, Clark Partington, 125 East Intendencia Street, Pensacola, Florida 32591-3010, and Elizabeth Billhimer, Clark Partington, 4100 Legendary Drive, Suite 200, Destin, Florida 32541, attorneys for Relator; and to Lynn Hoshihara, Nabors Giblin & Nickerson, P.A., 1500 Mahan Drive, Suite 200, Tallahassee, Florida 32308, attorneys for Okaloosa County, and to David M. Sobotkin, U.S. Department of Justice, Commercial Litigation Branch, 175 N. Street, NE, Washington, DC 20002, attorney for the United States of America, this 12th day of February, 2021.

                        *A. Benjamin Gordon*
                        **A. Benjamin Gordon, III**

Florida Bar No. 528617
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: (850) 863-1974
Fax: (850) 863-1591
Email:      bgordon@anchorsgordon.com
            cyndi@anchorsgordon.com

and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*