UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA, ex
rel. ROBERT V. SMITH,

  Qui Tam Plaintiff,

v.                                        CASE NO. 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

  Defendants.
_____/

**DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY
COMMISSIONERS' NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that KERRY A. PARSONS, of NABORS, GIBLIN & NICKERSON, P.A., hereby files her Notice of Appearance as counsel on behalf of Defendant OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS, in connection with any and all proceedings in the above-styled cause. Copies of any and all pleadings, motions, memoranda, orders and other case-related documents should be furnished by ECF or other delivery, as appropriate, to the undersigned attorney of record.

Respectfully submitted,

s/ Kerry A. Parsons
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No. 91919
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY COMMISSONERS**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to the following counsel of record:

DAVID M. SOBOTKIN, ESQUIRE
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
David.m.sobotkin@usdoj.gov
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

AMELIA HALLENBERG BEARD, ESQUIRE
Clark Partington
1414 County Hwy 283 South, Suite B
Santa Rosa Beach, Florida 32459
(850) 269-8860
abeard@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-3304
(850) 650-3305 Facsimile
ebillhimer@clarkpartington.com
wlemon@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

                                                                                                <u>s/ Kerry A. Parsons</u>
                                                                                                KERRY A. PARSONS