UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA, ex
rel. ROBERT V. SMITH,

    Qui Tam Plaintiff,

v.                              CASE NO. 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

    Defendants.

_____/

**OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS'
NOTICE OF ADOPTING AND JOINING MOTION TO DISMISS AND
MEMORANDUM IN SUPPORT FILED BY DEFENDANT, JAY A. ODOM**

PLEASE TAKE NOTICE that Defendant, Okaloosa County, Board of County

Commissioners ("County"), in response to Relator Robert V. Smith's ("Relator")

Complaint, hereby adopts and joins in the Motion to Dismiss and Memorandum in

Support of Dismissal filed by Defendant, Jay A. Odom ("Odom") pursuant to Fed.

R. Civ. P. 12(b)(1) and 12(b)(6), Docket Entries [D.E.] 24 and 25.

On February 26, 2020, Relator filed a Complaint alleging that Defendants

Odom and the County violated the False Claims Act, 31 U.S.C. §§3729, *et seq.*,

("FCA") and the Florida False Claims Act, Fla. Stat. §§68.081, *et seq.* ("Florida

FCA").  The allegations in the Complaint are made against both Odom and the

County and are based on the same set of facts.  As such, the arguments raised in

Odom's Motion to Dismiss and Memorandum of Law in Support of Dismissal apply

equally to the County.

For the reasons stated in Odom's Motion to Dismiss and Memorandum of

Law in Support of Dismissal [D.E. 24 – 25], the County respectfully moves this

court to dismiss Relator's Complaint.

Respectfully submitted,

s/ Lynn M. Hoshihara
GREGORY T. STEWART
Florida Bar No.  203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No.  91919
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT
OKALOOSA  COUNTY,  BOARD
OF COUNTY COMMISSONERS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February 2021, I electronically

filed the foregoing document with the Clerk of Court using the CM/ECF system.  I

also certify that the foregoing document is being served this date on all counsel of

record via transmission of Notices of Electronic Filing generated by the CM/ECF

system to the following counsel of record:

> DAVID M. SOBOTKIN, ESQUIRE
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Fraud Section
> Post Office Box 261
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 353-1291
> David.m.sobotkin@usdoj.gov
> **ATTORNEY FOR PLAINTIFF**
> **UNITED STATES OF AMERICA**
>
> AMELIA HALLENBERG BEARD, ESQUIRE
> Clark Partington
> 1414 County Hwy 283 South, Suite B
> Santa Rosa Beach, Florida 32459
> (850) 269-8860
> abeard@clarkpartington.com
> **COUNSEL FOR PLAINTIFF**
> **ROBERT V. SMITH**

ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-3304
(850) 650-3305 Facsimile
ebillhimer@clarkpartington.com
wlemon@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

                                    s/ Lynn M. Hoshihara
                                    LYNN M. HOSHIHARA