UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA, ex
rel. ROBERT V. SMITH,

    *Qui Tam* Plaintiff,

v.                                       CASE NO.: 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

    Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE AMENDED COMPLAINT**
_____

**NOW INTO COURT**, comes Plaintiff, United States of America, *ex rel.* Robert V. Smith ("Smith"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 6.1, hereby moves for an extension of time to file an Amended Complaint in response to Defendants' Motion to Dismiss. In support thereof, Plaintiff, Smith states as follows:

    1.    On February 12, 2021, counsel for Defendant, Jay Odom, filed a Motion to Dismiss the Complaint and Memorandum in Support (Doc. 24 and 25).

2. On February 15, 2021, counsel for Defendant, Okaloosa County Board of County Commissioners filed a Notice of Adopting and Joining Motion to Dismiss and Memorandum in Support (Doc. 30).

3. Pursuant to Local Rule 7.1(e), Plaintiff's response to Defendants' Motion to Dismiss is due February 26, 2021.

4. In order to conserve judicial resources, Plaintiff intends to respond to the Motion to Dismiss by filing an Amended Complaint and seeks an extension of the February 26, 2021 deadline to respond to the Motion to Dismiss.

5. Pursuant to Federal Rule of Civil Procedure 15(a), Local Rule 6.1 and in the interests of conserving judicial resources, Plaintiff seeks leave until March 12, 2021 to file his Amended Complaint, which will be his first such amendment.

6. This Motion is made in good faith and not for purposes of delay.

7. Undersigned represents to this Court that Counsel for Defendants have no objection to Plaintiff filing an Amended Complaint by March 12, 2021 or the relief requested herein.

WHEREFORE, Plaintiff, Smith respectfully requests that this Court enter an order granting the relief requested herein and allow Plaintiff until March 12, 2021 to file an Amended Complaint.

## CERTIFICATE OF COUNSEL CONFERENCE

I HEREBY CERTIFY, pursuant to N. D. Fla. Loc. R. 7.1(B), that counsel for Plaintiff, Smith conferred with counsel for Defendants, Odom and Okaloosa County Board of County Commissioners in a good faith effort to resolve by agreement the issues raised in this motion, and Defendants' counsel do not object to the relief requested herein.

Respectfully submitted this 26th day of February, 2021.

/s/ *Amelia H. Beard*
**AMELIA H. BEARD**
Florida Bar No. 84286
**MICHAEL J. SCHOFIELD**
Florida Bar No. 373656
**ELIZABETH C. BILLHIMER**
Florida Bar No. 0121986
CLARK PARTINGTON
1414 County Highway 283S, Ste. B.
Santa Rosa Beach, Florida 32459
(850) 650-3304 telephone
(850) 650-3305 facsimile
abeard@clarkpartington.com
mschofield@clarkpartington.com
ebillhimer@clarkpartington.com
*Attorneys for Robert V. Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the Court's transmission of the Notice of Electronic Filing to the following, this 26th day of February, 2021:

DAVID M. SOBOTKIN, ESQUIRE
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
David.m.sobotkin@usdoj.gov
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

A. BENJAMIN GORDON, III, ESQUIRE
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
cyndi@anchorsgordon.com

SARAH WILBANKS, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
PETER J. KIRSCH, ESQUIRE
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7029
(303) 825-7005 Facsimile
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
pkirsch@kaplankirsch.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

GREGORY T. STEWART, ESQUIRE
LYNN M. HOSHIHARA, ESQUIRE
KERRY A. PARSONS, ESQUIRE
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 Facsimile
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
legal-admin@ngnlaw.com
**COUNSEL FOR DEFENDANT**
**OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

*/s/ Amelia H. Beard*
**AMELIA H. BEARD**