# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT V. SMITH<br>v.<br>JAY A. ODOM; OKALOOSA COUNTY BOARD OF COMMISSIONERS | CASE NO.  3:20cv3678-MCR-EMT |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __March 1, 2021__

Motion/Pleadings: __PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT [to March 12, 2021]__

Filed by __Plaintiff__ on __February 26, 2021__ Doc. # __31__

Response _____ on _____ Doc. # _____

|   | Stipulated |   | Joint Pleading |
|---|---|---|---|
| X | Unopposed |   | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED, as requested.

**DONE and ORDERED** this 1st day of March 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**