**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**
**ex rel. ROBERT V SMITH,**

     **Plaintiff,**

**v.**          **CASE NO. 3:20cv3678-MCR-EMT**

**JAY A ODOM,**
**OKALOOSA COUNTY BOARD OF**
**COUNTY COMMISSIONERS,**

     **Defendants.**
_____/

**<u>ORDER</u>**

     Pursuant to the parties' response to the Court's inquiry regarding sealing, ECF No. 35, the Amended Complaint will remain **SEALED** for a period of sixty (60) days from the date of filing, and the pending Motion to Dismiss, ECF No. 24, is **MOOT**.

     **DONE AND ORDERED** this 23rd day of March 2021.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**