UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA and
STATE OF FLORIDA
*ex rel*. ROBERT V. SMITH,

    Plaintiffs,

v.

JAY A. ODOM and OKALOOSA COUNTY
BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____/

Case No. 3:20cv3678-MCR-EMT

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the State of Florida.

DATE: May 7, 2021

    STATE OF FLORIDA
    **Ashley Moody**
    **Attorney General**

    /s/ Christopher A. Knight
    Christopher A. Knight (FBN # 1022342)
    Assistant Attorney General
    Christopher.Knight@myfloridalegal.com

    Department of Legal Affairs
    PL-01, The Capitol
    Tallahassee, Florida 32399-1050
    Telephone: (850) 414-3300
    Counsel for State of Florida