UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
ex rel. ROBERT V SMITH,

    Plaintiff,

v.                                    CASE NO. 3:20cv3678-MCR-EMT
                                              [SEALED]

JAY A ODOM,
OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendants.
_____/

## ORDER

The docket reflects that Plaintiff has filed an Amended Complaint under seal in this false claims action, adding the State of Florida and substantive new allegations. The State has now declined to intervene. The United States is directed to advise the Court within seven (7) as to whether it is still considering the new allegations of the Amended Complaint or whether the Amended Complaint can now be unsealed and the Plaintiff be allowed to proceed.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**