UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA, *ex rel.* ROBERT V. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> JAY A. ODOM; OKALOOSA COUNTY, BOARD OF COMMISSIONERS, <br><br> Defendants. | Civil case No. <br> 3:20-cv-3678-MCR/EMT |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Amended Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action that are currently under seal shall remain under seal and not be made public or served upon the defendant, except for this Order, the United States' Response to ECF No. 48, and also the State of Florida's election and the Court's Order, ECF Nos. 46, 47, which the relator will serve on the defendant only after service of the amended complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order.

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3) (and also on the State of Florida, *see* ECF No. 47). The United States, and the State of Florida,

may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

     5. the parties shall serve all notices of appeal on the United States and the State;

     6. all orders of this Court shall be sent to the United States and the State; and

     7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State, *see* ECF No. 47, before ruling or granting its approval.

IT IS SO ORDERED,

This 21st day of July, 2022.

*/s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE