UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA
    *ex rel.* ROBERT V. SMITH,

    Qui Tam Plaintiff,

v.                                     CASE NO. 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____/

**DEFENDANT, OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS' CONSENTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

    Defendant, Okaloosa County Board of County Commissioners (the "County"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Northern District of Florida Rule 6.1, hereby files this Consented Motion for Extension of Time to Respond to Amended Complaint (the "Consented Motion"). In support of their Consented Motion, the County states:

    1.    Plaintiff has filed his Amended Complaint setting forth multiple counts against the County and Co-Defendant Jay Odom. The County was served with the Amended Complaint on August 22, 2022.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the County's response is currently due September 12, 2022.

3. The County requires additional time to prepare its response, and Plaintiff has consented to an extension of time for the filing of the response to September 28, 2022.

4. The County respectfully requests that this Court enter an order granting an extension of time up to and including September 28, 2022, for the County to respond to the Amended Complaint.

5. The undersigned counsel certifies that the requested extension is sought in good faith and not solely for purposes of delay.

WHEREFORE, the County respectfully requests that this Court grant its Consented Motion for an extension of time to respond to the Amended Complaint, up to and including September 28, 2022.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rules 7.1(B) and 7.1(C), on September 10, 2022, the County's counsel conferred with Plaintiff's counsel via email regarding the relief requested. Counsel for Plaintiff advised that they consent to an extension of time to respond to the Amended Complaint up to and including September 28, 2022.

Respectfully submitted,


s/ Gregory T. Stewart
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No. 91919
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY COMMISSONERS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  12th  day of September 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to the following counsel of record:

DAVID M. SOBOTKIN, ESQUIRE
JAMIE ANN YAVELBERG, ESQUIRE
SARA MCLEAN, ESQUIRE
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
david.m.sobotkin@usdoj.gov
**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**


CHRISTOPHER A. KNIGHT
Assistant Attorney General
Department of Legal Affairs
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
Christopher.Knight@myfloridalegal.com
**COUNSEL FOR PLAINTIFF**
**STATE OF FLORIDA**

AMELIA HALLENBERG BEARD, ESQUIRE
Moorhead Law Group
6757 Us Highway 98, Suite 102
Santa Rosa Beach, Florida 32459
(850) 608-0112
(850) 477-0982 (Fax)
abeard@moorheadlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**


ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington Hart
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 269-8853
(850) 650-3305 (Fax)
ebillhimer@clarkpartington.com
bgilman@clarkpartington.com
cbmoore@clarkpartington.com
fkendall@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**


MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington Hart
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@clarkpartington.com
ttorrez@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
cyndi@anchorsgordon.com
dzamora@anchorsgordon.com
jschlechter@anchorsgordon.com
kim@anchorsgordon.com
mary@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**


PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, Colorado 80202
(303) 825-7000
(512) 791-9636
(720) 296-0076 (Fax)
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

                                          s/ Gregory T. Stewart
                                          GREGORY T. STEWART