UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA
  *ex rel.* ROBERT V. SMITH,
    Qui Tam Plaintiff,

v.

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,
    Defendants.

CASE NO. 3:20-cv-3678-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    September 13, 2022
Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT
Filed by  Defendant, Okaloosa County on September 12, 2022 Doc. # 53

|  | Stipulated |  | Joint Pleading |
|---|---|---|---|
|  | Unopposed | X | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

    On consideration, the motion is **GRANTED**. The Defendants' deadline to respond to the Amended Complaint is extended to September 28, 2022.

    **DONE** and **ORDERED** this 14th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**