## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

      Plaintiff,

v.                                 Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

      Defendants.

_____/

## <u>DEFENDANT JAY A. ODOM'S MOTION TO DISMISS RELATOR'S AMENDED COMPLAINT</u>

Comes now, Defendant Jay A. Odom ("Odom"), by and through his attorneys of record, and moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing Relator Robert V. Smith's ("Relator") Amended Complaint, ECF No. 33, in its entirety, with prejudice, for the following reasons:

1.     Relator's claims are prohibited by the FCA's public disclosure bar because Relator relies on publicly disclosed information, and he is not an original source of any allegations in the Complaint.

2.     The claims or submissions to the United States were not false or material as a matter of law, and, moreover, the United States knew or

should have known of the facts underlying Relator's Complaint prior to approving the grants at issue.

3.    Relator has failed to state a claim with sufficient particularity under Rule 9(b), including by failing to state how the United States was misled by any alleged false claim or submission.

4.    Relator's claims, which are premised on events prior to February 24, 2014, are barred by the statute of limitations.

5.    Relator's Florida False Claims Act claim is barred by the public disclosure provision for the separate reason that Relator failed to disclose the information to the State of Florida *prior* to its public disclosure in the original Complaint.

In addition, Defendant respectfully requests an award of attorneys' fees in favor of Odom, as required by 31 U.S.C. § 3730(d)(4).  In support of this Motion, Odom relies upon the memorandum of law, filed herewith.

Dated: September 28, 2022.

Respectfully Submitted,
*Counsel for Jay A. Odom*

*A. Benjamin Gordon*
**A. Benjamin Gordon, III**
Florida Bar No. 528617
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547

Phone: (850) 863-1974
Fax: (850) 863-1591
Email:       bgordon@anchorsgordon.com
             cyndi@anchorsgordon.com

and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*
*Appearing Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a that a true and correct copy of the foregoing has been electronically filed on the CM/ECF system for the Northern District of Florida, which will send notification of such filing to the following attorneys of record: Mark Davis, Clark Partington, 125 East Intendencia Street, Pensacola, Florida 32591-3010, and Elizabeth Billhimer, Clark Partington, 4100 Legendary Drive, Suite 200, Destin, Florida 32541, attorneys for Relator; and to Lynn Hoshihara, Nabors Giblin & Nickerson, P.A., 1500 Mahan Drive, Suite 200, Tallahassee, Florida 32308, attorneys for Okaloosa County, and to David M. Sobotkin, U.S. Department of Justice, Commercial Litigation Branch, 175 N. Street, NE, Washington, DC 20002, attorney for the United States of America,  this 28th day of September, 2022.

*A. Benjamin Gordon*
**A. Benjamin Gordon, III**
Florida Bar No. 528617
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: (850) 863-1974
Fax: (850) 863-1591
Email:      bgordon@anchorsgordon.com
                 cyndi@anchorsgordon.com

and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*

4