

EXHIBIT G

April 8, 2014

<u>Via Email & USPS</u>

Sunil Harman, A.A.E., IAP
Okaloosa County Director of Airports
1701 State Road 85 N
Eglin AFB, FL 32542-1413

RE:  Notice of Default to Regal Air Destin, LLC

Dear Mr. Harman:

We have received a copy of your letter dated February 27, 2014 sent to Regal Air Destin, LLC regarding a possible lease default.  We would like to address the issues involved in hopes of a resolution to this matter.

On January 1, 2014, Sterling Diversified, LLC acquired Mr. John E. Simmons' membership interest of Regal Capital, LLC.  Regal Capital, LLC's sole member was John E. Simmons, and Regal Capital, LLC is the sole owner of Regal Air Destin, LLC.  Sterling Diversified, LLC has three members: Timothy Edwards, Chester Kroeger and Jay Odom.

After a careful review of Regal Air Destin, LLC's lease with the County, it did not appear that County approval of this change of membership in Regal Capital, LLC was required (there was no change in ownership of Regal Air Destin, LLC – see the below ownership charts for clarification).  However, in an abundance of caution and as we wish to work amenably with the County, Regal Air Destin, LLC is certainly willing to pay the $1,000.00 assignment fee (check enclosed) and to request the County's consent.



1001 Airport Road, Destin, FL 32541
Phone:  (850) 837-6135  ·  Fax:  (850) 654-0618
Email: CustomerService@RegalAirDestin.com  ·  Website: www.RegalAirDestin.com

We apologize for any issues this may have caused, and we look forward to working with you to resolve them. Please let us know what steps Regal Air Destin, LLC can take to help.

Some of the other points about this lease that we would like you to consider in your review of this matter are as follows:

At the time of the transfer of the Miracle Strip Aviation (MSA) lease (which was in default for multiple years of non-payment of lease payments, which totaled $485,382.00), the County required, and Regal Air Destin, LLC agreed to, payment of MSA's back lease payment debt ($485,382.00) as part of Regal Air Destin, LLC's lease assignment. Regal Air Destin, LLC's current balance due on this debt is approximately $203,000.00, with this balance to be paid in full with interest over the next 5.5 years. Regal Air Destin, LLC's agreement to pay MSA's bad debt to the County kept the County from losing this $485,382.00.

In review of the past seven years of MSA lease performance, you can see that MSA started getting behind on their lease payments at the time the County built their new terminal and maintenance hangar. Subsequently, the recession began, and in 2009, the competing Destin Jet FBO opened for business. The total gallons of fuel sold at the Destin Airport peaked in 2010, but MSA (and subsequently, Regal Air Destin, LLC) sales peaked in 2006 at about 1,500,000 gallons and have trended downhill since, with 2013's total being 574,253 gallons, which is a loss of 60% of their business. 2014 has started out even worse (for Regal Air Destin, formerly MSA) than 2013 with sales through February down 31% from 2013.

The total gallons of fuel sold at the Destin Airport has been declining for the past several years, and the first 90 days of 2014 show the same trend with another 8.5% drop in gallons sold.

This decline in business has also shown up in the number of landings at the Destin Airport. For the first 90 days of 2014, the airport has had 500 fewer operations than for the same period in 2013.

This data shows that there is not nearly enough total fuel sales at the Destin Airport to support two FBO operations. In 2013, both Regal Air Destin, LLC and Destin Jet, LLC lost money.

The same problem of not enough business to support two operations exists for the flight school operations and maintenance operations. If the Destin Airport were operating as a single FBO, there would be enough business to run a good flight school business and a full service maintenance operation.

If the Destin Airport were operating as a single FBO operation, it could be a stable business capable of repaying MSA's bad debt to the County, paying the County all lease payments on both physical FBO locations, paying the County their fuel flowage fee, running a good flight school operation and a full service maintenance shop. All these services being operated as first-class, well-run operations versus multiple, struggling operations will greatly enhance the customers' experience at the Destin Airport.

If it will help facilitate the process to have a single FBO operating at the Destin Airport, Regal Air Destin, LLC would be glad to work with the County towards a single lease for the Destin Airport.

Regal Air Destin, LLC is willing to negotiate a new fuel flowage fee in conjunction with the implementation of a single FBO lease for the Destin Airport. Regal Air Destin, LLC's current lease allows the County to adjust the fuel flowage fee every 5 years starting from the commencement date of the lease, which is March 26, 2013.

You stated in your letter that the regional rate for fuel flowage is $0.09 per gallon. Could you please provide us with a copy of the information that shows how a regional rate of $0.09 was determined?

We understand that any decision by the County to allow a single FBO at the Destin Airport is subject to review by the FAA.

We believe this information will be helpful to you in your evaluation of the status of the FBO business at the Destin Airport.

Please let us know if you need any additional information. We thank you for your time and consideration.

Sincerely,
STERLING DIVERSIFIED LLC, AS MANAGING MEMBER OF REGAL CAPITAL LLC, AS OWNER OF REGAL AIR DESTIN LLC

Timothy Edwards
Managing Member

Chester Kroeger
Managing Member

Jay Odom
Managing Member