# FIRST AMENDMENT TO AMENDED AND RESTATED LEASE AGREEMENT FOR FIXED BASE OPERATOR DESTIN/ FT. WALTON BEACH AIRPORT AND AGREEMENT OF THE PARTIES

## LEASE # L79-101-AP

THIS FIRST AMENDMENT TO AMENDED AND RESTATED LEASE AGREEMENT FOR FIXED BASED OPERATOR DESTIN/FORT WALTON BEACH AIRPORT dated March 19, 2013 and all subsequent amendments, assignments and subleases thereto, is made and entered into this ___ day of _____, 2015 (the 'Effective Date'), by and between **OKALOOSA COUNTY, FLORIDA** (the "County") and **REGAL AIR DESTIN, LLC** (the "Regal Air").

WHEREAS, on or about June 23, 1998, the County and Miracle Strip Aviation, Inc. (the "MSA") entered into a Lease and Operating Agreement, which was subsequently amended by Amendment No. 1 to the Lease on or about August 5, 2003; and

WHEREAS, on or about March 19, 2013, the County and MSA entered into an Amended and Restated Lease Agreement for Fixed Base Operator Destin/Ft. Walton Beach Airport (the "Lease Agreement"), which is attached hereto as EXHIBIT A and incorporated herein; and

WHEREAS, on or about June 6, 2013, the Lease Agreement was assigned from MSA to Regal Air with the consent and approval of Okaloosa County; and

WHEREAS, fuel sales data has demonstrated the Airport can only sustain a single Fixed Base Operator, the County has determined that this Amendment will not have any anti-competitive results.

NOW, THEREFORE, in consideration of the promises contained herein and other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. Consent of the County. The County hereby consents to Destin Jet, LLC and Regal Air Destin, LLC coordinating together to provide any and all aeronautical services required of the Fixed Based Operators (FBOs), including but not limited to compliance with the County's Minimum Standards for Full-Service Fixed Base Operations and Specialty Service Operations (the "Minimum Standards"). The County will not regard it as breach of the Minimum Standards so long as each entity continues to provide FBO services; and further, so long as collectively all the Minimum Standards are satisfied. Nothing contained herein shall be construed as permission to conduct any commercial activity or venture exclusive of other operators.

2. Accelerated Payoff of Miracle Strip Aviation's Debt. At the time the Lease Agreement was transferred from MSA to Regal Air, Regal Air agreed to assume MSA's lease payment debt to the County totaling $485,382.00. As of December 2, 2014, the current principal balance due on this debt is $172,452.19. Regal Air agrees to make a $50,000.00 principal reduction to the remaining debt within ten (10) days of the Effective Date of

1

this Agreement. Regal Air further agrees to accelerate payment of the remainder of the balance due, which shall be paid to the County in 24 equal monthly installments of principal and interest. The monthly installments shall begin thirty (30) days after the Effective Date of this First Amendment to Amended and Restated Lease Agreement for Fixed Base Operator Destin/Ft. Walton Beach Airport and Agreement of the Parties. Interest shall continue to accumulate at a rate of 4% on the unpaid balance due until paid in full.

3. Article VII, Section 1.C. of the Lease Agreement is hereby deleted in its entirety.

4. Article VII, Section 1.E. of the Lease Agreement is hereby deleted in its entirety and replaced with the following:

   ARTICLE VII, 1.E.
   A fuel flowage fee (currently $0.075 per gallon) shall be collected and remitted for all fuel sold or delivered to all persons and entities and used in aircraft, including fuel for aircraft used, leased, owned or otherwise operated by Regal Air or its affiliates. No fuel flowage fee shall be collected on fuel sales to military aircraft or carriers with agreements with the County, or who pay landing fees to the County. The County may adjust the fuel flowage fee. However, under no circumstances will the fuel flowage fee be adjusted prior to five (5) years from the Effective Date of this Agreement.

5. Article VII, Section 2.B. 'Adjustments to Fuel Fee:' of the Lease Agreement is hereby deleted in its entirety and replaced with the following:

   ARTICLE VII, 2.B. Adjustments to Fuel Fee: The County reserves the right to adjust the fuel flowage fees commencing October 1, 2004, and every five years thereafter, using a Market Based analysis by an independent consultant.

   The fuel flowage fee shall be increased or decreased by a percentage amount equal to the percentage increase or decrease in the Market Analysis for the previous five (5) years. Said adjustment shall be made six months after the analysis is completed and accepted by the County. This adjustment to the fuel flowage fee would apply to all operators/lessees at the Destin/Ft. Walton Beach Airport except where no fuel flowage fee is applicable per Article VII, Section 1.E. herein.

6. Regal Air agrees to replace all "Regal Air" signage with "Destin Jet South" signage.

7. All other provisions of the Lease Agreement and subsequent amendments, assignments and subleases thereto shall remain in full force and effect.

The Amendment shall become effective upon execution by all parties and said date shall be entered into this Amendment above as the Effective Date.

2

**IN WITNESS WHEREOF,** the parties hereto have caused these presents to be executed on the day and year first hereinabove written.

Approved as to form:

By:_____
Gregory T. Stewart, County Attorney

ATTEST:

_____
JD Peacock II
Interim Clerk

**OKALOOSA COUNTY, FLORIDA**

_____
Nathan D. Boyles, Chairman
Board of County Commissioners

Date: _____

**REGAL AIR DESTIN, LLC**

By: Regal Capital, LLC, as Managing Member of Regal Air Destin, LLC

By: Sterling Diversified, LLC, as Managing Member of Regal Capital, LLC

By:_____
Jay Odom, Managing Member of Sterling Diversified, LLC

Date: JAN 14, 2015

Witnesses:

_Sarah J Burgess_
Signature

Sarah J Burgess
Print Name

_Donna Olsen_
Signature

Donna Olsen
Print Name

3