# AGREEMENT

**THIS AGREEMENT** is made and entered into this ___19th___ day of __March__ 2013, by and between **OKALOOSA COUNTY, FLORIDA**, a political subdivision of the State of Florida (hereafter, the "County"), and **MIRACLE STRIP AVIATION, INC.**, a for profit corporation incorporated and authorized to do business in the State of Florida (hereafter, "Lessee" or "Operator"),

**WITNESSETH:**

**WHEREAS**, the County owns, operates and maintains the Destin/Ft. Walton Beach Airport (hereafter, "Airport") located in Okaloosa County, Florida, for the use and benefit of the public; and

**WHEREAS**, Lessee currently operates a Full Service Fixed Base Operation at the Airport, pursuant to the terms of that certain Lease and Operating Agreement entered into on June 23, 1998, as amended by Lease Amendment Nos. 1 and 2, entered into on August 5, 2003, and April 7, 2008, respectively (collectively, hereafter, the "Lease"); and

**WHEREAS**, the County placed Operator on notice of its default on various terms of the Lease, by certified and hand delivered correspondence dated January 4, 2013; and

**WHEREAS**, Operator was given 30 days under that default notice correspondence within which to cure the two separately described events of default; and

**WHEREAS**, during that 30 day cure period, the County received communications and confirmation that Operator has come under new ownership, in that all Miracle Strip Aviation, Inc. corporate stock has been purchased and is now owned by Regal Capital, LLC, a Florida Limited Liability Company (hereafter, "Regal"); and

**WHEREAS**, Regal has made a proposal for resolving the events of default as set out against Operator in the above-referenced January 4, 2013, default notice correspondence;

**NOW, THEREFORE**, the parties hereto stipulate and agree as follows:

1. Operator agrees to repay the County money owed from back rents and other unpaid charges in the principal amount of $485,382.00 (the first event of default), under the following terms:

   a) payment of $150,000.00 in cash, shall be provided to the County within ten (10) business days after the Commencement Date, as that term is defined in Article VI of the Amended and Restated Lease Agreement entered or to be entered into by the parties;

   b) Operator shall be given a credit of $100,000.00 of the debt owed, by application of such funds toward renovations to the Airport terminal building and other miscellaneous improvements to be made on the Airport site; and

   c) the remaining $235,382.00 of the debt owed shall be repaid by Operator in equal monthly installments, to be amortized over 6 years, at 4% interest, with the first such installment due to the County on the first day of the month following the Commencement Date, and with each of the succeeding 71 monthly payments being due on the first day of each month thereafter.

2. The County agrees to waive any late fees or interest, other than as described above, which might otherwise be due and owing by Operator under the Lease on the principal amount owed for back rents and other miscellaneous charges, so long as Operator remains in compliance with the terms of paragraph 1 of this **AGREEMENT**, above.

PARSON DOCS-ODOM 000570

3. Operator is responsible for securing all applicable permits and complying with all Federal, State and County statutes, regulations and ordinances in its construction of the Airport building terminal renovations referenced in paragraph 1 of this **AGREEMENT**, above.

4. The County retains the right to review and approve any plans for renovations to be made by Operator at the Airport terminal building; to monitor said renovation work; to review all paid receipts to verify amounts expended; and to review and approve the quality of the work performed in that regard.

5. Operator agrees that, in cure of its prior default with respect to its duty assure that the Airport is serviced by a fully operational maintenance facility, staffed by fully FAA certificated repair operators, as per the terms of the Lease and Exhibit C thereto (the second event of default), Operator intends to secure a third party maintenance operation meeting all such standards, and shall enter into a sublease with that maintenance operation in accordance with the requirements of Article XXXIV of the Lease, within thirty (30) days after the date this **AGREEMENT** is entered.

6. The parties agree that upon the entry of this **AGREEMENT**, they shall expeditiously undertake to renegotiate the terms of the Lease under which Lessee is currently operating, with the understanding that the agreements set out in paragraphs 1 – 5 of this **AGREEMENT**, above, shall not be impacted by said negotiations, but shall remain in full force and effect and shall become a part of any renegotiated Lease.

7. This **AGREEMENT** constitutes the entire agreement and understanding between the parties with respect to the matters addressed herein and supersedes all negotiations,

3

PARSON DOCS-ODOM 000571

prior discussions, letters of intent and preliminary agreements. This **AGREEMENT** may not be amended except by written document executed by all parties.

**IN WITNESS WHEREOF**, the parties hereto have executed this instrument, through their respective authorized representatives, on the date first set out above.

ATTEST:

_____
Clerk of Court

BOARD OF COUNTY
COMMISSIONERS, OKALOOSA
COUNTY, FLORIDA

By: _____ 3/26/13
Don Amunds
Chairman

Approved as to Form:

_____
County Attorney

Approved as to Content:

_____
Airports Director

ATTEST:

By: _____
JON MORRIS
Printed Name

ADM & FIN MGR  NWFRA
Title

MIRACLE STRIP AVIATION, INC.

By: _____
John E. Simmons
President

4

PARSON DOCS-ODOM 000572