UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA, ex
rel. ROBERT V. SMITH,

   Qui Tam Plaintiff,

v.                                                            CASE NO. 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

   Defendants.
_____/

**OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS'
NOTICE OF ADOPTING AND JOINING DEFENDANT JAY A. ODOM'S
MOTION TO DISMISS RELATOR'S AMENDED COMPLAINT AND
<u>MEMORANDUM IN SUPPORT OF MOTION TO DISMISS</u>**

    PLEASE TAKE NOTICE that Defendant, Okaloosa County, Board of County Commissioners ("County"), in response to Relator Robert V. Smith's ("Relator") Amended Complaint, hereby adopts and joins in Defendant Jay A. Odom's ("Odom") Motion to Dismiss Relator's Amended Complaint and Memorandum in Support of Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), [ECF 55 and 56].

    On February 26, 2020, Relator filed an Amended Complaint alleging that Defendants Odom and the County violated the False Claims Act, 31 U.S.C. §§3729,

*et seq.*, ("FCA") and the Florida False Claims Act, Fla. Stat. §§68.081, *et seq.* ("Florida FCA"). [ECF 33]. The allegations in the Amended Complaint are made against both Odom and the County and are based on the same set of facts. The arguments raised in Odom's Motion to Dismiss and Memorandum of Law in Support of Dismissal apply equally to the County.

For the reasons stated in Odom's Motion to Dismiss and Memorandum of Law in Support of Dismissal [ECF 55 - 56], the County respectfully moves this court to dismiss Relator's Amended Complaint as set forth in those documents.

Respectfully submitted,

/s/ Lynn M. Hoshihara
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No. 91919
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY COMMISSONERS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __28th__ day of September 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to the following counsel of record:

>DAVID M. SOBOTKIN, ESQUIRE
>JAMIE ANN YAVELBERG, ESQUIRE
>SARA MCLEAN, ESQUIRE
>U.S. Department of Justice
>Civil Division, Fraud Section
>Post Office Box 261
>Ben Franklin Station
>Washington, D.C. 20044
>(202) 353-1291
>david.m.sobotkin@usdoj.gov
>**ATTORNEYS FOR PLAINTIFF**
>**UNITED STATES OF AMERICA**

>CHRISTOPHER A. KNIGHT
>Assistant Attorney General
>Department of Legal Affairs
>PL-01, The Capitol
>Tallahassee, Florida 32399-1050
>(850) 414-3300
>Christopher.Knight@myfloridalegal.com
>**COUNSEL FOR PLAINTIFF**
>**STATE OF FLORIDA**

AMELIA HALLENBERG BEARD, ESQUIRE
Moorhead Law Group
6757 Us Highway 98, Suite 102
Santa Rosa Beach, Florida 32459
(850) 608-0112
(850) 477-0982 (Fax)
abeard@moorheadlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**


ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington Hart
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 269-8853
(850) 650-3305 (Fax)
ebillhimer@clarkpartington.com
bgilman@clarkpartington.com
cbmoore@clarkpartington.com
fkendall@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**


MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington Hart
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@clarkpartington.com
ttorrez@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
cyndi@anchorsgordon.com
dzamora@anchorsgordon.com
jschlechter@anchorsgordon.com
kim@anchorsgordon.com
mary@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**


PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, Colorado 80202
(303) 825-7000
(512) 791-9636
(720) 296-0076 (Fax)
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

                                        /s/ Lynn M. Hoshihara
                                        LYNN M. HOSHIHARA