UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF FLORIDA, *ex rel* ROBERT V. SMITH,<br>　　*Qui Tam* Plaintiff,<br>v.<br>JAY A. ODOM, et al,<br>　　Defendants. | CASE NO. 3:20-cv-3678-MCR-ZCB |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on October 11, 2022

Motion/Pleadings: <u>MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION</u>

Filed by Plaintiff on October 10, 2022 Doc. # 60
___ Stipulated ___ Joint Pleading
___ Unopposed ___ Consented

　　　　　　　　　　　　JESSICA J. LYUBLANOVITS
　　　　　　　　　　　　CLERK OF COURT
　　　　　　　　　　　　*/s/ Patricia G. Romero*
　　　　　　　　　　　　Deputy Clerk:　　Patricia G. Romero

On consideration, the motion is GRANTED. Plaintiff's deadline to file its opposition to Defendants' motions (ECF Nos. 55, 57 and 58) is extended to October 28, 2022.

**DONE** and **ORDERED** this 12th day of October 2022.

　　　　　　　　　　　*M. Casey Rodgers*
　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**