# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA
  *ex rel.* ROBERT V. SMITH,
    Qui Tam Plaintiff,

v.

JAY A. ODOM; et al.,
    Defendants.

CASE NO. 3:20-cv-3678-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   October 28, 2022
Motion/Pleadings: MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE OPPOSITION
Filed by  Plaintiff  on October 27, 2022 Doc. # 62
\_\_\_\_ Stipulated    \_\_\_\_ Joint Pleading
\_\_\_\_ Unopposed    _X_ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/ Patricia G. Romero*
        Deputy Clerk:   Patricia G. Romero

On consideration, the motion is **GRANTED**. Plaintiff's deadline to file its opposition to Defendants' motions (ECF No. 55, 57 and 58) is extended to November 7, 2022.

**DONE** and **ORDERED** this 28th day of October 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**