UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
AND THE STATE OF FLORIDA,
ex rel. ROBERT V. SMITH,

    *Qui Tam* Plaintiff,

v.                                  CASE NO.: 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

    Defendants.

_____

**PLAINTIFF'S CONSENTED MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS, REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DIMSISS AND MOTION TO DISQUALIFY**
_____

      Plaintiff, United States of America and the State of Florida, *ex rel*. Robert V. Smith ("Smith"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Northern District of Florida Rule 6.1, hereby files this Consented Motion for Additional Extension of Time to File Opposition to Motions to Dismiss, Request for Judicial Notice in Support of Motion to Dismiss

and Motion to Disqualify (the "Consented Motion"). In support of their Consented Motion, Smith states:

1. Defendant Jay A. Odom ("Odom"), filed his Motion to Dismiss Relator's Amended Complaint, Memorandum in Support, Request for Judicial Notice in Support of Motion To Dismiss, and a Verified Motion to Disqualify on September 28, 2022.

2. Defendant Okaloosa County Board of County Commissioners (the "County") filed its Notice of Adopting and Joining Defendant Jay A. Odom's Motion to Dismiss Relator's Amended Complaint and Memorandum in Support of Motion to Dismiss on September 28, 2022.

3. Under United States District Court, Northern District of Florida local rule 7.1(E), Smith's response was due October 12, 2022. The undersigned consulted with counsel for Defendants and an extension of time was granted up to and including October 28, 2022. An additional extension of time was granted up to and including November 7, 2022.

4. The undersigned continues to experience a medical condition that is materially affecting her ability to consult with her client and to complete the oppositions. In that regard, Smith requires additional time to prepare his oppositions, and Defendants have consented to an additional extension of time for the filing of the oppositions to November 21, 2022.

5. Smith respectfully requests that this Court enter an order granting an additional extension of time up to an including November 21, 2022, for Smith to file oppositions to Defendants' Motions to Dismiss Relator's Amended Complaint, Request for Judicial Notice in Support of Motion to Dismiss and Odom's Verified Motion to Disqualify.

6. The undersigned counsel certifies that the requested extension is sought in good faith and not solely for the purposes of delay.

WHEREFORE, Plaintiff, Robert Smith respectfully requests that this Court grant his Consented Motion for an extension of time to file oppositions to the Motions to Dismiss, Request for Judicial Notice in Support of Motion to Dismiss, and Motion to Disqualify, up to and including November 21, 2022.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rules 7.1(B) and 7.1(C), on November 4, 2022, Smith's counsel conferred with counsel for Defendants via telephone and email regarding the relief requested. Counsel for Defendants advised that they consent to an extension of time to file oppositions to the Motions to Dismiss, Request for Judicial Notice in Support of Motion to Dismiss, and the Motion to Disqualify, up to an including November 21, 2022.

Respectfully submitted this 4th day of November 2022.

                                                 */s/ Elizabeth C. Billhimer*
                                                 **ELIZABETH C. BILLHIMER**
                                                 Florida Bar No. 0121986
                                                 CLARK PARTINGTON
                                                 4100 Legendary Drive, Ste. 200.
                                                 Destin, Florida 32541
                                                 (850) 650-3304 telephone
                                                 (850) 650-3305 facsimile
                                                 ebillhimer@clarkpartington.com
                                                 fkendall@clarkpartington.com
                                                 bgilman@clarkpartington.com
                                                 *Attorney for Robert V. Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the Court's transmission of the Notice of Electronic Filing to the following, this 4th day of November 2022:

A. BENJAMIN GORDON, III
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
bgordon@anchorsgordon.com
aizzo@anchorsgordon.com
cyndi@anchorsgordon.com
mary@anchorsgordon.com

SARAH WILBANKS
NATHANIEL H. HUNT
PETER J. KIRSCH
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO 80202
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
pkirsch@kaplankirsch.com
**COUNSEL FOR DEFENDANT
JAY A. ODOM**

GREGORY T. STEWART
LYNN M. HOSHIHARA
KERRY A. PARSONS
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 Facsimile
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com

kparsons@ngnlaw.com
legal-admin@ngnlaw.com
**COUNSEL FOR DEFENDANT**
**OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

DAVID M. SOBOTKIN
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
David.m.sobotkin@usdoj.gov
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**And by regular U.S. mail to the State of Florida**
ASHLEY MOODY, ATTORNEY GENERAL
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

And

JIMMY PATRONIS, Chief Financial Officer
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL  32399


/s/ Elizabeth C. Billhimer
**ELIZABETH C. BILLHIMER**