## AFFIDAVIT OF SCOTT CAMPBELL

BEFORE ME, the undersigned authority, personally appeared Scott M. Campbell, who was sworn and says:

1. I am over eighteen (18) years of age, competent to testify and have personal knowledge of the facts and circumstances set forth herein. The factual statements herein are true and correct.

2. I am a Shareholder with the law firm of Clark Partington.

3. I have been licensed to practice law in the State of Florida since April 2003 and have been Board Certified in Florida Real Estate Law since 2011.

4. More than ten (10) years ago, in or around December 12, 2011, I electronically created an entity HCB/Freeport Acquisition, LLC ("HCB/Freeport") with Florida Department of State, Division of Corporations. *See* Exhibit A. The entity was created online using the SunBiz default forms.

5. The entity HCB/Freeport was created on Sunbiz on behalf of HCB Financial Corp., a Florida corporation.

6. I was listed as the incorporator and the Registered Agent upon initial formation on December 12, 2011. The April 11, 2012 Annual Report was not filed by me or Clark Partington. Rather, it was submitted by a Managing Member of HCB/Freeport. *See* Exhibit B.

7. I was replaced as the Registered Agent on April 23, 2012, 4 months and 11 days after initially being appointed Registered Agent, by a Managing Member of HCB/Freeport immediately after he filed the 2012 annual report. *See* Exhibit C.

8. My only other role in this matter was to assist with recordings of documents in the Official Public Records of Walton County and disbursement of loan assignment proceeds. This occurred between December 21, 2011 and December 28, 2011.

9. I did not provide legal advice with regard to the membership documents or the underlying loan transactions. Rather, HCB/Freeport was represented in any underlying negotiations by counsel for HCB Financial, Jason Osborn, and Sterling Diversified was represented by its own counsel, John Dowd. I also did not prepare any oral or written legal opinions regarding the underlying transactions.

10. My role in this matter was necessarily limited because at the time, I was working on an unrelated, time sensitive matter that required me to be in New Orleans, Louisiana for a portion of this same period of time.

11. Because my role in this matter was ministerial or administrative, I did not open a file for this matter and did not secure an engagement letter. I also did not bill or collect a fee for this matter.

12. I was never contacted by Jay Odom or anyone on his behalf requesting that I provide Jay Odom, individually, legal advice or legal services with regard to the matter involving HCB/Freeport, the membership documents, or the underlying loan transactions. I never spoke to Jay Odom about the HCB/Freeport matter, either before, during or after the HCB/Freeport matter.

13. I provided the documents that I have related to this matter that occurred more than ten (10) years ago to counsel for Defendant, Jay Odom, Ben Gordon. Those documents show my role was limited as described.

FURTHER AFFIANT SAITH NAUGHT.

_____
Scott M. Campbell, Affiant

STATE OF FLORIDA
COUNTY OF OKALOOSA

The foregoing instrument was sworn to and subscribed before me this 28th day of November, 2022 by Scott M. Campbell who is personally known to me.

[NOTARIAL SEAL]

_____
NOTARY PUBLIC

Bruton M. Campbell - Work
COMMISSION #HH 73604
EXPIRES: February 26, 2025

3

# Electronic Articles of Organization For Florida Limited Liability Company

L11000139579
FILED 8:00 AM
December 12, 2011
Sec. Of State
nculligan

## Article I
The name of the Limited Liability Company is:

HCB/FREEPORT ACQUISITION, LLC

## Article II
The street address of the principal office of the Limited Liability Company is:

66 N. HOLIDAY ROAD
MIRAMAR BEACH, FL. US  32550

The mailing address of the Limited Liability Company is:

66 N. HOLIDAY ROAD
MIRAMAR BEACH, FL. US  32550

## Article III
The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:

SCOTT M CAMPBELL
34990 EMERALD COAST PKWY
SUITE 301
DESTIN, FL.  32541

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   SCOTT M. CAMPBELL

Signature of member or an authorized representative of a member

Electronic Signature: SCOTT M. CAMPBELL

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

EXHIBIT "A"

# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

**DOCUMENT#** L11000139579

**Entity Name:** HCB/FREEPORT ACQUISITION, LLC

**FILED**
Apr 11, 2012
Secretary of State

**Current Principal Place of Business:**

66 N. HOLIDAY ROAD
MIRAMAR BEACH, FL  32550    US

**New Principal Place of Business:**

**Current Mailing Address:**

66 N. HOLIDAY ROAD
MIRAMAR BEACH, FL  32550    US

**New Mailing Address:**

FEI Number: 45-4497226    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CAMPBELL, SCOTT M
34990 EMERALD COAST PKWY
SUITE 301
DESTIN, FL  32541  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
           Electronic Signature of Registered Agent                                                      Date

**MANAGING MEMBERS/MANAGERS:**

Title:         MGRM
Name:         STERLING DIVERSIFIED, LLC
Address:      POST OFFICE BOX 1735
City-St-Zip:  DESTIN, FL  32540

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  TIMOTHY EDWARDS                                    MGRM                04/11/2012
           Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

EXHIBIT "B"

# L11000139579

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



200228062262

04/23/12--01004--012  **25.00

RECEIVED
12 APR 23 AM 11:08
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

FILED
12 APR 23 AM 11:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

J. BRYAN
APR 23 2012

EXHIBIT "C"

# COVER LETTER

TO: Registration Section
    Division of Corporations

SUBJECT: _____ **HCB/FREEPORT ACQUISITION, LLC** _____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____ Timothy Edwards _____
Name of Person

_____ STERLING DIVERSIFIED _____
Firm/Company

_____ Post Office Box 1735 _____
Address

_____ Destin, FL 32540 _____
City/State and Zip Code

_____ caldrich@crystalbeachdevelopment.com _____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ Cindy Aldrich _____ at ( 850 ) _____ 654-4126, ext 105 _____
Name of Person                              Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee    ☐ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                         Certificate of Status      Certified Copy            Certificate of Status &
                                                   (additional copy is enclosed)   Certified Copy
                                                                              (additional copy is enclosed)

MAILING ADDRESS:                    STREET/COURIER ADDRESS:
Registration Section                Registration Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       Clifton Building
Tallahassee, FL 32314               2661 Executive Center Circle
                                    Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

## HCB/FREEPORT ACQUISITION, LLC
*(Name of the Limited Liability Company as it now appears on our records.)*
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on **December 12, 2011** and assigned

Florida document number **L11000139579**.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

### REGENCY ACQUISITION 1, LLC

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

| | |
|---|---|
| Enter new principal offices address, if applicable: | 20001 A EMERALD COAST PARKWAY |
| *(Principal office address MUST BE A STREET ADDRESS)* | DESTIN, FL 32541 |

| | |
|---|---|
| Enter new mailing address, if applicable: | POST OFFICE BOX 1735 |
| *(Mailing address MAY BE A POST OFFICE BOX)* | DESTIN, FL 32540 |

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

| | |
|---|---|
| Name of New Registered Agent: | TIMOTHY EDWARDS |
| New Registered Office Address: | 20001 A EMERALD COAST PARKWAY |
| | *Enter Florida street address* |
| | **DESTIN**, Florida **32541** |
| | *City*                  *Zip Code* |

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

If Changing Registered Agent, **Signature of New Registered Agent**

Page 1 of 2

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records</u>:

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☑ Remove |
| _____ | _____ | _____ | ☑ Add  ☑ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |
| _____ | _____ | _____ | ☐ Add  ☐ Remove |

[FILED APR 23 AM 11:28 SECRETARY OF STATE TALLAHASSEE, FLORIDA]

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____
_____
_____
_____
_____
_____

Dated _____ APRIL 19 _____, __2012__.

_____ /s/ Joseph Edwards _____
Signature of a member or authorized representative of a member

TIMOTHY EDWARDS
Typed or printed name of signee

Page 2 of 2

Filing Fee: $25.00