UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
AND THE STATE OF FLORIDA,
ex rel. ROBERT V. SMITH,

    *Qui Tam* Plaintiff,

v.                                  CASE NO.: 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

    Defendants.

_____

**RELATOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
_____

    Plaintiffs, United States of America and the State of Florida, *ex rel*. Robert V. Smith ("Relator"), by and through undersigned counsel, files this Request for Judicial Notice in Support of Relator's Opposition to Defendants' Motion to Dismiss (the "Request"). In support of his Request, Relator states:

### ARGUMENT

    Pursuant to Federal Rule of Evidence 201, Relator respectfully requests that this Court take judicial notice of the following documents, attached as exhibits to

this Request and in support of Relator's Opposition to Defendants' Motion to Dismiss:

Exhibit A: Certified copy of Petition for Writ of Certiorari in the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida, case No. 2005-CA-4671, *Okaloosa County and Destin Jet, LLC v. the City of Destin, Florida*. Cited and relied on Amended Complaint at ¶ 51 & n.1.

Exhibit B: Certified copy of Appendix I to Petition for Writ of Certiorari containing Quasi Judicial Transcript in the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida, case No. 2005-CA-4671, *Okaloosa County and Destin Jet, LLC v. the City of Destin, Florida*. Cited and relied on Amended Complaint at ¶ 51 & n.1.

Exhibit C: May 3, 2019 Letter from Tracy Stage, A.A.E., Airports Director, Okaloosa County Airports to Relator, Robert Smith regarding denial of his request to lease an existing FBO or develop a new FBO at Destin Executive Airport (DTS). Cited and relied on in Amended Complaint at ¶¶ 91-94.

Exhibit D: FAA, Order 5190.6B, *Airport Compliance Manual* (September 30, 2009), Chapters 1, 2, 4, 8, Appendix C, available at https://link.edgepilot.com/s/d0ee93e5/BzJF6UO4UEaWufiY_YwiPA?u=https://www.faa.gov/documentlibrary/media/order/5190_6b.pdf. Cited and relied on in Amended Complaint at ¶¶ 25, 38, 40.

Exhibit E: FAA, Order 5190.6B, Change 1, *Airport Compliance Manual* (November 22, 2021), Chapters 1, 2, 4, 8, Appendix C, available at https://link.edgepilot.com/s/15cc49d9/JXnp9bvET0u16zdg7yHg3A?u=https://www.faa.gov/documentLibrary/media/Order/Order-5190-6B-Change1.pdf. Cited and relied on in Amended Complaint at ¶¶ 25, 38, 40.

## ARGUMENT

Federal Rule of Evidence 201 provides that:

A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

A district court may consider an extrinsic document on Rule 12(b)(6) review "if it is (1) central to the plaintiff's claim, and (2) its authenticity is not challenged[,]" *U.S. ex rel. Osheroff v. Humana Inc.*, 776 F.3d 805, 811 (11th Cir. 2015). *Hi-Tech Pharms., Inc. v. HBS Int'l Corp.*, 910 F.3d 1186, 1189 (11th Cir. 2018) ("Under the doctrine of incorporation by reference, the Court may also consider documents attached to the motion to dismiss if they are referred to in the complaint, central to the plaintiff's claim, and of undisputed authenticity.").

The documents to which Relator seeks judicial notice of documents referred to in the complaint, central to the plaintiff's claim, and of undisputed authenticity.[1] *Id.*; *see also Captain Jack's Crab Shack, Inc. v. Cooke*, No. 21-11112, 2022 WL 4375364, at *1 (11th Cir. Sept. 22, 2022) ("And we take judicial notice of the state

---

[1] Relator does not seek judicial notice of documents regarding the public disclosure bar. The amended False Claims Act ("FCA") limits consideration of what allegations may constitute public disclosure to only those made in specific enumerated sources. Allegations are considered publicly disclosed only if made "in a Federal criminal, civil, or administrative hearing in which the Government or its agent is a party; in a congressional, Government Accountability Office, or other Federal report, hearing, audit or investigation; or from the news media." 31 U.S.C.A. §3730(e)(4)(A).

court's record . . . because those facts are "not subject to reasonable dispute because [they] ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."). Relator respectfully requests that the court take judicial notice of the above-referenced documents "for the limited purpose of determining which statements the documents contain. *Osheroff*, 776 F.3d at 811 n.4.

WHEREFORE, for the foregoing reasons, Plaintiff, Robert Smith respectfully requests that this Court grant Relator's Request for Judicial Notice.

Respectfully submitted this 28th day of November 2022.

>*/s/ Elizabeth C. Billhimer*
>**ELIZABETH C. BILLHIMER**
>Florida Bar No. 0121986
>CLARK PARTINGTON
>4100 Legendary Drive, Ste. 200.
>Destin, Florida 32541
>(850) 650-3304 telephone
>(850) 650-3305 facsimile
>ebillhimer@clarkpartington.com
>fkendall@clarkpartington.com
>bgilman@clarkpartington.com
>*Attorney for Robert V. Smith*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the Court's transmission of the Notice of Electronic Filing to the following, this 28th day of November 2022:

A. BENJAMIN GORDON, III
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
bgordon@anchorsgordon.com
aizzo@anchorsgordon.com
cyndi@anchorsgordon.com
mary@anchorsgordon.com

SARAH WILBANKS
NATHANIEL H. HUNT
PETER J. KIRSCH
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO 80202
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
pkirsch@kaplankirsch.com
**COUNSEL FOR DEFENDANT
JAY A. ODOM**

GREGORY T. STEWART
LYNN M. HOSHIHARA
KERRY A. PARSONS
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 Facsimile
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com

legal-admin@ngnlaw.com
**COUNSEL FOR DEFENDANT**
**OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

DAVID M. SOBOTKIN
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
David.m.sobotkin@usdoj.gov
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**And by regular U.S. mail to the State of Florida**
ASHLEY MOODY, ATTORNEY GENERAL
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

and

JIMMY PATRONIS, Chief Financial Officer
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL  32399


　　　　　　　　　　　　　　　　　*/s/ Elizabeth C. Billhimer*
　　　　　　　　　　　　　　　　　**ELIZABETH C. BILLHIMER**