# Relator's Request for Judicial Notice in Support of Opposition Motion to Dismiss

# Exhibit "B"



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

**Agency Name:** Okaloosa County Clerk of Circuit Court and Comptroller

**Clerk of the Circuit Court:** The Honorable JD PEACOCK II

**Date Issued:** 11/28/2022 3:23:20 PM

**Unique Reference Number:** CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C

**Case Number:** 462005CA004671SXXXXX

**Case Docket:** INDEX TO APPENDIX VOLUME I

**Requesting Party Code:** 100

**Requesting Party Reference:** 5732302

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable JD Peacock II, Okaloosa County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Okaloosa Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 1 of 313

IN THE CIRCUIT COUIRT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR OKALOOSA COUNTY, FLORIDA

OKALOOSA COUNTY
and DESTIN JET, LLC

        Petitioners,             CASE NO. 05 CA 4671

vs.

THE CITY OF DESTIN, FLORIDA,
a Florida municipal corporation,

        Respondent.

_____/



## INDEX TO APPENDIX

### VOLUME I

Tab

1      Transcript of October 10, 2005 hearing (Volume I)

2.     Transcript of October 10, 2005 hearing (Volume II)

3.     Transcript of March 14, 2005 hearing





I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR
DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN
THE OFFICE OF THE OKALOOSA COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER.
THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT http://www.okaloosaclerk.com/index.php/e-certify-documents-info TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable JD Peacock II
Date: 2022.11.28 15:23:21 -06:00
Okaloosa County Clerk of Circuit Court and
Comptroller
Location: 101 E. James Lee Blvd, Crestview, FL

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 2 of 313

CITY OF DESTIN CITY COUNCIL MEETING
QUASI-JUDICIAL HEARING
OCTOBER 10, 2005

IN RE:  APPROVAL OF MAJOR DEVELOPMENT, DESTIN JET

VOLUME I OF II

COUNCIL MEMBERS PRESENT:

Mayor Craig Barker
Councilmember Larry Williges
Councilmember Cyron Marler
Councilmember Sam Seevers
Councilmember Jim Foreman
Councilmember Dewey Destin
Councilmember Ted Corcoran
Councilmember Mel Ponder

CITY COUNSEL PRESENT:

Andrea Ansley, City Attorney
Scott Shirley, Land Use Attorney

COUNSEL FOR DESTIN JET:

Douglas Hall, Esq., of Carlton Fields

AS REPORTED BY:

BRENDA DOUGLAS, RPR
DANIELS, DOUGLAS & RACKARD REPORTING SERVICE
8 RACETRACK ROAD, NW
FORT WALTON BEACH, FLORIDA 32547
(850) 864-DEPO



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 3 of 313

2

**PROCEEDINGS**

1

2          MAYOR BARKER:  Ladies and gentlemen, we'll go

3    ahead and call the meeting to order.  Ladies and

4    gentlemen, we are here to hear the application of two

5    projects.  Both of these projects will be heard in

6    what's called a quasi-judicial setting.  And I

7    mentioned this back at our March meeting.

8          Basically, what that means is we will be following

9    State statutes for a quasi-judicial proceeding, whereby

10   the applicants will be putting on a presentation, as

11   will the City Staff.  It's much like a jury trial.  And

12   the City Council will be making their decision tonight

13   based on the evidence that's presented into the record.

14         We are here also in a public hearing format.  That

15   means each and every one of you that wishes to speak

16   for or against each of these applications will get the

17   opportunity to do that.  Our City Attorney will be

18   swearing in witnesses.  And those parties that wish to

19   be a party to this application or this public hearing

20   will have the opportunity to be sworn in.  The members

21   of the public will have the opportunity to come to the

22   podium and speak their mind at the appropriate time

23   towards the end of the proceeding.

24         I want to remind you that we need to keep a very

25   clear and concise tape.  So if you have something to

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 4 of 313

3

1     say, we need to make sure that we get you on the

2     record.  You have to speak into the microphone.  You

3     have to state your name and address for the record so

4     our City Clerk can record it.

5          Also, I want to ask and beg of you to be

6     professional at all times.  When someone is at the

7     microphone, let them have the floor, let them have the

8     podium, and let them say anything they'd like to.

9     Whether you agree with it or disagree with it, please

10    be professional.  You will have the opportunity to

11    respond when it's the appropriate time, and they will

12    be courteous to you as well.

13         Mr. Shirley, I did have a couple of procedural

14    questions before we begin.

15         MR. SHIRLEY:  Certainly.

16         MAYOR BARKER:  There were several documents,

17    including the Staff reports, and a lot of testimony

18    that was entered into the record as part of our March

19    10th meeting, March 10th, March 12th, something like

20    that.  Are those -- at the time the City Council made a

21    motion to continue this meeting to a date and time

22    certain that happened to be today.  Are those documents

23    still in the record?

24         MR. SHIRLEY:  Yes, those are still part of the

25    record of this proceeding.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 5 of 313

4

1    MAYOR BARKER:  And is the testimony still part of

2    the record?

3    MR. SHIRLEY:  The testimony that was offered is a

4    record of this proceeding, yes.

5    MAYOR BARKER:  And are the people that were sworn

6    in at that prior meeting, and I've seen a list of about

7    twenty-five people, are they still sworn in, or do they

8    need to be resworn?

9    MR. SHIRLEY:  I think we need to reswear the

10   witnesses.

11   MAYOR BARKER:  Mrs. Ansley.

12   MS. ANSLEY:  If those interested parties that are

13   wishing to testify tonight would please come forward to

14   the microphone and state your name and address for the

15   record and then remain standing.

16   MAYOR BARKER:  Anybody that wishes to participate

17   in this proceeding, please stand up and raise your

18   right hand.  We need to swear you in.  And that

19   includes members of the public who are, quote/unquote,

20   interested parties.  Mrs. Ansley, would you please

21   explain what an interested party is.

22   (Mr. Corcoran entered the proceedings)

23   MS. ANSLEY:  An interested party is any of those

24   parties that are surrounding the area impacted by the

25   development order -- or, excuse me, the applicant's

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 6 of 313

5

1    application for a development order tonight.  And,

2    also, if we could have them state their name and

3    address into the microphone individually and then

4    remain standing.

5         MAYOR BARKER:  Would someone please take the

6    microphone there and state your name into the

7    microphone for the record.  It might be easier just to

8    pass the microphone around.

9         SPEAKER:  Is it on?  My name is Charlotte

10   Patterson, 836 North Lakeside Drive, Destin, Florida.

11        SPEAKER:  Edward Patterson, same address.

12        SPEAKER:  Mark Nacol, 830 North Lakeside Drive.

13        SPEAKER:  Larry Holtz, 372 Sonora Road.

14        THE CLERK:  You all have to wait while I write

15   this down.  Say that again.

16        SPEAKER:  Larry Holtz, 372 Sonora Road.

17        SPEAKER:  Dave Corby, 832 North Lakeside Drive.

18        SPEAKER:  Connie Troullos, 3861 Indian Trail.

19        SPEAKER:  Jan Barr, 3845 Misty Way.

20        SPEAKER:  Gene Ludwig.  I'm at 2900 Scenic 98 in

21   Destin.

22        SPEAKER:  Betsy Wilson, 805 Main Street, Destin.

23        SPEAKER:  Barbara Carpenter, 3824 Indigo Circle.

24        SPEAKER:  Brenda York, 3805 Misty Way.

25        SPEAKER:  I'm Dan Martin, 800 Jupiter Street.

6

```
 1          SPEAKER:  Ray Stichler, 3798 Misty Way.

 2          SPEAKER:  James Bell, 816 Bayou Drive.

 3          SPEAKER:  Ray Pijma, 4086 Indian Trail.

 4          SPEAKER:  Richard Daniels, 502 Baywood Court.

 5     THE CLERK:  What was that court?

 6          SPEAKER:  Baywood, B-a-y-w-o-o-d.

 7          SPEAKER:  Pat Whitelaw, 847 North Lakeside Drive.

 8          SPEAKER:  Bill Pakula, 505 Baywood Court.

 9          SPEAKER:  Lisa Beeson, 2129 Knollview Court in

10     Oviedo, Florida.

11          SPEAKER:  George Warren, 500 Gulf Shore Drive, No.

12     409, Destin.

13          SPEAKER:  Jerry Sealy, 1101 Shoal River Drive,

14     Crestview, Florida.

15          SPEAKER:  John Lewis with Connelly & Wicker.  I'll

16     be representing Destin Jet property.

17          SPEAKER:  Scott Murie, 3796 Indian Trail.

18          SPEAKER:  Dennis Gagnon, 3847 Misty Way.

19          SPEAKER:  Gary Troop, 86 Shirah, Destin.

20          SPEAKER:  Patty Troop, 86 Shirah, Destin.

21          SPEAKER:  Kate Nixon, Choctaw Engineering.

22          SPEAKER:  Michael Alberts, Environmental Science

23     Associates, Clearwater, Florida.

24          SPEAKER:  Jim Watkins, 15000 Park Row, Suite 213,

25     Houston, representing Chevron.
```

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 8 of 313

7

1    SPEAKER:  Lee Lewis with Avcon in Niceville,

2  Florida, representing Destin Jet.

3    SPEAKER:  Grady Swann, with Enviro Pro Tech, 3210

4  Barrancas Avenue, Pensacola.

5    SPEAKER:  Jay Odom, 605 Harbor Lane, Destin,

6  Florida, and I'm the applicant of the project.

7    SPEAKER:  Jack Dorman, Jack Dorman & Associates,

8  523 Bayview Street, Destin.

9    SPEAKER:  Peter Kirsch, with the firm of Kaplan,

10  Kirsch & Rockwell, 1675 Broadway, Denver, Colorado,

11  representing the applicant.

12    SPEAKER:  Steve Alverson, Environmental Science

13  Associates, 8950 Cal Center Drive, Sacramento,

14  California.

15    SPEAKER:  Doug Hall, Carlton Fields Law Firm,

16  Tallahassee, Florida, representing Destin Jet.

17    SPEAKER:  Gary Mucci, Community Development

18  Department, City of Destin.

19    SPEAKER:  Alan Hass, Landem & Brown, 31 Custom

20  House Street, Boston, Massachusetts.

21    SPEAKER:  Julie Salvo, Renaissance Planning Group,

22  representing the City of Destin.

23    SPEAKER:  Ken Gallander, City of Destin.

24    MS. ANSLEY:  If everybody would raise their right

25  hand.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 9 of 313

8

1          SPEAKER:  We've got one more.

2          SPEAKER:  Ed Middleswart, Environmental Pro Tech,

3     Pensacola.

4          MS. ANSLEY:  Is there anyone else going to

5     testify?

6          (Whereupon, the above-named individuals

7            were duly sworn by the City Attorney)

8          MS. ANSLEY:  Mr. Mayor, as a housekeeping item, as

9     well --

10         MAYOR BARKER:  Ms. Ansley, hold on one second.

11    You're going to have to speak right into the

12    microphone.

13         MS. ANSLEY:  Just another housekeeping matter in

14    order to aid the clerk in keeping an accurate record.

15    There's a sign-in sheet at the podium.  If everyone, as

16    they're speaking tonight, if they could sign in.

17         MAYOR BARKER:  Everyone hear that?  Please sign

18    your name when you come up to the podium to speak.

19    There's a sign-in pad that's on the --

20         THE CLERK:  That's okay.  I'll make another one.

21    I've got it.

22         MAYOR BARKER:  There will be.  Mrs. Montgomery,

23    are we going to put a sign-in sheet up there?

24         THE CLERK:  Yes.

25         MAYOR BARKER:  First item on tonight's agenda, I

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 10 of 313

9

1     would like to announce that at this time.  It's a

2     public hearing.  Mr. Jerry Sealy of the Okaloosa County

3     Airport Authority and Connelly and Wicker,

4     Incorporated, on behalf of the Okaloosa County Board of

5     County Commissioners, is requesting approval for a

6     major development identified as Destin Jet.  Okay.  Mr.

7     Shirley.

8          MR. SHIRLEY:  Thank you, Mayor Barker.  Good

9     evening.  Scott Shirley, City Land Use Attorney.  The

10     last hearing we had was March 14, 2005, as you recall.

11     A great deal of testimony was adduced in that

12     proceeding, as well as evidence, with regard to the

13     project that was submitted.  At that time, the City

14     Council voted to continue to get answers to some

15     specific questions.

16          Chief among those was it became apparent during

17     the meeting that the County was engaging in what is

18     called a Part 150 noise study for the airport.  The

19     City Council at that time desired for that Part 150

20     study to be completed.  It is now out in draft form.  I

21     don't believe it's been finally adopted.  But we do

22     have the Part 150 noise study document.

23          In addition to that, there were a couple other

24     issues, was a question about whether or not the County

25     would perform an air quality study at the airport.  And

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 11 of 313

10

1    there's some additional information on that as well,

2    and we'll cover that during the hearing.

3        In addition to that, there was some discussion of

4    the master plan and how that would -- the possibility

5    that a master planning effort going forward at the time

6    might affect the result.  It's my understanding that

7    master planning effort was, rather than a major change

8    to the master plan, was fairly minor, really doesn't

9    have any effect on the Destin Jet proposal or the

10   subsequent Destin Hangar proposal either.

11       Subsequent to the last meeting, the City did write

12   the County a letter requesting that the County perform

13   an air quality study at the airport.  The County's

14   response is in the package that you have.  The County

15   responded on August 1st, 2005.  What the County said

16   was that the airport, there are guidelines for when you

17   do air quality studies at airports.  Their annual

18   general aviation operations are approximately one-third

19   of the level that would require a formal air quality

20   study to be conducted under FAA and EPA regulations.

21   So their response was we're not required to do one so

22   we're not going to.  I did pull the document that is

23   referred to in the letter entitled Air Quality

24   Procedures for Civilian Airports and Air Force Bases.

25   And the County is correct that under these

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 12 of 313

11

1    circumstances they would not be required to do an air

2    quality study.  So that was the County's response

3    concerning the air quality issues.

4         We have a Chapter 150 -- or, rather, Part 150

5    noise study that is now nearing completion and is out

6    in draft form.  The study does find that there are some

7    noise issue concerns for existing operations at the

8    airport associated with takeoffs and landings of

9    aircraft.  And there are a number of recommendations

10   that are made.

11        And rather than presenting it at this time, I

12   would rather the County present what the findings of

13   that study are.  I think the County personnel would be

14   more qualified to present that, being that there are

15   some noise barriers, some friendly flying issues,

16   there's control tower, and some voluntary acquisition

17   of residences.  So those are all out there.  The areas

18   to be voluntarily acquired are identified on diagrams

19   included in that Part 150 study.

20        Now, in addition to that, the applicant took the

21   opportunity to conduct a noise analysis, as well, and

22   has, in fact, significantly redesigned the project,

23   apparently to further enhance the site layout from a

24   noise mitigation perspective.  And I'll allow the

25   applicant to present the revised project.  The

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 13 of 313

12

1    applicant did perform the noise analysis, and the noise

2    analysis showed, actually, a reduction in noise in the

3    adjoining neighborhood as a result of the project.

4        The City hired a noise expert as well, Mr. Alan

5    Hass from Boston, Massachusetts.  He reviewed the

6    analysis performed by the applicant, and I'll have him

7    address the City Council as well at the appropriate

8    time.

9        What we would like to do, first off, is offer as

10   Staff's Exhibit 1 the agenda item dated October 7,

11   2005, and all attachments thereto, into the record.

12       MAYOR BARKER:  Does anybody object to this

13   document being entered into the record?  Seeing no

14   objections, we will enter that document into the record

15   as Staff Exhibit 1.

16       MR. SHIRLEY:  At this time, I would suggest that

17   the applicant make a presentation with regard to the

18   revised project.  And then the County may have some

19   comments as well with regard to the Part 150 study and

20   their position regarding air quality.  After that, the

21   City Staff will proceed to make a presentation.  And

22   then I would suggest after that that members of the

23   public and third parties present.

24       MAYOR BARKER:  Okay.  Mr. Sealy, are you acting on

25   behalf of the applicant tonight?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 14 of 313

13

 1     MR. SEALY:  At this time, Jay Odom will make his

 2   presentation.

 3     MAYOR BARKER:  Mr. Odom.

 4     MR. HALL:  At this time, Doug Hall will kick

 5   things off.  My name is Doug Hall.  I'm with Carlton-

 6   Fields Law Firm in Tallahassee.  We're representing the

 7   applicant.  And what I would like to do is just begin

 8   by giving the Council a brief overview of what we

 9   intend to present tonight so that you'll get an idea of

10   what's coming.

11     As Mr. Shirley explained, this project has been

12   substantially revised since the last meeting.  And we

13   would like to present a number of witnesses that will

14   explain to the Council what these revisions are, show

15   you the different layout, and explain why this was

16   done.  Much of this was done to address the concerns

17   that were raised at the last meeting, particularly the

18   concerns about the noise and concerns about the

19   compatibility with the adjacent residential

20   neighborhood.

21     You'll hear from a noise expert, Mr. Steve

22   Alverson, from a nationally-recognized firm, ESA

23   Associates, who will explain and present the noise

24   study that ESA prepared.  They used the data from the

25   Part 150 study and did their own analysis, specifically

14

1    to determine the impact of this project, and

2    specifically the Destin Jet project, not the airport as

3    a whole, but just this project, and how that would

4    impact the adjacent residential areas.

5         One of the other issues that was raised at the

6    last meeting was whether adding an FBO to the airport

7    is going to encourage growth to the airport, going to

8    change the growth projections that have been done for

9    the Destin Airport.  Lee Lewis of Avcon will address

10   that.  The result of that is that this FBO will not

11   impact the growth of the airport.

12        We also have experts tonight to testify about the

13   air quality issues and just the general requirements

14   that this project be consistent with the LDC and the

15   comp plan.  And we're confident that we will present

16   evidence showing that this project does meet all of the

17   requirements the Destin codes require.

18        One of the requirements that is going to be the

19   centerpiece of this presentation tonight is the

20   compatibility requirement.  And that is the

21   compatibility of this Destin Jet project with these

22   adjacent residential neighborhoods.

23        Florida law addresses this issue.  There is a

24   chapter in the Florida statutes that protects airport

25   uses by setting standards and restricting the right of

1    local governments, like the City of Destin, Okaloosa

2    County, from approving adjacent residential uses within

3    certain areas around an airport.

4        And in this case, you'll hear testimony that the

5    residential areas in here, had they come for a DO

6    today, would not qualify for one under these laws which

7    have been in effect since 1990.  But because this is an

8    effective preexisting use, this is a circumstance that

9    you have inherited, that the planning department, City

10    of Destin planning department, has taken the position

11    that the measure of compatibility that the Council

12    should apply tonight is to listen to the evidence and

13    to determine whether this FBO, Destin Jet, will create

14    new or additional impacts that didn't exist before this

15    project was approved; not to determine the impacts of

16    the airport as a whole on these adjacent residential

17    neighborhoods, but just this project, and to carve out

18    the impacts of this project, if you will, on these

19    adjacent residential neighborhoods.

20        That will be the focus of our presentation tonight

21    is to focus on the impacts of this project, not the

22    impacts of having a residence adjacent to an existing

23    airport, but the impacts of adding this project.  And

24    we believe that once you hear the presentation tonight

25    you'll agree that the evidence strongly supports the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 17 of 313

1    conclusion that this project is consistent with all of

2    your codes, this project is not going to create new or

3    additional impacts on these residential areas, and that

4    it is compatible, given that definition, and should be

5    approved.

6         Mr. Odom will go next and give you a presentation

7    of the revised project.

8         MAYOR BARKER:  Thank you, Mr. Hall.  Mr. Odom.

9         MR. ODOM:  How is everybody tonight?  I know you

10   all would rather be somewhere else.  Appreciate you

11   being here.

12        SPEAKER:  Speak up.

13        MAYOR BARKER:  You're going to have to speak right

14   into the microphone.

15        MR. ODOM:  Okay.  Is that all right?  Take us just

16   a second.  I've got some graphics here I want to get in

17   place before I get started so I don't have to walk

18   around.

19        They've already told you why we're here tonight.

20   This is a continuation of a meeting from March that was

21   originally scheduled for September 26, and we were

22   prepared for that date.  Approximately the 22nd, some

23   of the neighbors said that they needed more time, or

24   someone couldn't be here, and requested that it be

25   delayed to a later date.  And even though, as you can

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 18 of 313

17

1  see, we have many consultants that were coming, with

2  airline tickets and hotel rooms, we agreed to

3  accommodate that request and reschedule to this date.

4  The main reason that this was continued was for

5  the noise, so that the noise study could be completed.

6  As they said, it's not totally complete.  But the part

7  that is done is all the data is done, and what it will

8  show is available.  Our consultants were able to use

9  that data from a little bit earlier in September to

10 coordinate with their on-site noise study that they did

11 and tie it in with the Part 150 study.  So we have that

12 available.

13 And then there were a number of other issues

14 raised at the prior meeting by the Council's questions.

15 And I went through the transcript and looked at all

16 those, and we will try to address each of those.

17 Those were the noise impact.  Mr. Destin asked

18 about the location of the project, that it will be

19 somewhere else on the airport.

20 A question about the airport master plan.  I think

21 Mr. Shirley already addressed the master plan.  There

22 was actually a master plan done in 1978.  There's been

23 an update done in 1989 and an additional update done in

24 1998.  The original master plan dates all the way back

25 to 1978.  And Mr. Sealy will give you a little bit of

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 19 of 313

18

1   information on the master plan.  It currently is on

2   file at the FAA, has been adopted by the FAA, and is on

3   record for anybody that wants to seek that.

4       Also, an issue about the -- was there an

5   environmental assessment study needed to be done.  And

6   we have the information that that does not need to be

7   done.  Air quality, Mr. Foreman had asked a question

8   about compliance with State statute.  We have that

9   information.  And then the other one would be the FBO

10  itself generating additional traffic at the Destin

11  Airport, and we have information on that.

12      The first one, the noise study, I won't say

13  anything about that.  We have our expert that will make

14  that presentation.

15      So the first one is the location of this project

16  on the airport.  We did take and look were there any

17  other available sites on the airport to put this.  This

18  is an aerial photograph of the airport.  It shows from

19  the National Inventory of Wetlands, the wetlands that

20  are on the east/northeast side of the airport.  It's

21  hard to see, but there's a red line here that's the

22  limits of construction.  That same line, there's a

23  distance from the center line of the runway that you

24  can't build in or you begin to be limited on height

25  then for the FAA requirements for airports.  So we took

19

1   the same one that exists on the west side of the

2   runway.  When that gets put on the east side of the

3   runway, you can see that everything beyond that line,

4   and some of it a significant amount inside of that

5   line, is all existing wetlands.  So that's why for this

6   project, for me, the ability to go and start at a

7   100-percent wetland property and try to permit that is

8   not a reasonable assessment from the get-go.

9       So with that eliminated from consideration, this

10  is the only remaining spot on the airport that can

11  accommodate this facility.  And the County is required

12  to provide a location for a second FBO under federal

13  rules that they can't do something to create a monopoly

14  environment.  So that's why there has to be a location

15  for a second FBO.  And this shows why it couldn't be on

16  this side of the airport.

17      The next issue about the questions about the FAA

18  requirement requiring an environmental assessment.  I

19  have a copy here of a letter from the FAA of

20  categorical -- a letter of categorical exclusion.  The

21  FAA has reviewed this and sent back this letter that

22  says this project requires no environmental assessment

23  from the FAA guidelines.  The letter of categorical

24  exclusion means the FAA has no environmental issues

25  with the Destin Jet project, no environmental

20

assessment is required, no environmental impact
statement is required, and no air quality analysis is
required.

MR. SHIRLEY:  Mr. Odom, are you going to offer a
copy of that letter into the record?

MR. ODOM:  We have a number of things to put in
the record.  Do you want us to hand them to you?

MR. SHIRLEY:  Give me one of the copies.  The
remainder, we'll pass them out from here and make sure
the Clerk gets one as well.

MR. ODOM:  Air quality analysis, with not having
to have an environmental assessment or EIS,
environmental impact statement, air quality is not a
necessary part of either one of those.  This is right
out of the federal FAA guidelines.  On a general
aviation airport that has less than 180,000 operations
forecast annually, no air quality analysis is required.

Destin currently has about -- in 2004, there was
about 63, between 63 and 64,000 operations as year.  So
we're about one-third of the level required.  There's
also not any air quality analysis required if you have
a letter of categorical exclusion, which we do.  Even
if an environmental assessment or an environmental
impact statement was required, there's still no air
quality analysis required because of the 180,000

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 22 of 313

21

1    operations.

2         Then about the compliance with State statute.

3    There are some -- there's a State statute that's

4    actually very strong about impacts on airports.  This

5    is from Florida Statute 333.03, Power to Adopt Airport

6    Zoning Regulations:  Where an airport authority or

7    governing body operating a publicly-owned public-use

8    airport has not conducted a noise study, neither

9    residential construction nor any educational facility,

10   as defined in Chapter 1013, with the exception of

11   aviation school facilities, shall be permitted within

12   an area contiguous to the airport measuring one-half

13   the length of the longest runway on either side and at

14   the end of each runway center line.  This was effective

15   July 1st, 1990.

16        The airport at Destin is 5000-feet long.  So this

17   one-half distance is 2500 feet.  The red circle is

18   where no residential construction should have been

19   permitted after 1990 without a Part 150 noise study

20   being conducted.  So you can see that covers an

21   incredible area of Destin.  This is a 1990 aerial.  And

22   you can see along the Destin Jet site.  Harbor Breeze

23   didn't exist.  Most of the subdivisions along Indian

24   Trail didn't exist.  And this was five years after the

25   law came into effect.  So the State statute that

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 23 of 313

1    controls this, we wanted to make sure that we got that

2    and looked at that picture, but it clearly shows there

3    was a responsibility to address this issue not just

4    from the airport's standpoint, but from the governing

5    body's standpoint.

6         On the issue about will the FBO create new traffic

7    at the airport, we have an -- I won't address that.  We

8    have an expert that will address that issue.

9         I'd like to show you the new site plan that's been

10   generated since your last meeting to accommodate and

11   mitigate the issues with the neighborhood.  This is the

12   runway, the taxiway.  This is the Destin Jet project

13   here.  The neighborhoods that surround this, Harbor

14   Breeze, JoJo's Way, replat of Pine Ridge Trace, and

15   Pine Ridge Trace, the four subdivisions that surround

16   this.

17        In the previous plan, there were no hangars here.

18   This was open ramp area with buffer to all the

19   neighborhoods.  After we looked at the height of a

20   sound wall around this, it became obvious that the

21   taller that wall was, the better, the more we could do

22   to mitigate sound.  So we took and surrounded the

23   entire ramp area with buildings.  These hangars are

24   26-feet tall.  There is a gap here, but there will be a

25   26-foot-tall wall connecting these two hangars.  The

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 24 of 313

1    FBO building and the maintenance hangar are here.  This

2    area in between is covered with a 12-foot masonry sound

3    wall.  And those are the criteria that were used to do

4    the sound analysis to get to a point that was requested

5    by the City to have no more impact on the neighborhood

6    than they currently are experiencing.

7         And what you'll see with the noise experts, this

8    has actually accomplished a decrease in that noise

9    level from what the residents are currently

10   experiencing.  We still have the -- out to this line

11   right here, we still have the provision for a tow-only

12   area.

13        The way this is operated, the predominant runway

14   at Destin is called Runway 1-4, which is planes

15   starting here and taking off to the south or leaving in

16   this direction.  Prevailing wind is out of the south.

17   So this is the predominant runway.  So a large

18   percentage of the operations at the Destin Airport come

19   to this end of the runway.  They come down the taxiway,

20   this is where they stop to do their engine run-up

21   before takeoff, and they pull out to the runway and

22   take off.

23        Our facility will work when the plane lands,

24   they'll taxi into our front door, shut down and get

25   out, do what they need to do, and we'll tow the plane

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 25 of 313

24

1      into a parking place on the ramp.  This area forward of

2      this line will still remain a place that engines can

3      run.  The FAA will not allow a plane to be towed from

4      here on to the taxiway.  You have to go to the taxiway

5      under power.

6          Our fuel facility has been moved to this location

7      further away from the residential areas.  So that gives

8      you an overview of how we redesigned it and how it will

9      operate.

10         SPEAKER:  Could we see it?

11         MR. ODOM:  The other issue that's come to the

12      forefront as we've seen with Hurricane Katrina and

13      Rita, devastation occurred.  I've met with the County

14      EOC director.  It's become obvious that in the event of

15      a major hurricane such as Katrina, it's very likely

16      that Destin will be nonaccessible by road.  If that

17      occurs, the EOC operations become critical.  And what

18      we've seen is the airports become the center of

19      emergency operations in these events.  They're where

20      the field hospitals take place and where the military

21      sets up and where the space is available.

22         The other issue is with the County.  The sheriff's

23      department and the fire department in Destin do not

24      have their own fuel source.  They're dependent upon

25      public fuel source to get fuel.  I have letters here

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 26 of 313

1    from the EOC that I'll submit that we have worked on a

2    plan where I will provide them fuel in the event of a

3    natural disaster.  You may not know, but diesel engines

4    run on jet fuel.  So all the fire trucks, ambulances,

5    anything that runs on diesel can run on jet fuel, and

6    automobiles can run on AV gas.  So we would have --

7    working with them, also in the letter, they want to

8    pursue building, potentially building a satellite EOC

9    operation at Destin Jet, where they could run a

10   catastrophe operation when we have that need.  They're

11   currently in partnership with the college in Niceville

12   to build a brand new EOC.  And we'll work with them to

13   build a satellite EOC here that could be a facility

14   that will have fuel available, we will have generator

15   power.  It would be a perfect place to operate an EOC

16   from.

17        The City -- besides the State statute, the City

18   also has several land development codes that relate to

19   airports.  This is the City of Destin Land Development

20   Code 7.15.22, Notification of Potential Noise Impact.

21   I'll just summarize this, but it basically says that --

22   this has been a land development code regulation since

23   the day the City of Destin was incorporated.  It was

24   inherited from Okaloosa County, so it basically says

25   that every resident in a B and C noise zone, that at

26

1   least annually the City will have a list of those

2   people by address, compiled from the tax assessor, from

3   the public records, updated at least annually, provide

4   this list to title companies, real estate agents,

5   planning commission, and individuals to determine the

6   notice required to be given to prospective purchasers

7   of residential property.

8       Then the City also created a disclosure statement,

9   as attached here as Appendix 6, that's required for the

10  City to complete for the sale of every residential

11  property located in noise zones B and C.  We have a

12  letter here from the tax assessor's office.  This has

13  never been completed.  This list doesn't exist.  And

14  these notifications, as required by the City LDC, have

15  not been done.

16      The land development code also says that it

17  addresses the district of airport industrial park.  It

18  requires that no residential facilities shall be

19  permitted in the district, the airport industrial

20  district, or within 50 feet of the boundaries of the

21  district.  Even after that requirement, if there are

22  vacant lots planned in these developments that are

23  within this 50 feet of the district, the City is

24  required to provide, on a site-specific basis, special

25  noise requirements in the building permit process.

1     This will make it easier to see the adjacent

2  properties.  This is the Destin Jet facility here.

3  Surrounding Destin Jet, there are four platted

4  subdivisions.  You have Harbor Breeze Third Edition,

5  platted by the City of Destin in March 1994.  JoJo's

6  Way, platted by the City of Destin August 2001.  Pine

7  Ridge Trace, replatted by the City of Destin June 1990.

8  Pine Ridge Trace, which is up here, was done by

9  Okaloosa County in 1983.  Indian Woods, on the opposite

10  side of the airport, was platted by the City of Destin

11  in 1994.  There were no notices on any of these plats

12  from the City of Destin regarding any impact from the

13  airport.

14     This is a list of each individual lot that

15  surrounds the Destin Jet project and the date that the

16  last purchase occurred with these properties.  The

17  oldest one on record is the townhomes on Pine Ridge

18  Trace, 1994.  You have purchases in '98, 2000, 2001,

19  2005, '96, '97, 2005, 2005, '01, '01, '04, '04, '05,

20  '05, 2003, 1995, and 2001.  Nobody has lived next to

21  this longer than eleven years.  And these dates of

22  these plats were well within the time frame when there

23  were requirements for notification.

24     The other issue that we looked at, they referred

25  to the Part 150 study.  This is a drawing out of the

1    Part 150 study that was just completed.  This is the

2    Destin Jet location right here.  And the Part 150 study

3    recommends the purchase of the townhomes that you saw

4    along Pine Ridge Trace and five or six of the homes in

5    the subdivision on the opposite side of the runway.  I

6    forget the name of that subdivision.  It also calls for

7    a sound wall to be built along this portion of -- the

8    Destin Jet project is right here -- along this portion

9    and in front of the -- not on the airport side.  These

10    are the townhomes, this sort of green spot.  After

11    they're acquired, they're recommending to build a wall

12    not on the airport side but on the opposite side of

13    those townhomes and around.  So that's already been

14    done.  And what would happen is that the Destin Jet

15    project, we would -- a substantial part of this wall

16    wouldn't need to be constructed since we'd already have

17    that in place with our project, and that money could be

18    used to either expand the wall or build it taller or do

19    some of these other recommended issues.

20         So that just gives you an overview of the main

21    points and where we are.  As Doug discussed the

22    compatibility for this is not just an issue of Destin

23    Jet being compatible with the existing neighbors, but a

24    long history showing that there were a number of rules

25    and regulations that could have been implemented along

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 30 of 313

1   the way that were requirements that didn't get done

2   that could have prevented this issue being the way it

3   is today.  The project meets all the LDC and

4   comprehensive plan requirements of the City.

5       And with that, we'll move on to Jerry Sealy from

6   the County will give us a brief issue on the master

7   plan, that the project has been reviewed and approved

8   by the County.

9       MR. SHIRLEY:  Before we do that, Mayor Barker, I'd

10  just like to confirm with Mr. Odom.  Mr. Odom, you're

11  moving all the exhibits?  You have basically provided

12  the City with 8-1/2-by-11 versions of the exhibits that

13  you just saw the demonstrative aids.  We need to go

14  through these and make sure we've got letters on there.

15  And so what we're going to do is --

16      MAYOR BARKER:  Mr. Shirley, are you planning to

17  move -- or is the applicant going to move this as a

18  composite exhibit or individual?

19      MR. HALL:  Let's move it individually, if we

20  could.  I think there's about six of them, aren't there?

21      MR. SHIRLEY:  There's maybe twelve or so.  Mayor

22  Barker, what we're going to do is they're going to take

23  these exhibits back and arrange them as a composite

24  exhibit, arrange them as a composite exhibit so we can

25  move them as one exhibit, just number the pages.  So

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 31 of 313

30

1    I'm going to return the documents to them at this time.

2       MAYOR BARKER:  Would it be possible for those

3    exhibits to be arranged throughout the room so the

4    public can --

5       MR. ODOM:  We can put up the big ones.

6       MAYOR BARKER:  If you can, we would appreciate it.

7       MR. MARLER:  Mr. Shirley, we will get copies of

8    these?

9       MR. SHIRLEY:  Yes, sir.  As soon as they're

10    finished putting them together in a form easy to

11    review.

12       MR. ODOM:  Some of the other folks may have to go

13    get one of these.  Some of them are doing double duty.

14    Some of the other experts may use these same drawings.

15    Do you still want me to put them around the room?

16       MAYOR BARKER:  Maybe put them over here so they

17    can be obtained easily.

18       MR. SEALY:  Mayor, Council members.

19       MAYOR BARKER:  Mr. Sealy, let's hold up and see if

20    we can get this composite exhibit entered into the

21    record first.  Are we getting close to that, Mr.

22    Shirley?

23       MR. HALL:  It will take us a minute or two to put

24    those together.  If we can go ahead.

25       MAYOR BARKER:  Okay.  You want to proceed then?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 32 of 313

31

         Okay.  Mr. Sealy.

1            MR. SEALY:  In reference to the layout plan that
2    is before you for Destin Jet, the landscape plan and
3    the redone or reengineered layout that they have, we
4    have reviewed that.  It is in compliance with FAA
5    requirements and their criteria.  And we have approved
6    the layout plan and the landscape plan as meeting
7    requirements for development on the airport.
8            The airport master plan has gone through several
9    dialogues and several types of, I guess, amendments.
10   We had presented the airport layout plan to you folks
11   back in 2001 for your review, along with the County
12   Manager then, Mr. Holley.  And at that time, we also
13   made a presentation to our Commission, and one of the
14   Commissioners had asked that we review and delete some
15   of the land acquisition properties on the airport
16   layout plan because at that time we weren't really in a
17   mode to acquire property based on the expenses involved
18   with acquiring the properties.  So we did, in fact,
19   start that process with our consultant and removed some
20   of the properties that were shown to be acquired under
21   the '98 study.
22           In doing so, we lost some of our capabilities for
23   instrument landing systems and things like that.  We
24   were trying to protect that environment.  Meanwhile, we

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 33 of 313

32

1    started the Part 150 study, and now the Part 150 study

2    is showing that we need to acquire the very properties

3    that we had originally shown on the master plan to be

4    deleted.  So we're back in that process of updating the

5    airport master plan to conform and mirror the noise

6    study.

7         So that's where we are right now.  We do have the

8    '98 master plan and airport layout plan on file with

9    the FAA.  And we do have two projects which are

10   reviewed by FAA under the IAP program in the queue

11   right now for high mass lighting and taxiway extension

12   or widening at Destin Airport.

13   MR. ALVERSON:  Mr. Mayor, members of City Council,

14   I'm Steve Alverson with Environmental Science

15   Associates.  I'm vice president of the firm.  I'm also

16   deputy director of the airports practice firm that did

17   the noise study for Destin Jet.  I'm providing for you

18   my resume' to be entered as an exhibit.  I've been

19   involved in aircraft noise analysis and control for 24

20   years.

21   MAYOR BARKER:  Can we ask the land use attorney if

22   he has any objection?

23   MR. SHIRLEY:  I certainly don't have any

24   objection.  Do you just have this one copy?

25   MR. ALVERSON:  That's correct.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 34 of 313

33

1        MR. SHIRLEY:  If we could, we'll make some copies

2   and then come back with this in just a moment.

3        MR. ALVERSON:  I was going to address some of the

4   highlights of the resume'.  I have 24 years of aviation

5   noise control experience, analysis and control.  A good

6   portion of that has been aircraft ground noise policies

7   similar to those performed for this project, included

8   studies at Anchorage, Los Angeles International,

9   Seattle, Portland, as well as some other facilities,

10  such as Sun Valley Airport in Idaho.  We prepared the

11  ground noise study for this project which has been

12  entered through various documents into evidence and

13  reviewed by members of the City Staff and also reviewed

14  by an outside consulting firm.  We used federally

15  approved guidance in noise models and metrics to do

16  this work.  It is consistent with the National

17  Environmental Policy Act guidelines for this type

18  analysis.

19       We also visited the site and conducted noise

20  measurements.  Mike Alberts, who introduced himself

21  earlier, was here personally and conducted those noise

22  measurements and observed the location of the proposed

23  facility.  We used the Destin Airport Part 150 noise

24  model input that was used for the FAA Part 150 study as

25  the basis for our noise model, essentially wanting to

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 35 of 313

1    be consistent with the work that was being done for the

2    airport to set up a baseline for our noise analyses.

3        We also took a very conservative approach in our

4    analysis.  We conducted or modeled aircraft run-up

5    activities and engine activities on the ramp within the

6    area where the aircraft would not be allowed to operate

7    under the rules that you have suggested.  So, in fact,

8    this is conservative in the sense of worst-case

9    analysis.

10        We also included not only the operations of the

11   facility itself, but the operations of the aircraft in

12   the air, on the runways, and on the taxiways.  When we

13   analyzed the effectiveness of this -- our job was to

14   analyze the effectiveness of this, of the hangars and

15   the walls as noise barriers; would, in fact, they

16   provide any benefit or any reduction in the air quality

17   in the community.  Our analysis determined that, in

18   fact, the project would have no effect on the aircraft

19   noise levels in a worst case, and in the best case

20   scenario, it would actually reduce noise levels for a

21   number of the residences nearby the property.

22        On Friday, we received a report prepared by Landem

23   Brown, and Mr. Alan Hass here this evening, and we

24   reviewed that.  It was a review of our study.  And I

25   will note for the record that Landem Brown concurred

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 36 of 313

35

1   with our conclusion that, in fact, the facility would

2   be compatible with respect to aircraft ground noise

3   issues.  However, I do have to note that Landem Brown

4   missed the mark in their recommendations that the

5   barrier, an additional barrier of 400 feet in length be

6   placed in the area along the airport property and the

7   Pine Ridge Trace development.  It appears from their

8   report, I didn't see any analysis supporting it, that

9   Landem Brown performed no technical analyses, no

10   modeling to support the recommendation that a 400-foot

11   barrier be added to this project.  In fact, the

12   argument was made in the Landem Brown report that we

13   hadn't included the pavement in our noise analysis

14   report.  We did that.  This weekend, we re-ran the

15   model and got essentially the same results that you saw

16   in our earlier report.  So, in fact, the additional

17   paving that was suggested had no real effect on the

18   noise.

19       I think part of the reason it occurred is Landem

20   Brown failed to take into account the geometry of the

21   runway departures with relation to the particular site.

22   And I need -- there we go.  I'm not sure how you want

23   to enter these in terms of exhibits.  We have two of

24   them.  One is a depiction of the reduction in aircraft

25   noise levels in terms of the day and night level that

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 37 of 313

36

1    resulted from our --

2        MAYOR BARKER:  Excuse me, sir.  Would you mind

3    shifting the boards a little bit this way?  The Council

4    members who are going to make the decision can't see

5    them.  Thank you.

6        MR. SHIRLEY:  If I can take this opportunity, we

7    do have the copies now, and I'm going to have Mr.

8    Gallander pass these out to the City Council.  I'm

9    supplying a copy to the Clerk as well.

10       MAYOR BARKER:  Sorry to interrupt you.  We'll

11   enter this into the record.  You want to see if there's

12   any objection to -- this is the resume'?

13       MR. SHIRLEY:  This is the resume', yes.

14       MAYOR BARKER:  Is there any objection to the

15   resume' being entered into the record?  Seeing no

16   objection, we will enter this resume' of Mr. Alverson

17   in as Applicant Exhibit B.  Thank you.  Please

18   continue.

19       MR. ALVERSON:  We have two exhibits before the

20   Council, one which is a depiction of reduction in

21   aircraft noise levels, which is the FAA standard for

22   assessing environmental impact; then next to that is a

23   tabular form of these same numbers with an indication

24   of a process that we followed to make a determination

25   of the effect of the hangars and the wall as noise

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 38 of 313

37

1    barriers.

2         Graphically, you can see that with the exception

3    of -- or that in most cases, with the exception of just

4    a few sites, there were reductions in noise levels.

5    Some of them relatively significant directly behind the

6    hangars.  And in no case were there increases in noise

7    levels on the adjacent properties.

8         Also, with the exhibit with the table, it shows

9    the process of providing hangars and barriers and the

10   noise levels, noise reductions that resulted at each of

11   the houses which are numbered on this graphic here.

12        And as I was indicating earlier with the Landem

13   Brown report, we think what happened in terms of their

14   analysis is aircraft -- the predominant sources of

15   noise is from takeoff on the runway in this location.

16   The aircraft proceed down the runway, the noise comes

17   off of the aircraft at about a 35-degree angle.  And

18   the time at which the pavement they mentioned in their

19   report comes into effect is when the aircraft is quite

20   a distance down the runway.  So the impact at that

21   point is no longer significant.

22        In addition, the vegetation is still between the

23   runway and the taxiway, which is initially where the

24   noise is attenuated due to the ground effect.  So, in

25   essence, we reran the model based on their observations

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 39 of 313

1     and concluded the results were the same.

2            MAYOR BARKER:  Mr. Marler, do you have a question?

3            MR. MARLER:  Yes.  I just need to find out, your

4     scale here doesn't state, but this is in decibels,

5     correct?

6            MR. ALVERSON:  That is correct.  It's the noise

7     level reduction in decibels.

8            MR. MARLER:  It doesn't state it on either one of

9     these.  I just wanted to make sure we understand.

10           MR. ALVERSON:  As indicated at the top, a 1.5-

11    decibel increase or decrease is considered significant.

12    So for some of these homes, there's a significant, in

13    fact, beyond significant decrease in the noise level as

14    a result of the barrier effect from the hangars.

15           As I indicated, we think that Landem Brown didn't

16    take into effect vegetation between the runway and the

17    taxiway.  Also, the units in the Pine Ridge Trace area

18    are multi-story units, and a noise barrier in that area

19    would not be effective for the second story of those

20    units.  And, finally, the Part 150 represents that

21    those units be acquired, so it would not make sense to

22    place a barrier in that area.

23           I think -- and I just want to conclude by saying

24    that given the fact that we've conducted our noise

25    analysis, this project has no significant impact on

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 40 of 313

39

1    nearby homes and, in fact, is a benefit to a number of
2    homes behind the hangars.
3         MR. SHIRLEY:  Just for the information of the City
4    Council, ESA's original study is, in fact, in the
5    package you have.
6         MAYOR BARKER:  Ladies and gentlemen, please hold
7    it down.
8         MR. ALVERSON:  I was just asked to indicate how we
9    put the project in the computer model.  Essentially, we
10   modeled the hangars as though they were a single-wall
11   noise barrier at the back of the property.  So in a
12   sense, you're getting the furthest wall of the hangar
13   acting as a barrier.  In fact, with the barriers -- the
14   hangars the size they are, if, in fact, the doors were
15   closed, the barriers would be even closer to the source
16   providing benefit.  We also did remove the vegetation
17   that's in the area now to account for the fact that
18   it's being removed.  And, again, as I stated earlier,
19   the aircraft engine run-up activities on the ramp
20   behind the area where the aircraft would not be would
21   replicate or create a worst-case scenario.  And even
22   with that, the project is compatible with the nearby
23   residences.
24        MR. HALL:   Could I ask Mr. Alverson a quick
25   couple of follow-up questions?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 41 of 313

1       MAYOR BARKER:  Mr. Hall, we're going to have to

2   get you on the microphone, please.

3       MR. HALL:  Sure.  Never been accused of talking

4   soft, but I'll do that.  Mr. Alverson, you said that

5   you did your analysis, conservative analysis, and

6   assumed kind of a worst-case scenario.  Did you run

7   your model, the computer model that you did to

8   determine the impacts of this project on adjacent

9   properties, did it assume that hangars would be around

10   the perimeter of the project or was it a single-wall

11   structure?

12       MR. ALVERSON:  Asked and answered, Your Honor.  A

13   single-wall structure.

14       MR. HALL:  So if, in fact, you have hangars with

15   double walls and the doors are shut, would that

16   increase or decrease the noise level on adjacent

17   property?

18       MR. ALVERSON:  It would provide a greater

19   reduction because the barrier would be closer to the

20   noise source.

21       MR. HALL:  I think you mentioned this, too, but I

22   just want to be sure.  In your analysis, did you assume

23   that the aircraft on the Destin Jet property would

24   travel around the property with their engines running?

25       MR. ALVERSON:  That is correct.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 42 of 313

41

1    MR. HALL:  And, in fact, if there is a restriction

2    in place that prevents that from happening, would that

3    result in an increased noise reduction?

4    MR. ALVERSON:  That's correct.  Because for some

5    of the homes more distant from the barrier, the noise

6    levels would be higher.

7    MR. HALL:  That's all.  Thank you, sir.

8    MAYOR BARKER:  Mr. Shirley, is it appropriate for

9    any cross-examination of the witness at this time, or

10   do we want to handle that when the applicant concludes

11   their presentation?

12   MR. SHIRLEY:  It would be appropriate at this

13   time.  I don't have any questions for the witness.

14   Other parties may.

15   MAYOR BARKER:  Okay.  Does anybody that has been

16   sworn in have any cross-examination of Mr. Alverson?

17   SPEAKER:  I have a question.

18   MAYOR BARKER:  Yes, ma'am.  You're going to have

19   to come forward and speak into the microphone.  We have

20   to get you on tape.  I apologize.  State your name for

21   the record.

22   SPEAKER:  Betsy Wilson.  Mr. Alverson, you stated

23   that you took into consideration the ground level noise

24   when you did your noise models; is that correct?

25   MR. ALVERSON:  Ground level in terms of aircraft?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 43 of 313

1        MS. WILSON:  Right.

2        MR. ALVERSON:  Correct.

3        MS. WILSON:  It's my understanding the Part 150,

4   the ground noise is not taken into consideration in

5   that particular study.

6        MR. ALVERSON:  Is this on?  I knew you could hear

7   me, but I wasn't sure everyone else could.  That's not

8   completely correct.  The Part 150 study, the aircraft

9   operations on the runway, the start and takeoff are a

10   part of that computation.

11        MS. WILSON:  But the run-out is actually not in

12   this Part 150 study.

13        MR. ALVERSON:  That's correct.  The aircraft

14   initial run-ups are not a part of that.  That's why we

15   had to go through that process.

16        MS. WILSON:  Thank you.

17        MAYOR BARKER:  Any other cross-examination of Mr.

18   Alverson?  Yes, sir, Mr. Patterson.

19        MR. PATTERSON:   Mr. Alverson -- Edward Patterson.

20   These statistics you've given us are very impressive.

21   I have a little difficulty with stacking them against

22   our experience.  I live in a home that's not directly

23   next to the airport.  It's about, I would say, 2000

24   feet from the airport.  The other night, my family and

25   I were together in our living room.  And in a period of

43

one hour, we had to stop conversing five different times because of the noise of aircraft.

On another occasion, we were sitting on our back porch enjoying an evening, and we had to remove ourselves and move inside of the house because of the stench of jet fuel burning.

Now, I have trouble matching up my experience on the ground with this, the statistics you have here.  I would like to ask you for a little more detail on how, over what period of time, and on what circumstances these statistics were collected.

MR. ALVERSON:  Thank you, Mr. Patterson.  The modeling that we did matched the Federal Aviation regulation Part 150 standard.  That is, it represents the noise exposure of an average day.  It mirrors, again, the noise exposure that was in the Part 150 study.  And our effort was, again, to assess whether or not these hangars would be effective as barriers, much like we have highway barriers on the roadway.  And, in fact, the analysis showed that they would be effective in mitigating noise of the operations in the area of the Destin Jet ramp.

But you are quite correct.  In fact, it's in Landem Brown's report.  Noise is very subjective, and people are affected in different ways.  That doesn't

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 45 of 313

44

1    mean that just because this project shows no increase

2    or some reduction for some people, that from time to

3    time people won't be affected by the airport operation.

4    It's not saying there won't be any noise at all.  We're

5    saying that, in fact, this particular facility has

6    either no increased noise or a benefit for those

7    closest to the project.  Thank you.

8         MAYOR BARKER:  Thank you.  Any other cross of Mr.

9    Alverson?  Yes, sir.  We have to get you on the

10   microphone.

11        SPEAKER:  My name is James Bell.  My question is,

12   based upon some of the analysis they've given us here

13   and some of the information, is it going to have an

14   impact on us due to the fact of the increase, but,

15   also, where the sound wall, is it going to create some

16   type of effect for other areas given wind directions

17   and prevailing winds and moisture, or are we going to

18   have like an amphiteater effect, affecting other areas

19   where it's reducing areas?

20        MR. ALVERSON:  We don't anticipate any sort of

21   reflections off of the hangars.  That's one thing we

22   didn't model.  But as we all know, a hangar is a big

23   open hall of buildings.  And, essentially, to a great

24   extent, they would act more to trap the noise than to

25   reflect it out from those facilities.  And so our sense

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 46 of 313

1    is that there will not be a negative effect from the

2    barriers.

3         And one of the graphics, which Jay is holding up,

4    shows on the opposite side of the field where we have a

5    number of homes, you see there's no change in the noise

6    level as a result of the barriers there.  And we did

7    look for reflections in that area.  Again, that doesn't

8    mean under certain atmospheric conditions that you

9    won't be able to hear operations at the airport more

10   than the others.

11        MAYOR BARKER:  Any other cross of Mr. Alverson?

12   Please come forward.

13        SPEAKER:  Hi, Mr. Alverson.  I'm Bill Pakula, 505

14   Baywood Court.  I have two quick questions for you.

15   One, can you point to either the aerial photo or the

16   site plan and show what you assume is the location of

17   engine run-ups and engine checks when you did your

18   study?

19        MR. ALVERSON:  May I introduce Mike Alberts at

20   this point in time?  Mike is the person who, as I

21   mentioned earlier, actually was out at the site and did

22   the modeling for the project.

23        MAYOR BARKER:  At this time, it's limited to

24   cross-examination of what you testified to.  I think it

25   might be more appropriate that your question be

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 47 of 313

1    answered by the applicant's next witness.

2        MR. PAKULA:  In which case, the only other quick

3    question I had WAS it seems that you've modeled noise

4    intensity levels.  What I'm not hearing is THAT there

5    was any duty cycle or percentage of the day modeling

6    done.  Did you do modelingS for what percentage of the

7    time different decibels levels would be recorded?

8        MR. ALVERSON:  Correct.  Part of the day/night

9    level, sound level, the DNL that's required by federal

10    law is that there are weights for time of day.

11    Operations that occur between ten at night and seven in

12    the morning are given so-called ten decibel activity.

13    That is, each operation is though they were ten

14    operations.  And what we did was we used the Part 150

15    study and any operations that ocurred at night, we

16    assumed that some of those operations would occur at

17    that facility and would be operating at night.  All the

18    operations that are occurring during the day we made

19    sure they occurred during the day as well.  In terms of

20    the Part 150, it's just those two periods, no peak

21    hours or anything related to that.

22        MAYOR BARKER:  Thank you.  Any other cross of Mr.

23    Alverson?

24        MR. SHIRLEY:  Mayor Barker, if there's no

25    additional cross-examination, we do have that composite

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 48 of 313

47

exhibit, Applicant's Exhibit A.  I'm providing a copy
to the Clerk at this point in time, and Mr. Gallander
is ready to hand those out.

MAYOR BARKER:  Is there any objection to the
Applicant's composite exhibit being entered into the
record?  Seeing no objection, we'll enter that into the
record as Applicant Composite Exhibit A.  Yes, sir.

MR. LEWIS:  Good evening, Mr. Mayor, members of
the Council.  It's my pleasure to be here tonight.  My
name is Lee Lewis, representing Avcon, Incorporated.
I'm the regional manager here of our Niceville office.
I'm representing the applicant tonight.  The applicant
asked me to come and address the question of and
determine whether the proposed development as proposed
would impact growth projections for the airport.

I'll give you a little introduction.  In fact, I
could enter as an exhibit, as well, my resume'.  I'll
take care of that in a moment.  But I've been with
Avcon for 14 -- a little more than 14 years now,
performing airport planning and design roles.  In those
roles, I've served as a project manager on a number of
airport master planning projects.  In those master
planning projects, obviously, we have typical steps
like inventory and developing a plan, but, most
importantly for tonight, is the aviation forecasting.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 49 of 313

48

1    And just to give you a little background, I've
2    managed -- authored the aviation forecast for the
3    Jacksonville International Airport, for Tallahassee
4    Regional Airport, Zephyr Hills Municipal, Wachua
5    Municipal.  We just finished one for Cecil Field, which
6    was a former Navy base turned to a public use facility
7    in Jacksonville, and also twice now for Panama City
8    Airport.
9        What we've done in these analyses is we've used
10   guidance as published in the FAA Advisory Circular.  We
11   have the FAA Advisory Circular 150/5070-6B that gives
12   guidance on airport master plans.  Chapter 7 of that
13   circular addresses aviation forecasting.  What they
14   state specifically -- and I'll just read you the first
15   two sentences of the chapter -- "Forecast a future
16   level of aviation activity for effective decisions in
17   airport planning.  These projections are used to
18   determine the need for new or expanded facilities."
19   That's right out of the FAA circular.
20       Likewise, FDOT provides guidance.  They have a
21   master plan guidebook.  And, again, chapter two in that
22   guidebook also lays out guidance for developing
23   aviation forecasts for airports.  Again, the
24   projections are used to determine the need for new or
25   expanded facilities.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 50 of 313

1    The reason that I'm here tonight representing the
2    applicant is to tell you our opinion that's based on
3    some factors which I'll review.  We believe that this
4    proposed development would not have an impact on the
5    20-year growth projections for the airport.  And we'll
6    tell you why.  Again, forecast development identifies
7    need for the facility.
8        The FAA's guidance, what the FAA does, they give
9    you different suggestions for developing aviation
10   forecasts, support and take into account all factors
11   that are affecting growth at the airport.  Most
12   commonly, the starting point, if you will, is going to
13   start with local socioeconomic data, demographics,
14   things such as population, projected growth in
15   population in the area.  Also, personal income,
16   discretionary income levels is  a big factor in
17   determining who's using the airport and how many people
18   will be using the airport.  Typically, those trends in
19   population growth and income levels, for instance, will
20   correlate well with growth in the airport.
21       Other factors that you have to take into account
22   are changes in the local industry.  People fly to an
23   airport for a particular reason.  They don't come to
24   visit the FBO.  They come down to -- they will use the
25   FBO as part of their trip if one's available, for

1     instance, but almost unanimously, across the board,

2     people are traveling to your airport, Destin Airport,

3     here in the City of Destin for another reason.  It may

4     be industry.  A big -- obviously, here, the climate and

5     the beaches and so on are well-suited for tourism.  So

6     different traits or different characteristics of

7     tourism can be used to project growth in aviation

8     traffic at the airport.

9          Fuel prices is another one that we've seen affect

10     traffic lately.  I mentioned tourism.  But also

11     condominium units, development in condominium units,

12     housing starts, number of rental units available, there

13     can often be correlations between airport traffic and

14     those local characteristics as well.

15          One of the things that we looked at in this

16     particular project was the nature of what was being

17     proposed and the services that were going to be

18     provided.  And, specifically, we looked at the fact

19     that this proposed project, there's a development,

20     proposed development, of hangars, apron space, fueling.

21     And these features are services that are already being

22     provided at the airport from a separate FBO operator.

23     So, in effect, this is a second FBO being developed at

24     the airport, basically to provide a competitive

25     facility to an existing FBO that provides the same

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 52 of 313

51

1    services typical of FBOs, provide the same services.

2         We think that if this was, for instance, the first

3    FBO, if the airport was operating without an FBO

4    providing services, and you had an opportunity to sell

5    fuel, for instance, that may be a factor where we would

6    reconsider the impact of an FBO.  But in this case, we

7    think this is response to a competitive -- it's a

8    response to demand.

9         And in a case like this, this type of facility,

10   it's not uncommon for airport facilities to address

11   demand.  That's what's happened in this case.  We

12   believe this is a response to the demand, not a driver

13   of the demand.

14        And as a result of those factors and the nature of

15   what's being proposed, we believe that the 20-year

16   forecast, aviation forecast, projecting traffic at the

17   airport, this would not be a factor in the development

18   of the aviation forecast.

19        MR. SHIRLEY:  Mayor Barker, Mr. Lewis has offered

20   his resume' as an exhibit.  I provided a copy to the

21   Clerk, and Mr. Gallander is distributing those to the

22   City Council members.

23        MR. LEWIS:  In addition, I have a copy of a letter

24   that we prepared to the applicant, if you would like to

25   enter that as an exhibit.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 53 of 313

52

1    MR. SHIRLEY:  Do you have copies of it?

2    MS. WILLIAMS:  Yes.

3    MAYOR BARKER:  Will that be offered as a composite

4    or two separate exhibits, Mr. Shirley?

5    MR. SHIRLEY:  That will be -- which letter are we

6    on?

7    MAYOR BARKER:  This will be C for the resume' and

8    D for the letter, or you can offer it as a composite.

9    Mr. Hall?

10    MR. HALL:  Mr. Shirley said we're going to

11    letters, so we'll offer them as C and D.

12    MAYOR BARKER:  Any objection to these two

13    documents being entered into the record?  Seeing no

14    objection, we'll enter those into the record as

15    Applicant Exhibit C and Applicant Exhibit D.

16    MR. HALL:  And before we move to the next witness,

17    I would like to offer into the record the exhibits that

18    were referred to in Mr. Alverson's testimony.  This

19    would be the two boards that were used during his

20    presentation.  The board showing the location of the

21    reduction, noise reduction on adjacent properties we

22    would offer as Exhibit E.  And the table showing

23    specific properties and the impact will be Exhibit F.

24    MAYOR BARKER:  Mr. Shirley, any objection to

25    those?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 54 of 313

53

1    MR. SHIRLEY:  No objection.

2    MAYOR BARKER:  Any objection to these documents

3    being entered into the record?  Seeing no objection,

4    we'll enter those documents as Applicant Exhibit E and

5    F.

6    MR. HALL:  Next is Grady Swann.

7    MAYOR BARKER:  Let's see if there's any cross for

8    Mr. Lewis.  Any cross-examination for Mr. Lewis?

9    SPEAKER:  Charlotte Patterson.  What you're

10   saying, basically, is that we have an FBO there that's

11   servicing the amount of traffic that is there; is that

12   correct?  We have a current FBO that is providing the

13   service for the traffic that's coming in and out.

14   MR. LEWIS:  The sole FBO.

15   MAYOR BARKER:  Mr. Lewis, we have to get you on

16   the microphone.  I'm sorry.

17   MR. LEWIS:  There's a single FBO currently that's

18   providing all the services.

19   MS. PATTERSON:  And Mr. Odom wants to build this

20   FBO to service what you think will be basically the

21   same amount of traffic for the next 20 years.  Are you

22   saying these two FBOs are going to split the pie?

23   MR. LEWIS:  What I was indicating in my testimony

24   is that there will be growth at the airport.

25   MS. PATTERSON:  Well, that's not how it came over.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 55 of 313

54

1        MR. LEWIS:  Just to clarify then, this FBO

2  development as proposed would not impact the growth

3  projection developed for the airport.  There is a

4  growth projection for the airport.  The airport is

5  going to grow at some rate.  But those growth

6  projections are typically developed, again, based on

7  population, based on other local characteristics, the

8  reason people fly to the airport.

9        MS. PATTERSON:  But as the airport stands now --

10  you're talking about a 20-year growth plan.

11        MR. LEWIS:  That's correct.

12        MS. PATTERSON:  So as the airport stands now, Mr.

13  Odom's project and the current project that's there now

14  are going to split the traffic, what we have now; and

15  is it not correct that it's going to drastically grow

16  during the next 20 years, right?

17        MR. LEWIS:  Let me start with the first part.  On

18  day one, yes, they'll be splitting traffic.

19        MR. ODOM:  That's really a question not for --

20        MR. LEWIS:  The proposed development will not be a

21  factor in the 20-year projection, growth trend

22  projection for this airport.

23        MS. PATTERSON:  According to you.

24        MR. LEWIS:  According to all the principles in the

25  FAA guidance on how these are developed, and the DOT as

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 56 of 313

1   well, and myself, yes, ma'am.

2       MAYOR BARKER:  Any other cross of Mr. Lewis?  Yes,

3   ma'am.

4       MS. WILSON:  Mr. Lewis.  I'm Betsy Wilson.  What

5   is the growth trend in traffic in the next 20 years for

6   the Destin Airport?

7       MR. LEWIS:  We did not develop it.  There's a 1998

8   master plan that has a growth projection.  The FAA has

9   developed their own growth projection.  I would guess,

10  my recollection is it's in the neighborhood of two,

11  three percent or so.  That's my recollection.  I did

12  not develop it.  I'm testifying that this -- based on

13  the guidance provided by the FAA, this would not affect

14  it.

15      MS. WILSON:  Again, though, that 1998 master plan

16  has not been approved.  So we're utilizing a figure

17  that has not been adopted or approved.

18      MR. HALL:  Is there a question there?

19      MS. WILSON:  No.  That was more of a statement, a

20  rhetorical question.

21      MAYOR BARKER:  Any other cross of Mr. Lewis?  Yes,

22  sir.

23      SPEAKER:  Hello.  My name is Gene Ludwig.  I have

24  the second application.  And it occurs to me that since

25  time is at a premium here that it might be in order

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 57 of 313

1    when my time comes to move to incorporate certain

2    elements of the proof here into my case to prevent

3    duplication.  For example, with Mr. Lewis's testimony,

4    it occurred to me that one cross-examination question

5    may eliminate the need for that whole string of

6    testimony with respect to my plan.  So if I'm very

7    selective and succinct, would it be okay for me to ask

8    a direct question or two occasionally with the goal of

9    saving tremendous time later?

10       MAYOR BARKER:  Mr. Shirley, I'm going to have to

11   rely on your legal guidance on that matter.  It seems

12   to me they're separate applications and we need to

13   build a record because each one may have the potential

14   of being challenged in court.

15       MR. SHIRLEY:  They are separate.  And the record

16   would be, hopefully, less confusing if we didn't

17   combine them.

18       MAYOR BARKER:  I think it's certainly in the

19   City's best interest and probably your best interest to

20   recreate it, unfortunately.

21       MR. LUDWIG:  May I ask just one question to

22   exemplify where I thought it might work?

23       MAYOR BARKER:  This is the cross for Mr. Lewis.

24   So if you have a question for Mr. Lewis, now would be

25   the time to ask it.  Otherwise, we'll have to ask --

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 58 of 313

57

 1          MR. LUDWIG:  Mr. Lewis, you said that development

 2     of the hangars are in response to demand, not a driver

 3     of demand.  And did I hear you say that that would be

 4     true with respect to the development of all hangars or

 5     just Mr. Odom's hangars?

 6          MR. LEWIS:  It could have a potential, hangars

 7     could have a potential.  However, in this particular

 8     case, we did look at the County's records in term of

 9     the bidding list for people looking for hangars, and it

10     was overwhelmingly local folks, local addresses on the

11     list, a high percentage of the County-owned waiting

12     list.  In conversations with the airport, we inquired

13     about where those aircraft are based.  We understand

14     that a large majority of those on the bidding list are

15     represented by people who have aircraft at the airport.

16     We think that would be another factor to consider in

17     the fact that these hangars don't drive demand, but wll

18     just accommodate existing demand.

19          MR. LUDWIG:  So was that a yes?

20          MR. LEWIS:  In this particular case, we think that

21     the hangars are in response to demand.

22          MR. LUDWIG:  Across the board?

23          MR. LEWIS:  In this particular case.

24          MAYOR BARKER:  Thank you.  Any more cross of Mr.

25     Lewis?

58

1       SPEAKER:  Yes, sir.

2       MAYOR BARKER:  Okay.  Yes, sir.

3       MR. BELL:  My name is James Bell.  My question is

4   really two part.  One, with bringing on the second FBO,

5   are they going to be changing the type of aircraft that

6   are currently being serviced and what that noise level

7   is going to be then.  There's quite a difference

8   between a Leer Jet and a Cesena.

9       MR. LEWIS:  As far as the impact on noise, my

10  testimony here tonight is to look at the projected

11  airport operations.  The airport operations, we feel

12  this proposed FBO facility is, again, in response to

13  the demand and not the generator, driver of the demand.

14  They're providing the same facilities that are at the

15  airport today, the same type of facilities, same type

16  of service.

17      MR. BELL:  Same type of service, same aircraft,

18  that's my question.

19      MR. LEWIS:  There's no aircraft associated with

20  the facility.  They're there to accommodate the demand.

21      MAYOR BARKER:  Okay.  Any other cross-examination

22  for Mr. Lewis?  Okay.  Let's move on to the next

23  applicant witness.

24      MR. SWANN:  Yes.  My name is Grady Swann.  I'm

25  with Enviro Pro Tech in Pensacola, Florida.  We

1      specialize in solving environmental problems associated

2      with petroleum fuel tank systems.  I'm the company vice

3      president and one of the founders, started the company

4      in 1989.  Prior to that, I worked for the Florida DEP,

5      five years in the petroleum storage tank program and

6      several years in hazardous waste in drinking water.

7           What I'm going to do tonight is provide you a

8      verbal description of the tank layout and the fueling

9      activities.  We're going to have an above-ground fuel

10     farm located in the northwest corner of the property

11     here.  It's going to meet all of the NFPA 30

12     requirements with regard to setbacks from property

13     lines and buildings of importance.  It's going to meet

14     the Florida DEP Chapter 6, 2-762 for stationary tanks

15     with respect to the construction and with respect to

16     their maintenance and operations.  It's also going to

17     meet the EPA requirements with respect to 40C Part 112

18     for spill prevention countermeasures and control plans.

19          We're going to have three above-ground diesel

20     tanks.  Or, essentially, it's diesel.  It's Jet A fuel,

21     which is high-grade kerosene.  And one 12000-gallon AV-

22     gas tank, which is high-grade gasoline, high-octane

23     gasoline.  And one 1000-gallon motor fuel tank for

24     fueling the vehicles that transport the fuel from the

25     tanks to the aircraft.

60

```
 1          The fuels are going to be delivered from a tanker
 2    truck.  And that fuel is going to be added with a vapor
 3    recovery called stage one vapor recovery, where the
 4    vapors from the fueling activity go back into the tank.
 5    The fuel from the tanks to the trucks to take to the
 6    aircraft are going to be bottom loaded, so you reduce
 7    the vapors going into these tanker trucks.  You're not
 8    going to have stray vapors.
 9          And the aircraft are going to be parked along
10    here.  They're going to be towed in, so you're not
11    going to have any aircraft that are going to jet or
12    travel into this area except by pullers.  Any questions
13    on that?
14          MAYOR BARKER:  Mr. Shirley, any questions?
15          MR. SHIRLEY:  No questions.  Thank you.
16          SPEAKER:  Could he turn it around and show us.
17          MAYOR BARKER:  Yes.  Sir, can you please allow the
18    audience --
19          SPEAKER:  How large of a tank is that?
20          MR. SWANN:  This is the fuel storage area.  We're
21    going to have three 20,000-gallon tanks and --
22          SPEAKER:  Three 20,000?
23          MAYOR BARKER:  We have to get everyone on the tape
24    now.  If you want to ask a question, you need to come
25    forward.
```

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 61 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 62 of 313

61

1      SPEAKER:  That was an excited utterance.

2      MAYOR BARKER:  Mr. Swann, would you like to give

3  the presentation to the audience, just point out the

4  fuel facilities?

5      MR. SWANN:  We're going to have three

6  20,000-gallon tanks that are going to store essentially

7  high-grade kerosene.  Those tanks are going to be

8  placed within secondary containers to prevent any kind

9  of spillage that might occur from entering the

10  environment.

11      The tanker truck that's going to fuel these tanks,

12  that tanker truck is going to be placed on containment,

13  preventing spills from entering the environment from

14  that activity.  We're going to have fuel trucks that

15  carry the fuel from the tanks to the aircraft, which

16  will be also placed, when they're not in operation,

17  when they're being fueled, they're going to be placed

18  in containment so that any spillage that occurs is

19  captured before it enters the environment.

20      We're also going to have a 12,000-gallon AV gas

21  tank and a 1000-gallon gasoline storage tank, motor

22  fuels.  All that is going to be within the secondary

23  containment system.  The fuel, again, is going to be

24  pumped from the tanks to a truck, which is going to be

25  bottom fed so that you don't have flash or vapors as a

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 63 of 313

1    result of that activity.  The fuel from the tanker

2    truck to the tanks is going to recover the vapors.  The

3    vapors are going to be recovered through a stage one

4    vapor recovery system.  So you're not going to have

5    vapors generated as a result of that activity.

6        MR. ODOM:  The reason for the third 20,000-gallon

7    tank is the EOC, emergency operations, for the County

8    to dedicate that fuel to the fire department and the

9    sheriff for emergency response when there's a storm.

10        MAYOR BARKER:  Mr. Odom, we have to get you on the

11    tape, too.  We have to get you on the record.

12        MR. ODOM:  The reason for the third 20,000-gallon

13    tank is, in discussions with the County, for emergency

14    operations, for them to have, the fire department and

15    the sheriff's department and the County, to have fuel.

16    In the event of a major emergency, the third

17    20,000-gallon tank will be dedicated to their purposes.

18        MAYOR BARKER:  Is there any other

19    cross-examination of Mr. Swann?

20        SPEAKER:  What is the --

21        MAYOR BARKER:  You have to come forward and state

22    your name for the record.  I apologize, but that's just

23    part of the rules.

24        SPEAKER:  Brenda York, 3805 Misty Way.  What is

25    the safety factor with those houses on that road there

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 64 of 313

63

by that storage tank?  Because my house now is right

behind the hangars.

MR. SWANN:  Yes, ma'am.  The tanks are combustible

liquids.  They have a flash point 120 degrees

Farenheit.  This is the kerosene tanks.  They're away

from buildings.  They're away from right-of-ways.  So

you have minimal chance of someone sabotaging those

facilities.  They're within a fenced area, secured.

The same thing with the gas tanks, the aviation

tanks, which is gas tanks.  That's all secondarily

contained.  If there is a fire, it's going to be

contained within the secondary containment system.

Essentially, it's a blocked wall that contains 110

percent of the largest tank capacity.

MS. YORK:  So, in other words, it will blow it up

from the tank up to the fire station on Airport Road?

MR. SWANN:  It may catch fire, but they won't blow

up.

MS. YORK:  The fumes are so bad now at my house

that it's -- I mean, I'm having health problems because

of it.

MR. SWANN:  With respect to the fueling

activities --

MR. HALL:  Can we have a question?  I don't

believe that was a question.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 65 of 313

64

1    MAYOR BARKER:  This is cross-examination for Mr.

2    Swann, so you have to ask him questions about his

3    testimony.  If you want to call him back up at a later

4    date --

5    MS. YORK:  The storage part of it, how safe,

6    absolutely how safe is that?  Can you turn that around?

7    I'm sure the people would like to see it.  How safe is

8    it to the housing areas?

9    MR. SWANN:  If it catches on fire, you will have

10   smoke and heat, which will not be transmitted, but you

11   won't have any way to end up catching your house on

12   fire.

13   MS. YORK:  100-percent guaranteed?  Because people

14   that are living in that area with that much fuel need

15   to know what they can expect, not after they're blown

16   to bits.

17   MR. HALL:  Again, there needs to be a question,

18   please, ma'am.

19   MAYOR BARKER:  I believe she's asking him if it's

20   safe.

21   MS. YORK:  So is it safe, 100-percent safe, for

22   that housing, for the people that live in that area?

23   MR. SWANN:  Yes, ma'am.  It's as safe as any

24   convenience store operation or any construction site.

25   MS. YORK:  I didn't buy a house next door to a

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C  Page 66 of 313

1    convenience store.  Thank you.

2       MAYOR BARKER:  Any other cross for Mr. Swann?

3    Please keep it down.  Please maintain decorum.

4       SPEAKER:  I just had a quick question.  Farenheit

5    or Celsius?

6       MAYOR BARKER:  You have to be on the microphone.

7    We have to get you on the record.  And you have to

8    state your name for the record, identify yourself.

9       SPEAKER:  Dave Corby, 832 North Lakeside.  Just a

10    technical question.  120 degrees Farenheit is the flash

11    point?

12       MR. SWANN:  Yes, sir, for the Jet A.  Of course,

13    gasoline is like a negative 49.

14       SPEAKER:  Betsy Wilson.  In the event that there

15    was an explosion, what would the emergency response

16    time be projected?

17       MR. SWANN:  If there was a problem?  I couldn't

18    answer that.  Local fire marshal jurisdiction of the

19    facility and the airport's fire-fighting capabilities.

20       MAYOR BARKER:  Any other cross-examination for Mr.

21    Swann?  If there is, hold your hand up high.  Seeing no

22    more cross-examination for Mr. Swann, why don't we take

23    about a five-minute recess, let the court reporter

24    stretch her fingers a little bit, change the tape if we

25    have to, and we'll reconvene.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 67 of 313

66

1        (Brief recess taken from 7:25 to 7:45 p.m.)

2        MAYOR BARKER:  Ladies and gentlemen, let's,

3    please, call the meeting back.  We had just finished

4    cross-examination of Mr. Swann.  Does the applicant

5    have another witness?

6        MR. WATKINS:  My name is Jim Watkins.  I live in

7    Houston, and I grew up in Cottondale, Florida.  I don't

8    have a resume'.

9        I'm a petroleum engineer and a marketing

10   consultant for the Hiller Group based in Tampa.  They

11   are the sole distributors for aviation fuel for

12   Chevron, Texaco, Global Aviation east of the

13   Mississippi, plus Louisiana, Texas, and Oklahoma.  I've

14   got over 30 years of experience in petroleum marketing,

15   25 of it in aviation.

16       I used to build service stations as a real estate

17   developer for Gulf Oil in Atlanta, so I know

18   underground tanks as well as above-ground tanks. I'm a

19   retired Army officer with 30 years of active and

20   reserve, most of which was in the Army Corps of

21   Engineers.  I've been involved in the design and

22   installation of over 50 aviation fuel storage tanks,

23   and I've also designed a fuel system for the Air Force

24   in Saudi Arabia.

25       I want to talk volumetrics.  The average

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 68 of 313

67

1    convenience store does about 100,000 gallons of

2    gasoline a month.  This airport currently pumps 1.2

3    million gallons a year, or an average of 100,000 a

4    month.  Assuming this project is approved and Destin

5    Jet Center gets half the volume on the field, that

6    would be 50,000 gallons a month, or one-half of the

7    volume of one convenience store.  And I would also, for

8    the record, the volatility of jet fuel is considerably

9    less than that of gasoline.  That concludes my

10   presentation.

11       MAYOR BARKER:  Thank you, Mr. Watkins.  Is there

12   any cross-examination.  Mr. Shirley?

13       MR. SHIRLEY:  None here.  Thank you.

14       MAYOR BARKER:  Okay.  Any member of the public

15   wish to cross-examine Mr. Watkins?  Okay.  I see no

16   cross.  Next applicant witness, if there is one.

17       MR. MIDDLESWART:  My name is Ed Middleswart, and

18   I'm currently working with Enviro Pro Tech in

19   Pensacola, Florida.  My background includes 15 years at

20   the Department of Environmental Protection as the air

21   program administrator for the Northwest District, from

22   the Alabama border to about Tallahassee, so including

23   this area.

24       I was asked to review the plans in the context of

25   air quality.  And, basically, as we've heard, there's

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 69 of 313

1    not going to be any increased use of the airport in

2    terms of the aircraft.  There's not going to be an

3    increase in landings or takeoffs at the airport

4    projected as a result of this project.

5        Now, over the years, there might be projections

6    that would include increases in traffic, but not as a

7    result of this project.  So as a result of this

8    project, there won't be any increases in air emissions

9    from airplanes either during takeoff, during taxiing,

10    or during landing.

11        And another aspect of air emissions would be

12    during fuel handling.  And as we've heard, and put it

13    in context of the Tom Thumb store, there will be no

14    increases in fuel handling at the airport.  The amount

15    of fuel being transferred to the airplanes and

16    transferred to the tanks, that amount of fuel will not

17    be increased, the amount of fuel handling.  Therefore,

18    the vapor emissions as a result of fuel handling that

19    are coming from the fuel will not be increased.

20        So in the context of all that, from the

21    perspective of air quality, it's my conclusion that

22    there will be no increases in air quality -- increases

23    in emissions that would result in a detriment to air

24    quality.

25        In fact, there's going to be a barrier constructed

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 70 of 313

69

1    as part of this project, which is going to be
2    approximately 26-feet high, separating the project from
3    the neighborhoods, surrounding neighborhoods, and that
4    should offer a reduction in the amount of impact that
5    the neighbors now observe or witness as from the
6    airport.  So, if anything, the air emissions should be
7    reduced as a result of this project.  So that really
8    summarizes my statement.  If there's anybody that --
9        MAYOR BARKER:  I have a question for you.  Can you
10   please spell your last name for me?
11       MR. MIDDLESWART:  M-i-d-d-l-e-s-w-a-r-t.
12       MAYOR BARKER:  Okay.  Thank you.  Mr. Shirley, any
13   cross-examination of Mr. Middleswart?
14       MR. SHIRLEY:  No questions from the Staff.  Thank
15   you.
16       MAYOR BARKER:  Any cross-examination?  Yes, ma'am.
17   Please come forward and state your name for the record.
18   And, also, please use the sign-in sheet, if you would.
19       SPEAKER:  I'm Jan Barr.  And I'm trying to read
20   this.  I live at 3845 Misty Way.  One of the concerns
21   we tried to express earlier, in the last meeting, was
22   that those of us who live in this immediately adjacent
23   area moved there knowing that there was an airport, but
24   not knowing that that particular area might be built
25   up.  So part of the concern is that we're moving an

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 71 of 313

70

active area of the airport.  Part of the concern that
we expressed last year at the last meeting -- bring it
down.  Okay.  There we go.  I'm not as tall -- was that
we're moving closer to the border of the airport where
there are houses.  And even if you're saying they're
not increasing any activity, you're not addressing the
issue of possible toxic elements with activity at the
airport and bringing it closer to homes.  Would you
address that, please.

MR. MIDDLESWART:  What I said was from everything
I saw that the activity at the airport was not going to
be increased.  Whatever is being emitted now, there's
not going to be increased emissions.  You're not going
to realize an increase in the impact.  In fact, as a
result of that barrier that has now been included in
that project extending 26 feet in the air, that should
be a mitigting influence on the emissions.

So, if anything, from the information, all the
information I reviewed, the air quality should improve,
the emissions should go down.  The emissions won't go
down, but the impact on the surrounding neighborhoods
should be reduced.

MS. BARR:  Even though, taking into account, it's
moving out closer to the houses?

MR. MIDDLESWART:  Yes, including that there's a

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 72 of 313

71

1    barrier.  And that area closest to the neighborhoods

2    will -- the aircraft will be towed into that area to

3    the hangars.  That will have no emissions.

4        MS. BARR:  One of the sources that I found said

5    that only 45 percent of the total emissions at airports

6    was due to the planes themselves.  The rest was due to

7    other activities.  Does that still apply?

8        MR. MIDDLESWART:  As far as I'm aware, yes, there

9    would be no change in that.  Because it would still be

10   the same number of takeoffs, landings, the moving

11   around, the taxiing.  That's not going to be increased

12   by this project.  So you'll still have that level of

13   emissions.  But there is that mitigating impact or

14   influence from that barrier that's being constructed.

15       MS. BARR:  I understand what you're saying.

16       MAYOR BARKER:  Any other cross-examination of Mr.

17   Middleswart?  Yes, sir.

18       SPEAKER:  Dennis Gagnon, 3847 Misty Way.  Do you

19   live near an airport?

20       MR. MIDDLESWART:  Yes.

21       MR. GAGNON:  Right near it, where we're --

22       MR. MIDDLESWART:  Yes.

23       MR. GAGNON:  Have you seen this barrier built

24   before, and do you foresee that it will work?

25       MR. MIDDLESWART:  No, I've never seen a barrier

72

1   like this constructed.  But I live about, oh, five or

2   six blocks away from the Pensacola Airport, and I never

3   heard, since I've been there 20 years, I've never heard

4   a complaint about the airport in terms of noise.  In

5   fact, people say, gee, we like this thing here, because

6   if we moved, we'd have to travel further to get on a

7   plane.  And so the overall balance.  Every once in a

8   while I hear some noise, but I've never noticed any air

9   quality impacts for sure.

10   MR. GAGNON:  So has anyone that is in this project

11   seen this project, the actual walls, has that been used

12   someplace before?

13   MR. MIDDLESWART:  To my knowledge, I've never seen

14   a wall like this at an airport.  But I imagine there

15   probably are.  But I don't know of any.  It can only

16   have a mitigating impact.

17   MR. GAGNON:  So it's an assumption.

18   MR. MIDDLESWART:  It's an assumption, but it's

19   based on...

20   MAYOR BARKER:  Any other cross-examination of Mr.

21   Middleswart?

22   MR. MIDDLESWART:  I'm sorry.  What?

23   MAYOR BARKER:  I was asking if the public or

24   anybody that's an interested party wishes to

25   cross-examine.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 74 of 313

1        SPEAKER:  My name is Brenda York.  On the air

2    quality, one, like I asked you about, right now we're

3    close enough to the hangars, it's not even -- from the

4    back of our house, the hangars, there's a ditch, then a

5    cul de sac, then one row of houses, or three or four

6    houses back there, and then the hangars.  When the jets

7    are running early in the morning, whenever they set

8    whatever they're doing, I'm an early riser, and

9    sometimes you cannot breathe whenever you go outside of

10   my house.  I have Puretrons, four big Puretrons running

11   in my house now.  Because if it's in my garage with the

12   garage closed that much, I'm wondering how much is

13   going up into the attic and seeping into the house.

14   And we won't get into the other issue, but it really is

15   affecting me.  I don't know about all my neighbors, if

16   they are having the same thing or not.  But you cannot

17   breathe.  Tears will come in your eyes.  You'll get

18   nauseated.  It's like if --

19        MR. HALL:  Mayor, I hate to interrupt, but this is

20   cross-examination.  Do we have a question, please?

21        MAYOR BARKER:  Yes, ma'am.

22        MR. MIDDLESWART:  As I said earlier, those effects

23   should not be exacerbated by this project.  If

24   anything, they're going to be reduced because of that

25   barrier.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 75 of 313

74

1          MS. YORK:  They're going to build a barrier?

2     There will be a barrier built between that and the

3     housing?

4          MR. MIDDLESWART:  There's that 26-feet barrier

5     that's to be constructed separating the project from

6     the neighborhoods surrounding the project.  That

7     barrier is expected to mitigate the transfer of gasses

8     from the airport outside.  There's still -- the extent

9     of that reduction, I don't know.  I don't know.  But I

10    know it won't be worse, because there will not be an

11    increase in the vapors being emitted at the airport.

12    We expect, as a result of that barrier, the 26-foot

13    barrier, that there will be mitigating, a reduction in

14    impact on the surrounding neighborhoods.

15         MS. YORK:  I would have to have someone check in

16    my house because it's beginning to bother me quite a

17    bit, affecting me quite a bit.

18         MAYOR BARKER:  Thank you.  Any other

19    cross-examination for Mr. Middleswart?  Yes, sir.

20         SPEAKER:  My name is James Bell.  The question I

21    had was you're adding 60,000 gallons of fuel to the

22    facility.  How much of an increase is this overall to

23    what's contained on site, and how would the vapors

24    affect the area from that facility?

25         MR. MIDDLESWART:  Again, it's my understanding

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 76 of 313

75

1    that the amount of fuel transferred and used at the

2    airport will not be increased as a result of the

3    project.

4        MR. BELL:  That's not the question I asked.  How

5    much fuel is currently stored on site?

6        MR. HALL:  That is not within the scope of his

7    testimony.  That's really something that the prior fuel

8    person was addressing.

9        MR. BELL:  Second, another part of the question

10   would be:  You're saying this barrier won't affect the

11   emissions at all.  Could it not have an adverse effect,

12   kind of like a station wagon effect, where it could

13   trap some of the emissions in the neighborhood by not

14   allowing the wind flow to flow through?

15       MR. MIDDLESWART:  What I said was the prediction

16   would be that the barrier would impede the flow of

17   emissions from the airport out to the neighborhoods.

18   It would be mitigating, a reduction in the impact in

19   the neighborhoods.  That's what you'd expect.

20       MR. BELL:  Right.  But, therefore, you're stopping

21   all the wind flow through these neighborhoods with your

22   26-foot wall.

23       MR. MIDDLESWART:  That wouldn't -- I don't see how

24   that would be the case.  Well, unless the wind was

25   coming from the airport -- that type of wind will not

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 77 of 313

76

1    be impeded.  But if the air is coming from the other

2    direction, I don't see where it would have any effect.

3         MAYOR BARKER:  Any other cross-examination?  Any

4    other cross-examination for Mr. Middleswart?  I see no

5    other cross-examination.  Is there another applicant

6    witness?

7         MR. DORMAN:  Good evening.  My name is Jack

8    Dorman.  I think most of you know my qualifications.

9    I'm here to discuss the compatibility of the proposed

10   project.

11        And by way of background, I was the City Manager

12   of Destin, served with Mr. Destin.  We have prepared,

13   my firm, Jack Dorman & Associates, based here in

14   Destin, we've prepared 16 comprehensive plans

15   consistent with the rules and regulations for the State

16   of Florida, 11 land development codes, thousands of

17   plan amendments, numerous services on behalf of local

18   governments ranging anywhere from financial guidance.

19   I was the chairman of the finance committee that

20   originally got the Mid-Bay Bridge approved.  We

21   prepared the Navarre Beach master plan.  The bottom

22   line is there's a very, very brief summary of my

23   qualifications attached as the last page of my

24   compatibility report submitted to the City on September

25   20th.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 78 of 313

77

1     With that, I would ask Mr. Shirley:  Would you

2     concede that I'm a qualified expert?

3         MR. SHIRLEY:  Of course.  And that compatibility

4     study is included as part of Staff's Exhibit 1.

5         MR. DORMAN:  Given that you already --

6         MAYOR BARKER:  Mr. Dorman, hang on.  Is there any

7     objections to Mr. Dorman being entered into the record

8     as a professional witness?  I see no objections.  So

9     you are now considered a professional.

10    Congratulations.

11        MR. DORMAN:  I wish some money came with that.

12    Thank you, Mr. Mayor.  There's really not a lot for me

13    to say in addition to what's in the report.  I believe

14    you have the report.  I trust you've had an opportunity

15    to read it.  I'm not going to try to cover the whole

16    report tonight.  I believe it would be

17    counterproductive for all of our piece of mind.

18        I would like to just sort of emphasize the

19    conclusions in the report, though.  As you know, and as

20    the staff report indicates also, in terms of the

21    technical requirements of the City contained in both

22    your comp plan and land development code, Destin Jet

23    conforms with the requirements, in most cases exceeds

24    the requirements.

25        You do have the issue of or the issues of building

design and location.  As you've heard several of the
experts say, the location of the buildings is at the
site's perimeter.  I know you've seen this.  I know
you've seen this several times.  If you notice, the
perimeter of the buildings wind up being the barrier or
the wall, the 26-foot-tall barrier between the
residential structures and the airport.  This design, I
believe, is as compatible a design as you can achieve
for an FBO or another filling station at the airport.

The activity areas are obviously going to be
inside the horseshoe created by the structures, so the
activity, there's no opportunity for activity to occur
on the sides of the project site that would be adjacent
to any residential structure, or any other structure
for that matter.

The landscaping, it exceeds by a factor of, I
think, around 200 trees, about 50 percent, your minimum
requirements.  The noise study that's already been
discussed at some length, I believe you have a copy of
that, indicates that under the worst-case assumption,
all the hangar doors are open, all the planes are
running at the same time, 100 percent of the ramp area
with planes running their engines, Destin Jet is
conforming to an operational requirement that requires
total in-ramp area below that line on the plan in front

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 80 of 313

1    of you.

2          The noise study done by ESA which you have

3    enclosed, I've attached it as an exhibit to my report,

4    indicates that no adjacent properties will realize an

5    increase in noise and some will realize a decrease as a

6    result of Destin Jet.  That's not to say there won't be

7    additional traffic at the airport, but not because of

8    Destin Jet.

9          The analogy I like to use would be a McDonald's

10   and Burger King.  Burger King goes in.  You're

11   traveling from here to there.  McDonald's builds a shop

12   next door or across the street.  You don't choose to

13   drive there to go there.  You choose to go there

14   because you're going to get something to eat or gas,

15   whatever.  The same analysis applies to the FBO filling

16   station.

17         The gentleman from the fuel company talked about

18   Tom Thumb.  We've got -- when you build a filling

19   station, if you put another filling station, is that

20   going to generate, create more traffic?  I don't think

21   so.  It might attract a car that would otherwise go to

22   a filling station that exists.  It might not.  But it

23   doesn't create additional demand for gas at that

24   location.  So the growth issue, to me, it's analogous

25   to the interstate exits, when you see multiple filling

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 81 of 313

1    stations, multiple restaurants, that sort of thing.

2         In terms of commercial compatibility, excluding

3    noise, I've included in my report an exhibit which

4    basically filled out the City's checklist from your

5    land development code.   Treating that checklist as you

6    would any other commercial activity, excluding noise,

7    it conforms to all the requirements.

8         I would also like to point out that perhaps we're

9    approaching this thing backwards, but not because we

10   have a choice.   I don't think you have much of a

11   choice.   But, in reality, what we heard earlier tonight

12   about the federal law and state law, specifically

13   Florida Statute 333.03 indicates that we're supposed to

14   be protecting the airport.   That's the policy of the

15   State of Florida.   That's the law of the State of

16   Florida, to protect the airport.

17        We're sort of going about this the other way

18   around.   But that's okay.   You're in a pickle.   I've

19   been here 20 years, and I understand that pickle that

20   we're all in.   But it's really sort of upside down from

21   what is the intent, the purpose, of Florida law.

22        So based on all the issues I just mentioned and

23   all the issues in my report and the exhibits, it's my

24   opinion that Destin Jet, as currently proposed with all

25   the incorporated mitigating issues, will not experience

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 82 of 313

81

1    an increase in noise as a result of the project.  The

2    project is compatible with the area and meets or

3    exceeds al compatibility requirements for the City of

4    Destin.  Thank you.

5         MAYOR BARKER:  Thank you, Mr. Dorman.  Mr.

6    Shirley, any cross?

7         MR. SHIRLEY:  No questions.  Thank you.

8         MAYOR BARKER:  Okay.  Is there any

9    cross-examination of Mr. Dorman?  Yes, ma'am.

10        SPEAKER:  I'm Betsy Wilson.  Mr. Dorman, you said

11   you were City Manager of Destin?

12        MR. DORMAN:  Yes, ma'am.  I was the first City

13   Manager of Destin.

14        MS. WILSON:  So that would have been --

15        MR. DORMAN:  1985 to 1989.  City of Destin was

16   voted -- the voters of the City of Destin voted to

17   incorporate in 1984.  The Florida Legislature passed a

18   bill creating the City of Destin in 1984.  The first

19   City Council took its seat January 14th, 1985.  And I

20   came to work on April 1, 1985.

21        MS. WILSON:  Okay.  Thank you for the history

22   lesson.  I'm well aware of all that.  So in 1989, the

23   Florida Statute 333 had not yet evolved.

24        MR. DORMAN:  It's my understanding that statute

25   came out in 1990.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 83 of 313

1        MS. WILSON:  In 1990.

2        MR. DORMAN:  I believe we have an exhibit to that

3    effect, yes.

4        MS. WILSON:  Thank you.

5        MAYOR BARKER:  Any other cross-examination of Mr.

6    Dorman?  Yes, ma'am.

7        SPEAKER:  Well, I thought that was the -- I'm Jan

8    Barr again.  Sorry.  I thought it was the airport

9    zoning law of 1945.

10        MR. DORMAN:  That was Florida Statute 333.  The

11    portion of 333 that was being discussed earlier, that

12    part of the provision, the notification.  There's been

13    zoning since 1928 in this country.  I don't know about

14    Florida.

15        MS. BARR:  So the notification came into effect in

16    1990.  Do you know when the noise study was done?

17        MR. DORMAN:  Which noise study?

18        MS. BARR:  That would have been applicable.

19        MR. DORMAN:  I don't believe one's been done until

20    now.  Part 150 -- I believe Mr. Sealy is here to verify

21    what I'm about to say.  If I say something incorrect,

22    please correct me -- on file with the FAA, it's

23    approved for the purposes -- it's not on file with the

24    FAA?  I had that wrong.

25        MS. BARR:  So if I heard it correctly then, the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 84 of 313

1    notification led to the zones around the airport

2    related to a noise study.  Isn't that correct?

3         THE CLERK:  Ms. Barr, you need to speak up.

4         MR. DORMAN:  It says, where an airport -- I'll

5    just read you the whole thing.  "Where an airport

6    authority or other governing body operating a publicly-

7    owned public-use airport has not conducted a noise

8    study, neither residential construction nor any

9    educational facility as defined shall be permitted

10   within the area contiguous to the airport within an

11   area one-half the length of the longest runway on other

12   side of --

13        MS. BARR:  I was trying to speak to the

14   notification, which confused me earlier, so I agree.

15        MAYOR BARKER:  Yes, ma'am.

16        SPEAKER:  Barbara Carpenter.  Sir, could you

17   explain again -- I'm a little confused.  You stated

18   earlier about the purpose, that we have this backwards,

19   that the airport zoning statute 333 was there to

20   protect the airport.

21        MR. DORMAN:  Florida law and federal law are both

22   designed and the underpinning written words are

23   designed to protect airports and airport operations.

24        MS. CARPENTER:  I'm holding Florida Statute 333.03

25   here, and it states that the power to adopt airport

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 85 of 313

1    zoning regulations, in order to prevent the creation or

2    establishment of airport hazards.  So I think many of

3    the citizens feel that this is a hazard, you know, to

4    the citizens here, and it's on the airport.  And we

5    feel like it's not upside down, just to correct you on

6    that.

7         Also, I wanted to talk to you about the Florida

8    statute that you just read, 333.03, that states:  Where

9    an airport authority or other governing body owns a

10   publicly-owned, public-use airport has not conducted a

11   noise study, neither residential construction nor any

12   educational facility, as defined in Chapter 1013, with

13   the exception of aviation school facilities, shall be

14   permitted in an area contiguous to the airport

15   measuring one-half the length of the longest runway on

16   either side of and at the end of each runway center

17   line.  I know this has been mentioned earlier that this

18   is a violation that the City and the County are in

19   violation of.

20        I have a question for you.  And it may involve

21   some other person, maybe Mr. Sealy and Mr. Shirley.  I

22   think this is the same statute I brought before the

23   City Council in October 2003, stating that the City and

24   the County was in violation of this, and we went round

25   and round, and it was my understanding that Mr. Sealy

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 86 of 313

1   stated that we had done a noise study.  Although, I

2   asked for a copy of it for two years and have yet to

3   receive a copy.  But he said one was done.

4         And then Mr. Shirley made a reading at one point

5   that this statute was not applicable for various

6   residential buildings that the City Council was voting

7   to approve on Airport Road because a noise study was

8   done.  And when you read Florida statute, it says this

9   is applicable if a noise study has not been conducted.

10  Mr. Sealy said one was conducted.

11        So I don't understand why Mr. Shirley agreed, and

12  I thought this was a resolved issue, that the City was

13  not in violation of this Florida statute.  I don't

14  understand why it keeps coming up when the City

15  Attorney and the County airport director have both

16  stated in the past that this is not a violation.

17        MR. DORMAN:  In the first place, I haven't

18  suggested that the City is in violation of anything.

19  What I'm suggesting is that the policy, the

20  underpinnings of that statute and other statutes are

21  designed to protect the airports.  That's what I

22  stated.  The legal ramifications, Mr. Sealy can speak

23  for himself.

24        We have a room full of lawyers.  I'm not a lawyer.

25  I don't want to get into that kind of debate with you.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 87 of 313

1    We're going to have a legal expert that may be better
2    able to answer that question.
3        MS. CARPENTER:  Then I'll reserve any further
4    comments until later.  Thank you.
5        MAYOR BARKER:  Any other cross-examination of Mr.
6    Dorman?  Okay.  Thank you.
7        MR. DORMAN:  Thank you, Mr. Mayor.
8        MR. KIRSCH:  Good evening, Mr. Mayor, members of
9    the City Council.  My name is Peter Kirsch.  I'm a
10   lawyer from Denver, Colorado.  And I specialize in
11   representing local governments and airport authorities
12   in complex issues of compliance with federal law in
13   achieving land use compatibility between an airport and
14   its neighbors in an area that is, frankly, very, very
15   complicated.  And a large part of my practice is making
16   presentations like this tonight; that is, helping local
17   governments understand what their powers are and what
18   their powers are not when it comes to regulating
19   airports, what can and cannot go on at airports.
20       One of the most difficult parts of understanding
21   airports is understanding the distinction between what
22   the law is and what we would like the law to be.  And I
23   suspect in the course of my presentation this evening
24   there will be many cases in which members of the City
25   Council may shake their heads and say that can't be the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 88 of 313

87

1   case.  And, unfortunately, there are a number of

2   elements of federal law as it governs airports that may

3   be counter -- and I'm not the legislator.  I'm simply

4   the lawyer representing to you what, in fact, the law

5   requires.  I'm going to talk about three particular

6   points and with reference both to federal and to state

7   law.

8       Point number one is what I'll call preemption.

9   The principle here is very, very simple.  Direct or

10  indirect attempts by the City to regulate the proposed

11  Destin Jet FBO operation present a number of complex

12  federal and state preemption issues.  Activities within

13  an existing airport are subject to a complex web of

14  federal laws and regulations that address operations,

15  design, hours of operation, and other considerations.

16  While federal regulation of airports is not

17  all-encompassing, there are only very limited and

18  highly constrained opportunities for nonproprietor

19  local governments, like the City of Destin, to regulate

20  the manner in which an airport operates or develops

21  within its boundaries.  The FAA approves airport master

22  plans and airport layout plans.  And these are both

23  terms of art.  You have heard here tonight that the

24  FAA has approved a master plan for the Destin Airport.

25  You've also heard here tonight the FAA has approved --

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 89 of 313

88

1          MAYOR BARKER:  Excuse me.  Ladies and gentlemen,

2     please.

3          MR. KIRSCH:  You've also heard here tonight that

4     the FAA has approved an airport layout plan for Destin

5     Airport.  These are very important.

6          I wound like to put up, if I may, an exhibit which

7     I think helps illustrate the point.  This is the

8     airport master plan from 1989 as approved by the FAA.

9     And the reason I put this up as an exhibit is to

10    illustrate to you that as long ago as 1989, the FAA-

11    approved airport master plan for Destin Airport showed

12    hangars in approximately the location of the proposed

13    Destin Jet facility.  The reason that's important is

14    the FAA, as early as 1989, determined that hangars

15    should be built in that location.

16         Now, secondly, the FAA approved an airport layout

17    plan.  That's a much more detailed plan that the

18    County, as the proprietor of the airport -- excuse me

19    -- the County, as the proprietor of the airport,

20    prepares the plan and submits it for FAA approval.  And

21    as you heard Mr. Sealy say, the layout plan has been

22    approved.  In fact, it's approved routinely when there

23    are changes made in the airport.

24         Once the FAA approves the airport layout plan, it

25    takes on legal significance.  That is what the airport

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 90 of 313

1    is allowed to have built within its boundaries.  The

2    layout plan depicts what the airport may build within

3    its boundaries under federal law.

4         Let me get back to the issue here of what I call

5    conflict preemptions.  While we're limiting legal

6    support for local land use regulation in the siting of

7    new airports or the expansion of existing airports,

8    attempts to regulate what an airport does within its

9    boundaries raise very complicated legal issues.  And

10   the probability that a City will be able to regulate

11   anything within the boundaries of an airport decreases

12   depending upon three factors.  Number one, the extent

13   of the purported regulation.  Number two, whether the

14   regulation affects operations on the airport.  Number

15   three, if the regulation conflicts with the obligations

16   of the testify airport owner -- in this case, Okaloosa

17   County.

18        So to the extent that the City, through its

19   approval or through its conditions on the Destin Jet

20   facility, purports to do any of those things, the

21   City's regulation would be preempted.

22        Now, in the present situation, the types of

23   regulations that we've heard that the public has asked

24   for at the Destin Jet facility in particular things

25   like where buildings may be located, how Destin Jet

90

1    uses its aprons and taxiways, and the times of day when

2    it operates, clearly fall within the area of federal

3    law that preempts local nonproprietor authority.  There

4    is no room within this regulatory scheme for local

5    regulation of these types of facilities.  This may be

6    bad news, but this is how federal preemption works, not

7    just in Okaloosa County, not just in the City of

8    Destin, but throughout the whole United States.

9        I think this chart illustrates the point I've been

10   making.  Federal law preempts city attempts to regulate

11   airport projects for the location of aircraft or FBO

12   operations, hours of aircraft or FBO operations, and

13   aircraft taxiing or towing as three examples of where

14   federal law preempts local attempts to regulate.  So

15   once the federal government has spoken on the issue of

16   the location of aircraft or FBO operations, there is

17   nothing left.  Once federal law has spoken on the hours

18   of aircraft or FBO operations, there's nothing left.

19   Once federal law has spoken on aircraft taxiing or

20   towing operations, there is nothing left.  In other

21   words, the federal government regulates these three

22   areas exclusively.

23       Now, let me deal with the secondary area where

24   federal law interacts with local regulations, and

25   that's something called exclusive rights.  Federal law

1   requires airports, airport owners like Okaloosa County,

2   the proprietor of the Destin-Fort Walton Beach Airport,

3   to make airport layout plans available for aeronautical

4   uses.  That obligation is particularly strict where

5   such development is necessary to prevent the creation

6   or perpetuation of a monopoly at the airport.  For

7   example, if there is a single FBO operation, Okaloosa

8   County cannot, as a matter of federal law, turn down an

9   application from a competitor to operate an FBO at that

10  airport if there's land available at the airport and

11  the airport layout plan shows such land is available

12  for an FBO operation.

13      As we've seen at this airport, the airport layout

14  plan, at this airport currently there's one FBO; at

15  this airport, there is land available for aeronautical

16  uses for development of another FBO.  Under federal

17  law, Okaloosa County cannot deny an application under

18  reasonable terms and conditions for a competing FBO.

19      Now, the reason that principle is important is the

20  City cannot regulate the activities of that FBO in a

21  manner that would require Okaloosa County to choose

22  between complying with City ordinances and federal law.

23  That's called conflict preemption.  And under the

24  principles of preemption, federal law is first.  So to

25  the extent that the City purports to do anything that

1    would make it unreasonable, impractical, impossible,

2    unlikely for a competing FBO to be able to develop

3    Destin Jet, federal law preempts such regulation.

4        And let me quote, if I may, from an FAA regulation

5    to this effect, Order 5190.6A:  The grant of an

6    exclusive right -- exclusive right meaning only one

7    person can conduct that operation.  The grant of an

8    exclusive right to conduct an aeronautical activity at

9    an airport where federal funds have been expended --

10   that includes Destin Airport -- is considered violation

11   of Section 30-A-8 of the Federal Aviation Act, whether

12   such exclusive right results from express agreement --

13   sort of a behind-the-scene agreement -- or from the

14   imposition of unreasonable standards and requirements

15   or by any other means.  This obligation, the obligation

16   that Okaloosa County has, to encourage and allow

17   competition at the airports is perpetuated.  Because

18   Okaloosa County has taken federal money, it is subject

19   to this obligation.

20       Now, attempts by a nonproprietor -- in this case,

21   the City -- to regulate the actual operation of

22   aircraft or aircraft noise in conjunction with an FBO

23   facility would run afoul of another series of federal

24   laws and a number of cases over the course of the last

25   25 years.  In this instance, Destin Jet, LLC, has

1    voluntarily agreed to make certain modifications to the

2    Destin Jet facility, as you've seen here tonight

3    compared to the plans you saw last spring.  Those are

4    designed to address, we believe, the concerns that the

5    members of the City Council and the public have raised

6    regarding noise.  While Destin Jet is free to make such

7    voluntary commitments, the City cannot condition its

8    approval on the manner in which aircraft operate at the

9    FBO.

10        So I think it's very important to keep in mind

11   that the commitments that the applicant has made in

12   this instance are very important commitments, the

13   commitments the City could not otherwise have achieved

14   through its regulatory power.

15        While there has been considerable public

16   discussion and City Council debate about the impacts of

17   the proposed Destin Jet facility, we believe that

18   Destin Jet has made unprecedented efforts to ensure its

19   project is designed in a manner that's sensitive to the

20   community and minimizes potential adverse impact to the

21   City and to nearby residents.  The City does not

22   independently have the authority to demand this of

23   Destin Jet.  And, in fact, were the City to make such

24   demands or impose such conditions, the chance of

25   federal preemption is very, very, very high.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 95 of 313

94

1      Now, let me address a third topic, which a number

2   of questions, I think, are posed in the last couple of

3   moments, and that has to do with 333.03 of the Florida

4   statutes.  This is one of those examples where whether

5   we like it or not, the law may not do what we think the

6   law does.  I'm going to put up 333 again.  The

7   principle behind Chapter 333 is very simple.  It is

8   designed to achieve compatibility between an airport

9   and its neighbors.  The policy of the State legislature

10  of Florida, when you read through the entire Chapter

11  333, make it very clear that, again, whether we like it

12  or not, this is not designed to be a two-way street.

13  That it is the obligation of local governments around

14  airports to make their land use plans compatible with

15  the airport, not vice versa.  Now, why would it be?

16  Why would the State legislature say we think that the

17  City of Destin, for example, should be making its

18  zoning and land use decisions compatible with the

19  airport rather than Okaloosa County making its airport

20  compatible with the City of Destin?

21      The reason is, again, very simple, federal

22  preemption.  Okaloosa County, as a proprietor of Destin

23  Airport, does not have the authority to turn people

24  down if they want to come into the airport.  As we've

25  already heard, it does not have the authority to tell

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 96 of 313

95

1      Destin Jet, LLC, it cannot build an FBO.  And,

2      therefore, what happens at the airport is subject

3      largely to federal regulation.  Since that's the case,

4      the Florida State legislature says it's important that

5      we achieve compatibility some way, and that's going to

6      be achieved through bringing the neighboring land use

7      in compatibility with the airport.

8          Let's go specifically to 333.03.  There are two

9      provisions there.  Number one, if an airport has

10     prepared a Part 150 noise compatibility program, the

11     contours in that program define the area where

12     residential property is prohibited.  Okaloosa County is

13     preparing -- not has prepared, is preparing a Part 150

14     program.  As you've seen, a fair amount of the data is

15     available from that already, and that has some contours

16     and very valuable information for planning purposes.

17     And once it's finally approved, it will be more

18     valuable.  But the County does not have -- the County

19     has not prepared the noise study that's referred to in

20     333.03.

21         So we must go to the next section of 333.03, which

22     says that if there doesn't exist a Part 150 noise

23     compatibility program for the airport, then all

24     residential uses around the airport may not be

25     permitted in an area shown on this chart.  The area

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 97 of 313

96

1      within this red line is measured as half the distance

2      from the runway center line on either side; so, roughly

3      speaking, 2500 feet on either side of the runway and

4      2500 feet at either end.

5          That's what Florida law says.  That's not what I

6      wrote.  It's probably not what you would have written.

7      But that's what the State legislature said:  Where an

8      airport has not prepared a noise study as defined

9      above, neither residential nor educational facilities

10     shall be permitted within this area.  Now, again, this

11     may not be an example of something we like what the law

12     says, but that's what the law says.

13         So under Florida law, when we look at the issues

14     of compatibility and we look at the issues of what the

15     City can and cannot do to regulate what goes on at

16     Destin Jet, I think it's very important to keep in mind

17     these two principles.  Principle number one, that under

18     federal preemption, the City's authority to regulate

19     what can and cannot go on the Destin Jet facility is

20     extremely limited, and even Okaloosa County's authority

21     is very limited.  And, number two, when we're looking

22     at issues of compatibility, it is the City's obligation

23     under Florida law to bring its land use planning in

24     compatibility with the airport and not vice versa.

25     Thank you very much.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 98 of 313

97

1       MAYOR BARKER:  Mr. Kirsch, thank you.  Any

2   cross-examination, Mr. Shirley?

3       MR. SHIRLEY:  No, I don't have any.  I'll cover

4   the issues in my conclusory words to the City Council

5   at the end of the hearing.

6       MAYOR BARKER:  Any other cross-examination for Mr.

7   Kirsch?  Yes, ma'am.

8       MS. WILSON:  Hi, I'm Betsy Wilson.  Mr. Kirsch, do

9   you have a copy of the airport layout plan?

10      MR. KIRSCH:  Yes, I do.

11      MS. WILSON:  Can you share that with us, please?

12      MR. KIRSCH:  I don't know if I have enough copies

13  for the entire City Council.

14      MS. WILSON:  And can you confirm that the airport

15  layout plan is a separate document?  It's totally

16  different than the airport master plan, correct?

17      MR. KIRSCH:  The answer is yes and no.  First, I

18  believe the City has a copy of the airport layout plan,

19  but I'll certainly make my copy available to the City

20  Council.  The airport layout plan is a component of the

21  airport master plan.  They are approved separately.

22      MS. WILSON:  So they are, in essence, two separate

23  documents.

24      MR. KIRSCH:  They are.  An airport layout plan is

25  revised quite frequently.  Many airports revise them on

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 99 of 313

1    almost a two-or-three-times-a-year basis.  Master plans

2    are not.

3        MS. WILSON:  The reason this point is imperative

4    is because I was in a meeting this afternoon with Mr.

5    Sealy, and he told me that the documents were one and

6    the same and told everybody else in that meeting as

7    well.

8        MR. KIRSCH:  That is a correct statement.  That

9    is, the master plan must contain an airport layout

10   plan.  But an airport layout plan may be revised

11   following the preparation of a master plan.  So what

12   often happens is you'll get a master plan every, oh,

13   five or ten years, and an airport layout plan every

14   year or six months.

15       MS. WILSON:  I understand what you're saying, Mr.

16   Kirsch, but my point is we were told they were one and

17   the same when, in fact, you just said they were two

18   separate documents.

19       MAYOR BARKER:  Any other cross-examination of Mr.

20   Kirsch?  Yes, sir.

21       SPEAKER:  Hi, Bill Pakula again, 505 Baywood

22   Court. I have a question regarding the legal

23   requirements of a Part 150 noise study.  My

24   understanding is somewhat limited.  Although, I

25   understand that the mix of noise sources and intensity

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 100 of 313

1    sources used in such a noise study is based on the

2    class of airport and the mix of aviation assets

3    expected to be flying into and out of that airport over

4    a certain period of time.

5        My question is:  Did the Part 150 noise study

6    currently in draft use a mix of aircraft over a

7    one-year period as currently flying into the Destin

8    Airport, or does it use a reasonable, prudent

9    prediction of future aircraft types and sorties to be

10   expected under the aviation forecast?  What's the legal

11   requirements in a Part 150 noise study?

12       MR. KIRSCH:  First of all, I did not prepare the

13   Part 150.  I can tell you what's required as a matter

14   of law, which is that Part 150 has a current noise

15   which represents within one year of the date of when it

16   was prepared and current fleet mix and activity levels,

17   and then at least five years out, projection five years

18   out of what the fleet mix will be and what the activity

19   level will be.  I can only guess as to whether or not

20   the draft Part 150 program complies with federal law.

21   That's what's required.

22       MR. PAKULA:  Okay.  That's the question I had.

23   Unfortunately, the noise study is only in draft form.

24   I don't think too many members of the public have had a

25   chance to read it yet.  Thank you.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 101 of 313

100

1       MAYOR BARKER:  Thank you.  Any other

2   cross-examination of Mr. Kirsch?

3       SPEAKER:  I had one.  Dave Corby.  What was the

4   term, sir, that you used to describe a government like

5   the City that does not have jurisdiction?

6       MR. KIRSCH:  Nonproprietor local government.

7       MR. CORBY:  Exactly.  Okay.  In that case, was

8   there -- has there ever been, to your knowledge, a case

9   where a nonproprietor government -- is that correct? --

10   was able to somehow influence development of a project

11   or change a project in any way with regard to these

12   statutes and FAA regulations that you brought to our

13   attention today?

14       MR. KIRSCH:  There are many, many examples of

15   that.  Those examples are ones in which, as heard here,

16   the proponent and the nonproprietor government agree on

17   certain changes in the project.  That's number one.

18   Number two is where the nonproprietor imposes

19   conditions that have nothing to do with the operations

20   of the facility.

21       For example, it is probable, though not certain,

22   that nonproprietor local governments have the authority

23   to impose building codes, plumbing code, electrical

24   code, health and safety requirements on construction.

25   And the reason I say it's not certain is the law is a

1   little bit unclear on that.  When you cross that line

2   to what can be built as opposed to how something is

3   built, a public health and safety manner, that's when

4   federal preemption kicks in.

5       MAYOR BARKER:  Any other cross-examination?

6       MS. CARPENTER:  Barbara Carpenter.  Sir, are you

7   going to be entering that airport layout plan as an

8   exhibit?

9       MR. HALL:  It's already in.

10      MR. KIRSCH:  I don't know whether I can

11   authenticate that.  But if we can, I suppose --

12      MR. ODOM:  It's already in the record.

13      MR. KIRSCH:  It's already in the record as part of

14   the master plan.  I don't know whether the latest

15   iteration is in the record.  I don't know whether I

16   have the latest iteration.  Mine is dated 2002.

17      MR. SHIRLEY:  I'm not sure if the master plan is

18   in the record at this point in time.  It's not in

19   tonight's record.  And I cannot recall if it was

20   submitted as part of the original part of this

21   proceeding.

22      MR. KIRSCH:  Mr. Shirley, you can add that as an

23   exhibit.

24      MR. SHIRLEY:  Just for the record, do we have a

25   copy of the master plan that doesn't say final draft on

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 103 of 313

102

1    it?  Can anybody find that?

2         MR. KIRSCH:  I have not seen a copy that does not

3    say final draft.  That is, again, in this business,

4    quite common that master plans, because they are

5    updated occasionally, sometimes, more than

6    occasionally, are usually prepared in final draft and

7    only rarely do they get a big red final stamp on them.

8         MR. SHIRLEY:  Which letter are we on, Mayor

9    Barker?

10        MAYOR BARKER:  Applicant Exhibit G.  Mr. Shirley,

11   just out of curiosity, what is the date of which that

12   final draft shows?

13        MR. SHIRLEY:  It's a 1998 master plan.  I'm not

14   sure that the document itself has a specific date on

15   it.

16        MAYOR BARKER:  Do you object to that being entered

17   into the record?

18        MR. SHIRLEY:  No.  I'm familiar with the document.

19   It's not -- just for the clarity of the record, it's

20   not something that the City prepared or has approved on

21   our end.  So this is a master plan that the airport

22   prepared, and it does say final draft.  I haven't been

23   able to find -- the status of this document is unclear.

24   But as long as we understand that, I don't have a

25   problem with it going in.  It is what it is, the final

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 104 of 313

103

1    draft of the airport 1998 master plan.

2        MR. MARLER:  Mr. Mayor, can I get a clarification

3    on something?

4        MAYOR BARKER:  Yes, Mr. Marler.

5        MR. MARLER:  Stating this just from a gentleman

6    speaking to a lawyer and Mr. Shirley.  On this master

7    plan that everybody is talking about, it has not been

8    -- a clarification is that the County and the City have

9    not approved this; is that correct?

10       MR. SHIRLEY:  All I can say at this point is that

11    the City has not approved it.  We have attempted to

12    find out whether the County approved it, and the County

13    has not been able to come up with a document.

14       MR. MARLER:  Another clarification is this

15    gentleman here said that the FAA has approved it from

16    their end -- is that what we're saying -- even if the

17    County and City have not approved it?

18       MR. SHIRLEY:  I've not seen any letter from the

19    FAA.

20       MR. KIRSCH:  Council, let me explain how the

21    approval process works.  Every proprietor, every

22    airport owner, has its own process that it goes through

23    for finalizing master plans.  I don't know whether

24    Okaloosa County goes through a Board of County

25    Commissioners or anything like that.  The FAA reviews

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 105 of 313

104

1    master plans or approves the forecasts in those master

2    plans.  The FAA does not approve a plan as in terms of

3    saying, yes, we think you should build these

4    facilities.  And I believe that one of the last

5    exhibits at the back of that master plan is an FAA

6    approval of the forecast.

7         Now, the reason we know that the airport layout

8    plan that's part of that has been approved by the FAA

9    is that Okaloosa County would not be entitled to

10   receive federal grant moneys under the airport

11   improvement program unless it had on file with the FAA

12   a currently approved airport layout plan.  As I

13   understand it, Okaloosa County has received Federal AIP

14   money every year and continues to expect to receive

15   that.

16        So the evidence you need that the FAA approved it,

17   that's the evidence.  Unfortunately, in this realm, the

18   FAA doesn't have a formal document that states we

19   approve a master plan or a formal document that says we

20   approve the LAP.  On occasion, they'll sign the bottom

21   of the document.  On occasion, they will write an

22   e-mail or letter to the airport proprietor saying this

23   has been approved.  I'm not aware what process the FAA

24   used in this instance.

25        MAYOR BARKER:  Ms. Carpenter.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 106 of 313

105

1          MS. CARPENTER:  I had one more question.  Sir, you

2     stated that the County is preparing -- not has

3     prepared, but is preparing -- a Part 150 noise study.

4     What proof do you have that a noise study has not been

5     conducted in the past?

6          MR. KIRSCH:  I'm not aware of any such study.

7          MS. CARPENTER:  Have you tried to research it and

8     find out if a study was done?

9          MR. KIRSCH:  Yes, I have.

10         MS. CARPENTER:  And you couldn't find one?

11         MR. KIRSCH:  That's correct.

12         MS. CARPENTER:  Thank you.

13         MAYOR BARKER:  Any other cross of Mr. Kirsch?

14         MS. ANSLEY:  Mayor, if I could just interject.

15    Are there any other objections to Applicant's Exhibit

16    G?

17         MAYOR BARKER:  Is there any objection to Applicant

18    Exhibit G, which is the 1998 final draft of the master

19    plan, being entered into the record?

20         MS. PATTERSON:  I object to that.

21         MAYOR BARKER:  Ms. Patterson, you object?

22         MS. PATTERSON:  Charlotte Patterson.  I do object

23    to this being entered.  I do not think this master plan

24    has been approved by either Okaloosa County or the City

25    of Destin.  And the fact that they have been receiving

1      money based on an airport layout plan that may, indeed,

2      have to be part of the master plan, that does not mean

3      that the master plan has been approved.  And by us

4      accepting this, we're giving the impression, if not

5      accurately, that we are saying that this master -- we

6      feel this master plan has been approved.  It has not.

7      I have researched County records for the past ten

8      years.  This has not been accepted by Okaloosa County.

9      They worked on it in a workshop.  Nothing more.  And

10     maybe they've some kind of approved airport layout

11     plan, but this master plan offered here now has not

12     been approved by either government.

13          MR. KIRSCH:  If I may, Mr. Mayor, let me clarify

14     my answer to a previous question.  I do not know what

15     process, if any, Okaloosa County uses for approving

16     master plans.  A number of my clients have no County

17     Commissioners' approval.  All they need is the airport

18     director to send it to the FAA.  I don't know what

19     process Okaloosa County uses.  So it may be entirely

20     approved as far as Okaloosa County is concerned without

21     ever having come to the Board of County Commissioners.

22          MS. PATTERSON:  According to County records, it

23     was discussed in a County workshop.  Questions were

24     asked.  Answers were supposed to be given at a later

25     time.  It was never, according to County records, never

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 108 of 313

107

1    brought up again.

2        MR. HALL:  Mr. Mayor, for the record, I'm going to

3    object to that testimony as hearsay.  There's no County

4    witness that's authenticating this.

5        MAYOR BARKER:  Mr. Shirley?

6        MR. SHIRLEY:  I mean, she can testify to that

7    during her own testimony if she has personal knowledge.

8    We would not have an objection to it.  But it's

9    probably not the appropriate to offer that particular

10   testimony in the proceeding.

11       MAYOR BARKER:  I'd make an observation that I

12   agree there's not been a County representative that has

13   said this has been approved.  But is there a County

14   representative that says it's not been approved?  We've

15   not had that testimony before us tonight.  All we have

16   heard is that the layout plan has been officially

17   approved.  I think where I'm going is maybe we'll admit

18   the master plan into the record as not approved with

19   the exception that the layout plan has been approved.

20       MR. WILLIGES:  Mayor, may I?

21       MAYOR BARKER:  Yes, sir.

22       MR. WILLIGES:  Our own agenda item with all the

23   exhibits that's been entered into the record and

24   accepted, there's an RPG report in here which is one of

25   the attachments.  There's a Section 2.4 on page 12

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 109 of 313

108

1    which talks not only of the 1998 master plan not being

2    approved, but it questions whether or not the '89

3    master plan was ever officially adopted by the County.

4    County airport officials concluded that adoption not

5    occurring.  So both master plans have not been

6    approved.  That's in our own documentation.

7        MR. SHIRLEY:  We have a gentleman that is

8    representing the fact that the layout plan has been

9    approved.

10       MR. KIRSCH:  I have not seen any evidence that it

11   has.  I have not seen the evidence that it has.

12       MAYOR BARKER:  Is there anybody from the applicant

13   that is stating the position that the County has

14   approved the master plan?  That's what I'm asking.

15       MR. KIRSCH:  My understanding, Mr. Mayor, is that

16   the '89 master plan says that it was approved by the

17   Board of County Commissioners.  Again, I think we may

18   be debating a nonissue in this sense, that the approval

19   of a master plan by Okaloosa County, under federal law,

20   is immaterial.  It may or may not be important under

21   Okaloosa County ordinances.  I can't speak to that.

22   I'm not a Florida lawyer.

23       But whether it has been approved or not, I can

24   tell you, from personal experience, most of my clients

25   do not send their master plans to their Board of County

109

1 Commissioners or City Council for approval because

2 they're thick, highly technical documents, and the

3 airport director sends it off to the FAA.  So if that

4 is, in fact, what Okaloosa County did, that would be

5 normal practice.

6  MAYOR BARKER:  Well, I certainly agree with your

7 conclusion.  But that's not the matter before us.  The

8 matter is whether or not the Board of County

9 Commissioners have approved the master plan,

10 irrespective of its relevance.

11  MR. SHIRLEY:  If I could just clarify, we don't

12 have an objection to the extent that the document is

13 what it is, which is a final draft of a document

14 entitled 1998 Master Plan.  It's legal effect is in

15 doubt in this proceeding.  So, I mean, I just want to

16 clarify that is in doubt.  The fact the document does,

17 in fact, exist and has certain representations in it is

18 a different matter.

19  MAYOR BARKER:  What I'm specifically looking for,

20 so Mrs. Patterson can make an appeal as to whether or

21 not she accepts this document in an approved format

22 from the County Commission or whether her objection

23 still stands.

24  MR. FOREMAN:  Well, I have a technical question on

25 that same issue, if it's all right.  The statement was

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 111 of 313

110

1    made by Mr. Kirsch that the master plan and the layout

2    are one and the same.

3           MAYOR BARKER:  No, no.

4           MR. KIRSCH:  Let me, again, clarify.  The master

5    plan includes, as one of its components, an airport

6    layout plan.  But an airport layout plan can be updated

7    independent of the master plan.  I believe the 1998 and

8    1989 master plans both include an airport layout plan.

9    I also believe that the layout plan has been updated

10   several times since 1998.  The copy of the airport

11   layout plan I have is dated 2002.

12         MAYOR BARKER:  I think the proper course would be

13   to ask the applicant, who is the County, whether the

14   County Commission has approved the master plan; that

15   there's an objection stated on the floor, and that

16   question needs to be answered before we can move

17   forward and enter this document in the record.  Mr.

18   Sealy, can you answer that question?

19         MR. SEALY:  I can answer that question.  As

20   Charlotte said, we did take it to a workshop.  At that

21   time, we were asked to do some changes, again, in

22   acquisition of certain properties.  So we were working

23   through that process.  So formally it's not been

24   adopted by the County Commission.

25         MAYOR BARKER:  Okay.  Mrs. Patterson, do you have

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 112 of 313

1    any objection if entered the master plan into the

2    record with the presumption that only the layout plan

3    has been formally approved by the County Commission?

4        MS. PATTERSON:  Yes, I would, because I, as well

5    as most of these people here, have not had any

6    opportunity to look at the layout plan, which I have

7    looked at some of the documents in the master layout

8    plan.  We've asked for a copy several times, and we

9    have now made a request of this gentleman.  And I don't

10   think any document should be entered into the record

11   that the people haven't had a chance to look at.

12       MAYOR BARKER:  Mr. Shirley.  The public records

13   laws govern this.  I mean, the County has a

14   responsibility and duty to provide any document as part

15   of the public record.

16       MR. SHIRLEY:  Of course they do.  I do question,

17   though -- this is just the 1998 master plan, which

18   includes a 1998 layout.  And if the County has a more

19   recent layout, that's probably the one that needs to be

20   entered.  So we don't need to say this is the layout

21   approved by the County, because they apparently have

22   adopted another one.

23       MAYOR BARKER:  So you have an objection to that?

24       MR. SHIRLEY:  I have -- to the way that you

25   phrased the document being entered in the record, I

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 113 of 313

112

1    did.  As far as, you know, this is the 1998 final draft

2    document, the legal effect of which is in question, I

3    have no problem.  I have no objection to it being

4    received on that basis.  But beyond that, it's not --

5    the layout in here appears not to be the most recent

6    layout.

7         MAYOR BARKER:  Mr. Kirsch?

8         MR. KIRSCH:  Mr. Mayor, I'm prepared to offer the

9    airport layout plan dated July 2002 as an exhibit.

10   I've seen this around town, so I believe it's in

11   general circulation.

12        MS. PATTERSON:  No, sir, it's not.

13        MR. KIRSCH:  You've got a copy in your hands.

14        MS. PATTERSON:  No, sir, I don't.  This is not the

15   layout plan.

16        MAYOR BARKER:  Mr. Marler.

17        MR. MARLER:  Mr. Shirley, according to this

18   gentleman's testimony, the FAA approved the plan.

19   Okay.  The plan's approved by the FAA, and it comes

20   back to the County for the County to adopt whether they

21   like it or not, right?

22        MR. SHIRLEY:  Well, I think what he's saying is

23   sometimes, or perhaps most of the time, the document

24   isn't actually sent to the government body for specific

25   adoption and approval.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 114 of 313

113

1    MR. MARLER:  So if the document was admitted into

2    the record as approved by the FAA, not the County or

3    City.

4    MR. SHIRLEY:  The document speaks for itself.  My

5    position is the document speaks for itself.  It's clear

6    that the FAA wrote a letter approving the forecast,

7    which I think is the amount of traffic that is expected

8    to use the airport.  And beyond that, the legal effect

9    of this is probably pretty complicated.

10    MAYOR BARKER:  Again, I'm getting back to Mrs.

11    Patterson's raised the objection, not the City Staff.

12    Mrs. Patterson, can you clarify what it is you're

13    objecting to?  Is it the fact it's not been approved by

14    the County Commission?

15    MS. PATTERSON:  We've had a County employee, the

16    airport director, stand here and tell us it has not

17    been adopted by the County Commission.  I still have

18    the same objection that this piece of paper has not

19    been available for public viewing.  And my objection

20    still stands on both these items.

21    MAYOR BARKER:  Mr. Shirley, point of

22    clarification.  Public records laws -- or maybe Ms.

23    Ansley, this might be directed more towards you.  Has

24    the document been available or has it not?  I know you

25    probably can't answer that.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 115 of 313

114

1       MR. SHIRLEY:  I did not specifically request it,

2  so I don't know whether it's available or not.  I've

3  not been privy to the requests that may have been made.

4       MS. ANSLEY:  Mr. Mayor, if we could take a brief

5  recess for anyone who's interested to look at the

6  document.

7       MAYOR BARKER:  She's recommending a brief recess

8  for the parties to get together and see what objections

9  may be still outstanding.

10       MR. KIRSCH:  I may be able to clear this up.  I

11  think there may be a terminology problem.  The airport

12  layout plan says on it Master Plan Update.  That's very

13  common.  An airport layout plan -- and maybe this is

14  where I failed to make a distinction between technical

15  documents and practical documents.  The document that I

16  referred to and I've been circulating, that I gave to

17  Mr. Shirley, when it was originally prepared was part

18  of the master plan.  It is the technical document

19  called an airport layout plan, which is required by

20  federal law.  It says on it master plan update, but it

21  is the airport layout plan.  I don't know whether it's

22  the latest layout plan.  That we'd have to check with

23  the FAA.  But this one that is dated --

24       MS. PATTERSON:  2003.

25       MR. SHIRLEY:  Mine says June of 2000.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 116 of 313

115

1      MR. KIRSCH:  The one in front of me is June of

2   2000.  The one that Mr. Shirley has says 7/02.

3      MR. SHIRLEY:  I see it's an updated.

4      MR. KIRSCH:  That's how the updates are shown.

5      MR. DESTIN:  I make a motion that we do take a

6   recess and direct staff to copy that for the parties

7   and also for the Council.  Since this seems to be

8   pretty key to our decision, it would be nice if we had

9   a copy.

10     MAYOR BARKER:  I don't think there's a motion

11  needed.  I think a recess is proper at this time.  So

12  we'll take five minutes.

13     MS. SEEVERS:  Mayor Barker.

14     MAYOR BARKER:  Yes, ma'am, Ms. Seevers.

15     MS. SEEVERS:  I need one question answered.  Am I

16  to understand that this particular development order is

17  not even subject to the airport master plan study?

18     MAYOR BARKER:  That might be best answered when

19  Staff present their presentation.

20     MS. SEEVERS:  Well, as I read this here, it says,

21  the provisions of the newly adopted comprehensive plan

22  require new airport development to be in accordance

23  with an adopted airport master plan.  However, this

24  does not apply because this is being approved through

25  the old comprehensive plan.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 117 of 313

1   MR. SHIRLEY:  Exactly right.

2   MS. SEEVERS:  So what is the pertinence of this

3   discussion on whether the airport master plan, what

4   date is on it?  I'm just asking the question.  I don't

5   know.

6   MR. SHIRLEY:  I think that's probably a valid

7   point.  I'm not seeing a lot of significance at this

8   point to the airport master plan, at least in its

9   entirety, coming in.

10   MR. DESTIN:  The layout plan -- point of order,

11   Mayor.  Actions of this Council are taken by motions

12   and seconds.  And as the hearing officer, this Council

13   needs to be assured that we are going to get copies of

14   this.  If that's what's going to happen, maybe we don't

15   need a motion.  But it would be my belief that we need

16   to make directions in motions of Council.  Of course, I

17   don't have a second to get this copied.

18   MAYOR BARKER:  You will, if it gets entered into

19   the record, you will receive a copy of it.  I'll make

20   sure that you do.  Ms. Seevers' question is well

21   directed.  We're going to take a quick recess while we

22   think it over and maybe address her question when we

23   come back.

24   (Brief recess taken from 9:00 p.m. to 9:16 p.m.)

25        *** CONTINUED IN VOLUME II OF II ***

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 118 of 313

CITY OF DESTIN CITY COUNCIL MEETING
QUASI-JUDICIAL HEARING
OCTOBER 10, 2005

IN RE:  APPROVAL OF MAJOR DEVELOPMENT, DESTIN JET

VOLUME II OF II


COUNCIL MEMBERS PRESENT:

Mayor Craig Barker
Councilmember Larry Williges
Councilmember Cyron Marler
Councilmember Sam Seevers
Councilmember Jim Foreman
Councilmember Dewey Destin
Councilmember Ted Corcoran
Councilmember Mel Ponder


CITY COUNSEL PRESENT:

Andrea Ansley, City Attorney
Scott Shirley, Land Use Attorney


COUNSEL FOR DESTIN JET:

Douglas Hall, Esq., of Carlton Fields


AS REPORTED BY:


BRENDA DOUGLAS, RPR
DANIELS, DOUGLAS & RACKARD REPORTING SERVICE
8 RACETRACK ROAD, NW
FORT WALTON BEACH, FLORIDA 32547
(850) 864-DEPO



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 119 of 313

118

```
 1              *** CONTINUED FROM VOLUME I OF II ***

 2         MAYOR BARKER:  Before recess, we were attempting

 3    -- or the applicant was attempting to enter into the

 4    record the 1998 master plan that included the airport

 5    layout plan.  Ms. Patterson, you objected to that

 6    document being entered into the record.

 7         MR. SHIRLEY:  The applicant has agreed to withdraw

 8    the master plan and replace that with the document

 9    entitled Master Plan Update - Airport Layout Plan, the

10    last revision of which is dated 7/02.  I have that

11    document here.  And we still don't know if it's been

12    approved by the Board of County Commissioners, so we

13    take it subject to the proviso that we have not yet

14    established in the record of this proceeding it's been

15    approved.

16         MAYOR BARKER:  Do you object to that document

17    being entered into the record?  Or, for that matter,

18    does anybody else object to that document being entered

19    into the record?

20         MS. PATTERSON:  I do not object to it being

21    introduced under the conditions that Mr. Shirley just

22    stated.

23         MAYOR BARKER:  Thank you.  Are there any other

24    objections to this document being entered into the

25    record?  Seeing no other objection, we'll enter the --
```

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 120 of 313

1    for the record, let me just be clear.  Are we talking

2    about 7/2002 -- in other words, July of 2002?

3            MR. SHIRLEY:  That's correct, July of 2002.

4            MAYOR BARKER:  Okay.  July of 2002 airport layout

5    plan, with the caveat that it has not yet been

6    established in this proceeding it has been approved by

7    the Board of County Commissioners, into the record as

8    Applicant Exhibit G.

9            Mr. Hall, is there additional testimony by the

10   applicant?

11           MR. HALL:  No, sir, Mr. Mayor.  That concludes our

12   presentation tonight.  Before we conclude, I would like

13   to offer three additional exhibits -- these are the

14   8-1/2-by-11 size of the three boards that Mr. Kirsch

15   used -- as Exhibit H.

16           MAYOR BARKER:  Mr. Hall, could you grab that

17   microphone, please?

18           MR. HALL:  Exhibit H would be the 1989 version of

19   the master plan that Mr. Kirsch addressed in his

20   testimony.  I'm sorry.  Is this H?  Exhibit I is just

21   the summary that Mr. Kirsch used.  And Exhibit J is the

22   quoted version of the FAA Order 5190.6A.

23           MR. SHIRLEY:  We would like to reserve in the

24   record that we dispute the legal effect of the FAA

25   regulation, FAA Order 5190.6A.  Obviously, what I hear

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 121 of 313

120

1    is the statement of Mr. Kirsch's opinion, which is

2    something the City does not agree that is an accurate

3    representation of his opinion presented to the City

4    Council.  I just want to make it clear we're not

5    agreeing with that opinion by allowing this to be

6    entered into the record.  And we have no objection to

7    the diagrams being entered.

8         MAYOR BARKER:  Okay.  Let's take it one at a time.

9    Applicant Exhibit H is what?  Mr. Kirsch's board?

10        MR. SHIRLEY:  H is the excerpts from the '89 --

11   it's the, apparently, stage two proposed development

12   from the 1989 airport master plan.  And it's the one

13   that shows the two hangers having been in this

14   particular area of the airport in question.

15        MAYOR BARKER:  And does Staff have any objection

16   to that document, Applicant Exhibit H?

17        MR. SHIRLEY:  It appears to be an accurate copy of

18   the exhibit from that document.

19        MAYOR BARKER:  So you have no objections?

20        MR. SHIRLEY:  No objections.

21        MAYOR BARKER:  Does anybody have any objections to

22   Applicant Exhibit H, which is a copy of a couple of

23   pages of the 1989 master plan?

24        MR. SHIRLEY:  It's one page.

25        MAYOR BARKER:  One page, sorry.  Seeing no

121

objections, we'll enter that document into the record

as Applicant Exhibit H.  Moving on to Applicant Exhibit

I, which is Mr. Kirsch's legal opinions.

MR. SHIRLEY:  With regards to legal opinions

regarding federal law preempting the City.  I have no

objection to that, as long as it's understood that's

his opinion.

MAYOR BARKER:  Is there any objection?  We'll

enter Applicant Exhibit I, the summary legal opinion of

Mr. Kirsch.  And Applicant Exhibit J.

MR. SHIRLEY:  Exhibit J is entitled FAA Order No.

5190.6A, 3-8B.  I have not had a chance to look at the

full document, so I have to assume for purposes of this

proceeding that it's an accurate copy of the verbiage

from that document.  I have not had a chance to check

that out.  Other than that, I don't object.

MAYOR BARKER:  Does anybody else object to this

document being entered into the record as Applicant

Exhibit J?  Seeing no objection, we'll enter FAA

519.06A as Applicant Exhibit J.

MR. HALL:  That concludes our presentation.  In

closing, I would just like to say that we believe we

have put on evidence that all of the requirements of

the LDC, all the requirements of the comp plan have

been met or exceeded in this case; in some cases, even

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 123 of 313

122

1   where they would not have to have been met, but have

2   been met.

3        We'd also like to point out that since Staff's

4   Exhibit 1 has been admitted into evidence, there is a

5   condition in that analysis that we do have an issue

6   with; that is, the condition of constructing a 350 or

7   400-foot wall, I believe, on the northwest, and a

8   350-foot wall on the northeast portion of the site.

9   This is -- according to Mr. Alverson's testimony, the

10  expert that you've heard, this would be unrelated to

11  any noise impacts that would be generated by the Destin

12  Jet project.  And, again, the focus tonight is not

13  impacts generated by the airport on adjacent

14  residential properties, but new or additional impacts

15  that this Destin Jet project would create.  And the

16  testimony has been that this wall is in an area that is

17  not going to mitigate any noise impacts from the Destin

18  Jet project.  Moreover, it's in an area where the FAA

19  Part 150 report has recommended acquisition of

20  properties and placing a wall in a slightly different

21  area.  So it's, in fact, inconsistent with the Part 150

22  analysis.  We do have an issue with that and would

23  object to that condition.  That may be something we

24  could take up more later.

25        MAYOR BARKER:  Thank you, Mr. Hall.  Okay.  Staff.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 124 of 313

1    MR. SHIRLEY:  Thank you, Mayor Barker.  We have

2    two witnesses to offer this evening, Ms. Julie Salvo

3    and Mr. Alan G. Hass .  What we would like to do is Ms.

4    Salvo has a Power Point presentation.  During the

5    presentation, there is a portion where she gets into

6    the noise study issue in particular.  Just one moment.

7    Actually, I'm going to correct that.  We're going

8    to go ahead and have Mr. Hass testify initially, and

9    then Ms. Salvo will offer her testimony.  I do have a

10   copy of Mr. Hass's resume', and we would like to offer

11   that as Staff Exhibit 2 at this time.

12   MAYOR BARKER:  Any objection to Mr. Hass's resume'

13   being entered into the record as Staff Exhibit 2?

14   MR. HALL:  No objection, Your Honor.

15   MAYOR BARKER:  No objection noted, so we'll enter

16   it as Staff Exhibit 2.  Mr. Hass.

17   MR. HASS:  Mr. Mayor, Council members, thank you

18   for taking the time this evening.  I'm just going to

19   give you a brief overview on the noise analysis that I

20   conducted for the City of Destin.

21   Just a little background.  My name is Alan Hass.

22   I'm the managing director Landem & Brown out of Boston.

23   And I've been in the noise, aviation noise consulting

24   business for about 28 years.  And I've been asked by

25   the City of Destin to review the noise analysis as

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 125 of 313

1    performed by Environmental Science Associates for the

2    Destin Jet project.  And if I may, I'm going to take

3    one of your exhibits just to use as a --

4         MAYOR BARKER:  Mr. Hass, can I interrupt you for a

5    moment, please?

6         MR. HASS:  Sure.

7         MAYOR BARKER:  Mr. Shirley, do you intend to

8    introduce Mr. Hass as an expert witness?

9         MR. SHIRLEY:  Yes.  We would like to have him

10   recognized to be qualified in the area of sound

11   engineering.  Is that -- how would you characterize

12   your area?

13        MR. HASS:  Acoustical engineering.

14        MR. SHIRLEY:  Acoustical engineering.

15        MAYOR BARKER:  Any objection to Mr. Hass being

16   recognized as a professional witness?

17   Congratulations.  Just like Mr. Dorman, you're now a

18   professional.

19        MR. HASS:  It only took me 28 years.  Thank you.

20        MAYOR BARKER:  Please continue.

21        MR. HASS:  We have a Power Point so we can follow

22   along.  But, basically, as you all know, the Destin Jet

23   development is in a U-shaped development.  Basically,

24   there's two corners that kind of cut out of the

25   development that are kind of at issue here as they may

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 126 of 313

1   relate to noise in the community.  The condition of

2   approval is that there is a tow area only that aircraft

3   will only be towed in or out to an area close to the

4   taxiway before they start.  The issues here.  This area

5   here was a lot of vegetation, a lot of trees.  It was

6   very soft ground before.  Now it's going to be hard

7   pavement.  It's going to be buildings with reflective

8   surfaces.  We wanted to make sure that the net increase

9   in the community is zero.  That was one of the tasks

10   that I was given, to make sure there was no increase in

11   the community.

12       The study performed by ESA I think is basically

13   sound.  It's based on good models, good assumptions.

14   They recommend putting sound walls on the corners at a

15   minimum of 12-feet high that takes care of the gaps

16   between the buildings and prevents noise from getting

17   to the community outside of the development.

18   Basically, with the prohibition of towing aircraft in

19   and out of this area, I concur with their conclusions

20   that there's no net increase in noise to the area

21   outside of the hangar development.

22       However, I do have an issue with noise as it

23   relates to aircraft on the taxiway, runway, and some of

24   the approach points to the taxiway.  An issue here is

25   because of the removal of the vegetation, they're

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 127 of 313

126

1    changing from a soft ground to a hard surface area.

2    And some of these areas are not quite in the protection

3    area, as you would say, of the hangars.  I basically

4    raised some of these issues in my memo.  I've not had

5    the luxury of seeing the subsequent analysis performed

6    by ESA to say it is not an issue.  So I think there's

7    still an issue we need to look at regarding the

8    taxiway, runway noise.

9    Bottom line is no net increase in noise as a

10    result of the hangar development, but I'm a little

11    concerned in terms of noise on the taxiway and on the

12    runway configuration.  And that's something I would

13    like to see a follow-up ESA report before I make a

14    final determination on that.

15    MR. SHIRLEY:  So just to clarify, Mr. Hass, it

16    would be your recommendation then that the noise wall

17    be included as a condition, subject to your being

18    satisfied, later being provided with adequate

19    information to establish, in fact, that it's not

20    necessary based on that additional study?

21    MR. HASS:  We need to look at ESA's additional

22    follow-up study, and we need to make sure that the

23    noise from aircraft on the runway does not result in a

24    net noise increase in the residential area off to the

25    side of the hangars.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 128 of 313

1      MR. SHIRLEY:   And just to clarify, it's based on

2      the existing utilization of the taxiway, but because

3      the trees are being removed, it allows that sound to

4      carry or may allow that sound to carry more than is the

5      case currently?

6      MR. HASS:  That's correct.  This area was heavy,

7      dense vegetation.  We're losing that in this area with

8      pavement and hangars.  And the issue is aircraft that

9      are taxiing on to the runway and start a takeoff roll,

10     there's potential for noise to go through this area and

11     increase in these residential areas, these homes right

12     in this corner here.

13     We have a little vegetation.  We have the fuel

14     facility, which is not going to be a complete block or

15     a shield to that.  We have a partial barrier with the

16     hangars.  So the issue is right here of aircraft on the

17     runway, as they depart Runway 14.  Some aircraft, as

18     they're taxiing up on the taxiway, the potential for

19     noise to get into this area, resulting in a net noise

20     increase.  I'm still not convinced that noise in that

21     area will not increase because of the aircraft

22     operations.

23     MR. SHIRLEY:  But if, based on your subsequent

24     review, you were satisfied that the modeling had

25     adequately -- the updated modeling had adequately

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 129 of 313

128

1    treated that issue and that, in fact, it wasn't

2    resulting in an increase in noise, then you would no

3    longer request that the noise wall be included in that?

4        MR. HASS:  That's correct.

5        MR. SHIRLEY:  That's all we have of this witness.

6        MAYOR BARKER:  Any cross-examination for Mr. Hass?

7        SPEAKER:  Yes.

8        MAYOR BARKER:  Ms. Patterson.

9        MS. PATTERSON:  Mr. Hass, Charlotte Patterson.

10   This that is up here now, you didn't go over it,

11   assuming we can all read.  Where's the microphone?

12   Okay.  I'm very interested in that second bullet there

13   that says prohibition.  We're all talking about the tow

14   area there, whether or not that's enforced late

15   evening, early mornings.  What kind of assurance can or

16   should be given that tow area would be followed or

17   enforced?

18       MR. HASS:  I guess I did that as maybe just a

19   warning.  There will be a prohibition about aircraft

20   moving in close to the hangars.  But that's something

21   that's going to be hard to be enforced very late at

22   night or early in the morning.

23       MS. PATTERSON:  That is a concern, since it's

24   right beside a neighborhood, if we have increased noise

25   in that timing.  So I just would like to know what can

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 130 of 313

129

1    we do; if, indeed, you have an answer for that.

2        MR. HASS:  It's going to be a matter of education,

3    pilot education, education with the FBOs, constant

4    meetings, just an education process.

5        MS. PATTERSON:  Constant meetings between whom?

6        MR. HASS:  The community, the pilot groups, the

7    FBOs at the airport.

8        MS. PATTERSON:  Then the last bullet there, where

9    you say some community annoyance may occur due to

10   changes in acoustical conditions, would you elaborate

11   on that, please.

12       MR. HASS:  Sorry for missing that one.  What we

13   have here is a situation where you have aircraft on the

14   taxiway with vegetation and the residential areas.  The

15   acoustical environment is going to change in that area.

16   You're getting rid of the vegetation, you're putting in

17   aircraft closer to the community, hard surfaces.  ESA's

18   report has shown that noise will not increase, but

19   noise will be different just because of the nature.

20   You're replacing taxiing aircraft, with the aircraft

21   starting their engines, spooling up on hard surfaces,

22   with a lot of reflective surfaces.  It's going to sound

23   different.  It may not increase, but it's going to be

24   different.  And I think people will realize that, they

25   may complain about that.  They may complain that noise

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 131 of 313

1    is going up, but, in reality, it's not going up, it's

2    just changing.  Does that answer your question?

3         MS. PATTERSON:  You did.  Thank you.

4         MAYOR BARKER:  Any other cross-examination for Mr.

5    Hass?  Yes, sir, Mr. Hall.

6         MR. HALL:  Mr. Hass, you reviewed the ESA report,

7    correct?

8         MR. HASS:  That's correct.

9         MR. HALL:  Doug Hall.  And you're familiar with

10   the assumptions that the ESA report is based on?

11        MR. HASS:  Yes.

12        MR. HALL:  Isn't it accurate that the ESA's

13   modeling is based on an assumption that the road tow

14   prohibition will not be enforced?

15        MR. HASS:  That's correct.

16        MR. HALL:  So under the ESA report, where Mr.

17   Alverson further showed the net reduction in levels to

18   the adjacent properties, that assumes that there is no

19   towing prohibition in place, correct?

20        MR. HASS:  That's right.

21        MR. HALL:  Thank you.

22        MAYOR BARKER:  Any other cross-examination of Mr.

23   Hass?

24        MR. SHIRLEY: I did have one follow-up on redirect.

25   Mr. Hass, your point about the difficulty of

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 132 of 313

1    enforcement, during odd hours, of the tow only, that is

2    the sort of thing that could be addressed with signage

3    designating where the tow-only area is, would it not?

4         MR. HASS:  That's correct.

5         MR. SHIRLEY:  A fairly inexpensive way of

6    addressing that issue?

7         MR. HASS:  That's correct.

8         MAYOR BARKER:  Any other cross for Mr. Hass?

9    Okay.  Thank you.  I would like to -- sorry.

10        SPEAKER:  Pat Whitelaw.  How many tow trucks does

11   the applicant envision having, when we're talking about

12   there will be no increase?

13        MAYOR BARKER:  I'm not sure that's a question

14   really that Mr. Hass covered in his testimony.  But

15   maybe the applicant can answer that.

16        MR. ODOM:  I can answer it, if it's appropriate.

17        MAYOR BARKER:  That would be more appropriate, I

18   think.

19        MS. WHITELAW:  Should I come back?

20        MAYOR BARKER:  Yes, ma'am.  Would you mind coming

21   back up at the appropriate time?  I apologize.  Mr.

22   Shirley.

23        MR. SHIRLEY:  Thank you.  That's all I have with

24   this witness.  We have Ms. Julie Salvo, and she's going

25   to testify on the compatibility study she did.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 133 of 313

132

1       MAYOR BARKER:  Okay.  In what respect are you

2  wishing to enter Mrs. Salvo's record?

3       MR. SHIRLEY:  We're offering her as an expert in

4  land use planning.

5       MAYOR BARKER:  Land use planning?

6       MR. SHIRLEY:  Yes.

7       MAYOR BARKER:  Any objection to Mrs. Salvo being

8  entered as a land use planning expert?  Seeing no

9  objection, you're now an expert.

10      MS. SALVO:  Thank you, everybody.  My name is

11  Julie Salvo, and I'm senior planner with Renaissance

12  Planning Group.  Renaissance Planning Group has been

13  employed by the City to provide all sorts of planning

14  services for the City, including land use and

15  transportation.  We've been working with the City for

16  about a year now on this application and trying to

17  grapple with the issues of land use compatibility.

18      We basically boiled this down into three

19  overriding issues.  The first one is:  Is the airport

20  and residential neighborhoods an incompatible land use?

21  The second is:  Does Destin Jet -- how does that feed

22  into this?  Does it contribute to the compatibility, or

23  does it worsen it?  What is the context in that

24  situation?  And if they're not compatible, what

25  mitigation measures can be used to provide a higher

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 134 of 313

1    degree of compatibility?  These are the three guiding

2    principles that we've been employed to respond to.

3         From the City's land development code, the

4    definition of compatibility is a condition in which

5    land uses or conditions can coexist in relative

6    proximity to each other in a stable fashion over time;

7    that no use or condition is unduly negatively impacted

8    by another use or condition.

9         Just some very quick background.  The airport and

10   neighborhoods have both grown simultaneously over the

11   decades.  The airport has grown considerably since the

12   1960s to almost 400 acres.  And as we've discussed,

13   there is no adopted master plan or master site plan in

14   place that guides future development of the airport.

15        There's been a lot of discussion about that

16   tonight.  In the planning world, a master plan means

17   one thing; in the airport world, it means another

18   thing.  And when we think about master plan, we think

19   about something that's adopted and the City has full

20   knowledge of what's going to happen on that site in the

21   future.  And that's how planners look at master plans.

22   Apparently, it's different for airports.

23        Some of the concerns that have been raised over

24   the past year include the proximity to residential

25   neighborhoods, nuisance issues such as noise and air

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 135 of 313

1    quality.  And the fact there's no airport master plan,

2    the one that is adopted or not adopted or are filed

3    with the FAA, it's basically a moving target.  We don't

4    know what's actually being planned.

5        These are just some photos that will illustrate

6    the proximity issues that I mentioned.  And as has been

7    discussed, the noise issue is very important to the

8    residents because of the proximity.  And the noise

9    study is currently under way in draft form, is open to

10   public comment right now, and includes things like

11   acquisition, voluntarily acquisition of homes,

12   construction of a sound barrier, some sound insulation.

13   So, very clearly, a noise problem has been

14   demonstrated.

15       And, also, this is just an aerial photograph of

16   the site.  For everybody's knowledge, the yellow line

17   is a draft rendition of the airport property.

18       So to answer the big question, are airport and

19   residential uses compatible, they are not compatible.

20   But we do have a situation in place, been in place for

21   a long time, and we need to make the best of it.  We

22   need to find a balance because the neighborhood has

23   rights, the airports has rights.  And where do we find

24   that balance?

25       So for the Destin Jet project, this is just an

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 136 of 313

1    overview of the property.  And it's proposed for an FBO

2    work space, fuel facility, eleven hangars that's

3    planned for that wooded area.  And the uses are already

4    present at the airport, but it's going to move them to

5    a different location at the airport.

6        Back in March, we made a series of

7    recommendations, including constructing a sound wall to

8    help mitigate the noise; providing additional

9    landscaping to soften additional impact; enter into

10   operational agreements as to the airport's intention to

11   tow those aircraft away from the tow area and farther

12   away from the homes; and, of course, to conduct a noise

13   analysis of the mitigation plan by an acoustical

14   engineer.

15       So the updated plan that came back includes the

16   26-foot-tall hangars that form sound barrier against

17   the property.  It also includes sound walls to address

18   the gaps between the buildings.  The landscaping plan

19   was enhanced, including 48 twelve-foot-high trees and

20   131 eight-foot-tall trees.  And then, of course, the

21   agreement to have the aircraft towed.  And the noise

22   analysis was conducted, and the engineer concurred with

23   that study.

24       And these are -- skip over those.  Sorry about

25   this slide.  But, basically, we are recommending that

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 137 of 313

1    the project, that the Council does confirm the

2    compatibility of the project with a couple conditions.

3    You need to change it slightly since Al's presentation,

4    but we need actual assurance from the applicant's

5    engineer that issue with the changing acoustical

6    environment isn't going to increase the noise in the

7    Pine Ridge Trace neighborhood.  And, also, when the

8    project goes in, additional trees may be required,

9    based on City's inspection, depending on the height of

10    the trees.  And that's pretty much it.

11    MAYOR BARKER:  Any cross-examination of Mrs.

12    Salvo?  Or, Mr. Shirley, follow-up questions?

13    MR. SHIRLEY:  I have no follow-up questions.

14    Thank you.

15    MAYOR BARKER:  Okay.  Cross-examination?  Ms.

16    Patterson.

17    MS. PATTERSON:  Charlotte Patterson.  Ms. Salvo,

18    what about the two corners where there's nothing there?

19    I see nothing in your recommendations about those two

20    open spaces.

21    MS. SALVO:  I'm not sure what you mean.  All those

22    gaps were accounted for in the mitigation plan.

23    MS. PATTERSON:  I'm talking about what he was just

24    talking about.

25    MS. SALVO:  Oh, okay.  That would be a condition

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 138 of 313

137

1    of approval?

2        MS. PATTERSON:  I don't see it on there.  Is that

3    the fact that those gaps would be closed up or --

4        MS. SALVO:  Depending on the analysis.  We're not

5    -- I should give this to Alan to address because he --

6    you can explain it a little bit better.  But I think,

7    basically, we think it's an issue, but we need the

8    technical analysis to confirm whether or not it's an

9    issue based on that analysis.

10       MS. PATTERSON:  When do you expect that analysis

11   to be done?

12       MS. SALVO:  I can't answer that.

13       MAYOR BARKER:  Wait a minute.  This is

14   cross-examination for Mrs. Salvo.  I don't think it's

15   appropriate that another applicant answer questions at

16   this time.

17       MR. SHIRLEY:  I will clarify, though, it is

18   Staff's position that we would like any approval to

19   include a condition that states that that particular

20   noise wall extension be required unless, after review

21   of the additional study and modeling, Mr. Hass

22   determines that it's unnecessary.  That's the

23   recommendation.

24       MAYOR BARKER:  That's fine. I'm just stating in

25   terms of Mrs. Patterson's cross-examination, it should

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 139 of 313

1          be to Mrs. Salvo and her testimony, not to Mr. Hass.

2              MR. SHIRLEY:  Exactly, correct.  I'm just

3          clarifying Ms. Patterson's question.

4              MS. PATTERSON:  And my original question was:

5          When do you think that determination will be made?

6              MAYOR BARKER:  Is that a question you can answer,

7          Mrs. Salvo?

8              MS. SALVO:  That's not a question I can answer.

9              MR. SHIRLEY:  It would happen within a few weeks.

10             MAYOR BARKER:  Any other cross-examination of Mrs.

11         Salvo?  Okay.  I see no other hands going up.  So, Mr.

12         Shirley, any other witnesses?

13             MR. SHIRLEY:  That's the only testimony we have.

14         I would like to make a brief statement with regard to

15         the project.

16             First of all, I would like to deal with the

17         question of the City's authority because you did hear

18         an extensive erudite presentation by an individual

19         who's an expert in airports citing the law.

20             The question of federal preemption on airports is

21         a very complicated question, and he is certainly

22         correct in that regard.  I have researched this issue

23         for the City Council on several different occasions,

24         and the results of that research are that the

25         preemption with regard to anything that would curtail

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 140 of 313

139

1    the operational availability of the runway for traffic,

2    aircraft traffic utilization is absolutely preempted to

3    the federal government.  So the City would never be

4    able to do anything that would curtail the availability

5    of that runway to be used for general aviation

6    purposes.  That's absolutely clear under the law.

7        Where you run into the more complicated, more

8    fact-intensive issue when you've got (A) expansions

9    that are not related to operational availability,

10   either within or without the airport.  That's A and B.

11   It's our position that and I think the applicant has

12   testified or the witnesses for the applicant have

13   testified that this is not actually increasing airport

14   operations; it's simply giving the current users of the

15   airport an additional FBO to select when they come to

16   the City of Destin.  So whether this is granted or

17   denied doesn't affect the operational availability of

18   the runways.  Therefore, the City's action doesn't have

19   any effect on that.

20       Now, there are probably more complicated questions

21   about whether a master plan has been approved.  Whether

22   a site layout that is generated by a consultant at the

23   request of two of the County employees and then sent to

24   the FAA becomes somehow binding is, in all likelihood,

25   a very complicated question that we are not here to

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 141 of 313

1    resolve tonight.  All I can tell you is that when I

2    researched this issue on behalf of the City, I found

3    that it was not clear that the City Council did not

4    have authority.  That's what I found.  It looked to me

5    like there was some authority in this body to consider

6    this permit.

7          And I might add that the City's involvement in

8    this permitting process has achieved a lot with regard

9    to the layout of this particular site.  So it is not in

10   any measure a wasted effort under these circumstances.

11         If I could talk about 333.03.  This has got to be

12   one of the craziest regulatory schemes I've ever seen.

13   Let me tell you why.  This is a great example of the

14   Florida legislature working at cross purposes to

15   itself.  On the one hand, you've got a regulation which

16   on its face -- and this isn't getting into whether the

17   noise study has been done or something in here that

18   could be construed to be a noise study -- on its face

19   states that the local government, not the airport, but

20   the local government can't permit residential

21   development for construction.  That means if you've got

22   a platted lot that's been platted for residential for

23   who knows how long, this legislation is saying you

24   can't build on it.

25         Then we also have the Harris Act, which says that

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 142 of 313

1    if this City Council denies that permit, guess who gets

2    to buy that lot? Not Okaloosa County. It's the City

3    of Destin. And that is really fundamentally

4    unworkable. So, you know, there are better ways to

5    resolve it. If the airport wants to get an FAA grant

6    to purchase homes, that's wonderful. You know, if that

7    resolves it, through voluntary purchase, if they want

8    to buy additional land and turn it into airport-related

9    industrial, that's fine, too. But to say that the City

10   of Destin has to deny permits for land that has been

11   either residentially platted or residentially delegated

12   and has to bite that financial bullet is really truly

13   absurd, in my opinion.

14       In addition to that, this airport has had a number

15   of noise analyses going all the way back to the

16   original master plan. We have a 1977 or '79, then we

17   have a 1989, then we have a 1998. And every single one

18   of these documents, there is a section entitled Noise

19   Analysis where the issue of the noise generated by the

20   airport is modeled in detail. And then based on that,

21   first it was the County and then later the City adopted

22   airport regulations that said within certain zones you

23   have to do certain things, you know, with regard to the

24   building types and things like that. And if you look

25   at those contours in these documents in these master

1    plan documents, they are remarkably similar to the

2    contours that came out of the Part 150 study.  So

3    there's not a dramatic difference between the two.  In

4    fact, they are so similar, that the very same

5    residences that are recommended for voluntary purchase

6    subsequent to the Chapter 150 or as a result of the

7    Chapter 150 were already recommended for voluntary

8    purchase as part of the 1998 master plan, and that was

9    based directly on the noise study that was included as

10   part of that master plan.

11        So that is why I advised the City previously and

12   anybody else who would listen that this half the

13   distance to the runway proviso did not apply in this

14   instance.  When you read that entire section, not just

15   these two paragraphs, but the whole section, you see

16   that all the things the City already required as part

17   of its noise mitigation regulations in the code as

18   required there were already in the City code.  The City

19   had already done the things that were required and that

20   this was directed to.  And that is the opinion that I

21   gave, and I think that was the correct -- that was

22   really the only position I thought that was a valid

23   position that the City could take.

24        Concerning the project in particular, I think it's

25   fair to say that, you know, if we all, sitting here,

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 144 of 313

143

1    could have our way, we would love to have a site that

2    wasn't located exactly where this site is.  I mean,

3    we'd love to be able to point to the airport and say go

4    put this somewhere else.  But I think it has been

5    established in the record that there really is not

6    another readily available site at that airport to

7    accommodate the competing FBO.

8        Given the site that's available, this applicant

9    has done everything imaginable, except for withdraw the

10   application, to improve this project.  And, I mean,

11   they really -- this applicant has really gone to a

12   tremendous effort to not only lay the site out in an

13   intelligent manner, but also to substantiate that

14   project with good information, especially here tonight.

15   The applicant did a very good presentation on that.

16       So this is a difficult situation.  But in the end,

17   Staff felt that it had to recommend that the City

18   Council approve it, because the Staff is convinced that

19   it does not exacerbate the existing incompatibilities

20   with the airport.  So that's all I have, and I'll

21   answer any questions.

22       MAYOR BARKER:  Okay.  Well, let's see if Mr. Hall

23   has any questions of Staff presentation.  And then I

24   think it would be appropriate to see if any other

25   parties have a formal presentation.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 145 of 313

144

1          MR. HALL:  We don't have any questions.   Thank

2     you.

3          MAYOR BARKER:  Okay.  Are there any other formal

4     presentations here tonight?  There will be plenty of

5     time, of course, for comments and questions concerning

6     presentations already made.  Yes, ma'am.

7          SPEAKER:  I have a presentation.

8          MAYOR BARKER:  If you have a presentation, now

9     would be the appropriate time.

10         MS. BARR:  My name is Jan Barr, and I'm the one

11    nobody can hear.  So it's getting late, and I'm going

12    to try to make my presentation faster than even I knew

13    it could be.

14         After our last quasi-judicial meeting -- pardon

15    me.  I want to thank all the parties for delaying this

16    meeting.  It was important to my family, and I really

17    appreciated all the expenses and effort everybody went

18    to.

19         I am diagnosed with asthma and allergies, and I am

20    breathless tonight, so I apologize for the fact that

21    you can't hear me.  But that's part of the reason why.

22    Our home is directly behind the Destin Jet project.

23    That's why it's so important to us.  But part of what

24    we were interested in is air quality issues.  And when

25    no one looked at it, we started looking at it

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 146 of 313

1    ourselves.  In meetings with Gary Mucci, he asked us to

2    look at it on behalf of the entire City, so we agreed

3    to do that.  We've looked at all sorts of data and

4    issues.  And what we've decided to present here today

5    is data based on the 1996 EPA air quality studies.

6         And, first, I wanted to tell you that you've heard

7    there is no reason to look at it because the FAA says

8    there's nothing wrong, because all the Florida air

9    quality standards say there's nothing wrong.  And

10   there's two types of things, basically, that you can

11   look at based on the Clean Air Act.  One is called air

12   pollutants.  Then there are things that are called

13   hazardous air pollutants.  And those are the things

14   that I looked at.  And those include toxic materials

15   that can be associated with airports and airplanes, as

16   well as other things like steam plants, major

17   industrial things, and automobiles, things like that.

18        So I went out and looked for all the information I

19   could find, and I have shared this with County airport

20   guys, and I shared it with the Florida Department of

21   Environmental Protection, and I just begged for any

22   help I could find.

23        At any rate, this is what we've got.  We've got

24   some interesting things.  Okaloosa County was in the

25   95th worst percentile for two of the hazardous air

146

1    pollutants that are known based on the 1996 study,
2    which was the most recent complete data that I was able
3    to finish looking at before I had to come here tonight.
4    One of those is called Acrolein, and the next one is
5    called 7 PAH, which is an accumulation of seven
6    different pollutants.  Acrolein is a byproduct of
7    materials.  It was -- for one thing, actually, it isn't
8    an inhalant.  It's a skin toxin.  7 PAH, the next thing
9    that we looked at, is carcinogens, known human
10   carcinogens.  One of the things that both of these two
11   substances are associated with, based on the EPA study,
12   an EPA study of airports and aircraft, are aircraft
13   emissions and the ground service vehicles at airports.
14        When we look at emissions at airports, we're not
15   looking at just the things that come out of aircraft.
16   As I tried to communicate earlier, we're also looking
17   at all ground equipment that services them, the fuel,
18   the equipment that fills fuel tanks, all sorts of
19   activities at the airport in addition to the aircraft
20   themselves.  Only about 45 percent of the toxic
21   emissions are from the aircraft themselves.  The rest
22   of it are actually from other activities at the
23   airport.  So you need to keep that in mind.  It's not
24   just the aircraft emissions that we're talking about.
25        Okay.  In addition to the two 95th percentile, we

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 148 of 313

1    have a 90 percentile, which is nickel.  Nickel is a

2    toxic emission that is associated with aircraft

3    themselves, and so you would get that when you are

4    doing maintenance on aircraft.

5         Then, in addition, we have seven air toxins that

6    are in the 75th percentile.  One item I want you to

7    notice is diesel particulate matter, and we're going to

8    come become to that one.  Then after that, one thing I

9    want you to notice is on all of these, the counties to

10   our immediate east and west are not in the same sad

11   category that we're in.  Okaloosa County is always

12   worse than the counties immediately to our east and

13   west.  Yeah, you look confused.  I was, too.

14        Now, I looked at all of this, and I was truly

15   quite concerned.  And I just really wondered what it

16   could be.  POM is the largest category, of which 7 PAH

17   is included, and that is human carcinogens.  Okay.

18   Okay.

19        Emission sources.  I used to work for Southern

20   Company.  I was used to major sources.  Those include

21   big power plants.  Those include major industrial

22   sources.  Okaloosa has none, absolutely none.  Now,

23   this was really confusing to me, because what in the

24   world else is producing all this?

25        Well, I just included all the EPA definitions of

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 149 of 313

148

1    what these things are.  One of the things that we do

2    have that's included in the area 'other' would be our

3    airports.  We have lots of airport employers.  We have

4    on-road and we have non-road mobile.  So keep that in

5    mind.  I didn't even list major because all the columns

6    were zero.  So the slide that's about to follow, you

7    don't see major as a heading because it was zero.  So

8    to make the fonts bigger, I just eliminated it.

9         Now, for the categories we already went over, plus

10   the three in which we're above average, these are the

11   emissions in tons per year.  The diesel particulate

12   matter, you will note that on-road mobile is actually a

13   little bit lower than non-road.  Yeah, we've got a few

14   boats out there, but you can get that airplanes are a

15   little bit higher.  Now, what is really interesting in

16   this is they didn't include military aircraft.  So I'm

17   wondering just how they came up with that.  I am a

18   little bit confused.

19        I tried to contact people, I tried to get people

20   to help me contact people to find out just exactly what

21   hard data they have and what assumptions they have to

22   try to clarify some of this.  They're making some real

23   assumptions about the non-road mobile.  And then you

24   can see the Acrolein was a really big area.  I do

25   believe they include the military bases themselves in

1    that category.

2         Now, I am not an expert in emissions.  I am not.

3    I am just a woman who is concerned about her health and

4    the health of her neighbors.  And this alarms me.  It

5    alarms me when I walk down the street and I smell what

6    is happening to the folks further down Misty Way who

7    already have parts of the airport just over the fence

8    from their homes.

9         And I do appreciate what's been said about Mr.

10   Odom and how hard he has tried.  But I know I'm having

11   trouble breathing, and I know other people have said

12   the same thing.  I'm concerned that if we don't do the

13   air quality study first, before we continue expanding

14   the airport out to the borders, that we're dealing with

15   an unknown.  I'm afraid that the health of your

16   residents, of your citizens whom you represent, is

17   going to be impacted.  It seems to me that you have

18   been given authority over regulating when it comes to

19   the health and safety issues and your citizens.

20        And I do take issue with some of what I heard

21   tonight with regard to that famous Florida Statute 333.

22   And I do -- I gave you a copy of the first parts of it.

23   I didn't want to bore you with the whole thing.

24        MS. ANSLEY:  Did you want to offer this into the

25   record?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 151 of 313

1          MS. BARR:  I do want to offer into the record a

2     Summary Sheet of the Clear Air Act and an excerpt from

3     the very beginning of Florida Statute 333.

4          The only reason I wanted to do that was the very

5     reason for the existence of Florida State Statute 333

6     is not just for the safety of the airport and the

7     pilots.  It is -- it starts off talking about occupants

8     of the land in the vicinity and the uses of the land in

9     the immediate vicinity of the airport.  And it declares

10    that incompatible uses of airport facilities are public

11    nuisances and injure the community served by the

12    airport in question.  And it's, therefore, necessary,

13    in the interest of public health, and it talks about

14    incompatible land uses being presented.  It is all

15    about not just the airport, but it's about the

16    residents around the airport.

17         I honestly don't care who's at fault.  I really

18    don't.  All I know is health and lives have to trump

19    dollars and monopolies.  And that is really what I find

20    to be of interest here.  Unless you think that the

21    categorical exclusion granted by the FAA had anything

22    to do with the finding regarding environmental safety,

23    I talked to the FAA and I talked to the EPA, and it is

24    my understanding that what they said was they had no

25    authority over the environment in the Destin Jet

151

1    project.  They didn't look at it.  That's my

2    understanding.  If I'm wrong, it would only be one of

3    the many times I've been corrected.  So did I miss

4    anything?

5        MS. PATTERSON:  I don't think so.

6        MAYOR BARKER:  Let me ask:  Is there any objection

7    to the documents that she has passed out being entered

8    in the record?

9        MR. SHIRLEY:  No objections.

10        MR. HALL:  I don't object to Chapter 333.  I do

11    object to the summary of the Clean Air Act.  It's a

12    federal statute.  The board can take judicial notice of

13    it.  I can't compare this to the statute to see if it's

14    an accurate summary.  I would prefer someone refer to

15    the statute itself rather than attempting to summarize

16    it.

17        MS. BARR:  It wasn't intended to be a summary of

18    the Clean Air Act.  I apologize.  That's just a

19    heading.  It's issues related to the Clean Air Act, if

20    you will.  Would that make it better?  I certainly

21    didn't attempt to summarize the Clean Air Act.

22        MR. HALL:  We don't have any objection.

23        MS. BARR:  Thank you.

24        MAYOR BARKER:  With that said, Mr. Shirley, would

25    this be Interested Party Exhibit A?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 153 of 313

152

1    MR. SHIRLEY:  We can title it Barr Exhibit A.

2    MAYOR BARKER:  We'll enter this into the record as

3    Barr Exhibit A.  Any cross-examination of this

4    application -- or this exhibit and/or testimony?  Any

5    cross-examination?  I see no cross-examination.  Any

6    other interested party wish to make a presentation?

7    MS. PATTERSON:  Yep.  You were afraid of that,

8    weren't you?

9    MAYOR BARKER:  No.  To the contrary.  Mrs.

10   Patterson.

11   MS. PATTERSON:  Charlotte Patterson.  I want to

12   give that to you, if you could wait.

13   MAYOR BARKER:  Let's get this entered.  Mrs.

14   Patterson, would you please deliver a copy of that to

15   Mr. Hall, too.

16   MS. PATTERSON:  This is a copy of the master plan

17   update that was provided to the committee at one time

18   by Mr. Sealy, prepared by PBS & J.

19   MAYOR BARKER:  Mr. Shirley, any objection?

20   MR. SHIRLEY:  No.  It's the June 2000 document.  I

21   have no objection to it.  Apparently it's been modified

22   since, this document has been modified to eliminate

23   some of the land acquisitions.

24   MS. PATTERSON:  The yellow ones are industrial in

25   there, Mr. Shirley.  That's what Mr. Sealy said.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 154 of 313

1          MR. SHIRLEY:  I don't know.  Don't ask me.  I have
2    no idea.
3          MAYOR BARKER:  Mr. Hall?
4          MR. HALL:  We don't have any objection.
5          MS. PATTERSON:  Oh, great.  Can I pass it out now?
6          MAYOR BARKER:  Okay.  A little help here, Ms.
7    Ansley.  Would that be labeled --
8          MS. ANSLEY:  Patterson Exhibit 1 or Exhibit A.
9          MAYOR BARKER:  Patterson Exhibit A.
10         MS. PATTERSON:  This is a little bit prettier one
11   than you had.  And I want to talk about some issues on
12   here.  Good evening.  Or is it almost midnight?  I want
13   to thank you all.  My name is Charlotte Patterson.  I
14   live at 836 North Lakeside Drive.  I've been a resident
15   of Destin for 31 years.
16         I want to thank Mr. Odom and the City Council for
17   postponing this meeting until tonight because I was one
18   of the people that couldn't be here on the original
19   date.  I am the president of the Destin Airport
20   Citizens Action Committee and a member of the
21   Interlocal Airport Committee on Airport-Related
22   Impacts.  I worked very hard 20 years ago, a little
23   over 20 years ago, to get the City incorporated.  Many
24   of you people here in this room tonight representing
25   the City I've known for years.  I believe that the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 155 of 313

154

1    people that were elected by us are good people.  I

2    think you care about Destin.  I think you care about

3    its citizens.  And that's what it's about tonight.  I

4    don't care what you have to say.  It's not about the

5    federal government.  It's not about Okaloosa County.

6    It's not about the airport.  It's about the citizens of

7    Destin.

8        During my work on these projects during the last

9    two years, I found that the airport director, Mr.

10   Sealy, and his staff have been somewhat less than

11   candid when pressed for information.  The master plan

12   or the lack of one has been an ongoing dispute for

13   years.

14       This update that I've given you here, which is

15   nice and colored, will show you various things.  Those

16   little areas in the yellow are the areas that they're

17   talking about acquiring.  As Mr. Sealy said earlier,

18   they had been taken out of one update, then put back

19   again after the noise study recommended that they do.

20   Of course, when these houses are acquired, these people

21   that live in these houses are going to not only lose

22   their homes, but they're going to give the airport more

23   room to expand.  If, indeed, that does ever happen,

24   that room there should never become part of the

25   airport, but be passive openings.

1    Also, one of the interesting things I think you'll

2    note, look at that large red area and green area on the

3    east side of the airport.  This is one of the areas

4    that we had asked earlier that the project be

5    considered to be placed in.  We were told there was not

6    any other place to put it.  As a matter of fact, Mr.

7    Odom said tonight because it was a wetlands, he didn't

8    think he could put his project there.  But if you'll

9    notice on your pieces of paper there, it's already been

10   earmarked for future expansion, hangars, fueling,

11   perhaps even another FBO.

12   You know, one of the things that Mr. Odom talks

13   about is the airport being of major economic impact for

14   us.  We have no proof of that.  As a matter of fact,

15   more and more people, according to what has been quoted

16   in our current meeting, get in, get out of planes there

17   and drive to South Walton.  If, indeed, we're going to

18   use this as an excuse, that it is an economic impact,

19   we need a study, or stop using it for an excuse when we

20   argue for an expansion of the airport.

21   We're told tonight the two hangers were the last

22   ones planned.  Well, that's not quite true, is it?

23   Because Mr. Odom now plans several right in his

24   project, which he says will cut down noise.

25   The current noise study we've heard so much about

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 157 of 313

1    has many flaws it in.  It has not been approved.  It's

2    on a website now open for public comment, will not

3    close until the end of October.  At that time, it's

4    supposed to be sent to FAA.

5         There are many areas of comments that were made

6    that are not included in this noise study.  There's no

7    reference to the much used noise hotline or the input

8    from citizens using this hotline.  And recommendations

9    made at the March task meeting and the March 31st

10   public meeting has been completely eliminated.

11        Operational recommendations, such as restriction

12   on touch and go landings at night, have been included

13   only as voluntary.  The City recommended that they be

14   mandatory and included in the County ordinances.  This

15   is an opportunity to implement a meaningful procedure

16   that will actually reduce the noise to the citizens.

17   There's no emphasis for a continuing program to allow

18   for any ongoing dialogue as recommended by you, the

19   City.  It only calls for annual update of information.

20        Furthermore, it appears that all, all of the

21   written input related to this noise study from the

22   citizens to the consultant or to the airport has not

23   been included in the noise study document.  The City

24   recommended that the airport traffic pattern should be

25   identified in the airport facility directory and to be

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 158 of 313

1    raised to 100 -- to 1,000 feet.  This was not

2    addressed.  As a matter of fact, it states there were

3    no changes recommended to the operational procedures at

4    the airport in this study.  The City also recommended

5    that the airport facility directory identify this

6    airport as a noise sensitive airport.  Once again, this

7    has not been addressed in our noise study.  Most of the

8    information to establish the noise contours, which

9    establishes whatever is going to be done in those areas

10   of those people affected by the noise, this

11   information, for the most part, is generated by

12   computer.

13       And we all know how much Destin has grown.  It's

14   amazing to me that the noise contours from recent noise

15   contours listed in the paper that Mr. Shirley has have

16   barely changed at all.  But yet the estimate from FAA

17   is that there will be over 70,000 takeoffs and landings

18   at Destin Airport in 2005.  70,000 takeoffs and

19   landings.  That's an FAA estimate.  The fleet

20   validation mix is also suspect, as those who live near

21   the airport will tell you.  There are many large jets.

22   It has been a bone of contention with the Airport

23   Citizens Action Committee that some of the jets that

24   are using our airport are too large because of the

25   runway size.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 159 of 313

158

1       In March, we asked for an air quality study.

2   Okaloosa said no, in no uncertain terms, Okaloosa

3   County.  We asked for an environmental impact study,

4   which Mr. Sealy says the FAA does not require one.

5       When the questionnaire came from the FAA

6   requesting information about such a study, City Staff,

7   Mr. Mucci, asked to have an opportunity to have some

8   input in the answers that Mr. Sealy would send in to

9   FAA.  This was never done.  I inquired today at the

10  meeting if that questionnaire had been sent in.  I have

11  been told that it had been sent in.  I asked Mr. Mucci

12  if he ever had any input.  He said no, he had not, even

13  though he had asked to do so.

14      When Mr. Sealy was asked to have a copy of the

15  lease for Destin Jet, she received a copy with portions

16  of it blacked out.  When she questioned this, she was

17  told okay, she could have it, but she had to pay 25

18  cents a page to get it.  She did.

19      This kind of cooperation does not breed trust

20  among those of us that are trying to find truthful

21  answers to our many questions.  Our City Manager has

22  tried to seek some cooperation with Okaloosa County

23  about this airport to no avail.

24      Mr. Sealy stated in the September 9, 2003 article

25  in the Destin News that the airport likely cannot

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 160 of 313

1  support two facilities.  "Odom's FBO," as he called it,

2  "Destin Jet, might force the current Miracle Strip

3  Aviation out of operation."  I would like to point out

4  that I don't think that's going to happen because

5  Miracle Strip is getting ready to move into a brand new

6  building.

7      Mr. Odom is quoted in the August 10th, 2005 Destin

8  Log, quote, that the Council, you have no grounds to

9  refuse him.  Another quote:  "I will get something

10  built there, Odom said.  There's no regulation that can

11  stop me."  I was at the meeting when Mr. Odom made that

12  statement.

13      I know this is a tough issue for you to decide.  I

14  wouldn't want to be the one sitting in your seats.

15  However, I have faith in you that you have the citizens

16  of Destin as your first priority.  This is not the City

17  trying to govern what goes on at the airport.  This is

18  the City trying to protect the people.  Thank you.

19      MAYOR BARKER:  Thank you, Mrs. Patterson.  Any

20  cross-examination of Ms. Patterson?

21      MR. SHIRLEY:  No questions.

22      MAYOR BARKER:  Mr. Hall, no questions?  Any other

23  cross?  Seeing no other cross, is there any other

24  exhibits and/or demonstrations?  Any more?  Okay.  Mrs.

25  Ansley, I assume at this time it would be appropriate

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 161 of 313

1      for questions from the general public since it is a

2      public hearing?

3           MS. ANSLEY:  That's correct.

4           MAYOR BARKER:  Okay.  Does any member of the

5      public have a question or statement to make before the

6      Council begins their deliberations?  Just come forward

7      one at a time, please.  Remember to state your name

8      into the record.

9           SPEAKER:  Bill Paluka, 505 Baywood Court.  I'm not

10     exactly sure to whom this question should be directed,

11     so I'll direct it to Mr. Odom and let him choose who to

12     answer for him.  I'm told by the Florida State

13     Clearinghouse in Tallahassee that in an area such as

14     this, the Florida State Heritage Protection Program

15     requires that an archeological site survey be conducted

16     on public lands, on private lands as well, and that any

17     archeological or heritage related materials be properly

18     catalogued and removed, and that it's the

19     responsibility of the developer to comply with this

20     law.  My question is for Mr. Odom.  Was he aware of

21     this requirement, and does his plan adhere to the

22     Florida guideline?

23          MAYOR BARKER:  Mr. Odom, we're going to have to

24     get your response on the tape, so if you could, please,

25     pass the mic over there.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 162 of 313

1    MR. PALUKA:  The development is named Indian Trail

2    Road for a reason.  It's, in fact, noted by the Florida

3    State Clearinghouse that many areas, including the

4    areas around the airport, may, in fact, fall under this

5    provision.

6         MR. ODOM:  The master plan -- the master plan

7    addresses that issue.  They do say that the

8    archeological archives in Tallahassee were searched.

9    There are no areas of significance on the airport, and,

10   therefore, they were not required to do that.  Even so,

11   we hired Biological Resource Associates and had that

12   information looked at, and there are no issues on this

13   site.

14        MR. PALUKA:  Just a quick follow-up.  Is the

15   information included, submitted as an exhibit as part

16   of your development plan?

17        MR. ODOM:  The information is in the master plan

18   as far as the public record about that issue has been

19   researched.  And we'll be glad to give you a copy of

20   the assessment we have.

21        MR. PALUKA:  Thank you.

22        MAYOR BARKER:  Thank you.  Next person.

23        MR. RIGGS:  I'll keep it brief.  Just a statement.

24   Steve Riggs, 1018 Highway 98.  I'm fortunate to be a

25   part-owner of a few airplanes.  I'd sure like to have

1    the opportunity to take my airplanes out of the weather

2    and put them in a hangar.  Thank you.

3        MAYOR BARKER:  Any other statements, questions?

4    Mrs. Carpenter.

5        SPEAKER:  Barbara Carpenter.  Mr. Odom, the Daily

6    News quoted you as saying, "The airport project

7    involves a partnership that includes Choctawhatchee

8    High School, the US Air Force, Crestview Aerospace, and

9    Embry Grove Aeronautical University in Daytona Beach.

10   The groups hope to work together to train high schools

11   for careers in aviation."

12       I haven't heard anything about that mentioned.

13   Are they quoting you talking about your Destin Jet

14   project?  If so, what does that mean?  What is the

15   involvement there?

16       MR. ODOM:  Choctawhatchee High School has a

17   partnership within their aviation program, a high

18   school program to provide kids with college credits for

19   aviation studies at Choctaw.  Kids have to qualify to

20   be in it.  We did get together with Choctaw and say

21   that since these kids are going to be learning the

22   things we're going to be doing, that we would provide

23   an opportunity for those kids to have a place to

24   actually work in the real world doing what they're

25   learning in school.  So we do have a partnership with

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C  Page 164 of 313

163

1      Choctaw aviation program to do that with Destin Jet.

2            MS. CARPENTER:  Thank you.

3            MAYOR BARKER:  Thank you.  Any other questions,

4      comments?  Yes, sir.

5            SPEAKER:  Dave Corby again.  I guess I'll address

6      this mostly to the Council since a lot of this

7      testimony you've heard a number of times.  March 15th,

8      after considerable deliberation, the Council adjourned

9      and agreed to postpone this vote based on what I

10     believe were three -- contingent on three requirements.

11     The first one being the noise study, which I think

12     we've concluded the official Part 150 noise study has

13     not yet been completed or is not yet official and

14     available.  We've discussed compatibility studies in

15     some detail.  There have been questions brought up

16     asking about the scientific method used, use of

17     computer models as opposed to actual noise measurement

18     equipment.  I think they used 1995 traffic levels and

19     one weekend in a winter month they had some type of

20     noise detection equipment to try to correlate that to

21     present day.  All in all, it was considered

22     incompatible, the study concluded.

23         There have been other noise studies done by the

24     applicant.  A fundamental flaw that I've seen, and I'll

25     be brief on this, is a lot of the conclusions have been

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 165 of 313

1    dealing with the decibel level of the noise.  And I

2    don't think that that is the main issue.  The duration

3    and the location of the noise I think is more

4    important.  No one is going to become deaf because of

5    airplanes taking off in the residential areas.  I think

6    that's a fact.  However, what people object to is the

7    constant noise all day, into the evening, and that is

8    affecting quality of life.  I have not heard one -- I

9    heard one study that brought that up, saying that the

10    location of the FBO is going to increase the frequency

11    of that noise.  And by frequency, I don't mean the

12    scientific frequency, but the duration, as a factor of

13    time.

14        The second reason that we postponed the vote was

15    air quality.  That study was simply not completed, and

16    nobody's denying that.  The bureaucratic answer we got

17    from the County was we don't require ourselves to do

18    it; therefore, it's not going to get done.

19        Again, studies by the applicant need to be --

20    well, they're inherently biased.  No one will deny

21    that.

22        Master plan.  And this issue has been brought up a

23    number of times.  Without going into a lot of detail,

24    I've concluded and would be happy to hear anybody that

25    has a different opinion, but no witness, including the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 166 of 313

165

1    FAA can testify this document legally exists.  And

2    because it's complicated, because they frequently have

3    the word 'draft' written on the front of them, and all

4    these other reasons are really not an excuse to accept

5    the suspect document that we have entered into the

6    testimony at this time.

7        Those were the three conditions why we didn't vote

8    last time.  I'll conclude by saying that the oldest

9    defense of new development on an airport is the

10   existence of old development.  A lot of these laws are

11   created, like we talked about, to protect airports and

12   their vital role in the transportation network in this

13   country, and we can all appreciate that.

14       But, however, let's not forget that the City does

15   not exist to support the airport.  All airports support

16   the communities that surround them and its citizens.

17   And I don't think that we, as citizens, or Council need

18   to be intimidated.  If this does become a legal issue,

19   then let's let the applicant prove it in court and not

20   in this room.  Thank you.

21       MAYOR BARKER:  Thank you very much.  Next speaker?

22   Yes, ma'am.

23       MS. WARNER:  My name is Audrey Warner, and I just

24   wanted to say that if we already have an incompatible

25   situation with the residents that have been here and

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 167 of 313

166

1  the airport, as I believe Ms. Salvo said it's already

2  incompatible, how can adding to that situation be a

3  good thing?  How can adding to it make it more

4  compatible?

5  I think that we need to step back, look at things.

6  Things have not been addressed that have been problems

7  for years.  They are still problems.  And they're not

8  going to get better.  Flying over the houses is just as

9  noisy, and not to diminish the poor people that live

10  with the smell of it all.  You sit in your backyard and

11  have a C-130 fly right over your house and land or do

12  the touch-up, whatever it's called.  Sit there and see

13  if that isn't just a little bit disturbing.

14  MAYOR BARKER:  Thank you.  Next speaker, please.

15  Any other speakers?  Okay.  Yes, ma'am.

16  SPEAKER:  I want to comment on two things.  When

17  we were told there was going to be a noise study 4th of

18  July weekend, 2004, I looked out on my lawn, and there

19  was this man sitting there with some equipment and a

20  hand-held monitor.  I didn't know what it was, so I

21  went up and said, "What are you doing on my lawn?"  So

22  he introduced myself.  He was from the LBA group, very

23  nice young man, and he explained what he was doing.  So

24  I watched him for while.  So he was sitting there with

25  his device, and a nice, little, small aircraft came in,

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 168 of 313

167

1    and he was recording something.  And then he said,

2    well, that's the means that they were using then.

3        I was just taking a quick look at the noise study.

4    Page 4-2 talks about that particular procedure.  I

5    still question the accuracy of the way the noise study

6    was done.  I have heard horrendous, horrendous jets

7    coming in there, and in the middle of the night, too.

8    I lack confidence in what we have in this document so

9    far that I've read.

10        Point number two I want to make, and no one has

11    talked about it, Destin is a barrier island.  We only

12    have so much space.  How far are we from the Gulf?

13    Two, three miles.  I'm a block and a half from the bay.

14    There's only so much space here.  So we're going to

15    chase out the people, the houses, and expand?  I know

16    the airport was there a long time.  I saw a picture the

17    other night, an aerial photograph of that property from

18    1962.  And it did show Main Street and one runway, and

19    that was it.  Airport Road was used as part of the

20    runway.  We have many people living here now.

21    Everybody is going to get chased out?  My house is not

22    slated for acquisition, thank goodness.  But I just

23    wanted to comment we're a barrier island; there's only

24    so much space.  Thank you.

25        MAYOR BARKER:  Thank you.  Any other speakers?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 169 of 313

168

1     MR. BELL:  My name is James Bell.  One of the

2     questions I have is that really everybody has been

3     focused on the noise problem.  One of the problems that

4     we're having already, we're going to be taking soft

5     areas away from the City, which we're already having

6     flooding problems on Main Street, Airport Road.  With

7     all this concrete, what are we going to do with the

8     running off water?  How is that going to be treated,

9     the possible toxins that will be in that?  That's one

10    of my areas of concern.  How will it affect their

11    surrounding neighbors?  Thank you.

12    MAYOR BARKER:  Any other speakers?

13    SPEAKER:  Pat Whitelaw.  I did have a noise

14    monitor in my backyard that weekend, and traffic was

15    very light at the airport that weekend.  I'm inclined

16    to agree that I don't know the validity of what was on

17    those monitors.  I know that -- I think he told me at

18    the time that there were about five or six just around

19    the airport.  But there was very light traffic.  And if

20    that's what we're -- if those assumptions are being

21    made on the traffic that weekend, then I don't think we

22    got anything valid right there.

23    And, also, I live right there on JoJo's Way, the

24    subdivision there, which actually it was replatted in

25    2001.  I've lived there for 11 years.  My neighbors

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 170 of 313

169

1    have lived there for 17 years.  And I'm concerned about

2    the noise, but I'm also concerned about the types of

3    noises that we're going to have there.  That's why I

4    initially asked about the tow trucks and everything

5    else that's going to be going on back there, because

6    it's going to be in my backyard, so selfishly I'm

7    concerned about it, but also for my neighbors as well.

8    Thank you.

9        MAYOR BARKER:  Thank you very much.  Any other

10   speakers?  Going once.  Going twice.  Okay.  City

11   Council.  Questions, comments, concerns, motions,

12   direction?  Do you need to take a five-minute recess

13   before beginning?  Mr. Foreman.

14       MR. FOREMAN:  I think the thing that concerns -- I

15   have some concerns about what I've heard tonight.  I

16   think the applicant has done a good job, I agree with

17   Mr. Shirley, done as good a job as he can do with what

18   he had to work with, and I think he's attempted to

19   accommodate all the concerns that anybody could

20   probably voice.  The best I can tell, the analogy was

21   made one time just like another Texaco Station going

22   down the street.  So I don't think, from what I've

23   seen, that we're basically enabling a whole lot of

24   additional traffic that might not be there if he

25   weren't there.  So I don't think that's the issue.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 171 of 313

170

1    Where my concern is, what prompted my thought was

2    when he volunteered the emergency operations center

3    portion of it.  I like that.  I think that's a good

4    idea to have that in place there, because obviously the

5    concern was that if we're cut off here, we're going to

6    be pretty much isolated.

7    But the next thought took me back to something

8    that I've asked the County about numerous times and

9    have never gotten a satisfactory answer on is what

10   emergency equipment do we have available there,

11   aircraft type emergency equipment, that will take care

12   of the various potential hazards that take place there?

13   If I thought that we were able to handle that, and a

14   long time ago I used to fly some airplanes, but we

15   don't have the type of fire equipment that is designed

16   around aircraft that's available.  We have the fire

17   district that puts out other kinds of fires.  We don't

18   have other kinds of needed equipment to do that.

19   When we designed our comprehensive plan, one of

20   the things we put in there -- and unlike Mr. Kirsch was

21   saying here, he basically said we have no role in all

22   this.  Public safety is one of those things that he

23   admitted to is, in fact, one of the things that we're

24   looking at.  Public safety is a major issue to us here.

25   If we had the equipment in there, if we had the

1    assurances -- there's a reason why that Part 150 was

2    put in there.  In my mind, the FAA did that, or the

3    legislature, they weren't concerned about preserving

4    the airport; they were concerned about the noise that

5    was going outside the airport.  They didn't want you to

6    do anything until you did something about it.  That

7    makes more sense than what I see there.

8         But, in any event, to make a long story short, I

9    don't have any real grounds upon which to object to

10   this particular project, except those things that I

11   just mentioned.  And I would like to know if we're

12   going to do something about it in order to approve this

13   project.

14        MAYOR BARKER:  Is that a question directed to

15   Mr. --

16        MR. FOREMAN:  I think the County has been the one

17   I've asked in the past.  I never got an answer back on

18   it.  They said the funding would ultimately come from

19   the federal government somewhere.  But they just write

20   regulations.  They don't send equipment.

21        MAYOR BARKER:  Mr. Sealy, would you like to

22   address that?

23        MR. SEALY:  Jim -- is this on?  He's correct.  And

24   we've been here several times, and he's been consistent

25   with his observations and requests.  We, at this time,

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 173 of 313

1       don't have fire equipment in the budget.  And he's

2       correct in that it does provide funding for that.  And

3       we can certainly amend our work program to start the

4       process to get adequate fire protection equipment

5       there, because it is a 95-percent FAA-funded facility

6       and equipment.  So we can do that.  And I'll be glad to

7       amend my work program to put some equipment in there to

8       accommodate the safety aspect of this development.

9             MAYOR BARKER:  Mr. Williges.

10            MR. WILLIGES:  Thank you, Mr. Mayor.  It's kind of

11      hard to come to a conclusion where I'm going to begin.

12      But first thing I'm really concerned about with is the

13      air quality.  We heard a lot about noise tonight.  If

14      everybody will pay attention here.  Three different

15      studies, one the FAA 150, the County, Mr. Odom has

16      another noise study done.  That's three.

17            But there's been no effort to do anything about

18      air quality.  As a matter of fact, the County, in their

19      letter, says Destin Airport should not be a concern

20      with respect to air quality.  They dismiss the current

21      complaints from nearby residents completely.  They talk

22      about 180,000 flights per annually needed to justify an

23      air quality study.  It kind of reminds me years ago I

24      tried to get a traffic light put in somewhere where it

25      was heavy congestion -- and this was in Virginia, so

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 174 of 313

1   Florida is pretty clear on this one -- and they said

2   there weren't enough accidents at the site to warrant a

3   traffic light.  My thought then was one is one too

4   many.

5       The last time I checked -- they talked about the

6   State of Florida being responsible for maintaining

7   sites throughout the State.  A couple years back, I got

8   involved just a little bit, and the last time I

9   checked, the closest air quality site that DEP is

10  responsible for is at the Santa Rosa County line with

11  Okaloosa County.  That's the closest one we had.  At

12  that point, Pensacola was carrying the worst air

13  quality in the whole area.

14      I want to talk a little bit about the Renaissance

15  Planning Group land use compatibility study.  It was

16  revised October 6th, four days ago, so it's probably

17  the most current thing we've got.  Ms. Salvo, I

18  appreciated your presentation, but you never did cover

19  anything about the concerns for air pollution and air

20  quality when you did your display.  I read your report

21  pretty thoroughly.  And under definition of

22  compatibility, air pollution is a potential negative

23  impact.

24      I'll go through this rapidly because we've been

25  sitting here a long time, but I have a few things to

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 175 of 313

1   say.  They talk about increased flight activity,

2   increased vehicle traffic, increased maintenance and

3   fueling services.  This is what's coming down the pike.

4   Increased duration and intensity of noise and reduced

5   air quality.  That's page eight of your report.  They

6   talk about high level of aviation activity noise and

7   impacts degrading air quality and producing noise and

8   fumes that are characteristics.  They talk about the

9   different studies.

10       And, of course, they covered the master plan or

11   lack of one.  '89 was never, according to your own

12   record, was never officially adopted by the County.

13   '98, same thing.  So how we can really approve these

14   things without a master plan escapes me.

15       There's a few things in here I find interesting.

16   There's going to be a growing passenger base with

17   increased aircraft.  This is coming down the pike

18   whether he's in there or not.  Associated impacts on

19   surrounding residential areas, but it does have impact

20   on air quality.

21       I think the County is making a big mistake in

22   denying what the citizens want in doing an air quality

23   study.  I don't care if 180,000 uses or what triggers

24   it or not.  If there are complaints, that's sufficient

25   in my book.  RPG study here, emissions produced may

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 176 of 313

1    potentially affect the adjacent residential areas.

2    Pollutants produced in airports typically include

3    carbon monoxide, oxide, and nitrogen.  These pollutants

4    cause major health problems, as well as smog and other

5    environmental problems, acid rain, et cetera, et

6    cetera.

7        In the absence of an air quality study, the

8    conditions at and around the airport are unknown and

9    the contribution from the proposed projects to this

10   baseline condition are unknown.  So we don't know.

11       The absence of an adopted current master plan

12   poses a serious problem that would justify postponing

13   further development of the airport at this time.  Then

14   it goes on to say it should be judged on a case-by-case

15   basis.

16       Mitigation should address noise, traffic

17   concurrence, and the environment.  They haven't

18   mentioned anything about what kind of mitigation

19   they're talking about for air quality.  Not one word

20   about it.

21       No airport development should contribute to the

22   existing incompatibility.  The situation should not be

23   degraded by individual airport projects such as Destin

24   Jet.  If these projects can come in and not cause the

25   existing situation to be degraded beyond current

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 177 of 313

176

1   levels, then approval of these projects should be

2   considered.  Well, we've had nothing to indicate that.

3   It's, again, just being ignored completely, like we

4   don't have any justification for it.

5        The City of Destin has not previously reviewed air

6   pollutant emissions under its compatibility standards.

7   So there's a lot of questions that I think are being

8   raised about air quality.  I think the simple answer

9   from the County, well, you don't need one, that's what

10  we say, so you're not going to get one, I think there's

11  something wrong.

12       The gentleman here spoke about the stormwater

13  quality, stormwater management.  The only thing I found

14  in this whole host of documents is one piece of paper

15  regarding stormwater, and it's the concurrency

16  evaluation certificate.  And it's interesting.  It

17  says:  Has stormwater plan been submitted for the

18  Department of Environmental Regulations' approval?  It

19  says no, and then the word written in there 'pending'.

20  Has a permit been received?  Needs a yes or no.  No has

21  been scratched off.  Stormwater checklist has been

22  completed?  Yes.  If yes, attach a copy of permit.

23  None here.

24       We're concerned about the stormwater flooding up

25  in Indian Trail.  And this expansion has a lot of

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 178 of 313

1    building to it, and water runoff is going to occur.

2    The City Engineer has not signed this.  It says his

3    designee, Mike Bomer.  Well, Mike Bomer works for a

4    consultant.  He's certifying that it meets all City of

5    Destin stormwater requirements.  Well, our own City

6    Engineer hasn't signed it.  I don't think much of this

7    document at all.  It raises more questions in my mind

8    about the stormwater runoff and the flooding.

9         We just went through an episode not too long ago,

10   putting a lot of money in on Airport Road trying to

11   take care of the flooding there.  So now we're going to

12   go further west and put in more construction without

13   one word being said about stormwater runoff at all.  So

14   I think that's a big mistake, too.

15        Under the chart that you put up, Ms. Salvo, you

16   called air quality a nuisance issue.  I think it goes

17   deeper than that.  I think it's a health issue, a life

18   issue really.  You had said there's going to be 12-foot

19   sound wall between the buildings.  I've been taking

20   notes, and Mr. Odom said 26-foot high.  So I don't know

21   who is right, if the walls between 26-foot-high

22   buildings are going to be 12 foot or 26 foot.  But he

23   did say 26-foot walls connecting the buildings.  So can

24   one of the two of you answer me if it's 26 or 12?

25        MR. ODOM:  In the corner where the hangars meet --

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 179 of 313

1    MAYOR BARKER:  Mr. Odom, we have to get you on

2    tape.  I'm sorry.

3        MR. ODOM:  In the corner of the project where the

4    two rows of hangars meet in the northwest corner, that

5    wall is 26 feet that connects them.  The wall between

6    the end of the hangars and the FBO building is 12 feet.

7        MR. WILLIGES:  So it's a combination of both.

8    Okay.  Thank you.

9        I'm going to back off for now and let somebody

10   else get on it.  I want to go through my notes.

11       MR. KISELA:  I wanted to address the issue of

12   stormwater for a second.  Michael Bomar is under

13   contract to do the stormwater, so he's done that as an

14   agent of the City under the guidance of the City

15   Engineer.  So where you see his signature, that's

16   basically he's under contract to us.

17       MR. WILLIGES:  So if his signature is on the

18   bottom of this piece of paper, it says everything is

19   fine, we don't have any problem with stormwater runoff?

20       MR. KISELA:  He's reviewing it and basically just

21   ascertaining that it is in compliance with the land

22   development code and the comprehensive plan.

23       MR. WILLIGES:  What recourse does the City have --

24   in Indian Trail and so forth, we've just voted to

25   approve $70,000 to take care of one problem.  There are

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 180 of 313

1    other housing development areas where we've already

2    stepped in and done things and expended City funds.

3    Who would be responsible should a problem develop?

4    Would it be Bomar and his company?  Would it be Mr.

5    Odom?  I don't know where that goes.

6         MR. KISELA:  If we can substantiate that the

7    engineer of record -- and I don't know who the engineer

8    of record is on this --

9         SPEAKER:  Connelly and Wicker.

10        MR. KISELA:  -- is in violation of their -- if

11   they certify something that's not in conformance, then

12   the recourse would be back to Connelly and Wicker.

13        MAYOR BARKER:  Mr. Marler.

14        MR. MARLER:  Thank you, Mr. Mayor.  First I'm

15   going to go with what I know.  First question was

16   brought up about a Cesena versus a Leer Jet.  So using

17   the nice little noise study, the lightest Cesena I

18   could find was a twin-engine prop, Cesena 310, 77.1.

19   The lightest Leer Jet I could find was 86.9, a

20   difference of 9.8.  A Cesena CJ-2 Jet, 79.6, a

21   deviation of 2.5 from the Leer Jet.  Another Leer Jet

22   at 80.3.  A multi-prop plane at 83.5.  A turbo-prop

23   plane at 92.9.  And another jet at 91.3.  So, actually,

24   a turbo-prop can be louder than a Leer Jet, since those

25   were mentioned.  That's one thing I know from the sound

180

1    or the noise study.

2        Is a noise study perfect?  No.  It doesn't matter

3    what time of the day or night you make that noise

4    study.  Something is going to change one day to the

5    next.  And whether or not -- as it's said, it's not

6    adopted.  If we adopt it, how many times are we going

7    to review it and say, well, this ain't right, we need

8    to go back and do it again?

9        The same with the airport study, the airport

10   master plan draft.  It's never been adopted by the

11   County nor the City.  It's just a plan.  It's just out

12   there for people to look at and say, well, I don't like

13   this, I don't like that, let's change this.

14       This is another part I know.  The airport

15   currently was built in 1967.  Before that, Ms. Kinney

16   was right.  In the early '60s, since I was born and

17   raised here, the early '60s, the original airport was

18   Airport Road.  Actually, Main Street and Airport Road

19   was a dirt landing strip.  It ended at where the

20   current airport entrance is now.  Where Safe Harbor

21   Presbyterian Church was a shack on the left-hand side.

22   On the right-hand side was a large field that Mr. Kelly

23   built and put telephone poles up and built a somewhat

24   of a hangar.  They used to parachute jump, do all kinds

25   of fun stuff there.  My father's boss at that time had

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 182 of 313

181

1    a fork-tail Bonanza.  If you're a plane enthusiastic,

2    you know what that is.  And they'd buzz the house when

3    he was coming to town so we knew he was there.

4        When Mr. Kelly donated or granted the land in

5    1967, the runway was built to accommodate the largest

6    aircraft at that time in an emergency.  Guess what that

7    was?  The same thing they accommodated for the World

8    Trade Center Towers, a 707.  That is the largest plane

9    that could ever land at that airport now or ever.  Even

10    if the airport expanded to the present time, the

11    commercial jet of that nature is the largest that could

12    ever be there.  With the exception of John Travolta, I

13    don't know of any 707 still around, other than in

14    private hands.

15        Plane crashes, since people brought up planes and

16    fuels and things like that.  There have been three

17    plane crashes, to my knowledge, in the last 20 some odd

18    years at the airport, and most of those were pilot

19    error or of other nature.  Several did result in death.

20    There was also a plane crash in Kellaire Gardens, where

21    a plane landed behind a person's house.  There was also

22    a plane crash at Kellaire Gardens before Kellaire

23    Gardens was even built.  In 1976, around March, April,

24    somewhere in the early part of 1976, a plane crashed in

25    what was then a cleared-off area which became Kellaire

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 183 of 313

182

```
 1    Gardens, killing all the people on board.  Now, that's
 2    the last time that I know of one in Kellaire Gardens,
 3    with the exception of the one I just mentioned earlier.
 4         The reason I know this is, number one, on October
 5    10th, 29 years ago, my father passed away.  And I
 6    recall this because this is one of the last times I was
 7    with my father when we drove out as far as we could to
 8    the plane crash and then had to walk the rest of the
 9    way.  I mention this only because somebody brought up
10    the fuel depot and things like that.  To my knowledge,
11    there has never been a major fuel leak at the airport
12    that has caused any major damage.  What has always been
13    there has been there for long periods of time, and I've
14    never seen any major problems there.
15         Again, when the Kellys donated that property,
16    there was nothing there.  It was just woods, and that
17    was all there was.  Their death and later -- their
18    deaths in later years, their family, they sold off,
19    parceled off and sold the property, and, therefore, we
20    have the developments that we have today.  I don't
21    think the Kellys expected the expansion that we have
22    today to happen back then when they donated that
23    property for the airport.
24         Current, to my knowledge, if Mr. Odom's project
25    does not go through tonight, the County still has that
```

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 184 of 313

183

1    little piece of property.  If they went out there in

2    the name of national security, as they did with the

3    fence, decide to cut all the trees down, they're

4    probably within their rights to do it, and, therefore,

5    there would still be no barrier.  So that kind of

6    strange part, I throw that in there because the County

7    has that right to do certain things.

8        Competition.  We had a K-Mart here in 1986.  I

9    worked there for a while.  Wal-Mart came along in 1988.

10   Eventually, before long, Wal-Mart put K-Mart out of

11   business, partially.  K-Mart put themselves out of

12   business partially in this area.  Well, let's see.

13   Guess what?  Now we've got a Target.  Does that mean

14   that we're going to have an increase of people because

15   we've now added another shopping center, or does that

16   just mean Wal-Mart gets a few less customers and Target

17   gets them?

18        That's exactly what Mr. Odom is doing.  He is just

19   taking the customer base that is there, and he's

20   spreading it out a little bit further so that there's

21   equal opportunity.  So that's no different than what we

22   see out here everyday.  The same with the gas stations.

23   I can name you two gas stations that are right next to

24   a residential section with their fuel tanks buried

25   under the ground behind the station, nearer to the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 185 of 313

184

1   residential sections.  And they're right up here on

2   Beach Drive.  And they sit side by side, next to each

3   other, and there's residential, and the church directly

4   behind one of them.  And they've never had a problem

5   with a fuel spill or explosions or anything like that.

6       I'm on a roll.  I'm almost done, Mayor.  At the

7   beginning of this meeting, it was said the focus is on

8   does Destin Jet impact the airport.  Yes, it probably

9   does impact the airport.  It affects the airport in

10  economy.  Whether it impacts the residents, I don't

11  know.

12      Whether we followed all the rules -- if we want to

13  go with 333.03 and whether or not we all followed the

14  rules, probably nobody followed the rules that were set

15  up at that time.  I didn't even know that rule existed

16  until tonight, to be honest with you.  And if it did,

17  then, well, we're all in violation of a lot of rules.

18      If you build, if you live next to an airport, you

19  have to be able to take certain things for granted.

20  And that is, there is going to be noise, there is going

21  to be emissions, there is going to be business.  It's

22  no different than living next to the mall.  It's no

23  different than living next to a nightclub.  You're

24  going to have to expect certain things.  Now, how much

25  of it?  Yes, there is a problem.

185

1    There are questions here again, as there were

2    before, but these questions can be answered very

3    simply.  It's not Mr. Odom's responsibility, or any

4    other developer who possibly wants to build something

5    in the airport, to fix the problems that were not

6    created by him.  They were created by us.  They were

7    created by the County.  There are problems that the

8    County needs to fix.  And there's no doubt about that.

9    How do we compel the County -- how does the little City

10   inside the County compel the County to do that?

11   First, in this particular case, the City is the

12   jurisdiction for the building of this project because

13   even though it's County-owned property, it still sits

14   inside the City limits.  So we can do what we can to

15   work with the developer and say, okay, this is what

16   you've got to do, you've got to do this.  We've done

17   that.  Mr. Odom has done the very best he can to get

18   his project to conform to everything we have thrown at

19   him and even some of you citizens have thrown at him.

20   The County has failed -- and I say this knowing

21   that I live in the County -- the County has failed on

22   several areas.  Do we penalize Mr. Odom for somebody

23   else's failure?  No, we can't.  That's not the way to

24   do it.  We sit there and we say the County must do

25   something.  However legal means Destin can do it, we

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 187 of 313

186

1   can try to work with the County to make them do it.

2   We've tried all our legal means, I believe, that we've

3   had.

4        The citizens are the only other persons that can

5   force that issue.  The next time elections come up,

6   remember who your County Commissioners are.  Remember

7   who your Councilmen are.  If you're not happy, that's

8   how you do it.  That's the process you go by.  You go

9   to your County Commissioner, and you talk to that

10  County Commissioner and say, I'm not happy about this,

11  what are you going to do about it.  And you press that

12  County or you press the City, just like you're pressing

13  us tonight, to do something about it.

14       The City is doing whatever it can.  We're doing

15  the best we can to compel the County to do what they're

16  supposed to do.  That's all we can do.  We can't force

17  the County to do something unless they want to do it.

18  We can only go so far.

19       But the focus is on Destin Jet.  And finally I say

20  this.  Mr. Odom has done the best he can.  For those of

21  you who live around the airport, I'm sorry.  I wish a

22  lot of things had been done.  I wish there had been

23  disclosures for you to understand what the noise

24  possibility is.  And with respect to Ms. Barr, I

25  understand your health problems, and that's another

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 188 of 313

187

1    reason that I just don't understand, why would somebody

2    live around an airport with a health problem of that

3    nature.  And I can understand the issue.  I understand

4    the air quality.  But we can't make this developer pay

5    for something that's not his fault.

6        In reference to a wall that our own City Staff has

7    said needs to be built around the corner of that

8    property, which is around the Pine Ridge Trace area,

9    which according to our little maps is a little, wooded,

10   tree area, I think the County should be responsible for

11   that.  I don't think it should be Mr. Odom's

12   responsibility, because according to our little maps,

13   this little property area does not include that.  It

14   stops right there just short of where the runway turn

15   is.  I think the County should build that wall.  I

16   think the County is responsible to build that wall.  I

17   think if Mr. Odom can build the wall out as far as he

18   can to the encroachment of the taxiway as far as he

19   can, that's all he is responsible to do.  But I think

20   the County should be responsible for building that

21   little corner area, not Mr. Odom.

22       We have another project coming up after this,

23   which is probably going to be just as controversial

24   since it includes the same thing minus the fuel depot

25   and the FBO. And so I won't run my mouth anymore.  And

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 189 of 313

188

1    in conclusion, all I can say is there are problems.

2    But they are not problems that Mr. Odom can fix.

3    They're problems that this County needs to fix.  It's

4    you citizens who need to make your voices loud and

5    clear to the County that it needs to be fixed and needs

6    to be fixed now.  That's all, Mayor.

7          MAYOR BARKER:  Thank you, Mr. Marler.  Any other

8    council members?  Any direction?  Mr. Destin.

9          MR. DESTIN:  I would like to make one comment.

10   Love airplanes.  Get along with the pilots.  Admire the

11   aviation in this region.

12         But the reason that we put off this decision in

13   March was because we wanted to wait for the noise study

14   and to see what kind of mitigation we could possibly do

15   to address the problems the noise study would point

16   out.  The noise study is still not done.  No mitigation

17   of any sort has been done or proposed.  I don't see

18   that problem as being ripe or having been solved.

19         As I said at the meeting in March, it appears that

20   they gave Mr. Odom the very worst location he could

21   possibly have to put his operations, jammed it right up

22   against a whole bunch of houses.  I believe some of

23   them are within 25 feet of the property line.

24         MS. PATTERSON:  Yes.

25         MR. DESTIN:  The present FBO is located over -- I

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 190 of 313

1    guess that's to the south, and is not as close to the

2    residential structures as this one would be.  Their

3    fuel tanks are over in that area, I believe.  Although,

4    I can't really tell from these maps where it is.  But,

5    anyway, in any event, they're not over next to the

6    houses.  The compatibility of putting this FBO where

7    the County wants to put it is a real problem.

8        I think, perhaps, they can address the noise to

9    some extent, although probably not a hundred percent,

10   but to some extent.  But they can't address the health,

11   safety, and welfare of putting his operation over

12   there, nor the air quality or a number of other

13   problems that I think go to the compatibility issues we

14   should look at.

15       I don't know if the comp plan is silent on air

16   quality.  I would think that it's not.  Our comp plan

17   I'm talking about.  This isn't being addressed at all.

18       I would not feel comfortable voting to approve

19   this project until some of those things had been laid

20   to rest, and they have not been tonight.

21       MAYOR BARKER:  Any other comments?  Direction?

22   Council members, we need some direction, some guidance.

23       MR. FOREMAN:  I'll make the recommended motion.

24       MAYOR BARKER:  Mr. Foreman has made the

25   recommended motion.  Is there a second?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 191 of 313

1    MR. MARLER:  I'll second it.

2    MAYOR BARKER:  We've got a motion and a second.

3    MS. ANSLEY:  And just to clarify, you're moving

4    that the City Council approve the project as presented

5    by Staff and documented in the technical review

6    committee report subject to all the conditions

7    identified within the TRC report dated March 1st, 2005

8    and amended October 6th, 2005, as incorporated into the

9    final development order, and al outstanding City fees

10   prior to the issuance of the final development order

11   adopted by the community development?

12   MR. FOREMAN:  Yes.

13   MR. SHIRLEY:  Does that includes the

14   recommendation concerning the sound wall?

15   MR. DESTIN:  I would think it does.

16   MR. FOREMAN:  It does include that.

17   MS. ANSLEY:  And is that your understanding, Mr.

18   Marler, for your second?

19   MR. MARLER:  Yes.

20   MAYOR BARKER:  Mr. Ponder.

21   MR. PONDER:  The comment I make tonight is that,

22   as said before, I personally think Jay Odom is a

23   developer that does things with excellence.  I just

24   think he does.  My comments in March still stand today.

25   I'm very concerned about the air quality.  I'm very

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 192 of 313

1    concerned for the lack of the master plan.  And there's

2    still some underlying issues that don't give me peace

3    to move forward at the current time.  I just wanted to

4    make that comment.

5         MAYOR BARKER:  Mr. Sealy, can I ask you a

6    question?  Are you still there?  Can you come forward

7    and answer a question for me?  Can you explain to me

8    the process by which a County or City or any other

9    applicant might go about obtaining an FAA letter of

10   categorical exclusion?

11        MR. SEALY:  What's happened in this case, we've

12   had consultants look at that and do the environmental

13   evaluations and go through the checklist and check off

14   whether it is a problem or isn't a problem, and that's

15   submitted to the FAA for their review.

16        MAYOR BARKER:  There's a checklist A through K?

17        MR. SEALY:  That's correct.

18        MAYOR BARKER:  So in the checklist, the signature

19   -- it has your signature.  You are, I guess, the

20   sponsor, and you're certifying that items A through K

21   have been achieved or been checked off on?  It says,

22   "In order for the FAA to determine the appropriate

23   course of action, the FAA must determine and the

24   sponsor --" which would be you or the County "-- must

25   certify that the proposed action is not likely."  And I

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 193 of 313

1    draw your attention to item number B and J.  And item

2    number B is:  Be highly controversial on environmental

3    grounds.  And the action is considered highly

4    controversial when the action is opposed by a

5    substantial number of persons affected by such action.

6    And you didn't think that was appropriate?

7         MR. SEALY:  Under the B, after consultation with

8    the consultants and the FAA, the building, what we're

9    talking about, itself, is not an environmental problem.

10        MAYOR BARKER:  And you don't think it has a

11   significant impact on air quality?

12        MR. SEALY:  The building itself does not, no.

13        MAYOR BARKER:  Ladies and gentlemen, thank you

14   very much for your professionalism and your patience

15   tonight.  I know it's been a long meeting.  And please

16   try to hold it down, if you can, so that we can,

17   hopefully, get through this.

18        Well, I guess I would have to not agree with the

19   grounds upon which you acted as the sponsor to certify

20   these particular actions A through K.  But I would also

21   agree with Mr. Kirsch, the attorney, that there are

22   probably federal regulations that we could be mired in

23   for years and years and years.  And no offense to the

24   attorneys in the room, but the only people that are

25   going to win are the attorneys, and you're going to get

1    rich because of it.

2        And if we were to go to court over this issue, you

3    know, it's very likely that we may find out that the

4    City of Destin has no legal opinion or basis upon which

5    to require the air quality study be completed.  But

6    just because it's not required doesn't mean it

7    shouldn't be done.

8        And Mr. Kirsch also pointed out 333.03, about how

9    the City and other local governments cannot trump

10   federal and/or state statute.  Well, the problem that I

11   see is the proprietors of the property can.  The

12   proprietors set the course of action on what's going to

13   happen on that property in the future, correct?  And

14   the proprietors of that piece of property is Okaloosa

15   County, or the citizens of Okaloosa County.  They are

16   the proprietors of that particular piece of property.

17       So in relation to the current application before

18   us, I think, you know, the evidence is pretty well

19   presented.  And I think our own consultants agree that

20   if this particular noise barrier wall is installed,

21   there will be no loss of -- no gain of noise to the

22   particular surrounding residences.  I, too, think the

23   applicant has done everything he can to design this

24   project to be as compatible as possible.

25       But I still believe that there is a significant

194

environmental issue that the City Council and the City
of Destin and the Okaloosa County Commission must work
out because I believe there is a health, safety, and
welfare issue at stake here.  And I would suggest that
tonight's meeting and those that have come before it
ought to be the very beginning of what needs to happen.
And what needs to happen is probably some sound
protection around the entire airport.  We need to
address some comprehensive noise abatement program.  We
probably need to address some sort of operational
procedures.  We need to address environmental quality
issues and stormwater management issues, et cetera, et
cetera, et cetera.

     But I really believe that the County Commission
and the City Council owes it to the people who own that
airport, the citizens of Okaloosa County, to address
these issues as best we can.  It's going to take a lot
of work.  And I really appreciate all the work that's
been put into this, but I feel like we've got a long
way to go.  Ms. Seevers.

     MS. SEEVERS:  I, too, am struggling with this
thing.  I have a pit in my stomach, in case anybody
wants to hear about that.  You know, there's been a lot
of things said tonight that really opened my eyes, a
couple things that I didn't even know about, very

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 196 of 313

1    scary.

2        There are so many issues with this airport, some

3    the City of Destin created, obviously.  And mistakes,

4    lots of mistakes, have been made in the past.  And I,

5    too, like Cyron, remember -- that was in '76.  I was in

6    high school.  I remember that plane crash.  And I

7    remember when the airport was put in there.

8        This is a tough one, because all night long I've

9    heard -- I've tried to stay on course with what my job

10    is tonight.  And my job tonight is to look at this

11    development and make sure they met all criteria that

12    was presented in front of me.  And it's difficult,

13    because you hear about air quality problems, and you

14    know it.  Because I live right here in Destin, too.

15    And even though I don't live nearby, I know what the

16    noise problems are and the emissions and everything

17    that it causes.  So you hear that, too, and you try to

18    sit there and try to balance everything out.

19        With that said, this particular development did

20    not cause the problems that we have.  This whole

21    conversation, 90 percent of the conversation that we've

22    had tonight, should have been taking place all along

23    for years, without even consideration of the

24    development in front of us.  And it's sad.

25        And I personally am taking some responsibility

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 197 of 313

1   because I'm sad that I haven't reacted a lot and been

2   more involved in some of the issues that I've heard

3   tonight.  I will certainly do everything in my power

4   from this point forward to correct that.

5       I had asked the question, because I wasn't here in

6   March and I didn't know what the actual application and

7   everything looked like in March, because I was in

8   Washington, D.C. at the time, but as I understand it,

9   the developer did go through and make many, many, many

10  changes to try to accommodate and listen to what the

11  people were saying.  Whether we approve this tonight or

12  not, something is going to go there.  And I don't know

13  that the developer will be as user friendly as Mr. Odom

14  has been in this case.

15      Our question is not about air quality that we have

16  in front of us because we can't look at that.  That's

17  not required of us.  We know that there's a problem,

18  but we can't really look at that.  We have to look at

19  other things:  Whether or not this development met all

20  the criteria it was challenged to do.  Well, I can

21  answer that question that yeah, it did, and it actually

22  went a little bit above and beyond some of the criteria

23  that it was supposed to meet.

24      So sitting here, this is very difficult.  We've

25  got some huge challenges ahead of us.  And the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 198 of 313

197

1    stormwater issue is a big one, also, because I know for

2    a fact that we've had some flooding problems at the

3    airport that have not been corrected.  And I have

4    personally addressed those myself with the County, and

5    it's still not completed or fixed.  And now the City of

6    Destin has had to take the bullet for that one.  And

7    I'm not really happy about that.

8         So we're looking at two separate issues, two

9    totally, completely separate issues.  One, whether or

10   not this development is compatible with the criteria

11   that we have in front of us.  And the whole other side

12   is what are we going to do to fix this airport problem.

13        Because there's a lot of things that are folded

14   into the equation that make this airport, to me,

15   incompatible with the whole City of Destin.  We should

16   have done something about all this years and years ago.

17   And it's unfortunate that we're having to sit here.

18   But I feel like I'm holding the developer hostage for

19   the problems that were not created by him but that need

20   to be fixed in the future.

21        With that said, I don't know what other choice

22   this Council has other than to approve the project and

23   put our hearts and souls into trying to hold the County

24   accountable and work with them to try to correct some

25   of these situations.  And that's my comments.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 199 of 313

198

1    MAYOR BARKER:  Mr. Marler.

2    MR. MARLER:  Mayor, I would like Mr. Sealy to come

3    up.  I have a couple quick questions for him.

4    MAYOR BARKER:  Mr. Sealy, do you mind coming back

5    up?

6    MR. MARLER:  Mr. Sealy, I know you get your

7    marching orders from the County, just as we give our

8    marching orders to our City Manager, so I know there

9    are some things that you are not able to do without the

10   Commission's approval.  My question goes back to the

11   noise study.  We delayed, we stopped this meeting in

12   March for the noise study.  When did the noise study

13   actually start?

14   MR. SEALY:  It started July of '04.

15   MR. MARLER:  Okay.  So March to July, we had --

16   was that when y'all were going out for bids or

17   something?

18   MR. SEALY:  No, it was '04.  We were already in

19   the process when we met in March.

20   MR. MARLER:  The reason I ask this is I'm just

21   curious why -- I've got a date here of September 2005.

22   So, in other words, the whole study took over a year to

23   do?

24   MR. SEALY:  Exactly.  We knew it was going to take

25   at least a year to do the study.  We got involved with

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 200 of 313

1    the final draft -- or, actually, the draft of the

2    program and wanted to verify the actual operations at

3    the airport.  So we did on-site monitoring, rather than

4    just do the model which would take the number of

5    operations during the year and divide it up into a

6    fleet mix, which is the standard way of doing that.

7    But we actually did on-site monitoring for several

8    weeks during, I think, July of this year.  So they had

9    to go back and rerun the model and rerun the numbers.

10    And, actually, the on-site monitoring showed that the

11    contours were actually smaller than what the model was

12    showing, but we opted to stay with the model so that we

13    would err on the side of conservative, so that if there

14    was -- and there is a noise problem in some of those

15    areas that you see on your layout there.  So that's

16    where we are.  We did have to rerun some of the

17    numbers, and we lost a month on that one.

18        MR. MARLER:  Then knowing that it was still

19    ongoing when we did our meeting in March, then I guess

20    the touchy question is:  Knowing how sensitive this was

21    to what we wanted to do and in respect to the

22    developer, I'm -- and my question is, also, we had a

23    hotline, and I didn't see, as somebody brought up, I

24    didn't see anything mentioned that any of the comments

25    from the hotline had been used to compile a study.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 201 of 313

1    I've got a transcript here that was used at the

2    hearing, public hearing, that they had here a while

3    back.

4         But knowing that all of that had to be done, it

5    just -- the part that gets me is that this didn't come

6    out until just before we get ready to vote on this

7    project.  And to me, it was doing a disservice to the

8    applicant, actually to this applicant and to the next

9    applicant, because the noise study was not completed.

10   I mean, I know you had to input more data.  But at the

11   same time, the noise study, it still took from July or

12   August, before September, and it's only in draft form.

13   It's not even been adopted by the County yet.

14        MR. SEALY:  That's correct.  LBA, you know, during

15   the process, there was some illnesses and some deaths

16   and stuff.  And the two people that are integrally

17   related or actually involved in that process have had

18   some personal problems, and we've lost a couple of

19   months because of that.  And then, like I say, we had

20   to go back and reevaluate the actual numbers and the

21   noises involved with those.  So we have lost several

22   months.

23        But the target was to get it out in August, and we

24   didn't make that.  So, obviously, here we are, it's

25   October, and we're just now getting the draft out.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 202 of 313

201

1      MR. MARLER:  And how long do you perceive before

2    this draft will go before the County Commission and be

3    adopted?

4      MR. SEALY:  We have a 30-day comment period, which

5    will end at the end of the month.  Then they'll

6    finalize the program.  So I'm saying probably December

7    now.

8      MR. MARLER:  So if we didn't vote on Mr. Odom's

9    project tonight, we're still looking at December before

10   we could come back and use the noise study data as

11   adopted?

12     MR. SEALY:  I think that's correct.

13     MR. MARLER:  So, therefore, delaying the

14   development again.  Well, as Ms. Seevers said, there's

15   a lot of problems.  And, I mean, I know you're in the

16   middle government level, you're not the people who

17   makes the decisions.  County Commissions, like us, they

18   make the decision.  And so I think the Commission just

19   needs to get on the ball a little bit more.  I

20   apologize that you get the brunt of this, but you're

21   the one representing the County, unfortunately.

22     MR. SEALY:  And I understand that.  The noise

23   study itself, the draft has certain recommendations

24   involved with that program.  Some of it is acquisition.

25   Some is noise attenuation, building noise attenuation

202

walls on the property lines.  So all those will be
contained, and they are contained in that draft form
right now.  For Mr. Odom's project to be held up
because of that, he's not going to create any
additional noise.

MR. MARLER:  I understood.  One other question on
here.  And I looked at it, and I couldn't find it.
It's got, of course, it's got an area where it shows
the various jets and what time they came in, tries to
name as many as they can.  But it doesn't specify
what's the largest jet that comes into the airport.
I'm not a pilot, so I don't know one jet from another.
I know a Leer Jet from a Gulfstream.  That's about the
only thing, and that's only because of the way they're
designed.  And, of course, I know a prop plane from a
jet.  But it doesn't specifically, at least where I've
read, any places I've read, what the largest jet is
that came in to the airport.

And I think that's part of the public's concern is
the largest jet to come in there.  And I know I quoted
707 as the largest jet that the runway could handle in
an extreme emergency.  I guess my question is:  In that
30-day questioning period, I think that needs to come
up.  A little more needs to be involved in there for
the layman, who's not a pilot, who's not involved in

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 204 of 313

1    airports, so they can understand.  Because I know some

2    of the general public in here doesn't know one jet from

3    another.  They just know it's loud, you know.  So I

4    hope that that part comes into question.

5        MR. SEALY:  I understand that.  A 707 is not a

6    designed aircraft for that runway.

7        MR. MARLER:  Well, this was told to me by one of

8    the people that helped develop it.  When I was told

9    this, I was told in an extreme emergency where it had

10   to land.

11       MR. SEALY:  In an extreme emergency, you can land,

12   but you would have to kick -- (inaudible).

13       MR. MARLER:  I agree.  But I hope that when the

14   final approval is done on this that for the layman it

15   needs to be specific what is the largest jet that the

16   airport will allow and what's the largest jet that they

17   have reported on record, because I see some helicopters

18   and some jets that make just about the same amount of

19   decibels.  But that's all I had, Mayor.

20       MAYOR BARKER:  Ms. Seevers.

21       MS. SEEVERS:  I have a question for you, Mr.

22   Sealy.  Would you say that a completed FAA Part 150

23   noise study would be a noise study that was approved by

24   the County Commissioners?

25       MR. SEALY:  Oh, yeah.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 205 of 313

1    MS. SEEVERS:  Well, then I have a question.  And

2    it was something you just said.  I was not at that

3    meeting in March.  But here it says -- this was the

4    motion.  Mr. Destin made a motion to continue this item

5    on or before September 30th, 2005, in anticipation of a

6    completed FAA Part 150 noise study.  And this council

7    unanimously voted for that.

8         If that was what they voted on, then how can we be

9    sitting here listening to this without the completed

10   study?  And I apologize.  I just caught that when he

11   mentioned that.  So I'm just curious.

12        MR. KISELA:  Let me respond.  We brought it back

13   for your consideration prior to September 30th, and it

14   was deferred until October 10th.  And think at the time

15   when we had the public hearing in March, everybody

16   anticipated that the Part 150 study would, in fact, be

17   complete.  I think we all expected it would be done in

18   that July/August time frame.  Mr. Sealy has testified

19   there's been some delays associated with that, so now

20   it's in the public comment period.  It should be

21   finalized and submitted to the County Commission in

22   December.  So we've kind of had the two issues, the

23   completion of the Part 150 noise study combined with

24   the need to bring it back to you on or before September

25   30th, 2005.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 206 of 313

1       MS. SEEVERS:  I guess my comment would be then,

2    again, I don't want to delay anyone.  I know I can look

3    in the room and there's a ton of money sitting on that

4    side of the room, without question.  But if that was

5    what Mr. Destin's motion was and the Council that was

6    here that night approved that, I don't know that what

7    we're doing tonight is what we should be doing without

8    the completed study.  I'm just asking the question.

9       MAYOR BARKER:  Mr. Odom, you have something to

10   add?

11       MR. ODOM:  The 150 study, all the data is done.

12   Our noise consultant had to wait until that was done to

13   take all of their noise data and do our own study.  So

14   the rest of the noise study that has to be done is the

15   public comment and things, but it won't change the

16   data.

17       The data that's been collected is the data.  We

18   received it.  And my noise consultants used it to

19   arrive at what they had.  But nothing in the carry on

20   of this Part 150 study will change that data.

21       So the assumptions made from it on where you need

22   a fence or what needs to be bought or something may be

23   discussed, but the basic data has been collected and is

24   done and won't change.

25       MR. KISELA:  That's where it gets to the issue of

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 207 of 313

206

1    where it kind of validates whether or not there would

2    be an increase in noise in the neighborhood.  And as

3    Mr. Odom just testified to, Part 150 study would be the

4    assumption and the information used throughout by both

5    their consultant and our consultant.

6        MR. ODOM:  Part of the motion was that the noise

7    would be approved by an acoustical engineer.  They had

8    to wait until they got the 150 data in order to run

9    that analysis.

10       MAYOR BARKER:  Mr. Williges.

11       MR. WILLIGES:  Thank you, Mr. Mayor.  Again, we

12   are focusing on noise and calling that compatibility.

13   I invite you all to take a look at this Renaissance

14   Planning Group study.  It's entitled, Destin Jet Land

15   Use Compatibility Analysis.  And in it are no less than

16   eight pages, perhaps maybe more.

17       Air quality is a factor.  It's not being addressed

18   tonight.  It's an unknown factor.  I think it has to be

19   addressed before we can go ahead and say yes, give them

20   the green light and let them put it in.  All we're

21   going to be doing is adding to the problem.  If there's

22   a problem out there now, let's get the darned thing

23   fixed, and then come back.

24       I have nothing against Mr. Odom putting in another

25   fixed base operation.  But if we have a problem on air

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 208 of 313

1    quality, we have a problem on compatibility.  I think

2    it should be addressed before we compound it and add

3    more to it.

4          MAYOR BARKER:  Mr. Foreman.

5          MR. FOREMAN:  I didn't have my light on, but I'll

6    go ahead.  As I understood it, and I could be wrong on

7    this, but what had transpired in the paperwork here was

8    that it was determined, based upon some criteria that

9    was established by the FAA, that an air quality study

10    was not warranted, and they're the ones that came back

11    and said it wasn't necessary.

12          Now, I don't know how we put the toothpaste back

13    in the tube.  You know, if we run it back up, if we

14    wait and say we're going to delay the decision on this

15    project contingent upon that particular item and the

16    FAA doesn't support it, what do you do?

17          MAYOR BARKER:  Mrs. Seevers?

18          MS. SEEVERS:  That was my very question, because,

19    you know, I was going to ask Mr. Shirley for some type

20    of guidance in that.  I agree air quality is a huge,

21    huge issue, but we have been told up here that that's

22    not what we can look at as far as this development

23    goes.  So how do we get there from here?

24          MR. SHIRLEY:  On the air quality issue?

25          MS. SEEVERS:  Yes.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 209 of 313

208

1       MR. SHIRLEY:  I mean, the City Council -- we need

2   to stay focused on this project.  And the City Council,

3   under its compatibility standards, has never previously

4   utilized the effects on air as an air quality

5   compatibility measure.  It's always been -- it was

6   adopted with reference to tall buildings and the effect

7   that that has on air flow rather than air quality.  So

8   to say we've permitted projects that have very large

9   parking lots with hundreds and hundreds of hundreds of

10  vehicles in daily use and have never once looked at

11  that particular aspect of it, so, you know, for the

12  sake of consistency, my understanding is that it's not

13  something that typically a local government would ever

14  get involved with, unless it had an approved, State

15  approved, local pollution control program under State

16  statutory law.  Also, note that very clearly the

17  project did not trigger, under FAA/EPA standards, the

18  preparation of an air quality study.  It just seemed

19  like that was one of those avenues that, you know, we

20  weren't going down.

21      But even notwithstanding that, we did hear

22  testimony tonight with regard to -- and this is

23  competent testimony, frankly, with regard to compliance

24  of all of the fueling procedures, storage tanks,

25  bringing fuel on to the site, transferring of the fuel

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 210 of 313

1        from the tank storage on the site on to the fueling

2        trucks, and the procedures they're following on fueling

3        the aircraft.  All of that is fully compliant with

4        State law requirements regarding air quality.  And then

5        you hear, also, testimony concerning the fact that the

6        air quality testimony from an environmental scientist

7        that air quality is not going to be impacted by the

8        project.  So you have that.  Even despite the fact that

9        in the judgment of Staff it did not have to be

10       addressed, you had that information brought to bear

11       tonight.

12            MR. KISELA:  That was a real struggle for us.  We

13       wanted to see if we had an air compatibility tool in

14       the environmental toolbox, and we didn't feel we did.

15       That does not mean, however, that we don't believe that

16       an air quality study should be performed.  But it's not

17       something that we felt we could use as an evaluation

18       tool.  As Mr. Shirley stated, it's never been used.

19       We've never used that tool before.  So from a

20       consistency standpoint, that put us in a very difficult

21       position.

22            MAYOR BARKER:  Mr. Williges.

23            MR. WILLIGES:  I'm going to say this one more

24       time.  Thank you, Mr. Mayor.  The firm charted to do

25       the compatibility analysis -- i.e., Renaissance

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 211 of 313

1      Planning -- indicated in their report quite clearly
2      that air quality and pollutants have a direct bearing
3      on compatibility.  Okay.  We don't know, because the
4      County is relying on FAA and the numbers, again, to
5      indicate whether or not we're going to get an air
6      quality study.  We've got people that live here that
7      say it's so bad they've got to go in their house, they
8      can't be outside breathing the air.  We have one lady
9      who complains of health problems, and she says it's
10     pretty hard for her.  If you've got people who live
11     there that claim this is going on, that, to me, shows
12     there is an air quality problem, an issue.  And to deny
13     to address it, saying, well, FAA says we don't have to
14     do it, there's a lot of things in this world we don't
15     have to do, but morally, I think, we're supposed to be
16     here, in my opinion maybe, for the safety and health.
17     One of our responsibilities is the safety and health of
18     our people in Destin.  And we've got an issue here
19     right now where people say it's a safety and health
20     issue.

21         We've asked for an air quality study.  Why the
22     resistance to it?  Whenever there's resistance to
23     something, there's a reason for it.  And maybe I'm just
24     a suspicious guy, but I think, you know, let's put all
25     the cards on the table and get an air quality study and

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 212 of 313

211

1    see what's going on.

2         MAYOR BARKER:  Mr. Marler.

3         MR. MARLER:  I sort of agree with Mr. Williges on

4    this point.  We do need an air quality study.  Now,

5    getting it just for this one property is probably wrong

6    because here's another factor.  Just a stone's throw

7    away from the airport is our sewer plant.  There you've

8    got another air quality issue right there.  And I can

9    think of the red tide that's just gone through here,

10   air quality issue, because that also affects us in our

11   breathing, because I know it affects me.

12        So if we're going to do something with air

13   quality, it should be applied to the City, not

14   specifically at the airport.  It can address a zoning

15   of the City.  We can use the airport as a zone.  We can

16   use the sewer plant as a zone.  We can use the beach as

17   a zone, you know, whatever you want to call it.

18        But to do an air quality study just on the airport

19   alone isn't going to solve the problem of air quality

20   for Destin as a whole, because the airport is not the

21   only source of pollutants in the air.  Even our own air

22   base across the bay blows over from the bay into Destin

23   depending on the winds, especially in the wintertime.

24        So I agree with the concept.  We do need to study

25   air quality.  But for us to try to just throw this air

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 213 of 313

1    quality thing out as a way to stop or to give or not

2    give a development at the airport is not the way to go

3    about this.

4        Yes, we do need an air quality study.  Yes, we

5    should go ahead and say we want an air quality study

6    for the compatibility issues of not just the airport,

7    but there's other areas of compatibility.  Because if

8    that's the case, then we probably should not have

9    approved the several subdivisions that sit next to the

10   sewer plant for the same air quality reasons.  So

11   blanket air quality, yes; not just for a site specific.

12       MAYOR BARKER:  I'll make a comment.  I don't want

13   to sound naive, but I see that we have seen resistance

14   from Mr. Sealy, quite frankly, I guess, in not wanting

15   to do an environmental impact analysis.  I question,

16   though, whether or not we would see the same resistance

17   from our County Commissioners.  To me, they've been

18   very open and honest and, I believe, very receptive to

19   the concerns of the citizens of Destin.

20       And I just wonder if we reached out and said,

21   look, we're not trying to adversely affect your future

22   operations at the airport, but we want you to work with

23   us to develop some mitigative measures to help ease the

24   environmental impacts and the noise impacts, et cetera,

25   I believe that they would be willing to work with us.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 214 of 313

1        I don't know if necessarily it would be that combative

2        if we were to get, you know, a joint workshop and try

3        to work through these issues.

4            I think we've got probably one of the best County

5        Commissions we've ever had seated, and I don't know if

6        our relationship with the County has been better, to my

7        knowledge.  I mean, regardless of this pending

8        application, I'm going to request your permission to at

9        least begin that dialogue with them.  Ms. Seevers.

10           MS. SEEVERS:  I forgot what I was going to say.

11           MAYOR BARKER:  It's only midnight.

12           MS. SEEVERS:  Two things.  Who would pay for this

13       air quality study?  The County?

14           MR. PONDER:  Absolutely.

15           MS. SEEVERS:  We don't know?

16           MR. MARLER:  If it's just for the airport, yes.

17           MS. SEEVERS:  In the testimony that Destin Jet

18       gave tonight, almost every bit of it said that it

19       didn't -- it wasn't going to increase is what I was

20       hearing, like several times, ten-fold, it wasn't going

21       to increase, how is that going to be different?  I

22       mean, how would getting that air quality study make a

23       difference?  Would we still say no because it showed

24       that there's pollutants in the air?  Because there

25       definitely are.  I'm just asking the question how would

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 215 of 313

1     it make a difference.  If it showed that we're already

2     too polluted, do we -- where do we go from there?

3          MS. BARR:  Could I help you with that maybe?

4          MAYOR BARKER:  This is the City Council's time to

5     debate the issue.  If they've got a specific question,

6     then it will be appropriate for them to call you up.

7          MS. BARR:  I was asked to help the City look at

8     the air quality.  That's the only reason I raised my

9     hand.

10         MR. KISELA:  I think the answer to Ms. Seever's

11    question, I really think we've combined the two issues,

12    and I think the testimony you've heard tonight from the

13    applicant is that, again, similar to the noise issue,

14    there won't be any increased air pollution because of

15    the additional FBO.  I mean, it would just basically

16    provide the users of the airport different choices, not

17    increase air traffic or flights into the airport.

18         Again, I agree with everybody's comments.  We

19    ought to press the County to get an air quality study

20    conducted.  We need answers to those questions that we

21    currently do not have.

22         I think we're getting closer and by the end of the

23    year should have the answers to the questions about the

24    noise study that we didn't have a year and a half ago.

25    I think we now have some science to support some of the

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 216 of 313

1    mitigation that we've been looking for related to

2    trying to reduce those impacts.

3         And similar to the noise issue, I think an air

4    quality study would help us, you know, identify exactly

5    what those issues are, what type of pollutants are out

6    there, where are they coming from, are they at levels

7    that are, you know, dangerous to the neighbors, and so

8    forth.

9         Again, if you think back to where we were 18, 19

10   months ago, we needed to get our hands around the

11   noise.  I think we've done that.  There may be

12   disagreements about when we've taken the noise

13   measurements and so forth, just like there will be

14   disagreements about, if we commission an air quality

15   study, when you take the air quality samples, you know,

16   where are the prevailing winds coming from and so

17   forth.  And if you find something -- you're going to

18   find contaminants.  And where do those contaminants

19   originate from?  Do they originate from trucks and

20   automobiles on Airport Road, or do they originate from

21   the airplanes that use the airport?

22        So I do think we need to press the County.  We've

23   written one letter, and we didn't get a favorable

24   response from the County, the County Administrator.  I

25   think we need to impress upon the County Commission

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 217 of 313

1    that this is an issue that's not going to go away.

2        MR. FOREMAN:  I think one of the places we can

3    start with the medical community.  We can find out what

4    -- they have statistics, I'm sure, on respiratory

5    problems.  You have all those things available to us.

6    I think we can probably document what we're trying to

7    do there, irrespective of whether we go through the

8    formal FAA hierarchy and do it.  But I think it's

9    there.  I think we can approach it from the standpoint

10   of getting the numbers in hand and then find out who's

11   responsible.

12       MAYOR BARKER:  Mr. Williges.

13       MR. WILLIGES:  Thank you, Mr. Mayor.  A couple

14   comments.  According to the documents we've got here

15   tonight, by the year 2009, which is just around the

16   corner, air operations are going to increase up to at

17   least 70,000 operations per year.  This is not going to

18   be caused by Destin Jet.  It's just going to occur.

19   But Destin Jet will be servicing these airplanes.  And

20   if you look at the map where they want to put their

21   facility, it's closer to residences than anything

22   that's out there right now.  So how you can say it will

23   not increase air pollution is an unknown factor,

24   because we don't know what's out there now, where it's

25   coming from, and what will occur from this.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 218 of 313

1       And I wanted to clarify the analogy made between

2   the sewer plant and red tide.  Fuel in the air is known

3   to contain carcinogens.  I think there's something like

4   41 or 80 some known contaminants in the air in fuel.

5   Am I interrupting something over there?

6       MAYOR BARKER:  No.  I had a request for a break.

7       MR. WILLIGES:  I wanted to clarify that point on

8   red tide and the sewage plant.  There's no nexus

9   between the two at all.  The sewage plant does not emit

10  carcinogens.  Red tide doesn't.  It's an irritant to

11  the lungs, but it's not a carcinogen.  Jet fuel does

12  contain carcinogens.  It's a big difference between the

13  two.  But, again, those are my comments.  Thank you.

14      MAYOR BARKER:  Okay.  Thank you.  Any other

15  discussion on the motion?  We have a motion by Mr.

16  Foreman that's seconded by Mr. Marler, and that is the

17  recommendation -- I mean, the recommended motion with

18  the additional noise wall.  Correct, Mr. Foreman?

19      MR. FOREMAN:  Yes.

20      MAYOR BARKER:  Mr. Marler, is that --

21      MR. MARLER:  Yeah, even though I think the County

22  should pay for it.

23      MAYOR BARKER:  Any other discussion?  Mrs.

24  Seevers.

25      MS. SEEVERS:  What did you say, the additional

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 219 of 313

1    noise -- what was that?

2        MAYOR BARKER:  The wall as recommended by the City

3    Staff.

4        MS. SEEVERS:  I'm sorry.  I thought you were

5    talking about the study.

6        MAYOR BARKER:  Any other discussion on the motion?

7    Call the question.

8            (Vote taken - Ms. Seevers, Mr. Foreman,

9            and Mr. Marler vote affirmatively;

10           Mr. Williges, Mr. Ponder, Mr. Destin, and

11           Mr. Corcoran vote negatively.)

12       MAYOR BARKER:  Motion fails, three to four.  All

13   right.  Council members, let me ask you for a response

14   or motion or vote, if you will, to direct or to allow

15   me to write a letter to the Chairman of the County

16   Commission that will request, in part, for them to

17   adopt their master plan, for them to address the

18   comprehensive environmental assessment abatement

19   programs, and to implement some operational procedures

20   a the Destin Airport.

21       MS. SEEVERS:  I'll make that motion.

22       MR. MARLER:  I'll second it.

23       MAYOR BARKER:  Motion was seconded.  Any

24   discussions.  Can you clear the board for me?  Call the

25   question.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 220 of 313

219

1          (Vote taken - unanimously affirmed)

2          MAYOR:  Motion passes unanimously.

3          MR. DESTIN:  Mayor, I'd like to make a motion that

4    we adjourn this meeting and direct the Staff to set up

5    another time for the second hearing.  I don't see us

6    starting one at twelve o'clock at night.

7          MAYOR BARKER:  Is there a motion to -- a second to

8    the motion?

9          MR. WILLIGES:  I'll second it.

10         MR. MARLER:  It's quite possible that since this

11   is similar to what we just voted against that we're

12   probably going to have to confer with the applicant

13   first and see if that's going to work for him because

14   he's probably going to have to come back with the same

15   paperwork, same --

16         MAYOR BARKER:  It's a different applicant, though.

17         MR. MARLER:  Same thought process, with the

18   exception of the FBO.

19         MAYOR BARKER:  Ladies and gentlemen, please hold

20   it down.  We have a motion by Mr. Destin to direct

21   Staff to bring back an appropriate time to have the

22   quasi-judicial hearing and a second by Mr. Williges.

23         MR. DESTIN:  I do see the applicant has stood up

24   and would like to make a comment.

25         MAYOR BARKER:  Mr. Ludwig.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 221 of 313

1    MR. LUDWIG:  I want to make myself available if

2    there were any questions.  And I certainly understand

3    the motion and regret that I'll have to bring the

4    experts again, but I'm willing to do that under the

5    circumstances and would only ask that we all try to

6    expedite a time for me to make a presentation as soon

7    as possible.

8         MAYOR BARKER:  Any other discussion?  We have a

9    motion on the floor.  Does it concern the motion?  Call

10   the question.

11        (Vote taken – unanimously affirmed)

12        MAYOR BARKER:  Motion passes unanimously.  Mrs.

13   Patterson.

14        MS. PATTERSON:  I wanted to thank the City Council

15   for their time.  Mr. Marler is right.  We should go to

16   our County Commission.  And the people that don't

17   support us, we should vote against them.  And I agree

18   with that wholeheartedly.  And I think that we should

19   also remember the people tonight when they're up for

20   selection.

21        MAYOR BARKER:  Thank you.  It looks like there's

22   no other business on the agenda.  Any other discussion?

23   We stand adjourned.

24   (The above-styled proceedings concluded at 11:56 p.m.)

25

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 222 of 313

# CERTIFICATE

STATE OF FLORIDA  )
COUNTY OF OKALOOSA)

 I, Brenda Douglas, RPR, Court Reporter and Notary Public for the State of Florida at Large, certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of my stenographic notes.

 DATED this 24th day of October, 2005.


        _Brenda Douglas_
        BRENDA DOUGLAS, RPR

3/14/0? OJ DESTIN JET    CondenseIt™

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 223 of 313

**Page 1**

```
              DESTIN CITY COUNCIL
              MARCH 14TH, 2005
              5:30 P.M.


    IN RE:  QUASI-JUDICIAL HEARING
            Destin Jet Project
            Developer Jay Odom

    LOCA:   Grace Lutheran Church
            101 Trees Road
            Destin, Florida

    APPEARANCES:  Destin City Council

            Mayor Craig Barker
            Councilman Mel Ponder
            Councilman Cyron Marler
            Councilman Dewey Destin
            Councilman Jim Foreman
            Councilman Ted Corcoran
            Councilman Larry Williges


            City Attorney
            J. Jerome Miller Esquire

            Land Use Attorney
            Scott Shirley

            City Staff
            Gregory Kisela, City Manager
            Jerry Mucci, Community Development
            Ken Gallander, Planning Manager
            Julie Salvo, Consultant, RPG
            Dana Williams, City Clerk




    REPORTED BY: Tracy A. Lefebvre, Court Reporter
```

**Page 2**

1  MAYOR BARKER: Okay. Thank you all for
2  being here tonight. Can you all hear me?
3  Okay. I want to first thank you for being
4  patient with us all here tonight. This is our
5  very first time conducting a city council
6  meeting in a new building. We worked awfully
7  hard to make it as consistent with our other
8  facility as possible, and we will try to do our
9  best to make sure that you can hear us all and
10 that this becomes a nice and orderly meeting.
11 But we do anticipate we might have a couple of
12 hiccups, but if that happens, we'll get it
13 straightened out, and we'll continue forward.
14     As the first order of business, I want to
15 let everybody know that Councilwoman Sam Seevers
16 is very disappointed that she did not have the
17 opportunity to be here tonight. She is up in
18 Washington DC working her tail off for the
19 citizens of Destin, doing everything she can for
20 our city. She booked that trip over four months
21 ago, and, obviously, this quasi-judicial hearing
22 had not been yet set at that time. So she had
23 no way of knowing that we would be here so
24 please pardon her absenteeism.
25     The second item is that I've had three city

**Page 3**

1  council members already request a break every
2  hour or every 90 minutes so we will be taking a
3  break every hour or every 90 minutes. And
4  before we begin, I would like to lay out or at
5  least explain the manner in which these projects
6  that are here before the city council tonight
7  will be judged.
8     That is quasi-judicial hearing. A
9  quasi-judicial process is statutorily governed,
10 and I would just boil it all down to say that
11 the city council will be acting as judge and
12 jury over each one of these projects. They will
13 make their decision based on the evidence that
14 was distributed in our city package that is part
15 of the public record. That package was
16 distributed last Thursday, I guess, or Friday.
17 The city council has had that opportunity to
18 read and to study the package. They will also
19 base their decision on the merits of the
20 arguments that are presented here or the
21 presentation and testimony that is presented
22 here before us tonight.
23     Part of the quasi-judicial process means
24 that the judge and the jury, the city council,
25 had to be sequestered, which means they could

**Page 4**

1  have no ex parte communication with any citizens
2  of Destin and/or the applicant. So we have not
3  had any conversations or should not have had any
4  conversations with any citizen regarding any one
5  of these projects, nor the applicant. That's to
6  make sure that the city council makes a decision
7  that is impartial and fair and in accordance
8  with the land development code and the
9  comprehensive plan of the City of Destin.
10     So it is a process that we will be
11 following. We will be following it very
12 closely. It allows for the applicant to make a
13 case. It allows for the city staff to make a
14 case. It allows for the public, the citizens of
15 Destin, to present testimony and any effected
16 party can also introduce evidence. So it is a
17 process that we follow for all development order
18 applications that come before the City of
19 Destin, and it's one that we will be following
20 tonight.
21     Mr. Miller and Mr. Shirley will help guide
22 us through this quasi-judicial procedure to make
23 sure that we are in accordance with the state
24 statutes that govern such proceedings. So
25 without further adieu, we will take up Agenda

Page 5

1. Item Number 1, which is Mr. Jerry Sealy of the
2. Okaloosa County Airport Authority and Connerly &
3. Wicker Incorporated on behalf of the Okaloosa
4. County Board of County Commissioners. Mr.
5. Tincy.
6.     MR. SHIRLEY: Thank you, Mayor. This is
7. the Destin Jet new fixed base operation office
8. proposal at the airport facility. What is
9. proposed here is a new hanger, offices, fuel
10. depot, airplane tow and tarmac area, some
11. additional parking for the users of the --
12. vehicle parking that is, for the users of the
13. facility together with storm water management
14. facilities.
15.     As you may imagine, there's been a lot of
16. attention given to the compatibility issue with
17. regard to this particular facility. And you
18. will hear quite a bit of testimony and other
19. evidence on that subject.
20.     What I would like to do first is go ahead
21. and issue the -- enter the staff report as
22. Staff's A, and then also a white paper that was
23. prepared by Environmental Science Associates as
24. Staff's B. That was something else that the
25. staff relied on in making its compatibility

Page 6

1. evaluation. After that, I would like to turn
2. the presentation over to the applicant, Mr.
3. Odom, who is here representing the applicant.
4. And then after that, the staff has an additional
5. presentation that once the applicant has
6. concluded, Ms. Julie Salvo will be making a
7. presentation on behalf of the staff.
8.     So at this time, staff moves as Staff's
9. Exhibit A, the agenda item dated March 10, 2005,
10. together with all attachments thereto. That
11. will be Staff's Exhibit A. The technical review
12. committee report is dated March 1st, 2005.
13.     MAYOR BARKER: Thank you, Mr. Shirley.
14. Does anyone object to the staff report being
15. entered into the record?
16.     (Brief pause.)
17.     MAYOR BARKER: Okay. I see no objection so
18. we will enter the staff report as Staff Exhibit
19. A.
20.     (WHEREUPON, Staff Exhibit A was marked for
21. identification and entered into the record.   )
22.     MR. SHIRLEY: And further, as Staff Exhibit
23. B, we would enter the white paper dated March 4,
24. 2005, prepared by Michael Alberts (phonetic),
25. project manager on behalf of the firm of

Page 7

1. Environmental Science Associates. That would be
2. Staff Exhibit B. We do have additional -- and
3. it is my understanding this has not yet been
4. distributed. We do have copies here for the
5. city council.
6.     MAYOR BARKER: Mr. Shirley, when was that
7. white paper authored or submitted?
8.     MR. SHIRLEY: The letter dated March 4,
9. 2005.
10.     MAYOR BARKER: March 4th?
11.     COUNCILMAN WILLIGES: Mr. Mayor, Exhibit B
12. is this thing right here. It's marked Exhibit
13. B.
14.     MR. MILLER: That's a part of staff's
15. Exhibit A, and it's already been admitted into
16. the record.
17.     COUNCILMAN WILLIGES: It's marked Exhibit
18. B, Mr. Miller. I'm just letting you know.
19.     MR. MILLER: It is Exhibit B to the agenda
20. item in the staff report.
21.     COUNCILMAN WILLIGES: I'm sorry?
22.     MR. MILLER: It's Exhibit B to the agenda
23. item in the staff report. This will be Exhibit
24. B for tonight's proceeding. That's a part of
25. Exhibit A.

Page 8

1.     COUNCILMAN WILLIGES: There's more than one
2. Exhibit B. Okay. Go ahead.
3.     MAYOR BARKER: Does anyone have any
4. objection to the white paper authored and
5. submitted on March 4th being entered into the
6. record?
7.     SPEAKER: What is the white paper?
8.     MAYOR BARKER: I'm not sure. Mr. Shirley.
9.     MR. SHIRLEY: It is a --
10.     MR. MILLER: Not yet, Mr. Mucci.
11.     MR. SHIRLEY: Just to describe generally,
12. it is a report that was prepared with regard to
13. the noise reduction to be provided by a wall to
14. be located in between the FBO facility and the
15. neighborhood, the adjacent neighborhood. So it
16. evaluates and analyzes that particular
17. situation.
18.     MAYOR BARKER: Okay. Does anyone object to
19. this particular white paper authored on March
20. 4th being entered into the record? Does anyone
21. object?
22.     SPEAKER: When was it available to the
23. public to review?
24.     MAYOR BARKER: I'm going to have to -- we
25. have to maintain a very clear record of this

3/14/05 QJ DESTIN JET      CondenseIt™

**Page 9**

1  proceeding. How are we proposing to gain
2  someone's public participation into the record?
3  Do we have a microphone?
4     CLERK WILLIAMS: At the podium is a
5  microphone, sir.
6     MAYOR BARKER: Okay. Anybody that needs or
7  wants to speak has to come to the podium.
8  Ma'am, if you would please make your way to the
9  podium and ask your question, I would appreciate
10  it very much. And I apologize for having to put
11  you through that.
12     MS. BARR: When was it available for the
13  public to review? And I'm Jan Barr.
14     MR. SHIRLEY: It was received by staff on
15  March 8th.
16     MS. BARR: And made available?
17     MR. SHIRLEY: It has been available as a
18  public record ever since that time.
19     MS. BARR: Did we know that?
20     MR. SHIRLEY: I don't know if you knew it
21  or not.
22     COUNCILMAN WILLIGES: I have a question
23  about it, Mr. Mayor.
24     MS. BARR: If not, then I suppose that
25  probably we do have objection to it.

**Page 10**

1     MR. MILLER: I'm sorry. I didn't
2  understand her last comment.
3     MAYOR BARKER: Ma'am, would you please
4  speak directly into the microphone.
5     MS. BARR: It's very difficult for those of
6  us who are just citizens to know when materials
7  are available to us and when we can go to city
8  hall and get them. And I'm understanding that
9  we did not know this document was available to
10  us. I certainly did not.
11     MAYOR BARKER: Okay. Ms. Barr, is it?
12     MS. BARR: Barr, yes.
13     MR. SHIRLEY: We'd be happy, of course, to
14  make it available at this time. And it's not at
15  all unusual for the applicant to submit
16  additional materials going into a hearing such
17  as this.
18     MS. BARR: Well, it's very important if
19  your house backs up to the project that Jay Odom
20  wants to build, which mine does.
21     MAYOR BARKER: I guess what I'm hearing is
22  there is objection right now until the document
23  has been distributed and read?
24     (There are several affirmative responses
25  from the audience.)

**Page 11**

1     MR. SHIRLEY: That's fine.
2     MAYOR BARKER: And, Mr. Williges, do you
3  have a question?
4     COUNCILMAN WILLIGES: Yeah. I'd like to
5  know why we didn't get it in the packet? It was
6  dated, you said the 4th of March, and it was
7  received by the city on the 8th. Today's the
8  14th. That's six days. Why didn't the council
9  get it?
10     MR. SHIRLEY: I don't know the answer to
11  that. It just -- it was not received apparently
12  in time to make it into the packet.
13     COUNCILMAN DESTIN: I have one comment,
14  Mayor. Customarily, we don't look at documents
15  that didn't make the package. They have a right
16  to submit it tonight, but we also have a right
17  to --
18     SPEAKER: We can't hear.
19     COUNCILMAN DESTIN: Customarily, we see
20  documents before the night of the meeting, and
21  they're not just set on the desk and so I think
22  it's questionable whether we should even
23  consider it.
24     MR. SHIRLEY: Well, with all due respect,
25  the council does accept documents routinely that

**Page 12**

1  were not part of the package. And, certainly,
2  the applicant would have the right to offer
3  documents.
4     SPEAKER: Can't hear.
5     MR. SHIRLEY: So the applicants can and do
6  offer documents in our QJ's that are not part of
7  the staff package.
8     MAYOR BARKER: Mr. Shirley, everyone is
9  going to have to speak directly into the
10  microphone. We're having a problem --
11     SPEAKER: Right. We can't hear.
12     (There is various interposing and inaudible
13  discussion.)
14     MR. SHIRLEY: Mayor, what I would suggest
15  is that we go ahead and distribute some copies
16  of the document so that it can be reviewed and
17  then we can revisit the issue.
18     MAYOR BARKER: Okay. Mr. Mucci --
19     MR. MILLER: Not --
20     MAYOR BARKER: Not to the city council?
21     MR. MILLER: Not to the council.
22     MR. SHIRLEY: Not to council, to the
23  citizens.
24     MR. MILLER: Mayor, at this point, it might
25  be helpful to identify those parties who have a

**DESTIN CITY COUNCIL / DESTIN JET**      Page 9 - Page 12

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 225 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 226 of 313

3/14/05 QJ DESTIN JET                    CondenseIt™

## Page 13

1  vested interest in this proceeding and expect to
2  participate in the proceeding.
3      MAYOR BARKER: Okay.  Mr. Miller is
4  requesting to identify the parties who are
5  interested parties and participating in this
6  quasi-judicial proceeding more than just
7  entering public testimony.  So if you would
8  please raise your hand if you are an interested
9  party and will be entering evidence or
10 participating in the proceeding.
11     (There is a show of hands from the
12 audience.)
13     MR. MILLER: Can we have them each come
14 forward and identify themselves, give their
15 names and addresses and have them remain so that
16 I can swear them so they'll be prepared to give
17 testimony.
18     MAYOR BARKER: Okay.  Each of you that
19 intend on participating in this quasi-judicial
20 proceeding please come forward and state your
21 name into the microphone and your address, and
22 Mr. Miller will have to swear you in.
23     MR. MILLER: Please remain standing after
24 you have come forward.
25     MR. LINK: My name is Jim Link, 15

## Page 14

1  Weekewachee Circle in Destin.
2      CLERK WILLIAMS: Mr. Mayor?  Mr. Mayor?
3      MAYOR BARKER: Yes.
4      CLERK WILLIAMS: There's a sign-in sheet at
5  the podium for all speakers to get their name
6  and their address on the record.
7      MAYOR BARKER: Ms. Patterson, did you enter
8  your name into the record into the microphone?
9      MS. PATTERSON: Yes, I did.
10     MS. BARR: And I'm Jan Barr.  I live at
11 3345 Misty Way.
12     MAYOR BARKER: Ladies and gentlemen, we
13 have to keep the record intact.  Please do your
14 best to --
15     MS. LAIRD: My name's Elizabeth Laird.  My
16 physical address is at 8595 Sunnyvale Street
17 South, (inaudible), Tennessee.  My home and
18 permanent residence is 836 North Lakeside Drive,
19 Destin, Florida.
20     MAYOR BARKER: Thank you.
21     SPEAKER: If we -- we don't know if
22 (inaudible) when we hear Mr. Odom.  Does that
23 mean people that have a question after
24 everything is presented, we can't say anything?
25 Is that what this is all about?

## Page 15

1      MR. MILLER: If you think you want to
2  participate or may want to participate, you
3  should come forward and identify yourself.
4      SPEAKER: I mean, I may have a question
5  after I hear what --
6      MR. MILLER: Can I make it any clearer?
7      SPEAKER: (Inaudible.)
8      MAYOR BARKER: Mr. Miller, would you please
9  for the audience explain the difference between
10 an interested party that will be participating
11 in the quasi-judicial proceeding and a member of
12 the public that wants to ask questions?
13     MR. MILLER: If your property interests are
14 affected by the application and the
15 consideration of the application and you want to
16 participate in this proceeding by either
17 rendering testimony, submitting evidence or
18 asking questions of parties, then you should
19 come forward, identify yourself, and then I will
20 submit all of you to an oath so that you're
21 prepared to testify in the event that you are
22 asked questions or that you offer oral
23 testimony.
24     MAYOR BARKER: The safest thing to do is to
25 sign in and state your name for the record.

## Page 16

1      SPEAKER: I mean, that's --
2      MS. WILSON: I'm Betsy Wilson, 805 Main
3  Street, Destin.
4      MAYOR BARKER: Thank you.
5      MR. YOUNG: Joe Young, 845 North Lakeside
6  Drive.
7      MR. PATTERSON: Edward Patterson, 836 North
8  Lakeside Drive.
9      (The court reporter informs Mr. Miller that
10 Ms. Patterson was not audible on the clerk's
11 audio record.)
12     MS. PATTERSON: I usually thought I had a
13 big voice.  Charlotte Patterson, 836 North
14 Lakeside Drive.
15     MS. CARPENTER: Barbara Carpenter, 3824
16 Indigo Circle.
17     MR. GIADROSICH: Donald Giadrosich, 3811
18 Indian Trail.
19     MR. KORAN: Mike Koran, 801 Beach Drive,
20 and my commercial project is adjacent to the
21 airport at 1197 Airport Road.
22     MR. NACOL: Mark Nacol, 830 North Lakeside
23 Drive, Destin.
24     MS. KENYON: Betty Kenyon, 3805 Indigo
25 Circle, and my property is right north of the

3/14/05 OJ DESTIN JET                     CondenseIt™

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 227 of 313

### Page 17

1  airport.
2  MS. REID: I'm Gloria Reid, R-e-i-d, 3802
3  Indigo Circle.
4  SPEAKER: (Inaudible), 3871 Indian Trail.
5  MS. BEANE: Jodie Beane, 42 Pine Ridge
6  Trace.
7  MS. EARLY: Sandra Early, 842 North
8  Lakeside Drive.
9  MS. PERRYMAN: I don't like the
10 microphone. My voice doesn't sound carry well,
11 but I'm looking at the attorney. I'm Elizabeth
12 Perryman, 3907 Mesa Road --
13 MR. MILLER: It doesn't matter what I
14 hear. It has to be on the record.
15 MS. PERRYMAN: My address is 3907 Mesa
16 Road, and I might have a question after I hear
17 the evidence.
18 MAYOR BARKER: And would you please state
19 your name? She's taking the minutes.
20 MS. PERRYMAN: Elizabeth Perryman.
21 MAYOR BARKER: I think your voice is
22 wonderful.
23 MS. PERRYMAN: 3907 Mesa Road.
24 MAYOR BARKER: Thank you.
25 MS. PERRYMAN: I'm not a designated

### Page 18

1  speaker. I just might have a question.
2  MAYOR BARKER: Okay. Perryman?
3  MS. PERRYMAN: Yes.
4  MS. SYBERT: Teresa Sybert. I have a lot
5  on Planet Drive.
6  MS. WHITELAW: Pat Whitelaw, 847 North
7  Lakeside Drive.
8  MR. MCCLEAN: James McClean, 3848 Misty
9  Way.
10 CLERK WILLIAMS: Mr. Mayor?
11 MAYOR BARKER: Yes.
12 CLERK WILLIAMS: We had some new agendas
13 arrive. If anyone needing an agenda would raise
14 their hand, Mr. Shockley will distribute that.
15 MS. STEPHENS: Emily Stephens,
16 S-t-e-p-h-e-n-s, 3796 Emm Lou Lane.
17 MR. NEUBAUER: Steven Neubauer, 3837 Misty
18 Way.
19 MS. FRASER: Debbie Fraser, 3842 Misty
20 way.
21 MS. DANIELS: Catherine Daniels, 502
22 Baywood Court.
23 MR. WARREN: George Warren, Jr., 500 Gulf
24 Shore Drive, Number 409. I'm chairman of the
25 Environmental Tree Committee, City of Destin.

### Page 19

1  MR. CONSTABLE: Thomas Constable, 205 Misty
2  Court.
3  MR. PARKER: Lee Parker, 3796 Emm Lou Lane.
4  MR. BLANTON: Darrell Blanton, 4042 Lauren
5  Court.
6  MR. STICHLER: Ray Stichler, 3798 Misty
7  Way.
8  MR. LUCHTEFELD: Don Luchtefeld, 3795
9  Indian Trail.
10 MR. JOHNSON: Drew Johnson, 52 Pine Ridge
11 Trace.
12 MS. MILLER: Mary Lou Miller, 3876 Mesa
13 Road.
14 CLERK WILLIAMS: I need that repeated,
15 please.
16 MS. MILLER: Mary Lou Miller, 3876 Mesa
17 Road.
18 CLERK WILLIAMS: Thank you.
19 MR. REGER: Richard Reger, 790 Bayou
20 Drive.
21 MS. BOWES: Jeannie Bowes, 712 Mars
22 Street.
23 MS. CRAWFORD: Dawn Crawford, 52 Pine Ridge
24 Trace.
25 MS. SHIMP: Rosalyn Shimp, 839 North

### Page 20

1  Lakeside Drive.
2  MR. GAGNON: Hi, I'm Dennis Gangon, 824
3  North Lakeside Drive.
4  MR. WOOD: Jim Wood, 3790 Misty Way.
5  MR. BLOYER: I'm Stan Bloyer, 313 Yacht
6  Club Drive in Fort Walton Beach.
7  MR. RIGGS: Stan Riggs, 1018 Highway 98
8  East.
9  CLERK WILLIAMS: Could you repeat your
10 address, sir, please.
11 MR. RIGGS: 1018 Highway 98 East.
12 CLERK WILLIAMS: Thank you.
13 MS. MARTIN: Linda Martin, 3789 Misty Way.
14 MR. MILLER: Would the staff members who
15 expect to testify and the applicant and the
16 applicant's witnesses who expect to testify
17 please also identify yourselves.
18 MR. GALLANDER: Ken Gallander, city staff.
19 MS. SALVO: Julie Salvo, Renaissance
20 Planning Group.
21 MR. MUCCI: Gerald Mucci, City of Destin
22 staff.
23 MR. KISELA: Greg Kisela, city manager.
24 MR. JOHN LEWIS: John Lewis with Connerly &
25 Wicker.

DESTIN CITY COUNCIL / DESTIN JET                Page 17 - Page 20

**Page 21**

1    MR. LEE LEWIS: Lee Lewis with AVCOM.
2    MR. ODOM: Jay Odom with Destin Jet. My
3  address is 605 Harbor Lane.
4    MR. MILLER: Is there anyone else?
5       (No response.)
6    MR. MILLER: Would each of you who have
7  identified yourself please stand.
8       (WHEREUPON, all witnesses are placed under
9  oath by Mr. Miller.)
10    CLERK WILLIAMS: Sir, I need the next to
11  the last person between Mr. Lewis and Mr. Odom.
12    MR. LEE LEWIS: Lee Lewis with AVCOM.
13    CLERK WILLIAMS: Thank you.
14    MAYOR BARKER: Okay. Let's pick up where
15  we left off on the outstanding issue. Is there
16  anyone that objects to the white paper that was
17  authored and issued on March the 4th from being
18  entered into the record? Any objection?
19    SPEAKER: I object.
20    SPEAKER: I object.
21       (There are various unidentified speakers
22  who say "I object.")
23    MAYOR BARKER: Okay. I hear objection.
24    MR. SHIRLEY: Mayor, what we'll do is we'll
25  let the applicant go ahead and offer that during

**Page 22**

1  their presentation.
2    MAYOR BARKER: Okay. So we will not offer
3  that as a staff exhibit. We will let the
4  applicant offer that when it's his presentation.
5    MR. SHIRLEY: And, mayor, that's all staff
6  has at this point in time. We would like to
7  turn the presentation over to the applicant and
8  then the staff will be making its presentation
9  following the applicant.
10    MAYOR BARKER: Okay. Does everyone
11  understand that the city staff is not proposing
12  to enter the white paper into the record as part
13  of a staff exhibit, but the applicant can try to
14  have that entered into the record when it's
15  their turn to present.
16    MR. MUCCI: And, Mr. Mayor, if I might,
17  also the reason -- there was a question why
18  wasn't this in the council package. The reason
19  was, was that the staff expected there to be
20  revisions to it and the staff report had already
21  been written at the time it us submitted to us,
22  and we didn't want to have something submitted
23  that wasn't referenced in the staff report.
24    MAYOR BARKER: Okay. Thank you. Okay,
25  sir, so at this time you want the applicant to

**Page 23**

1  present their case?
2    MR. SHIRLEY: Yes, sir. Have the applicant
3  make their presentation.
4    MAYOR BARKER: Okay. Mr. Odom, you have to
5  speak right into the microphone.
6    MR. ODOM: Well, the reason that I'm over
7  here, I want to show these boards and then if I
8  have -- the expert witness can take the podium.
9  I can't hold the mike in my hand because I need
10  to move these boards around.
11    SPEAKER: Take it out of the stand.
12    MR. ODOM: Well, I can't hold it because I
13  have to have both hands to --
14    CLERK WILLIAMS: I have a microphone, sir.
15  I can give you a wireless.
16    MR. ODOM: I understand that. I'll just
17  have to talk into the microphone.
18    MAYOR BARKER: He needs both hands to
19  position the --
20    MR. ODOM: Well, she can hand me that.
21  When I'm not moving the boards, I'll pick it up
22  and talk right into the mike.
23    I'm here tonight to present this project,
24  Destin Jet. It is a new fixed base operation at
25  the Destin Airport to service planes that fly

**Page 24**

1  into the airport to service the needs that they
2  have just like the current facility does.
3    When people come into the airport, they
4  need fuel. They need rental cars, access to
5  services. It's a place for people to depart
6  and -- arrive and depart from the airport and
7  bring -- when they're coming to the airport,
8  bring whatever they're bringing to put on the
9  planes. And also with the hangar facility,
10  we'll have a place to store airplanes and do
11  light maintenance of planes.
12    Let me put these drawings up. These two
13  drawings are identical. We have one where the
14  council can see it and one where, hopefully, the
15  people can see better. But this shows the
16  relationship to the runway, the taxiway, the
17  Destin Jet location and all of the elements that
18  go into it. There's a hangar building here.
19  Next to that is a two-story, the actual FBO
20  building itself. And then the parking lot is in
21  front. And you have a 50-foot buffer around the
22  perimeter. This is the airplane parking area,
23  the ramp.
24    There is a 50-foot buffer around the
25  perimeter of the ramp. There's a 15-foot buffer

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 228 of 313

1  along the edge of the runway.  From this
2  location at the end of the parking lot, all the
3  way around the perimeter and 115 feet down this
4  way, besides the landscape buffer plants, there
5  will be a solid concrete 8-foot high sound
6  barrier wall that I've agreed to construct.
7     The county is in the process of doing a
8  complete noise study on the airport.  That study
9  is fairly far along.  This facility -- it's been
10  stated in the noise study -- it's called an FAR
11  part 150 study that's being done on the
12  airport.  The FBO has no effect on the outcome
13  of that study.  It doesn't -- that's a computer
14  model that takes into account airplane
15  approaches and landings and a lot of different
16  things.  But the computer model that they use,
17  this doesn't factor into that equation so it
18  will have no effect on the noise study that's
19  currently being done.
20     That noise study is going to recommend some
21  type of noise abatement for certain areas of the
22  airport.  In the last meeting that was done at
23  the city, they did show a potential wall in this
24  general location.  If that is decided to be
25  needed between the county, the county can then

1  apply for FAA funds to construct that wall.
2  That could be a year from now or two years from
3  now.  The process to get the money from the FAA
4  could be lengthy.  That's why I agreed in the
5  interim to go ahead and construct the concrete
6  wall now so that there would not be a situation
7  where this facility was completed, and there was
8  a gap between when that happened and when the
9  noise abatement program got done by the county.
10     To give you a little background on how we
11  arrived at this, I worked with the city staff.
12  They worked on this diligently for a long
13  time.  We started out with a facility -- this
14  was the original site plan (indicating
15  diagram).  It did meet the code of the city, but
16  was determined not to be -- it met all the
17  technical codes as far as setbacks and buffers,
18  but it was determined not to meet the
19  compatibility requirements.
20     It had a 15-foot buffer in this area and a
21  20-foot buffer here.  The site layout was the
22  same.  The ramp itself has been redesigned.
23  When we added the 50-foot buffer, we were able
24  to lower the height of the ramp by 2 feet next
25  to the residential area.  That helps buffer with

1  the 8-foot wall.  Now the edge of the ramp is 2
2  feet below the bottom of that wall so, in
3  effect, from the ramp area next to the
4  residential area, you have a 10-foot high --
5  even though the wall is 8 feet high, you have 2
6  feet of grade elevation that makes it equivalent
7  to a 10-foot high structure.
8     SPEAKER:  Excuse me?  Is it possible to ask
9  a question during the presentation or --
10     MAYOR BARKER:  At the conclusion of the
11  applicant's presentation, you'll have the
12  opportunity.
13     MR. ODOM:  And so from this, with the input
14  from the staff and the city's planning
15  consultant, they came back with a list of things
16  that says, this doesn't work and here's the
17  reasons why.  You need more buffer.  You need
18  more sound mitigation.  And so that's where we
19  went from this plan over time through all of the
20  different inputs to the current plan that we
21  have now.
22     From an engineering design standpoint, the
23  way things are laid out, the way they are on
24  this site, there's -- this is the only
25  attachment to the taxiway.  It's designed to

1  line up specifically with the building
2  structure.  The building structure is placed as
3  close to the runway as the FAA will allow.  They
4  have offsets from the runway that you have to
5  abide by.  The building is pushed as close to
6  the runway as it can.
7     By having the attachment to the taxiway
8  line up with the building, the arriving and
9  departing traffic is buffered.  Besides the wall
10  down here, the building structures themselves
11  buffer the arriving and departing traffic.
12     We've agreed to make most of the ramp area
13  into a tow-only area where you can't -- won't be
14  allowed to run the engine of the airplane.  The
15  way this functions, the airplane would come into
16  this area, turn off.  They'd get out and do what
17  they need to do.  Their plane will be towed into
18  a parking space on the ramp.
19     We've also through input from some of the
20  neighbors at our neighborhood meeting, they came
21  up with the idea, which turned out to be a good
22  one, that the FAA will not allow you to limit
23  the time that planes arrive and leave in an
24  airport of this type.  But what we do have the
25  ability to do is in our "no tow" area, when

3/14/0?   QJ DESTIN JET                    CondenseIt™

Page 29

1  someone comes in to park their plane there, and
2  they will sign a document with us to agree to
3  park their plane, we can put the rules of that
4  area in that document.  And we've agreed to --
5  that between 10:00 p.m. at night and 6:00 a.m.
6  in the morning, a plane, if you park in this
7  area, planes cannot depart from that area under
8  power.  And so we've agreed to make that an
9  operational procedure of the airport to help
10  limit that on the things that we can have
11  control of.
12      Let me look at my sheet just a second.  In
13  this process I also, besides the staff and the
14  city's planning company, Renaissance, I also
15  hired an aviation expert, a company called
16  AVCOM.  Mr. Lee Lewis is here from AVCOM, and
17  before we finish, I'll have Mr. Lewis come up
18  and have some questions from him.  He also
19  reviewed this and had input on generating this
20  final design.
21      Oh, the other thing that was discussed and
22  I agreed to is the number of perimeter trees
23  that are placed along the wall.  The requirement
24  is one tree every 25 feet.  And I've agreed to
25  place one tree every 12-and-a-half feet,

Page 30

1  alternating on the inside and the outside of the
2  wall.  And I have had some requests from one of
3  the property owners adjacent.  And I don't
4  know -- it's not my decision to do this, but his
5  request was that all the trees be placed on the
6  airport side of the wall.  He particularly
7  preferred not to have any in his yard.  He would
8  rather deal with his yard the way he wanted to.
9  But that is the current plan is to have a tree
10  every 12-and-a-half feet alternating on each
11  side of the wall.
12      This drawing shows a little bit clearer the
13  green space, the 50-foot buffer.  And that
14  buffer is five times the amount that's required
15  by the city.  And this drawing shows with an
16  8-foot high wall at the property line.  If
17  someone is sitting on their back porch looking
18  over this wall, this shows the original design
19  with a 15-foot buffer how high something on the
20  ramp would be before they could see it.  It
21  would be only 8 feet high.  With the inclusion
22  of the 50-foot buffer, in the same geometry,
23  something that's sitting on the ramp will have
24  to be at least 16.6 feet tall for them to see
25  it.  That's taller than almost all general

Page 31

1  aviation aircraft.  There may be a few really
2  big ones that have a tail taller than that, but
3  not very many of them.
4      As I said, I then hired AVCOM and Mr. Lee
5  Lewis to review the plan and make all the
6  comments that they had from an expert
7  perspective of airports.  They came back with a
8  number of recommendations that we incorporated
9  and I'll bring Mr. Lewis up in just a minute to
10  talk about those.
11      The other firm that I hired, the report
12  that you had that was submitted is from a
13  company called Environmental Science &
14  Associates.  They are the leading company that I
15  could find in the State of Florida.  And they're
16  one of, if not the best, the top firms in the
17  nation on airports and noise to do with
18  airports.  They have quite an extensive resume'
19  of all of the noise projects that they've done
20  on most of the airports in the State of
21  Florida.  They're located in Florida.
22      But the city staff had requested that I get
23  a specific noise report written to show what
24  effect the wall and the other abatement things
25  that we've done with this project, how that

Page 32

1  would affect the neighbors positively or
2  negatively.  The report comes back and states
3  that -- I'll be glad to supply anybody that
4  needs a copy of it with that.  It states that
5  the wall is properly designed with the 8-foot
6  height.  It does have a -- this is a drawing
7  that shows the wall, the foundation and the
8  concrete wall.  Looking down from the top of
9  this, the surfaces of the wall are angular or
10  corrugated.  This does two things.  It makes for
11  a more attractive wall, but it also helps to
12  disperse the sound.
13      They reviewed this design with the project
14  design to come back and say that the 8-foot tall
15  wall continuously -- almost 1,200 lineal feet of
16  wall around the project will make a significant
17  reduction in the noise.  It will more than
18  compensate for the project noise, but not only
19  that, it will be -- from what I've heard from
20  the neighbors, they currently have a noise
21  problem at the airport.
22      Right now, the airplanes operating on the
23  taxiway and the runway, when they come to the
24  end of the runway here, they wait for approval
25  to take off so they're sitting there for some

DESTIN CITY COUNCIL / DESTIN JET                    Page 29 - Page 32

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 230 of 313

| Page 33 | Page 35 |
|---|---|

**Page 33**

1 amount of time. The prop planes, the piston
2 plane engines perform an engine run-up before
3 they take off. This noise currently is going
4 into the neighborhood unabated so the
5 construction of the wall will actually, from the
6 predevelopment condition, the construction of
7 that wall will improve the conditions of the
8 neighbors over what it is now. So not only does
9 the wall provide abatement for this project,
10 but it will also provide abatement, a sound
11 abatement for the existing conditions, and
12 that's all covered in the report. We submitted
13 the report as soon as we got it after the city
14 asked us to provide one.
15 I'd like at this time to ask Mr. Lewis with
16 AVCOM to come forward.
17 MR. MILLER: Mayor, can we see if there are
18 any questions of Mr. Odom before the next
19 witness?
20 MAYOR BARKER: Well, I would like for the
21 applicant to complete his presentation, and then
22 we'll open up the floor for any questions for
23 any of the applicant's witnesses.
24 MR. MILLER: Okay.
25 MAYOR BARKER: Yes, sir.

**Page 35**

1 MR. LEE LEWIS: I've been the project
2 manager on numerous planning projects and design
3 projects on airports. I'm a licensed
4 professional engineer as well.
5 MR. ODOM: And you have experience with the
6 FAR PART 150 Noise Study?
7 MR. LEE LEWIS: Yes, sir. We have
8 experience with the PART 150 process, yes, sir.
9 MR. ODOM: And you've also -- have you done
10 any noise abatement projects at airports?
11 MR. LEE LEWIS: I have managed multiple
12 noise projects, some direct noise projects, some
13 indirect in terms of planning hangars with noise
14 issues and so on.
15 MR. ODOM: With those qualifications, I'd
16 like to enter Mr. Lewis as an expert witness on
17 aviation planning and design.
18 SPEAKER: May I ask a question? Where are
19 the airports that he's --
20 (The court reporter states the speaker is
21 inaudible to the record.)
22 MR. ODOM: The question was where are the
23 airports that he's worked on.
24 MAYOR BARKER: Mr. Lewis, if you could
25 answer that question.

| Page 34 | Page 36 |
|---|---|

**Page 34**

1 MR. LEE LEWIS: My name is Lee Lewis, and I
2 work with AVCOM incorporated with offices here
3 (inaudible).
4 MR. ODOM: And I'm going to ask Mr. Lewis a
5 few questions to qualify him as an expert
6 witness. He's already stated his name. You're
7 with?
8 MR. LEE LEWIS: AVCOM Incorporated.
9 MR. ODOM: And you have a degree in?
10 MR. LEE LEWIS: I have a -- AVCOM
11 Incorporated is an engineering firm. We
12 specialize in transportation facilities and
13 engineering design and planning as well. We
14 were founded -- AVCOM was originally an acronym
15 for Aviation Consultants. We do have a
16 background in airport planning and design.
17 I have 14 years of experience with AVCOM
18 Incorporated as an engineer, planner with AVCOM
19 doing this type of work. And my degree, to
20 answer your question, Mr. Odom, is a Bachelor's
21 of Science in Civil Engineering from the
22 University of Florida.
23 MR. ODOM: And have you been the lead
24 engineer on design and planning projects for
25 airport projects?

**Page 36**

1 MR. LEE LEWIS: We have -- I was involved
2 in the master plan of the PART 150 study at the
3 Tallahassee Regional Airport back in 1994. I
4 recently was the project manager on the noise
5 attenuation barrier at the Panama City Airport.
6 We constructed a wall to attenuate noise from
7 maintenance operations for Beach Craft 1,900
8 commercial operations for the maintenance
9 activities at night. We did provide experience
10 with plane hangars with the Naples Municipal
11 Airport where there were significant noise
12 impacts for residential areas adjacent to the
13 airport property where we took the configuration
14 of the hangars to help mitigate and attenuate
15 the noise coming from the airport and the hangar
16 areas themselves as an example.
17 MAYOR BARKER: If you have questions
18 regarding whether or not this witness should be
19 treated as a professional, you need to come up
20 and speak into the microphone to ask the
21 question. Any other questions? Okay. We will
22 stipulate to you as a professional-- oh, I'm
23 sorry. Yes, sir?
24 MR. JEFFERSON: I would like to ask a
25 question.

Page 37

1   MAYOR BARKER: Please state your name.
2       MR. JEFFERSON: Okay. John Jefferson.
3       MAYOR BARKER: Okay.
4       MR. JEFFERSON: With the layout and
5   design --
6       MAYOR BARKER: Sir, we are just -- he has
7   requested that this person be entered in as
8   professional witness, and so we're trying to
9   answer the question of whether or not he should
10  be entered as a professional witness.
11      MR. JEFFERSON: Oh, I'm sorry. I've got a
12  question about what he's saying.
13      MAYOR BARKER: Okay. You will definitely
14  have that opportunity to ask questions. Does
15  anybody want to ask another question of -- is it
16  Mr. Lewis?
17      MR. LEE LEWIS: Yes, sir.
18      MAYOR BARKER: Does anybody else have a
19  question as to Mr. Lewis' background or his
20  ability as a professional? Staff, do you have
21  any questions of Mr. Lewis?
22      MR. SHIRLEY: I have no questions and no
23  objection to the tender.
24      MAYOR BARKER: Okay. I see no other
25  questions for Mr. Lewis regarding his

Page 38

1   professional ability so we will stipulate that
2   he is a professional witness.
3       MR. ODOM: Mr. Lewis, have you reviewed the
4   plans as submitted for the Destin Jet project?
5       MR. LEE LEWIS: I have. We were provided a
6   set of the plans and had the opportunity to
7   provide comments on the operational issues
8   and -- operational issues and some design issues
9   related to that plan.
10      MR. ODOM: Could you tell us some of the
11  design things that are in there? Was the design
12  location of the hangars at their present
13  location an important part of the design?
14      MR. LEE LEWIS: It's my opinion that the
15  plan was well thought out. There was certainly
16  a lot of care that went into situating the
17  position of the hangars and the facilities
18  within the site. For instance, Mr. Odom's hit
19  on a few points, but it's worth noting that the
20  hangar building was pushed as far away from the
21  residential development as allowed by the
22  setbacks associated with the runway.
23      The hangar itself does serve as an
24  affective buffer, if you will, and sometimes at
25  many airports, hangars are the best noise

Page 39

1   abatement buffer that they have. But the hangar
2   was situated to open the doors towards the
3   airfield away from the residential -- the
4   neighboring residential areas.
5       We also had a chance to look at the noise
6   wall that was being proposed in the
7   development. And the wall does appear
8   consistent -- it is consistent with noise
9   attenuation walls that are used in
10  transportation projects. Particularly as they
11  relate to DOT type noise projects. It's a very
12  effective wall for attenuating noise. So we did
13  have a chance to look at that with the -- and
14  with the height of the wall, the length of the
15  wall, it does appear that the wall would be an
16  effective noise mitigation technique in this
17  particular project.
18      MR. ODOM: You've mentioned about the doors
19  on the hangar, that the doors are designed to
20  open away from the residential area. What does
21  that accomplish?
22      MR. LEE LEWIS: Well, with the doors
23  opening away from the residential areas, it
24  would obviously tend to limit the noise.
25  Everything that's happening inside the hangar or

Page 40

1   associated with the hangar would either -- would
2   be limited in terms of the noise projecting
3   directly onto the residential areas or to the
4   wall in this case. But as well, it would tend
5   to -- it would tend to serve as a buffer for
6   those activities within the hangar as well as
7   other activities that might be occurring, again,
8   on the east side of the hangar, if you will. It
9   serves as a buffer.
10      MR. ODOM: Okay. For the sound and for any
11  activities in the hangar?
12      MR. LEE LEWIS: (Indicating affirmatively).
13      MR. ODOM: After your review of the site
14  plan and the noise abatement wall, can you
15  comment on the wall, the effect that it would
16  have on the existing noise that currently
17  already exists at the airport?
18      MR. LEE LEWIS: The noise wall -- well,
19  currently, the property that's immediately, I
20  guess, that would be to the west or on the
21  diagram below the proposed development is --
22  we've been on that site, and there's a thin
23  stand of pine trees, which is not an effective
24  buffer for the noise. The wall itself should
25  serve to not only attenuate the effects of the

Page 41

1  noise coming from -- resulting from the
2  activity, any activities associated with this
3  particular facility, but I also, it's my opinion
4  that the wall would also serve as a buffer for
5  the areas that are shielded by the wall.  It
6  would serve as an effective mitigation or noise
7  attenuation barrier for operations that are
8  occurring on the runway.  I mean -- not on the
9  runway, the taxiway.  Again, for those areas
10  that are shielded by the wall.
11     MR. ODOM:  So the neighbors adjacent to and
12  bordered by the wall from the current noise on
13  the runway, they would actually achieve more
14  abatement from the wall than they are getting
15  now?  The wall would improve their situation
16  with the current noise?
17     MR. LEE LEWIS:  It's my opinion that the
18  wall would certainly be improved.  And to what
19  extent, is something that I -- when we got to
20  looking at the details, we had worked
21  extensively when we get into the physics of the
22  walls and how they attenuate the noise and what
23  the level of attenuation is, we have routinely
24  worked with groups that have specialists in
25  aviation noise.

Page 42

1     We had, at that point contacted ESA, the
2  author of the letter that was discussed
3  earlier.  We recommended to the representatives
4  of Destin Jet that they have ESA perform a study
5  because that -- from a technical standpoint on
6  the attenuation of the noise from that barrier
7  wall, ESA -- they are the noise consultants for
8  Atlanta International, Miami International and
9  many other general aviation airports such as
10  this one and probably the leading and certainly
11  in my opinion one of the leading authorities in
12  airport noise.  They're well respected.
13     And so we had asked for a second opinion on
14  the wall and that was the origin of the letter
15  that Mr. Odom had discussed earlier.  And if
16  it -- I don't know if this is consistent with
17  the staff or Mr. Mayor, but at this point, could
18  we introduce this as an exhibit for our
19  testimony?
20     MAYOR BARKER:  Mr. Miller or Mr. Shirley,
21  would it be appropriate for the applicant to
22  request that this document be entered into the
23  record?
24     MR. SHIRLEY:  Yes.  Yes, it would.
25     MAYOR BARKER:  And, of course, anyone could

Page 43

1  object?
2     MR. SHIRLEY:  Right.  They would have to
3  have grounds for the objection.
4     MAYOR BARKER:  Certainly, as they would if
5  the staff objected.
6     MR. SHIRLEY:  Right.
7     MR. LEE LEWIS:  What I would like to
8  clarify is that we did not prepare the letter.
9  We hired a specialist in airport noise to
10  prepare the study and to provide a letter.
11     MAYOR BARKER:  And this is the white paper
12  dated March the 4th, right?
13     MR. LEE LEWIS:  Yes, sir.
14     MR. ODOM:  And then after you hired them,
15  you reviewed their results to confirm the
16  position that you had on the noise?
17     MR. LEE LEWIS:  We take no exception with
18  what's in the letter.
19     MAYOR BARKER:  Okay.  And you would like to
20  move that letter into the record now as
21  Applicant's Exhibit 1?
22     MR. ODOM:  Yes.
23     MR. SHIRLEY:  And staff has no objection.
24     MAYOR BARKER:  Okay.  Does anyone object to
25  the letter, the white paper dated March 4th

Page 44

1  being entered into the record as Applicant's
2  Exhibit 1?
3     MS. PATTERSON:  I object.
4     SPEAKER:  May I ask a question?
5     MAYOR BARKER:  Anyone that is objecting or
6  asking a question needs to come to the
7  microphone to be heard.
8     SPEAKER:  I object.
9     MS. PATTERSON:  I object.
10     MAYOR BARKER:  Identify yourself.
11     MS. PATTERSON:  Charlotte Patterson, 836
12  North Lakeside Drive.  I object because I think
13  any report that was this important to this issue
14  tonight should have been prepared and should
15  have been available for the general public to
16  have.  And we know it wasn't because the city
17  council did not even have it.
18     MAYOR BARKER:  Thank you, ma'am.
19     SPEAKER:  And my question relates to the
20  same issue.  In a trial, of course, you would
21  have a copy for both sides.  And, of course,
22  we're a bunch of individuals, and you can't have
23  a copy for all of us so how would we know to
24  object when we can't even read it?  We don't
25  know to object so I guess therefore we're going

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 233 of 313

**Page 45**

1 ... ave to object because we don't know what's
2 in it
3     MAYOR BARKER: Okay. Thank you.
4     MR. PARKER: My name is Lee Parker. I
5 object on the grounds that this report that is
6 being submitted is vague. ESA does not have a
7 representative here to ask questions of
8 directly. Mr. Lewis has admitted that they are
9 under contract and that he really can't speak
10 for them. So unless they're here to answer
11 specific questions and address our concerns, I
12 don't think this should be admitted into the
13 record.
14     (Applause)
15     MAYOR BARKER: Hold your applause, please.
16 Ladies and gentlemen, let me ask you to please
17 be professional and courteous to whoever is at
18 the microphone whether you agree with them or
19 disagree with them. You will certainly get your
20 opportunity to interject your position. So
21 comments that are not into the record, nor
22 clapping, nor anything else should be something
23 that we try to do tonight. Let's conduct
24 ourselves with the utmost professionalism. Mr.
25 Shirley? Does anyone else object? Okay, Mr.

**Page 46**

1 Shirley.
2     MR. SHIRLEY: If I might briefly respond
3 here. The issue of whether it was provided in
4 advance, that would not be grounds to not have
5 it admitted. At worse, that would be grounds to
6 allow them to review the document in greater
7 detail. And so that would be the remedy. The
8 remedy would not be to admit the document.
9     The city has routinely accepted documents
10 into evidence at QJ's that are prepared by the
11 applicant in the days or weeks running up to a
12 quasi-judicial proceeding so that is something
13 that the city has done in the past.
14     In addition to that, I think he testified
15 that the document -- that the opinions of the
16 individual that were expressed in the letter are
17 the type of information that he typically relies
18 upon when he's conducting an evaluation and
19 providing his services to a client. There's an
20 existing relationship there, and it is
21 appropriate where it's the type of information
22 that is typically relied upon by an expert in
23 the field, for the expert to rely on that
24 information for that information to be
25 appropriate and admissable into evidence.

**Page 47**

1     So, ordinarily, you would require the
2 individual preparing the letter to be present to
3 testify with regard to the letter, but where
4 he -- where it's the kind of information that
5 the expert typically relies upon in rendering
6 his opinion, then there is a -- then that expert
7 is allowed to rely on that information.
8     MAYOR BARKER: Okay. Mr. Miller, can you
9 tell me if there has ever been evidence
10 presented into the record that was or -- that
11 was generated and submitted the night of a QJ
12 that was objected to?
13     MR. MILLER: Yes, sir.
14     MAYOR BARKER: So against objections there
15 has been documents entered into the record that
16 were presented at --
17     MR. MILLER: There have been instances
18 where they were and instances where they were
19 not.
20     MAYOR BARKER: Do you have an opinion in
21 this matter?
22     MR. MILLER: Your rules of evidence are
23 relaxed in your proceedings. The document, I
24 believe, as represented -- is presented to you
25 to explain the opinion of the professional who

**Page 48**

1 has testified to you. And for that purpose, I
2 think it is admissible. It certainly is subject
3 to the cross-examination of this witness
4 regarding the content of the report and the
5 rationales for his basis. But as a portion of
6 the basis of his conclusion, I believe it may be
7 admitted by you.
8     MAYOR BARKER: Okay. Mr. Shirley, do you
9 concur?
10     MR. SHIRLEY: Yes, Mr. Mayor, I concur.
11     MAYOR BARKER: Okay. I'm a little uneasy
12 entering something into the record when the city
13 council's not yet had the opportunity to read it
14 and especially when the public has not had the
15 opportunity to read it and --
16     MR. MILLER: Mayor, it would be admitted to
17 you without the city council's reading it. But
18 I would suggest that you would call a recess and
19 provide -- make sure the document is available
20 for the objecting party to review it. And in
21 this instance, you had three, I think, identify
22 themselves as objecting and to permit them to
23 review it and others that are interested in the
24 matter. That seems to be appropriate at this
25 point in time before you admit it into a forum.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 235 of 313

3/14/0:  QJ DESTIN JET                    CondenseIt™

**Page 49**

1 MAYOR BARKER: Okay. How many pages is the
2 document?
3 MR. MILLER: Six. It's a six-page
4 document.
5 MAYOR BARKER: Let's take a six-minute
6 recess.
7 WHEREUPON, there was a short break taken,
8 after which the proceedings resumed as follows:)
9 MAYOR BARKER: Ladies and gentlemen, let's
10 call this meeting back to order, please. Okay,
11 thank you. The question is whether or not to
12 allow the white paper submitted March 4th to be
13 entered into the record as Applicant's Exhibit
14 1. Are there any objections to this document
15 being entered into the record? Ms. Patterson.
16 MS. PATTERSON: I object.
17 MAYOR BARKER: You have to use the
18 microphone, please.
19 SPEAKER: She objects to everything.
20 MS. PATTERSON: Right. My name is
21 Charlotte Patterson. My objection still is the
22 fact that this letter contains material that is
23 very apropos to a big decision we're making here
24 tonight, and these citizens never had an
25 opportunity to do this until right now. And a

**Page 50**

1 lot of them don't even understand it. That's my
2 objection.
3 MAYOR BARKER: Okay. Thank you. Yes,
4 ma'am.
5 MS. BARR: Okay. My name is Jan Barr, and
6 I'm really trying to approve it because I really
7 understand the objection to be just to get it
8 into the record. But I'm having a problem with
9 the fact that it's based on a site plan dated
10 February 18th of 2004 and yet it was done March
11 the 4th of 2005, and there was a lot of
12 intervening documents that I would have thought
13 were more recent than the February 18th of 2004
14 document.
15 MR. ODOM: That's a misprint. It is the
16 February 18th, 2005 site plan.
17 MS. BARR: Okay. But then I was confused
18 about some other statements in it that seemed
19 very incorrect to me about the construction of
20 the sound barrier, removing 75 percent of the
21 sound energy of the Destin Jet project and not
22 the overall sound. So that didn't exactly sound
23 like a very promising statement to me. Again,
24 I'm sure, but I do think that it should have
25 been admitted on the legal technicality of

**Page 51**

1 whether or not it shouldn't be admitted.
2 My objection is that I think it should --
3 all the material should have been available
4 earlier. But if you're going to put it into a
5 (inaudible) so people can look at it and it gets
6 admitted so that we can look at it, and you're
7 just going to postpone your decision, I just
8 think that the decision should be definitely
9 postponed so people can look at everything on
10 which the decision is being made. That is my
11 bottom line.
12 MAYOR BARKER: Okay. Thank you. Any other
13 objections? Yes, sir.
14 MR. WOOD: Jim Wood. I object on two
15 grounds. First of all, by the citizens of
16 Destin accepting this white paper, are we
17 agreeing the 8-foot wall is a final solution to
18 the noise problems at the airport? If the paper
19 is submitted, are we buying that as a final
20 solution? We're not.
21 Number two is I wonder -- and I'm not smart
22 enough to know this, but the other airports
23 where ESA did studies at, I think he mentioned
24 Tallahassee, and I forget what the other one
25 was, but I doubt in those locations that housing

**Page 52**

1 areas are as close to the airport as we have
2 here in Destin. It seems like we're mixing or
3 comparing apples and oranges here. If you bring
4 in an airport where a subdivision is 50 feet
5 away like we have here in Destin or 20 feet in
6 some cases, then we can compare apples to
7 apples, but I doubt this one is doing that. So
8 those are my two objections.
9 MAYOR BARKER: Yes, sir.
10 MR. PARKER: My name is Lee Parker. I want
11 to again reaffirm my objection to entering
12 this. Specifically, this document is --
13 basically, it's a generality. It's a compendium
14 of stuff that is found in a high school -- or
15 excuse me, a college textbook, a physics
16 textbook. It tells us how to calculate decibel
17 attenuation. It does not deal with what the
18 decibel level is or what it will be after this
19 wall is put in place.
20 It doesn't tell us what an acceptable level
21 is or what an unacceptable level is, whether
22 it -- I mean, we could approve this based on
23 this document and find out that, great, we've
24 built a 1,200 foot wall that still leaves us 30
25 percent above federal recommended guidelines for

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 49 - Page 52

3/14/0  OJ DESTIN JET                    CondenseIt™

Page 53

1   the noise level.  So it doesn't do any good if
2   it doesn't address what is the noise going to
3   be, what is it now and what is it going to do.
4   It just tells us how to get rid of it.  It gives
5   us a percentage reduction, but not an actual
6   fixed value.  It doesn't say it's going to be
7   this loud or it's going to be that loud.  He's
8   just not here to provide these answers.
9   Basically, you're entering hearsay testimony.
10       MR. ODOM:  Mr. Lewis is here to answer the
11   questions for --
12       MR. PARKER:  If Mr. Lewis would like to
13   address those questions, I'd be happy to give
14   him the opportunity --
15       MR. ODOM:  That's what he said beforehand,
16   that he would address questions --
17       SPEAKER: (Inaudible).
18       MAYOR BARKER:  Okay.  Are there any other
19   objections?
20       MR. ODOM:  But I think it's important to
21   note that the -- entering this in the record
22   doesn't mean the city is agreeing with it,
23   disagreeing with it.  You're just entering this
24   as a document that can be used as part of the
25   report.  This isn't saying that the city agrees

Page 54

1   with it or that anybody here -- that's not what
2   entering it into the record does.  That doesn't
3   mean that it's now what they have to look at or
4   agree with.  It's just a document that -- all
5   we're doing is talking about is it in the record
6   or not?
7       MR. LEE LEWIS:  Well, I guess to respond to
8   couple of the comments that were made, I can
9   offer the fact that it's very difficult to, as
10   we know, just to do an FAR PART 150 study --
11       MAYOR BARKER:  Well, we're not here to
12   discuss the merits of the letter.  This
13   particular discussion is whether or not the
14   document should be entered into the record.
15       MR. ODOM:  And, Lee, you're here to answer
16   their specific questions.
17       MAYOR BARKER:  And absent any other
18   direction from the city council, I'm inclined to
19   enter the document as Applicant's Exhibit 1,
20   giving the stipulation that the author is not
21   here for cross-examination and that the -- so
22   therefore, the authenticity of some of the
23   numbers contained in the document and the
24   veracity of some of the information contained in
25   the document cannot be verified by the author

Page 55

1   and that each council member would have to read
2   the document and decipher how much credence they
3   would give the document themselves.  With that
4   said, we will enter that as Applicant's Exhibit
5   1.
6       (WHEREUPON, Applicant's Exhibit 1 was
7   marked for identification and entered into the
8   record.)
9       MR. ODOM:  And, Lee, would you, as an
10   expert here that you reviewed the document and
11   the information in the document, with your
12   expertise in the same subject, is correct and
13   valid?
14       MR. LEE LEWIS:  As far as a barrier used
15   for noise attenuation, the key point certainly
16   is the line of sight analysis and the ability to
17   mitigate and to basically block the line of
18   sight -- the source of the sound from the
19   receiver.  And, obviously, that is going to
20   result in blocking that line of sight resulting
21   in effective attenuation of noise, if you will.
22   And according to the report, the report says
23   that blocking the line of sight with a wall as
24   we're discussing, the report identifies it as 5
25   decibels.  I certainly can't testify to the

Page 56

1   level, but intuitively, it has been -- my expert
2   opinion is that there is a reduction in sound by
3   the placement of a wall.
4       So one other point that should be noted is
5   that since it is a line of sight issue, the
6   closer the objects are to the wall, the point
7   source of the noise is to the wall, typically,
8   the better it works.  That's just something else
9   worth considering as you review the report.
10       MR. ODOM:  Thank you.  That's all.
11       MAYOR BARKER:  Does that conclude the
12   applicant's --
13       MR. ODOM:  I have one more expert witness.
14   John Lewis.  John Lewis is the civil engineer on
15   the project.  He's with the firm of Connerly &
16   Wicker Engineering.  And I'll ask John a few
17   questions to have him accepted as an expert
18   witness.
19       John, can you tell us your -- you are a
20   civil engineer with Connerly & Wicker, and how
21   long have you been a civil engineer?
22       MR. JOHN LEWIS:  I've been a registered
23   civil engineer in the State of Florida since
24   1989.  I've been in the Destin area for about
25   nearly 20 years coming up this year.  And most

DESTIN CITY COUNCIL / DESTIN JET                    Page 53 - Page 56

Page 57

1  of any work has been in Okaloosa County and the
2  City of Destin.
3        MR. ODOM:  But you've done many, many storm
4  water projects in the City of Destin?
5        MR. JOHN LEWIS:  Yes, sir.
6        MR. ODOM:  Okay.  I'd like to tender John
7  Lewis as an expert on civil engineering and
8  storm water.
9        MAYOR BARKER:  Okay.  Is there any
10  objection to Mr. Lewis being entered as a
11  professional witness or expert witness?
12        MR. SHIRLEY:  No objection from the staff.
13        MAYOR BARKER:  Any objection from the
14  public?
15            (No audible response.)
16        MAYOR BARKER:  Okay.  We will concede that
17  Mr. Lewis is an expert witness.
18        MR. ODOM:  Mr. Lewis, you did the site
19  civil engineering on the project, which was the
20  layout of the project and the storm water
21  design?
22        MR. JOHN LEWIS:  Yes, sir.
23        MR. ODOM:  Does the storm water design for
24  the project meet or exceed all the storm water
25  requirements for the City of Destin and the

Page 58

1  State of Florida?
2        MR. JOHN LEWIS:  Yes, sir.  Absolutely.
3        MR. ODOM:  That's really the only question
4  I have for Mr. Lewis.
5        MAYOR BARKER:  Thank you, Mr. Lewis.  Mr.
6  Odom, any other presentation?
7        MR. ODOM:  Bear with me one second.  That's
8  all the information about the project.  It is
9  from a site design standpoint, a pure technical
10  standpoint of meeting all the city's
11  requirements, it is a very simple project.  The
12  other compatibility issues make it more
13  challenging for the review, but the project as
14  reviewed by staff does meet all the city code
15  requirements.  Staff has recommended approval.
16  Their report also has said that the project is
17  compatible with some conditions.  Those
18  conditions are acceptable to me, and that's the
19  end of the presentation.
20        MAYOR BARKER:  Okay.  Thank you.  Does the
21  staff have any cross-examination of the
22  applicant?
23        MR. SHIRLEY:  Staff has no
24  cross-examination.
25        MAYOR BARKER:  Okay.  Mr. Miller, at this

Page 59

1  time, would it be appropriate -- any member of
2  the public that wishes to cross-examine the
3  applicant please come forward and state your
4  name for the record.  Yes, ma'am.  Again, please
5  announce your name and your address.
6        MS. MILLER:  My name is Mary Lou Miller.  I
7  live at 3876 Mesa Road.  This is a wonderful
8  idea, but I live on the other side of the runway
9  where there will be no noise abatement so how
10  much more noise are you going to produce?  More
11  noise?  More air pollution?  Is this going to
12  increase in this area where I live, which is
13  directly across from where you're building on
14  the other side?
15        MR. ODOM:  Destin Jet is a facility just
16  like the facility that exists now to service the
17  traffic that comes to the airport.  We don't
18  produce any traffic.  We're a service provider
19  to sell gasoline and jet fuel and provide rental
20  cars and parking for airplanes.  Those things
21  don't generate new traffic beyond what's already
22  at the airport.  So the noise you're
23  experiencing is not --
24        MR. ODOM:  So you're saying that you do
25  not service aircraft where they'll be running up

Page 60

1  testing for maintenance?
2        MR. ODOM:  The maintenance that we will do
3  will be light maintenance similar to what
4  they're doing at Miracle Strip now.  We won't do
5  heavy maintenance of engine overhauls or that
6  type of thing.
7        MS. MILLER:  I'm just saying you've taken
8  this big step effort to put a big wall down here
9  for everybody else, but you've done nothing for
10  the other side of the runway directly across
11  from where your hangar is.
12        MR. ODOM:  Well, across -- you're across
13  completely on the other side of the runway?
14        MS. MILLER:  Right against it, yeah.
15        MR. ODOM:  Well, this project -- my only
16  requirement is to deal with any noise --
17        MS. MILLER:  And you don't think noise
18  travels over a big open area?
19        MR. ODOM:  Your noise is coming from the
20  runway and the taxiway.  This is not going to
21  generate any additional noise.
22        MS. MILLER:  From servicing the aircraft
23  right out there at your ramp is not going to
24  increase noise levels?
25        MR. ODOM:  Any servicing of the aircraft

Page 61

1  would be in the hangar, not on the ramp.
2       MS. MILLER: Okay. Thank you.
3       MAYOR BARKER: Thank you. Yes, ma'am.
4       MS. STEPHENS: Emily Stephens, 3796 Emm Lou
5  Lane. You mentioned servicing and providing
6  refueling capabilities for jets; is that
7  correct?
8       MR. ODOM: Yes.
9       MS. STEPHENS: I see that you have
10  addressed sound quite extensively. How are you
11  addressing gas fumes or emissions? I have a
12  child with asthma, and this is a deep health
13  concern, not only of my child, but the residents
14  that live in that area that abut that wall.
15      MR. ODOM: We will meet all the EPA
16  requirements for fueling aircraft.
17      MS. STEPHENS: How?
18      MR. ODOM: They have very extensive
19  guidelines for all the procedures that are
20  involved in dealing with AV gas and jet fuel.
21  They monitor that and the State of Florida and
22  the DEP also monitors that, and we have to
23  comply with all their rules and regulations.
24      MS. STEPHENS: And will they be here to
25  monitor on a daily? Weekly? Monthly? How

Page 62

1  often? Do you know?
2       MR. ODOM: I don't know the -- there are
3  reports that you have to submit every time you
4  receive a truckload of fuel. There are also
5  reports that you have to submit on a monthly
6  basis. As far as them actually coming and
7  inspecting, they have the right to do it at any
8  time. I do not know what their -- I don't know
9  what the state's actual schedule is.
10      MS. STEPHENS: Thank you.
11      MAYOR BARKER: Thank you. Yes, ma'am.
12      MR. MILLER: This is for cross-examination.
13      MS. BARR: Okay. You say that you're not
14  generating any --
15      MR. MILLER: Would you tell us your name?
16      MS. BARR: Oh, I'm Jan Barr again. I'm
17  back. I have, Jay, you said that you weren't
18  generating any noise, but in several places,
19  including this thing I just reviewed today,
20  which is the exhibit just admitted from
21  Environmental Science Associates, which says
22  that the fence, it has the potential to remove
23  over 75 percent of the sound energy created on
24  the Destin Jet project and will also assist in
25  reducing the current noise being generated on

Page 63

1  the taxiway, at the run-up area and on the
2  runway. So, apparently, they think that you are
3  going to be creating some sound energy.
4       MR. ODOM: I said that I was not going to
5  create any new noise over what's already coming
6  into the airport.
7       MS. BARR: Well, that's not what it says.
8  It says it's going to remove over 75 percent of
9  the sound energy created on the Destin Jet
10  project.
11      MR. ODOM: Well, I mean that -- I will
12  agree that it's not a silent operation.
13      MS. BARR: Okay.
14      MR. ODOM: I mean, airplanes pull off the
15  taxiway and up to the front door and people get
16  out and get in. They start up. They leave.
17  Those operations go on just like the other FBO.
18  So the statement I made was that I'm not
19  creating new traffic and new noise that's coming
20  to the airport that's not already there.
21      MS. BARR: Unless of course the number of
22  planes increase, which this type of operation
23  logically -- some of us think it's logical that
24  it will increase.
25      MR. ODOM: I think that's not logical. But

Page 64

1  that's like saying on a corner you have Texaco
2  so you build a Shell Station so more people --
3       MS. BARR: I've heard you say that.
4       MR. ODOM: That's my opinion.
5       MR. BARR: Now, a lot of us don't quite
6  agree with it so -- so you don't think that
7  you're going to really contribute any noise?
8  Are we to take it since you said it here that
9  your night decision about requiring the people
10  who park their plans in your parking lot is a
11  done deal if you are approved and that you will
12  require them to sign and be obligated not to
13  turn on their planes between 10:00 and 6:00?
14      MR. ODOM: That's correct. On the part of
15  our ramp that we've designated as the tow area
16  of the ramp, that's a true statement.
17      MS. BARR: What about in the parking lot?
18      MR. ODOM: There will be cars in the
19  parking lot.
20      MS. BARR: I mean, the place where the
21  planes are parked.
22      MR. ODOM: That's correct. In the area of
23  the runway where the planes will be parked,
24  that's designated as a tow area only.
25      MS. BARR: The tow area, okay.

Page 65

1    MR. ODOM: And those in that area, the
2  restriction would be that the people cannot run
3  their airplanes or cannot depart at night
4  between -- and they can't run their engines on
5  that part of the ramp at any time of the day,
6  not just at night. But our restriction would be
7  they couldn't depart at night. The reason for
8  that is because we're only there from 6:00 in
9  the morning -- I mean, 6:00 in the morning until
10  10:00 at night so that's to take care of when
11  we're not there.
12    MS. BARR: And what would the consequence
13  be to them if they did?
14    MR. ODOM: Well, the way that the facility
15  will be designed, we have the ability to make
16  this part of the ramp -- since we will tow the
17  airplanes where it's physically not possible
18  for them to get out of that area by cranking up
19  their plane and driving off.
20    MS. BARR: So you can physically prevent
21  them from doing that?
22    MR. ODOM: Yes.
23    MS. BARR: Okay.
24    MR. ODOM: The other part of this, the wall
25  that I propose to build, you know, the county's

Page 66

1  presently doing this overall study. That study,
2  the preliminary report of that study says that
3  some walls need to be built. So at the time
4  that that's done and the county and the FAA fund
5  that project, there's going to be walls built
6  somewhere out here on the airport. I've agreed
7  to build this wall at my own expense as a
8  stopgap matter so that I don't open this
9  facility before those FAA funds become available
10  and that wall gets built by the county and the
11  FAA.
12    MS. BARR: Okay. And are you willing to
13  build the wall first before construction
14  starts?
15    MR. ODOM: We have discussed that, and the
16  answer to that is that it's not feasible.
17    (There is various interposing discussion
18  from the audience.)
19    MS. BARR: I hear" why's so I'll ask it.
20  Why?
21    MR. ODOM: Well, why would I need to build
22  it before the facility is there?
23    MS. BARR: Why would you be unable to
24  protect us from building that close to us?
25    MR. ODOM: From the current noise at the

Page 67

1  airport?
2    SPEAKER: The construction.
3    MS. BARR: From the construction?
4    MR. ODOM: Construction goes on in
5  neighborhoods every day, and when you go out
6  there to build this, there's a lot of different
7  steps that have to take place to get to the
8  point where you can do that, and that's not a
9  feasible requirement.
10    MS. BARR: Have you met the EPA guidelines
11  for building something like this?
12    MR. ODOM: We've met all the environmental
13  requirements, yes, ma'am.
14    MS. BARR: So you've literally met the EPA
15  requirements?
16    MR. ODOM: Well, there are no specific EPA
17  requirements for the construction of this
18  facility.
19    MS. BARR: Are you sure?
20    MR. ODOM: Yes.
21    MS. BARR: Absolutely sure?
22    MR. ODOM: Yes.
23    MS. BARR: Because I thought I read that
24  there were.
25    MR. ODOM: No.

Page 68

1    MS. BARR: Okay.
2    MAYOR BARKER: Thank you. Yes, sir.
3    MR. GAGNON: Hi, I'm Dennis Gagnon, 824
4  North Lakeside. Mr. Odom, in respect to the
5  wall, the noise wall you're talking about
6  building, I understand there's a study
7  underway. I understand there will be FAA funds
8  sometime in the future. When those funds become
9  available, would there be additional noise
10  barriers in addition to what you would install,
11  or would yours be sufficient for whatever would
12  come down the road?
13    MR. ODOM: Good question. I don't know the
14  answer to it. If the FAA -- I mean, if the
15  study comes out and says that the requirement
16  for a wall is different than what I built, you
17  know, either this wall can be amended or, you
18  know, if it had to be, it could be torn down and
19  replaced with what the FAA said. But I truly
20  don't know the answer to that.
21    MR. GAGNON: Fair enough. Just one more
22  question. No disrespect to the gentleman that
23  was speaking as the professional pertaining to
24  the noise barrier ordinance, but we seem to be
25  dealing with a lot of hypothetical scenarios and

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 239 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 240 of 313

3/14/0. QJ DESTIN JET                          CondenseIt™

---

**Page 69**

1  this percentage or that percentage.  Is it
2  beyond this scope to take some actual readings
3  with some instruments that record decibel levels
4  after a segment of the wall might be temporarily
5  installed or built, so that rather than dealing
6  in conjecture, we could deal with some pure
7  statistics?
8     MR. ODOM:  I guess the -- I mean, I guess
9  that could be done.  I don't know.  I mean --
10  but the numbers that have been arrived at in
11  this report are done by very extensive real
12  world data that's been compiled by FDOT over
13  many, many years of study.  So they're not just
14  a guess.  They know.
15     But the issue isn't reduction of sound
16  is -- the purpose of the wall is not to reduce
17  the sound to a level that maybe you're happy
18  with.  It's to reduce the sound to a level
19  that's no greater than what you were
20  experiencing before the project was built.  And
21  that's the requirement.  I'm not -- I don't own
22  the airport.  I'm not creating the traffic
23  that's there at landing.  Most of you have
24  problems with the noise that exists today.
25  That's not my requirement to deal with that

**Page 70**

1  noise that exists today.  This is a small
2  project at the airport.  I'm only required to
3  deal with this project.
4     MR. GAGNON:  That's fair enough.  The only
5  thing in response that I would have to say to
6  that, your opinion is that you will increase the
7  traffic at this airport zero.  And it seems to
8  be other people's opinions that you will
9  increase it by a little bit more than zero, and
10  therefore, you would be responsible for any
11  additional traffic and any additional noise that
12  the surrounding area would suffer from.  Thank
13  you.
14     MAYOR BARKER:  Thank you.
15     MS. EARLY:  Hello, Sandra Early.  I live at
16  842 North Lakeside Drive.  And you're saying
17  that you don't intend to increase any traffic at
18  the airport.  If you don't plan on increasing,
19  you know, any more traffic, why are you
20  investing all this time and money and energy in
21  the airport, but you're not going to increase
22  any traffic?
23     And, secondly, what is the point of an
24  8-foot wall?  Airplanes fly a little bit higher
25  than 8 feet.

**Page 71**

1     MR. ODOM:  No airplanes on my project will
2  be off the ground --
3     (There is various interposing and inaudible
4  discussion and noise from the audience).
5     MS. EARLY:  What are you going to do?  Pull
6  them on a boat?  Come on.
7     MR. ODOM:  Any airplane that's on this
8  project will be on the ground.
9     MS. EARLY:  Well, are you going to -- how
10  do you plan on moving it?
11     MR. ODOM:  Moving?
12     MS. EARLY:  The airplane?  If it's going to
13  be on your project -- it's got to fly in and
14  it's got to fly out.
15     MR. ODOM:  It lands on the runway.  It
16  comes down the taxiway and into the project
17  and --
18     MS. EARLY:  And it's going to leave your
19  facility, and it's going to get on that runway
20  and it's going to increase traffic.
21     MR. ODOM:  Your question was that an 8-foot
22  wall wasn't tall enough to deal with airplanes
23  that were flying.  And I said my airplanes --
24  any airplane on this site is not flying.  And
25  the answer to the question is, in the county's

**Page 72**

1  PART 150 study that they're currently doing,
2  they have built in a growth factor at the
3  airport based on there not being any other
4  FBO's.  The FBO doesn't change their factors
5  whatsoever.
6     The growth is going to -- there's a certain
7  amount of growth that's going to occur at the
8  Destin airport with or without this facility
9  over time as more people come.  The report
10  clearly says that the high-end development
11  that's being done in Destin is the growth factor
12  for the airport.  People are coming here.  They
13  have airplanes.  There's going to be growth.
14     But my business model is based on the
15  business that exists at the Destin airport
16  today.  I don't need any more business to be
17  successful.
18     MS. EARLY:  Well, then, I think we should
19  stop the project.  Thank you.
20     MAYOR BARKER:  Yes, sir.
21     MR. NACOL:  Hi, my name's Mark Nacol, 830
22  North Lakeside Drive.  Eight feet.  There's
23  something y'all need to think about.  It should
24  be 10 or 12.  I don't know about this 8 feet.  I
25  can't agree with it.  Another thing is if you've

---

3/14/0? QJ DESTIN JET                      CondenseIt™

**Page 73**

1  got 12 feet, you said you're going to plant some
2  trees 12 feet, 12 feet, 12 feet.  The code, you
3  said earlier, was 25 from the city, 25 feet, 25
4  feet.  Now, if he's going to be nice enough to
5  come 12 feet, why don't you plant them 6 feet --
6  6 feet, 6 feet, 6 feet?  Or maybe 4 feet and put
7  a big ole brush of trees and block us off with a
8  1-foot fence.  Because we've got some fumes
9  here.  That's powerful what you're going to do.
10 That's going to be a lot of fumes there.
11      And another thing, that parking lot, Mr.
12 Odom, how many planes are you planning on
13 parking right there?  I mean, how many planes do
14 you expect to be parking right there in that
15 parking lot?
16      MR. ODOM:  It's depending on the size of
17 the planes.  If they're small planes, the ramp's
18 capable of holding 45, maybe a little more
19 airplanes.
20      MR. NACOL:  So small planes would be 45?
21 What about corporate planes?  How many could you
22 put there?
23      MR. ODOM:  If it was all big corporate
24 planes, maybe 20.
25      MR. NACOL:  Well, y'all need to think about

**Page 74**

1  that.  That's some loud noise, very loud.
2      MAYOR BARKER:  Thank you, sir.  Yes, ma'am.
3      MS. CARPENTER:  Barbara Carpenter, 3824
4  Indigo Circle.  According to December 15th,
5  2004, the PART 150 North Compatibility Study, we
6  know that in here that there are many homes that
7  are already eligible for noise mitigation.
8  We're working the process right now.  And the
9  city's identified a lot more homes than were
10 identified in this study.  But there's already
11 many homes here that have noise problems that
12 fall within the 65 and the 75 DNL.
13      What study have you done, sir, that will
14 prove that this project will reduce the noise
15 level to an acceptable level that is safe to
16 humans?  Why would we invest money to build
17 another project when we already have over a
18 hundred homes identified that's going to cost
19 money to fix the current noise problem?  Now, I
20 know --
21      MR. ODOM:  When you say why would we invest
22 money to build another project --
23      MS. CARPENTER:  What study have you done
24 that's going to prove that it's going to reduce
25 the noise to an acceptable level that's safe for

**Page 75**

1  humans other than your little 8-foot wall?
2      MR. ODOM:  I've already had a study done by
3  the premiere expert on noise that says the noise
4  after this project is built will be less than
5  before.
6      MS. CARPENTER:  By how much?
7      MR. ODOM:  It tells the numbers in the
8  report.
9      MS. CARPENTER:  Is it going to be reduced
10 to an acceptable level, which is below 65 DNL?
11      MR. ODOM:  The PART 150 study will not --
12 the 65 DNL line will not change due to this
13 project.  This project has no impact on that.
14      MS. CARPENTER:  Well, I know you keep
15 saying this project is not going to cause any
16 noise, but I disagree very strongly with that.
17      MR. ODOM:  But that's not the point.  We
18 asked in the meeting with the city's noise --
19 with the county's noise consultants, and it was
20 on the record specifically that their noise
21 contours -- this project with it, without it,
22 with three of these, those noise contours do not
23 change.  They're not in the model.
24      MS. CARPENTER:  We disagree with that.  My
25 second question for you, Mr. Odom, FAA Order

**Page 76**

1  1050, paragraph 401, states, actions normally
2  requiring an environmental assessment.  The
3  following actions are examples of actions that
4  normally require an EA or environmental
5  Assessment.  Paragraph 401-F states,
6  establishment of an FAA housing office,
7  sanitation systems, fuel storage and
8  distribution systems, and power source and
9  distribution systems.
10      The FAA Order 1050 says that establishment
11 of a fuel storage and distribution system is an
12 example of an action that normally requires an
13 environmental assessment.  Has one been done and
14 do you plan to do it?
15      MR. ODOM:  The answer to that is the FAA
16 has a checklist that you go by to be exempt
17 from -- depending on the type of facility or
18 what it is, to either have to do their -- the
19 FAA's environmental assessment or not.  And the
20 part of the conditional approval and -- when we
21 filled that out, the answer is we're exempt from
22 that requirement.  But there is a specific
23 requirement in this conditional approval that
24 says I have to have a letter from FAA stating
25 that.  That's part of this approval.

DESTIN CITY COUNCIL / DESTIN JET                      Page 73 - Page 76

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 242 of 313

3/14/0 QJ DESTIN JET                    CondenseIt™

**Page 77**

1    MS. CARPENTER: And why are you exempt from
2  that?
3       MR. ODOM: The FAA has guidelines that says
4  if you don't have these things, you don't have
5  to do it. But in the report that was submitted
6  from the staff, a condition of approval is a
7  letter from FAA stating that either I don't have
8  to do that or doing the report, one or the
9  other.
10      MS. CARPENTER: That's all for now, sir.
11      MAYOR BARKER: Thank you. Yes, ma'am.
12      MS. WARNER: My name's Audrea Warner and I
13  live at 3818 Indian Trail. And I would just
14  like to address the council, not so much Mr.
15  Odom.
16      MAYOR BARKER: This is cross-examination of
17  the applicant. So you will have that option --
18      MS. WARNER: Okay. Then I'll just go ahead
19  and -- can I turn it around and I will address
20  him.
21      MAYOR BARKER: Okay. Certainly.
22      MS. WARNER: With this study that they're
23  doing now that nothing has been finalized --
24      MR. ODOM: The noise study that the
25  county's doing?

**Page 78**

1       MS. WARNER: Yes.
2       MR. ODOM: Yes, ma'am.
3       MS. WARNER: It seems to me and I would
4  think that you would agree that since there are
5  no final issues that's not been settled on what
6  actually needs to be done, that this project
7  should be put on hold because there are issues
8  that haven't even been addressed, and that's the
9  fuel, the jet fuel smell. That hasn't even
10  started as an issue. So I would think that you
11  would be glad to wait for the safety of the
12  community, both noise and environmental issues
13  with smell, and hold your project off.
14      MAYOR BARKER: Yes, ma'am.
15      MS. WILSON: Hi, I'm Betsy Wilson, 805 Main
16  Street. Define corporate aircraft for me,
17  please.
18      MR. ODOM: Corporate aircraft is a general
19  term used for an aviation fleet of aircraft of a
20  general size that's -- typically, the biggest
21  corporate aircraft you would normally see would
22  be about a 95,000 pound aircraft. I mean, I
23  don't know that there's a specific definition,
24  but it is geared towards the typical jet or
25  large turbo prop airplanes that service the

**Page 79**

1  corporate business.
2       MS. WILSON: Well, you've stated in the
3  past that you would service anywhere from 12 to
4  50 corporate planes.
5       MR. ODOM: Twenty.
6       MS. WILSON: In your -- no. In your
7  neighborhood meeting that you had a couple of
8  weeks ago, you said you anticipate servicing up
9  to 50 corporate aircraft, 50. That's a big
10  difference than 12.
11      MR. ODOM: I said that 50 could park on the
12  ramp. The question was asked, how many planes
13  can park on the ramp, and that was the answer.
14      MS. WILSON: And what size would those be?
15  Would they be Gulf Stream 3's, 4's, 5's?
16      MR. ODOM: To get 50 to park on there, they
17  would have to be much smaller aircraft.
18      MS. WILSON: Do you know what the height is
19  of a Gulf Stream 5 where the exhaust comes out?
20  Do you know that it's higher than 10 feet?
21      MR. ODOM: I don't know that specifically,
22  but I wouldn't doubt that.
23      MS. WILSON: Are you familiar with the type
24  of carcinogens that are emitted from a jet
25  aircraft? There are over 78 known chemicals

**Page 80**

1  emitted from jet aircraft that are known
2  carcinogens. What do you plan on doing about
3  that?
4       MR. ODOM: Those planes are coming to
5  Destin now. Every problem at the Destin airport
6  doesn't become my problem because I decided to
7  build a new facility at the airport.
8       MS. WILSON: That's correct, but you're
9  your exasperating (sic) the problem. That's all
10  for now. Thank you.
11      MAYOR BARKER: Next person for
12  cross-examination? Yes, ma'am.
13      MS. LAIRD: My name's Elizabeth Laird, 836
14  North Lakeside Drive. You said just a moment
15  ago that in the hangar, you could service 20
16  corporate jets or 40 other type of aircraft,
17  correct?
18      MR. ODOM: On the ramp, not in the hangar.
19      MS. LAIRD: How many in the hangar?
20      MR. ODOM: Depending on the size of the
21  plane if it was a D5, it would hold one plane.
22      MS. LAIRD: Do you plan just to put in a
23  hanger one plane, or are you projecting
24  somewhere in the neighborhood between 25 and
25  35? Figuratively speaking, your projection?

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 243 of 313

3/14/0: QJ DESTIN JET                    CondenseIt™

**Page 81**

1    MR. ODOM:  Twenty-five or thirty-five
2   planes of any size won't fit in the --
3       MS. LAIRD:  How many will fit in your
4   hangar?
5       MR. ODOM:  If you had the smallest plane
6   on there, I don't know.  The hangar's 135 feet
7   wide by 110 feet deep.
8       MS. LAIRD:  I mean, I would just assume
9   that if this is your project, you would know how
10   many you could put in that hanger.
11       MR. ODOM:  Well, my plan is not to store a
12   lot of airplanes in the hangar.  I'm not just
13   going to fill the hangar up with airplanes.  The
14   planes park -- the majority of the planes will
15   park on the ramp, and if service needed to be
16   done on the plane, it would be put in the
17   hangar.
18       MS. LAIRD:  Plus up to an additional 50?
19       MR. ODOM:  That's for parking on the ramp,
20   yes, ma'am.
21       MS. LAIRD:  Thank you.
22       MAYOR BARKER:  Yes, sir.
23       MR. COURSE:  My name is Al Course.  I live
24   at 79 Crest Place (phonetic) in Destin.  I have
25   a couple of very simple questions.

**Page 82**

1       MAYOR BARKER:  Sir, would you please
2   restate your name.
3       MR. COURSE:  I'm Al Course.
4       MAYOR BARKER:  She didn't get it in the
5   back.  Al Course?
6       MS. WILLIAMS:  Thank you.
7       MAYOR BARKER:  Thank you.
8       MR. COURSE:  Like in "of course."  I'd like
9   to ask Mr. Odom, why do we need Destin Jet?
10   We're getting along fine without you.  Why do
11   you want to build here?
12       MR. ODOM:  I mean, I can get into that, but
13   that's not a relevant question.
14       MR. COURSE:  It is too.
15       MR. ODOM:  This is America.  People can
16   build.  It's a competitive situation that the
17   FAA specifically prohibits actions to occur that
18   create a monopoly at airports.  And I have every
19   right to build a competing business at the
20   Destin airport.
21       MR. COURSE:  How did you get that right?
22       MR. ODOM:  I bid on -- the county put the
23   land out for bid.  I bid on it.  I was the high
24   bidder.  And then I designed this project, and
25   I'm going through this project to get it done.

**Page 83**

1       MR. COURSE:  How many people do you know
2   that bid against you?
3       MR. ODOM:  There was one other bid.
4       MR. COURSE:  Okay.  This comes right from
5   my heart, okay.  If you build this, you're going
6   to make a lot of problems for the people who
7   live around the airport.  And I think you know
8   that an 8-foot wall is not going to do it.  I
9   would say to you again, please build the wall
10   first to see if it works.  If it doesn't work,
11   then you're going to have to make a change.  And
12   I also will adjust to tell the council that
13   (noise) -- I get a little bit rough once in a
14   while -- that if this is approved, make sure
15   that the wall is built first because it will
16   take out the smell, the sound and so forth.
17       How many gallons of jet fuel and gasoline
18   will you be storing?  Because there's no fire
19   department at the airport.
20       MR. ODOM:  There's a fire department right
21   around the corner.
22       MR. COURSE:  It's not designed to come out
23   and put aircraft fires out.
24       MR. ODOM:  They've already reviewed this
25   project and approved it, and they are set up to

**Page 84**

1   handle that.
2       MR. COURSE:  I would doubt that very much.
3   I'd like to check --
4       MR. ODOM:  The fire department's here if
5   you'd like that answered.
6       MR. COURSE:  Where is the fire department?
7   Could you answer that question, please?
8       MAYOR BARKER:  This is cross-examination of
9   what has already been entered into the
10   testimony.  That is new so you can ask that
11   question, but not at this time.
12       MR. ODOM:  But the fire department has
13   reviewed this plan and approved it.
14       MR. COURSE:  Well, it should be -- if the
15   fire department reviewed it, it should be
16   published so we all know about it.
17       MR. ODOM:  I would agree with you.
18       MR. COURSE:  Will you publish the plan,
19   what you can do if there's a fire?  How many
20   gallons of fuel are you going to have there?
21       MR. ODOM:  It's capable of holding up to
22   40,000 gallons of jet fuel.
23       MR. COURSE:  I don't know why we need
24   this.  I really don't.  I would just say -- can
25   I address council just for one moment?

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 81 - Page 84

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 244 of 313

3/14/0   QJ DESTIN JET                    CondenseIt™

**Page 85**

1    MAYOR BARKER: No, sir. This is
2    cross-examination for the applicant. You'll get
3    the opportunity to address the city council at a
4    later time.
5    MR. COURSE: All right. Thank you kindly.
6    MAYOR BARKER: Thank you. Yes, sir.
7    MR. WOOD: Jim Wood. Mr. Odom, I've got
8    one question for you, and I hate to keep beating
9    this dead horse tonight. You said you're a
10   businessman, and I agree with that. And you've
11   invested a lot of money in building this new
12   FBO. But would you agree that as a businessman,
13   that you're building a state of the art, modern
14   FBO as compared to what's already there,
15   correct?
16   MR. ODOM: Yes.
17   MR. WOOD: And as a person who wants to, I
18   assume, make some money, are you planning to
19   advertize that fact that you have a modern
20   whatever FBO at the Destin airport outside of
21   Destin?
22   MR. ODOM: Absolutely.
23   MR. WOOD: So you're planning on bringing
24   in more traffic?
25   MR. ODOM: No. I'm planning on the people

**Page 86**

1    that --
2    (Applause)
3    MAYOR BARKER: Hold it down, ladies and
4    gentlemen, please.
5    MR. WOOD: I can't see how those two are
6    congruent.
7    MR. ODOM: Well, I'll give you an example.
8    You own a Motel 6 and a Motel 8 next door to
9    each other. You advertize for the same
10   customers in Tennessee to come stay in your
11   hotel. And I'm advertizing for people that are
12   coming to Destin to buy fuel from me instead of
13   from the existing facility.
14   MR. WOOD: I still have a hard time
15   believing that once you advertize a modern,
16   up-to-date FBO that you're not going to attract
17   more business based on what is already here and
18   the service they can provide (inaudible) you can
19   do a better job.
20   MR. ODOM: People don't fly airplanes to a
21   place because of the FBO. You go in an airplane
22   to a place that you'd like to travel to. I have
23   an airplane and I travel to lots of places. I
24   have never been to an airport because they had
25   an FBO there. I go there because that airport

**Page 87**

1    is close to where I need to be. That's why I
2    disagree with that wholeheartedly. People that
3    are flying airplanes are not flying because
4    because somebody has a gas station for them to
5    come and fill up at.
6    MR. ODOM: Well, I will say it again: A
7    more modern facility where I can avoid standing
8    in line at a major airport, and I can fly my own
9    plane in if I have one, then I'd come to
10   Destin. We won't even get into safety and
11   security here. That's a whole other issue we'll
12   reserve for another night. But as a business
13   professional, I have a hard time believing
14   you're not going to bring more business here.
15   Sorry.
16   MAYOR BARKER: Next person, please. Yes,
17   sir.
18   MR. CONSTABLE: Thomas Constable.
19   MAYOR BARKER: You're going to have to say
20   it into the microphone, sir.
21   MR. CONSTABLE: All right. Tommy
22   Constable. We've talked about all kinds of
23   things tonight. You're going to have to get
24   automobiles in and out of this place and where
25   is the access hole for that?

**Page 88**

1    MR. ODOM: The access is on Airport Road
2    right where the main entrance to the airport is
3    now.
4    MR. CONSTABLE: Oh, you're going down the
5    side of the airport and then the airplanes?
6    MR. ODOM: Yes.
7    MR. CONSTABLE: Okay.
8    MAYOR BARKER: Okay. Next person, please.
9    Yes, ma'am.
10   MS. MARTIN: Linda Martin. My husband and
11   I have owned several aircraft and been involved
12   in all types of aviation all around the world.
13   We have brought our plane here from Niceville to
14   have maintenance done in the past. I live on
15   the airport down on Misty Way. But over the
16   last several years, we bring our planes across
17   to have our maintenance in Destin and filled in
18   Destin. And I do know there's many airports
19   around the vicinity within this hundred miles, a
20   lot of private airports, and they will come into
21   Destin for fuel.
22   When I first moved on the airport, I
23   thoroughly enjoyed it, and I assumed it wouldn't
24   grow too much bigger because it didn't make any
25   sense for it to grow much bigger because then it

| Page 89 |
|---|

1   would be known as not this -- the fishing
2   village would be known as the Destin airport.
3   So I'm very concerned.
4        I understand what you're trying to do, but
5   when -- there's many times I go to my front door
6   to enter, and I have to hold my nose because
7   fumes have gathered into my entry way porch and
8   I won't even breathe.  I walk into the house and
9   hold my breath until I get into the house.  My
10  trees have all died in my backyard.  And I will
11  be living just down from you, where you are
12  going to put your noise there.  I don't think
13  that's going to help too much, but it's worth a
14  try.  But I am more concerned with the
15  environment than I am the noise.
16       And as I said before, I love aviation and I
17  feel that the Destin airport should not grow any
18  bigger or it's going to become bad for all of
19  us, including you.  And I've always wondered and
20  always thought that if it got any bigger, it
21  would extend over to Freeport somewhere.  I
22  wonder why you don't build an airport over
23  there.  Thank you.
24       MS. BARR:  I'm Jan Barr and I'm back once
25  again to ask two questions about the growth.

| Page 90 |
|---|

1   You said it wouldn't grow, but I think that
2   there are two ways that it would.  And one would
3   be from people who have avoided Destin because
4   of the current provider of the service as you
5   come here now, which is a possibility from what
6   I understand.
7        But, secondly -- and I don't know that for
8   a fact -- but secondly, if -- this is the type
9   of meeting that I've gone to and business that
10  I've been in before.  And I understand it's
11  something that you're going to provide because
12  you've told me so, and that is, you're going to
13  have a meeting place in your building.  And
14  people do fly in to the most convenient spot
15  where some of the meeting attendees perhaps may
16  want to stay and, you know, vacation for a
17  while.  But sometimes, they just all turnaround
18  and go back home.
19       And for some at the meeting, it may be that
20  the most convenient spot ends up being Destin.
21  They fly in.  They have their meeting.  They
22  turnaround and they all go back home.  And for
23  that type of a meeting, it may be that Destin is
24  the right spot.  They come in, they have their
25  meeting, and they turn around and go and all we

| Page 91 |
|---|

1   get is airport flights in and out.  And so that
2   is a new service for which we may just get
3   increased airport business, and you're providing
4   it.  I know you said you don't think that will
5   increase airport flight, but I think that it
6   will.  So isn't that something about which you
7   and I disagree?
8        MR. ODOM:  Yes, it is.
9        MS. BARR:  Yes.  I thought so.
10       MAYOR BARKER:  Okay.  Any other
11  cross-examination?  Please state your name.
12       MR. CONSTABLE:  Thomas Constable.  Back to
13  this access from the front of the airport down
14  to your hangar?
15       MR. ODOM:  Yes, sir.
16       MR. CONSTABLE:  Now, you're talking about
17  that little small road that goes right beside
18  the parking -- the ramp parking and goes down to
19  the hangars on the northwest side of the
20  airport?  The northern --
21       MR. ODOM:  Yes, sir.  That's correct.
22       MR. CONSTABLE:  Okay.  What are you going
23  to do about security?
24       MR. ODOM:  All that area is inside the
25  security fence at this point.

| Page 92 |
|---|

1        MR. CONSTABLE:  Pardon me?
2        MR. ODOM:  All of that area is inside the
3   security fence at this point.
4        MR. CONSTABLE:  I know it is, but you're
5   going to have people come from everywhere and
6   come down to your hangar and your lounge for
7   departing or incoming airplanes, are you not?
8        MR. ODOM:  Yes, sir.
9        MR. CONSTABLE:  Okay.  Then once again,
10  what are you going to do about security?  There
11  is a security problem over there right now
12  really.
13       MR. ODOM:  That's why they have the gate
14  up.
15       MR. CONSTABLE:  But how are you going to
16  allow people into there through that gate?  Are
17  you going to have a guard up there?  Or are you
18  going to have it fenced with a 10-foot high
19  fence?  Between that and the --
20       MR. ODOM:  No.  It's the same as many, many
21  airports that you fly into now that are
22  completely inside -- the FBO facilities are
23  completely inside the gated airport, and you
24  have to get access from either you come up and
25  identify yourself and have someone open the gate

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 246 of 313

3/14/0   QJ DESTIN JET                          CondenseIt™

---

Page 93

1    for you.  And that's the way it works now at
2    many of the airports that I fly to.  People are
3    used to that if they fly.
4        MR. CONSTABLE:  Okay.  If you say so.
5        MAYOR BARKER:  Thank you, sir.  Yes, ma'am.
6        MS. PERRYMAN:  Elizabeth Perryman, Mesa
7    Road.  I have a question of Mr. Odom.  This was
8    brought up in the very beginning -- I'm just
9    talking to them -- but this was brought up in
10   the fall of 2003 when all of us congregated over
11   at the community center and you were there,
12   okay, this thing, and we'd just found out about
13   it.  But one of the main concerns there was
14   security, okay.
15       I know you're very busy and you haven't had
16   time to watch cable news today, but maybe some
17   of the others have.  But lo and behold, after my
18   walk this morning, I came home and turned on Fox
19   News, and there was homeland security and a
20   senator speaking or a representative from
21   Arizona by the name of John Kyle (phonetic).
22   And --
23       MAYOR BARKER:  Ms. Perryman, I'm going to
24   have to interrupt you.  We have to get you on
25   the record.  You have to speak into the

---

Page 94

1    microphone.  I apologize.
2        MS. PERRYMAN:  Okay.  You know, it's not
3    like the -- this is not noise.  It's not -- it's
4    a security concern.  Because if you have
5    listened to any of the news lately, you know
6    they're eager to get leaks about security,
7    okay.  And especially after the big hearing in
8    Washington about this bomb, you know, the skill of
9    weeks about this bomb, you know, the skill of
10   these terrorists, the skill of their bomb.
11   That's how they're running everybody out of Iraq
12   and killing everybody.
13       But today, back to the subject, today on
14   cable news, they talked about homeland security
15   concerns about small airports with small
16   aircrafts -- and they didn't call them
17   helicopters.  They called them choppers.  And
18   that they are their number one concern -- not
19   the large airports, but the smaller ones where
20   there is very little security.
21       After I heard that, I talked to a neighbor,
22   and I said, well, what in this world -- I have
23   asked and I have not found out one thing.  Has
24   there been anything since our meeting in the
25   fall of 2003, city council, about security?

---

Page 95

1        MAYOR BARKER:  You're asking of the
2    applicant.
3        MS. PERRYMAN:  Has it?
4        MR. ODOM:  We will comply with all FAA and
5    homeland security measures that are required at
6    airports.
7        MS. PERRYMAN:  Have you not had anything
8    since 9/11?  Have you not received any
9    information?
10       MR. ODOM:  No.  I --
11       MS. PERRYMAN:  I called -- let me tell
12   you.  I called (inaudible) office today, the
13   company, because I was scared.  I was so scared
14   when I heard that on the news today.  You know,
15   it's scary.  You think about what happened with
16   9/11, and they had all those hearings, and the
17   main thing was it was out of confusion
18   somebody -- because it was a breakdown in
19   communication.  People were not doing their
20   job.
21       So I called his office and I got a lady
22   about my age because she sounded very mature and
23   very seasoned on everything.  And she could not
24   give me an answer, and she recommended that I
25   call the airport, Mr. Sealy's office.  And I

---

Page 96

1    said, well, I've already talked to him.  And the
2    last time was at a meeting we held recently, and
3    he said something about -- I think he said a
4    patrol car, another patrol car?
5        Well, anyway, the lady did say this, and it
6    was one thing I could follow up on.  She said,
7    well, really and truly, the sheriff's department
8    is the one that handles security.  So I very
9    graciously thanked her.  And I asked my husband,
10   I said, do you think that that would be -- I
11   shouldn't do that?  Shouldn't I call them?  And he
12   said, well, don't call them, call Mr. Hord.  I
13   think that's his name.  He's the spokesperson
14   for the Sheriff's Office.
15       So he was not in, but he called me back,
16   and I asked him a question.  And I got a
17   conversation and everything.  He was very
18   interested, and he's going to follow up on it
19   for me.  But he said, Ms. Perryman, I believe
20   that that's something you should ask the
21   developer.  Okay.
22       MR. ODOM:  What is the question?
23       MS. PERRYMAN:  About, you know, I was
24   concerned about the newscast today about
25   homeland security and the danger at small

---

**DESTIN CITY COUNCIL / DESTIN JET**                Page 93 - Page 96

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 247 of 313

3/14/05 QJ DESTIN JET　　　　　　　CondenseIt™

**Page 97**

1　airports where there's no security.  And then I
2　know, because I went back and I looked at the
3　notes back in the fall of 2003 that was listed.
4　I think it was -- I can't remember how many, 15,
5　15 concerns (inaudible) I've forgotten.  But,
6　you know, we followed up on this thing after
7　that meeting, you know, and tried to do
8　something about it.  But I cannot recall
9　anything being said to follow up on that, and
10　yet in this day and time, that is so urgent.
11　It's so important.
12　　　　But that's what Mr. Hord said, and I wrote
13　it down.  What has been done addressing security
14　concerns?  So what has been done since our
15　meeting and all this has come -- I suppose to
16　the planning committee?
17　　　　MR. ODOM:  My answer was what I just
18　stated:  We will comply with all FAA and
19　homeland security requirements.
20　　　　MS. PERRYMAN:  Okay.  Well, he also said
21　and I asked him, I said, well, now, who -- when
22　they handed this thing down in Washington and
23　everything, all these come down, does your
24　office get this information?  And he said, yes,
25　ma'am.  And I probably already have one on the

**Page 98**

1　newscast that you're talking about.  And I said,
2　well, what happened to it?  What did you do with
3　it?  And he said, I don't know because I don't
4　follow up on that, but I would think it go -- be
5　handed down to the proper people.
6　　　　But what I'm saying is this is such a
7　concern, why has this not been addressed along
8　with all the other concerns about the airport?
9　I mean, you're talking about lives.  You're
10　talking about a terrorist getting into that
11　airport with a bomb, and what do you think he
12　could do?
13　　　　MR. ODOM:  He can do it now.
14　　　　MS. PERRYMAN:  Yeah.  But what's being done
15　to prevent it?  What are you doing as a
16　developer of this project?
17　　　　MR. ODOM:  Ma'am, I told you, I'm going to
18　comply with all FAA and homeland security.
19　　　　MS. PERRYMAN:  Well, who are you getting
20　your information -- who's going to come up and
21　give you the information?
22　　　　MR. ODOM:  That's all I can tell you.
23　　　　MS. PERRYMAN:  I think that is something
24　that needs to be checked into.
25　　　　MAYOR BARKER:  Thank you, Ms. Perryman.

**Page 99**

1　Okay, our next cross-examination.  Yes, sir.
2　　　　MR. MARLER:  Greg Marler, 23 Fletcher
3　Drive.  Jay, do you know how many takeoffs and
4　landings are at the airport on a yearly basis?
5　　　　MR. ODOM:  I think on a yearly basis there
6　is 50,000, 20,000.
7　　　　MR. MARLER:  Fifty thousand.  And you're
8　not going to increase it?
9　　　　MS. PATTERSON:  That's wrong.
10　　　　MR. ODOM:  I don't have any plans -- that's
11　not part of this program.  I mean, traffic's
12　going to increase.  There's no doubt about that.
13　　　　MR. MARLER:  It's a part of it
14　(inaudible).  Okay.  And you say you're
15　successful and you don't need to do this to be
16　successful.  Success doesn't mean driving a
17　Hummer, having an airplane, living in big
18　mansions.  Success is making a community what it
19　should be and going with the wishes of a
20　community, not against it.  This project needs
21　to be renamed.  It needs to be renamed the
22　octopus.  It's getting eight arms and wrapping
23　up everything.
24　　　　MAYOR BARKER:  Okay.  The next person,
25　please.

**Page 100**

1　　　　MR. PATTERSON:  Edward Patterson, Lakeside
2　Drive.  I'd like to follow up with a question on
3　the security.  I don't know what the regulations
4　are from homeland security about, for example,
5　the placement of fuel storage tanks within a
6　certain distance from residences.  I can easily
7　imagine an aircraft flying in and going up to
8　your hangar for service or an automobile coming
9　in to inquire about service.  And in and out
10　might be a couple of people, one of them who
11　might have a little package about the size of a
12　cigarette package of C3 or C4 with a little
13　litmus so he can attach it on to any metal
14　place.
15　　　　It seems to me that that amount fuel is
16　very vulnerable to this sort of a sabotage
17　attack or terrorist attack.  And while I realize
18　you have to have fuel there to perform your
19　function, I really question whether or not you
20　will have the security facilities to screen
21　people against such a possibility and whether it
22　might not be wiser to move the storage tank a
23　lot farther away from occupied residences.
24　　　　MR. ODOM:  We've done the research on the
25　fuel facility, and it more than exceeds the

**DESTIN CITY COUNCIL / DESTIN JET**　　　　　　　　Page 97 - Page 100

3/14/0: QJ DESTIN JET                     CondenseIt™

**Page 101**

1  requirements that -- the State of Florida
2  regulates fuel and where it goes and all the
3  requirements for that, and we meet all -- meet
4  or exceed all those requirements.
5       MR. PATTERSON: I doubt very much it would
6  include the requirements for homeland security.
7  Thank you.
8       MAYOR BARKER: Next person, please.
9       MR. STICHLER: Yes, sir. Ray Stichler from
10  2790 Misty Way. Two questions about your
11  design. You said the tarmac, which you call the
12  parking lot, you said you're going to be able to
13  secure the planes in there and build a gate
14  around it like they do at the -- what are you
15  going to do there exactly to hold the planes in
16  place?
17      MR. ODOM: In the area of the ramp where
18  it's a tow-only area, in this area here, we'll
19  be able to secure that at night. The only
20  requirement is at night between 10:00 a.m. and
21  6:00 in the morning.
22      MR. STICHLER: But how are you going --
23  okay, my question is, how are you going to
24  secure them? Are you going to put spike
25  strips -- I'm being facetious with that -- or

**Page 102**

1  some sort of gate or something?
2       MR. ODOM: Yes.
3       MR. STICHLER: And also about how are you
4  going to move the aircraft from the parking lot
5  as you call the tarmac, the arrival-departure
6  area?
7       MR. ODOM: Yes.
8       MR. STICHLER: And that's going to be a
9  Cushman? That's diesel power. Am I correct?
10      MR. ODOM: No. Actually, it's an electric
11  car.
12      MR. STICHLER: You have electronic cars now
13  to move the aircraft?
14      MR. ODOM: It's like the one they're using
15  out there now. They're electric power.
16      MR. STICHLER: Okay. I didn't know that.
17  Okay. I just wanted (inaudible). Thank you.
18      (There is various inaudible and interposing
19  discussion from the audience.)
20      MAYOR BARKER: I think the question was,
21  how do you plan to secure the tarmac.
22      MR. ODOM: On the area where we agree that
23  planes cannot leave in the evening, we'll have
24  to come up with a system where there can be a
25  post put in the -- in a pre-made sleeve in there

**Page 103**

1  so that they can't move the airplane. But,
2  again, when we have tow-only areas, the way the
3  planes are parked with towing, you don't have to
4  meet the same spacing requirements as you do
5  when you're moving a plane under power. And
6  when you park like that, they wouldn't be able
7  to come out and crank up their plane to move it
8  anyway. But we can handle that.
9       MR. COURSE: This is Al Course again, 79
10  Crest Place in Destin, Florida. Maybe I could
11  help you and bring you up to speed on how many
12  aircraft are coming into this area. Published
13  in The Log, Saturday, April 15th of 2001, Mr.
14  Sealy said, at this time, airport officials said
15  200 planes at a time line up in the field and
16  175 aircraft take off every day there or land.
17  That was in 2001, okay.
18      I called up Miracle Jet the other day
19  because of a loud -- I think it was a Lear jet
20  that took off. And she said that they report
21  every day to the airport, Mr. Sealy, how many
22  planes take off and land. So that figure is
23  available to anybody who wants it. We've been
24  trying to get it, and I've never gotten it for a
25  long time.

**Page 104**

1       But that airport is an unattended airport.
2  There is no control at that airport. It's the
3  busiest airport in the nation that's
4  uncontrolled, and I don't think we should have
5  Destin Jet. I don't think it's needed. And I
6  think it's a hazard to this community. Thank
7  you.
8       MAYOR BARKER: Next person, please.
9       MS. WILSON: I have two -- Betsy Wilson,
10  805 Main Street. I have two questions. One has
11  to do with the service and maintenance of
12  helicopters. Is that allowed for in your lease
13  agreement?
14      MR. ODOM: A helicopter is an aircraft to
15  be serviced just like an airplane, yes.
16      MS. WILSON: It's my understanding from
17  Terry Curry that in your lease agreement that
18  that sort of activity would be prohibited.
19      MR. ODOM: The lease agreement prohibits
20  the modification and -- I forget the exact
21  wording -- but modification and overhaul of
22  helicopters. It doesn't prohibit the normal
23  servicing and maintenance, but it does
24  specifically prohibit modification to
25  helicopters.

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 248 of 313

## Page 105

1  MS. WILSON: My specific question to Mr.
2  Curry in an e-mail June 14th states: During our
3  discussion, you stated that the Destin Jet
4  lease, Jay Odom's project, clearly states that
5  helicopter operations, helicopter maintenance,
6  etc. are going to be prohibited on his new
7  FBO. Mr. Curry responded to me: Yes, this
8  would be a prohibited activity within the lease
9  agreement, page 3 and 4, Article 2, grant of
10  use.
11  MR. ODOM: Again, the modification of
12  helicopters. But helicopters fly under the
13  exact same rules as aircraft and the FAA -- you
14  can't restrict an airport against a type of
15  aircraft. The FAA will not allow you to do
16  that. Helicopters can fly into any airport that
17  an airplane can fly into.
18  SPEAKER: Which generates noise.
19  MS. WILSON: Which generates noise,
20  absolutely, yes. Now, you mentioned that the
21  fuel farm will meet all the requirements?
22  MR. ODOM: Yes, ma'am.
23  MS. WILSON: Were the proximity of homes
24  taken into consideration --
25  MR. ODOM: Yes, ma'am.

## Page 106

1  MS. WILSON: -- when you got to that?
2  MR. ODOM: Yes, ma'am.
3  MS. WILSON: And you have documentation on
4  that?
5  MR. ODOM: There's a separate permit from
6  the state required for the fuel facility that
7  requires all of that to take place before they
8  will issue a permit for fuel tanks.
9  MS. WILSON: So you have backup
10  documentation?
11  MR. ODOM: Well, I still have yet to obtain
12  that permit. I've been through the process. I
13  know what the rules are. That's one of the
14  requirements that has to be done is to permit
15  the fuel farm.
16  MS. WILSON: So in hearing you correctly,
17  you do not have a permit right now for the fuel
18  farm, but yet it's in your plans, correct?
19  MR. ODOM: Yes, ma'am. I don't have a
20  permit for any of this, but it's in the plans.
21  You have to go through this process of steps of
22  approval to get certain things done. You have
23  to go out and know you can build and know what
24  the rules are. We got that reviewed by an
25  expert consultant on fuel. We know what the

## Page 107

1  requirements are. But, you know, to actually
2  buy a tank and put it in place, you have to have
3  a permit for it.
4  MS. WILSON: And how would it affect your
5  business if per chance this permit was
6  rejected?
7  MR. ODOM: It would kill the entire
8  business.
9  MS. WILSON: Thank you.
10  MAYOR BARKER: Thank you. Next person,
11  please. Any other cross-examination? Yes, sir.
12  MR. GIADROSICH: Don Giadrosich. Your
13  expert says that your design and layout and your
14  fence and sound barrier (inaudible) your expert
15  says that your sound barrier, your fence and
16  your design and layout is good to minimize or to
17  try to suppress the noise. There's no question
18  about that is what he said. The real question
19  that I would like to ask, is he prepared to say
20  that the noise level at the fence, the perimeter
21  fence at the airport in your area of operation
22  where your facility will be will be 65 DB or
23  less?
24  MR. ODOM: No. That's not -- 65 decibel
25  noise level that's part of the PART 150 study,

## Page 108

1  is not what this study is done on. That --
2  MR. GIADROSICH: Well, that's the only
3  thing that counts.
4  MR. ODOM: Well, in that line, this
5  facility will not have an affect on that line
6  whatsoever. The experts that are doing that
7  study have already stated that. This doesn't
8  factor into the study that will create the 65
9  DNL noise contour or any of the noise contours.
10  MR. GIADROSICH: So you're saying that
11  you're going to have zero noise contributed by
12  any operation that goes on?
13  MR. ODOM: I'm just -- no. That's not what
14  I said. I'm telling you, and I'll be glad to
15  get Mr. Lewis back up, and he can address that
16  as an expert witness.
17  MR. GIADROSICH: If he would like to make a
18  statement on the 65 DB at the fence, fine. Get
19  him back up.
20  MR. ODOM: That's not the issue. The 65
21  DNL that's being done by the county will not be
22  affected by this project.
23  MR. GIADROSICH: Well, something is
24  generating a noise at the airport.
25  MR. ODOM: The noise is there today. I

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 250 of 313

3/14/0? QJ DESTIN JET                CondenseIt™

**Page 109**

1  agree with that.
2      MR. GIADROSICH: It's there today. And
3  when you put your operation in there, it's not
4  going to go away. It's going to be greater than
5  that, okay. And what you really need somehow is
6  to suppress it down, whatever you contribute to
7  it. The design and what goes into what your
8  operation has shouldn't be any more than 65 DB
9  at that fence.
10     MR. ODOM: It shouldn't be any more than
11 what it is today.
12     MR. GIADROSICH: We disagree on that.
13     MAYOR BARKER: Any other
14 cross-examination? Yes, sir.
15     MR. NACOL: Mark Nacol, 830 North
16 Lakeside. Mr. Odom, why do you want to put it
17 there on the north side? Did the city ever ask
18 you to go put it on the south side?
19     MR. ODOM: That's an answer for the
20 county. This is the only piece of property
21 available on the airport that's available for
22 this operation.
23     MR. NACOL: For this operation?
24     MR. ODOM: For an FBO operation, it's the
25 only piece there's out there.

**Page 110**

1      MR. NACOL: So we couldn't have another FBO
2  on the south side; is that what they're saying
3  to you?
4      MR. ODOM: I have no knowledge of that.
5  That's not in my -- I don't think so, but I
6  can't comment on that. I don't --
7      MR. NACOL: Okay. Thank you.
8      MAYOR BARKER: Any other cross-examination
9  for the applicant?
10     MR. BLOYER: Mr. Stan Bloyer, 313 Yacht
11 Club Drive, Fort Walton Beach. Am I correct,
12 Mr. Odom, in understanding the distinction, a
13 difference in the nature of the noise studies
14 that have been done? The one pertaining to 65
15 DB has to do with aircraft flight operations and
16 the noise generated from airplanes taking off
17 and landing, which is a totally different thing
18 from what goes on in the ramp or is -- is that
19 correct?
20     MR. ODOM: In the FAR PART 150 study, all
21 of the factors that go into that study are
22 aircraft flight patterns, the type of aircraft,
23 the number of landings. All of those issues go
24 into that study. The FBO does not enter that
25 equation at all.

**Page 111**

1      MR. BLOYER: Thank you, sir.
2      MAYOR BARKER: Yes, ma'am.
3      MS. SYBERT: Teresa Sybert, Planet Drive.
4  How much fuel does a corporate jet hold?
5      MR. ODOM: Anywhere from 300 gallons to --
6  I don't know what the biggest one is -- maybe
7  3,000 gallons.
8      MS. SYBERT: And so you're saying if you
9  sell someone that much fuel and what if they're
10 just coming in for a meeting, but their meeting
11 is not going to be over until late? They have
12 to get home. They're not going to be able to
13 get out of your place?
14     MR. ODOM: The suggestion that was from the
15 neighbor that I agreed to implement was that if
16 they're going to park on the ramp overnight on
17 this portion of the no-run ramp, that in the
18 document they would sign to park there, it would
19 state they could not depart between 10:00 p.m.
20 and 6:00 a.m.
21     MS. SYBERT: What if they weren't parking
22 overnight? I mean, where are the planes put
23 there? I mean, if I'm just coming in and having
24 supper, I don't know, and stay out until 11:00
25 and then I want to leave?

**Page 112**

1      MR. ODOM: You'd have to park in a
2  different place.
3      MS. SYBERT: And where is that on -- where
4  would you park?
5      MR. ODOM: If there's room to park in the
6  arrival and departure area, you could do that.
7  If not, you'd have to park somewhere else on the
8  airport.
9      MS. SYBERT: Okay. And then the second
10 thing is, is it legal to block someone's plane
11 in?
12     MR. ODOM: We discussed that, and that's
13 why they would have to sign an agreement on
14 parking that they acknowledge that that
15 condition exists, and then, yes, it is.
16     MS. SYBERT: Okay. Thank you.
17     MAYOR BARKER: Any other
18 cross-examination? Okay. I see no other
19 cross-examination. Thank you, Mr. Odom.
20     MR. ODOM: Thank you.
21     MAYOR BARKER: And I assume that you will
22 want five minutes to wrap up at the conclusion
23 of tonight's presentation. Okay. Mr. Shirley,
24 does staff have a presentation to make?
25     MR. SHIRLEY: Yes, mayor. At this time

**DESTIN CITY COUNCIL / DESTIN JET**

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 251 of 313

3/14/0? QJ DESTIN JET                    CondenseIt™

---

**Page 113**

1  staff would call Ms. Julie Salvo. What she'll
2  be doing is making a presentation on Power
3  Point. We expect it will take approximately 15
4  minutes to make that presentation, after which I
5  shall ask her questions on that at that time.
6      MAYOR BARKER: Okay.
7      MS. SALVO: I just need a minute to set
8  up.
9      (WHEREUPON, there was a brief pause in the
10  proceedings, after which they resumed as
11  follows:)
12      MS. SALVO: My name is Julie Salvo. I work
13  for the Renaissance Planning Group out of
14  Orlando. We're the continuing services
15  consultant for the City of Destin. We work with
16  the city on a variety of issues. Last summer,
17  this project, Destin Jet, came before me and the
18  city asked me to prepare a compatibility
19  analysis for this project.
20      The issues we were assigned to address are,
21  is the Destin Jet proposal and residential uses
22  surrounding the proposal development site
23  compatible? If they're not compatible, what
24  mitigation measures can be used to provide a
25  higher degree of compatibility?

---

**Page 114**

1      We also identified early on that
2  controlling noise is a major challenge because
3  it's a major issue brought up by residents in
4  the area. We also recognized early on that
5  space in Destin is a premium. There is a very
6  high demand for both residential space and
7  nonresidential space, and so we needed to
8  identify the proper balance between those two
9  uses.
10      This is just an overview of the proposal
11  (indicating screen). You've already heard
12  plenty about it. But it's a proposal for an FBO
13  work space and one hangar. It's going to occur
14  on a densely wooded area on the northwest side
15  of the airfield. What it's going to do is
16  introduce a new airport activity to a
17  neighborhood that -- it might be exposed to
18  overhead noise impacts, but it's going to be
19  right on the ground will be the new impact. And
20  the pictures on the other side there just show
21  examples of the current hangars at the airport
22  just to give you an idea of what something like
23  this will look like.
24      This is an aerial photograph of Destin with
25  the airport in the middle. This is the existing

---

**Page 115**

1  hangars. This is the existing airport property
2  depicted by the purple lines. And this red line
3  depicts the approximate boundaries of the Destin
4  Jet proposal. It's safe to assume that all the
5  property on this map is being affected in some
6  way or another by the airport. These are the
7  areas that might experience some very
8  significant impacts with this proposal.
9      Just to provide some background on the
10  situation and how we've come to this situation
11  today, the airport here provides general
12  aviation facilities and that's recreational,
13  business type of operations. The airport and
14  adjacent neighborhoods have grown simultaneously
15  since the 1960's. Since the 1960's, the airport
16  has grown from 101 acres to 395 acres so they've
17  been acquiring property for about 40 years now.
18  At the same time, various neighborhoods have
19  sprung up around the airport, and those have all
20  been approved by the governing body.
21      Destin's LDC and the comprehensive plan
22  have requirements for compatibility. And,
23  basically, what that is, is it's defined as a
24  condition in which land uses can coexist near
25  each other and that no use or condition is

---

**Page 116**

1  unduly negatively impacted by the other uses or
2  condition.
3      When looking at the compatibility of the
4  project we examined typical things like
5  neighborhood character, the proximity of the
6  project. We looked at air quality. We really
7  focused in on noise because that seemed to be
8  the most problem issue.
9      Regarding character, airports are
10  considered an industrial land use. Industrial
11  land uses produce noise, air pollution,
12  vibration. They're not typically allowed near
13  residential uses without some sort of buffer
14  area. And as I mentioned before, this new
15  industrial type of use will introduce an impact
16  to an area that's not directly affected by the
17  current airport activity. And just to
18  demonstrate that, the photo on the left is of
19  the existing airport operation, and the photo on
20  the right is the green buffer area. So there's
21  a definite contrast in what the character will
22  be for the people living adjacent to this area.
23      We also looked at the proximity. This
24  airport has some of the closest in proximity
25  land uses that we've seen anywhere in Florida.

---

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 113 - Page 116

| Page 117 |
|---|

1 The service road -- the photo on the top corner
2 is of the existing airport operations. It's
3 separated by a 24-foot wide roadway. So this is
4 a very, very close type of land use. The photo
5 on the bottom, you can actually see the hangar
6 from behind the home. So obviously this has a
7 very strong visual impact. And the current
8 buffering that is employed on the airport
9 property is a chain link fence with barbed
10 wire.
11 These photos also just illustrate the
12 proximity between the Destin Jet property and
13 the adjacent neighborhood. This as an overhead
14 view of the project area just to provide some
15 context.
16 As was mentioned earlier, the county is
17 currently undergoing an FAA PART 150 noise
18 study. The output of this study will be a noise
19 compatibility program. And that's going to deal
20 with impacts of the airport as a whole. FAA
21 does discourage residential uses in areas that
22 have an LDN of 65 or over. This is the most
23 up-to-date LDN map, noise contour map, that's
24 available. And as you can see, the blue line is
25 zoned Noise Zone C, and those are uses that fall

| Page 118 |
|---|

1 within a 65 to 70 LDN. So according to the FAA,
2 these uses are currently not compatible with the
3 airport and the residential.
4 To sum things up, the uses, the airport and
5 the residential are clearly not compatible from
6 a land use point of view; however, we did have
7 to balance that issue with the fact that the
8 airport does have a right to grow. The airport
9 is zoned airport. It's in the future land use
10 as airport. It's been accumulating property for
11 40 years with the intention of growing. And
12 although it doesn't have a current adopted
13 master plan, the master plans that have been
14 done in the past do indicate growth. But you
15 have to balance that with the residents who live
16 there. They have a right to protect their
17 investment, and they have a right to a quality
18 of life. So our goal is to find a balance
19 between the uses.
20 We looked at some mitigation techniques
21 that are used in other areas. Soundproofing and
22 noise insulation were very common, but that's a
23 very expensive alternative. Others were
24 buy-outs and condemnation, which I don't think
25 is going to work here given the demands for

| Page 119 |
|---|

1 housing. Changes in airport configuration,
2 building code changes, zoning and land use
3 restrictions. It's a little bit too late for
4 that because the situation has already
5 proliferated.
6 A few options are feasible. The ones that
7 are feasible include providing a sound wall to
8 help mitigate the noise; providing landscaping
9 that would mitigate the visual impact of the
10 sound wall; operational agreements between the
11 city and the airport such as towing the aircraft
12 to the run-up area or restricting the hours that
13 planes are allowed to operate; and also
14 consulting with an acoustical engineer to make
15 sure that the sound wall and the landscaping and
16 the combination of things will actually do what
17 it needs to do.
18 The Destin Jet proposal has come a long way
19 since we looked at it last summer. They're
20 including a 50-foot buffer, a noise barrier, the
21 agreement that Mr. Odom spoke about. The
22 hangars open towards the runway, which also
23 would limit the impacts. And the parking area
24 would provide additional buffer area.
25 At this time, we're recommending that the

| Page 120 |
|---|

1 compatibility is confirmed based on conditions.
2 Those conditions would be providing a noise
3 barrier; conferring with an acoustical engineer
4 to make sure that that noise barrier is
5 effective. And our measure for that would be
6 requiring evidence that the noise would not --
7 there would be no net increase in noise because
8 of this project. Also providing a landscape
9 buffer, agreeing to tow the aircraft and
10 agreeing also to future mitigation based on
11 potential noise study -- or I'm sorry, a
12 potential air quality study that the county is
13 looking into doing and also on an FAA noise
14 study.
15 To summarize, there's a very high demand
16 for space in Destin. There's housing
17 shortages. There's a lot of demand for a
18 variety of housing types. There's just not a
19 lot of space to do everything that we need to
20 do. So we needed to identify some sort of
21 win-win strategy that will make -- I think
22 comfortable is a strong word, but that will at
23 least accomplish the airport's objectives and
24 help the situation with the residents and also
25 recognize that noise can, in fact, be managed

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 253 of 313

3/14/0. QJ DESTIN JET                    CondenseIt™

**Page 121**

1  through a combination of design and policy.
2      And I think we've come a long way with
3  requiring a certain level of design as opposed
4  to some of the former airport projects that are
5  on the site now.  And that wraps it up.
6      MAYOR BARKER:  Okay.
7      MR. SHIRLEY:  I do have a few questions.
8  Ms. Salvo, could you back up to the
9  recommendations, please?
10      (Ms. Salvo complies with the request of
11  counsel.)
12      MR. SHIRLEY:  Now, when you say, confirm
13  compatibility, in your opinion, were the airport
14  to implement the various recommendations you
15  have made, then it would be your opinion that
16  the airport would achieve compatibility with the
17  neighborhood -- not the airport, but this
18  particular FBO operation would achieve
19  compatibility with the neighbors?
20      MS. SALVO:  It would achieve a higher
21  degree of compatibility than if it did not have
22  these elements.
23      MR. SHIRLEY:  Now, as you stated before, it
24  was your opinion that the airport itself
25  currently has a compatibility problem with the

**Page 122**

1  surrounding neighborhoods?
2      MS. SALVO:  That is correct.
3      MR. SHIRLEY:  So I think I heard you say
4  that it was your goal in recommending a
5  condition to the city that there be no net
6  increase in noise?
7      MS. SALVO:  That is correct.
8      MR. SHIRLEY:  Okay.  And to your knowledge,
9  has the airport or is the airport proposing
10  changes in either the proposal or operations to
11  comply with the recommendations that you have
12  made?
13      MS. SALVO:  I believe the applicant has
14  provided those.
15      MR. SHIRLEY:  Yeah.  I keep saying
16  airport.  The substitute FBO proposal here.
17      MS. SALVO:  Right.  We haven't received
18  quantitative evidence that this mitigation
19  package will apply the optimum mitigation.  It
20  sounds like it might, but we need a little bit
21  more quantitative evidence that that's the case.
22      MR. SHIRLEY:  And what you're referring to
23  is the, I guess what we called the white paper
24  that was submitted by Destin Jet on March 4 --
25  o dated March 4, 2005?

**Page 123**

1      MS. SALVO:  That is correct.
2      MR. SHIRLEY:  And have you reviewed that?
3      MS. SALVO:  I have reviewed that.
4      MR. SHIRLEY:  And I believe if I could
5  summarize what you're saying is that even
6  despite the fact that this was submitted, that
7  there is a condition in the proposed development
8  order that would require an evaluation of the
9  noise issue that goes even beyond what is
10  presented in this white paper to establish that
11  the noise -- that a certain level, acceptable
12  level of noise attenuation will be achieved by
13  the sound barrier?
14      MS. SALVO:  That is correct.  The white
15  paper, in my opinion, does a very good job in
16  describing the noise barrier and the mitigation
17  package in detail, and then it draws some
18  conclusions, but it doesn't really make the
19  linkage between how one affects the other.  And
20  I think it's in there, but it just needs to be
21  brought out a little bit more.
22      MR. SHIRLEY:  Mr. Mayor, that's all I have
23  for the witness at this time.
24      MAYOR BARKER:  Okay.  It would be
25  appropriate for cross-examination of the city

**Page 124**

1  staff, but it's been requested to take a
2  five-minute break so we'll do that and then we
3  convene with cross-examination.
4      (WHEREUPON, there was a short break taken,
5  after which the proceedings resumed as follows:)
6      MAYOR BARKER:  Ladies and gentlemen, let's
7  go ahead and call the meeting back to order
8  please.  Thank you.  Mr. Shirley.
9      MR. SHIRLEY:  Mayor Barker, at this time,
10  we would like to move as Staff's Exhibit --
11      MR. MILLER:  Is it C?
12      MR. SHIRLEY:  I'm not sure if it would be B
13  or C.  I guess we can call it C for
14  identification purposes, the Power Point
15  presentation prepared by Ms. Salvo with regard
16  to the Destin Jet project.
17      MAYOR BARKER:  Okay.  Is there any
18  objection to the Power Point presentation being
19  entered into the record as Staff's Exhibit C?
20  Okay.  I see no objection so we will enter the
21  Power Point presentation as Staff Exhibit C.
22      (WHEREUPON, Staff Exhibit C was marked for
23  identification and entered into the record.)
24      MR. SHIRLEY:  And with that, we have no
25  further questions of the witness.

DESTIN CITY COUNCIL / DESTIN JET

Case 3:20-cv-03678-MCR-ZCB   Document 71-2   Filed 11/28/22   Page 256 of 315

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 254 of 313

Page 125

1  MAYOR BARKER: Okay. At this time it would
2  be appropriate for anybody that wishes to do
3  cross-examination of city staff. Please come
4  forward and identify yourself for the record.
5  Yes, ma'am.
6  MS. BARR: I'm Jan Barr and I do have a
7  question. You talked about what seemed to be
8  citizens' or residents' concerns so who were
9  these residents or citizens that were involved
10 in this study?
11 MS. SALVO: The study was performed on
12 behalf of the city. It was by Renaissance
13 Planning Group, and we did not seek public input
14 except on behalf of what the city related to us.
15 MS. BARR: Who from the city relayed
16 information on behalf of we residents?
17 MS. SALVO: People from the community
18 development department, Jerry Mucci and Ken
19 Gallander.
20 MS. BARR: And what did they tell you that
21 are needs were? Did they -- I never saw
22 anything that mentioned the smells in particular
23 and our concern about contaminate particles.
24 Were those ever expressed as interests that we
25 have?

Page 126

1  MS. SALVO: They were expressed. It was
2  something we looked at, but because of the
3  technical nature of the issue, we were limited
4  as to how much detail we could get into that in
5  our study. There was (inaudible) proposal out
6  right now for the county for an air quality
7  study so presumably that would address the air
8  quality issues more. But we were really looking
9  at this from a land-use perspective. And we did
10 address noise, but, you know, there's only so
11 much you can do in this type of study.
12 MS. BARR: Why didn't you attempt to
13 contact some of us who would have been
14 perhaps -- I know I would have been quite
15 willing to participate in working with you?
16 MS. SALVO: It just wasn't -- that wasn't
17 the nature of the study. That wasn't the scope
18 of what we were supposed to do.
19 MS. BARR: Well, given that so many
20 projects that come before these particular
21 individuals are approved in favor of the
22 developer, do you feel that really our interests
23 were adequately represented? I do not want to
24 insult anybody, but quite frankly, I have a
25 great concern about this.

Page 127

1  MS. SALVO: I do feel that everybody's
2  interests were represented. And as a
3  consultant, we're in a situation where we had to
4  look at this as objectively as possible from all
5  perspectives and take a very holistic approach
6  to how we addressed this project and the
7  compatibility issues.
8  MS. BARR: I don't know how you can say
9  that honestly. I don't know how you can
10 honestly look me in the face and tell me you
11 think that when you've spent no time with me,
12 and you have yet to listen to anything I've said
13 at this meeting. So that's -- that's my only
14 response to that. I do not feel -- I feel like
15 you say that very lightly, and I feel a little
16 bit insulted.
17 MS. SALVO: I'm sorry you feel that way.
18 MS. BARR: (Inaudible) I am insulted that
19 you've taken (inaudible) --
20 MR. SHIRLEY: Mr. Mayor, could you please
21 instruct the witness to confine her questions to
22 the matter at hand.
23 MS. BARR: Sir, that is the matter at
24 hand. That is a large part of my concern.
25 MAYOR BARKER: This is cross-examination of

Page 128

1  testimony that's been put into the record.
2  MS. BARR: Yes, sir, but please ask them
3  not to insult me. I feel like they did.
4  MAYOR BARKER: Ma'am (inaudible). Thank
5  you, ma'am. Next person cross, please.
6  MR. WOOD: Seeing as we just entered the
7  Power Point presentation into the record, the
8  report that I just looked at dated 10 March, has
9  that been entered into the record?
10 MS. SALVO: That was part of the staff
11 report.
12 MR. WOOD: That's all in there then? All
13 in the record?
14 MS. SALVO: I do not --
15 MR. WOOD: Because I did see as I thumbed
16 through it quickly, I did see some issues about
17 carcinogens in there in your Power Point.
18 MS. SALVO: Absolutely. We addressed the
19 fact that aircraft activity does have an affect
20 on air quality, and it does produce various
21 pollutants. It does do that.
22 MR. WOOD: In your other thing I saw that
23 was dated 14 August of last year said the
24 project at that time was incompatible, and now
25 it's more, but not necessarily compatible; is

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 255 of 313

3/14/05 QJ DESTIN JET                    CondenseIt™

Page 129

1  that correct?
2      MS. SALVO:  Correct.  The site plan which
3  the developer has provided to the city has
4  evolved quite a bit.  We've been working, the
5  city and I have been in contact with him in
6  making our recommendations, and he's complied
7  with them.
8      MR. WOOD:  Well, let me go out on a limb
9  and step in a pile here.  If I were to ask the
10  specific question, is the current project
11  compatible, what's the answer to that?
12      MS. SALVO:  Not really.
13      MR. WOOD:  Thank you.
14      MS. PATTERSON:  Hi, Cheryl Patterson,
15  Lakeside Drive.  I'd just like -- would you go
16  back to your recommendation, please.  Okay.  The
17  third recommendation -- the second
18  recommendation says, confer with an acoustical
19  engineer.  And I know we all got this white
20  paper here and it had all these things in here,
21  but, actually, this was not prepared by an
22  acoustical engineer.  I think I can ask the
23  staff questions?  Is that correct?
24      MR. SHIRLEY:  I'm sorry.  Would you repeat
25  the question?

Page 130

1      MS. PATTERSON:  Can I direct this question
2  to a staff member?
3      MAYOR BARKER:  Yes.  This is
4  cross-examination of staff.
5      MS. PATTERSON:  I'd like to ask Mr. Mucci.
6  Mr. Mucci, has anything been done with this as
7  to getting the opinion of an acoustical engineer
8  on this sound barrier?
9      MR. MUCCI:  One of the staff concerns about
10  the review of this project was that with the
11  knowledge of the complexity of this kind of
12  proposal with an airport situation, with the
13  technical aspects of various aircraft, we
14  understood that staff was not in a position to
15  determine whether a particular mitigation
16  measure was appropriate.
17      In fact, the LPA group, a specialized
18  airport consulting firm retained by the county
19  to conduct the PART 150 noise study, that
20  consultant representing the LPA group admitted
21  himself that even his firm was not qualified to
22  do a site specific noise mitigation analysis to
23  determine whether a particular barrier would
24  perform as anticipated or as needed to assure
25  compatibility.

Page 131

1      The analysis that was submitted to us, the
2  so-called white paper, while it may have been
3  prepared by a firm that meets the criteria that
4  the city was looking for, that is an acoustical
5  engineer with airport noise mitigation
6  experience, there are assumptions in that report
7  that are made for the type of aircraft that
8  assumes as an average.  It assumes, for example,
9  that the average height of an aircraft engine
10  exhaust is 5 to 6 feet off the ground, when, in
11  fact, there are many types of general aviation
12  aircraft where the engines may be 10 or 12 feet
13  off the ground.  And that report did not take
14  that larger than average aircraft or higher than
15  average aircraft engines into consideration in
16  the analysis.
17      So an 8-foot wall may be effective for
18  engine heights of 5 to 6 feet in height off the
19  ground, but those are, maybe typical, but
20  they're -- the use of the airport will not and
21  cannot be restricted to just the typical
22  aircraft.  I understand that all types of
23  aircraft must be used or must be allowed at the
24  airport.
25      So that brings us to the question of we

Page 132

1  don't want either staff to be presumptuous that
2  we know what the mitigation measures need to be
3  optimally to resolve the issue; whether that
4  wall has to be 8 feet, 10 feet or 12 feet high
5  or whether the wall at that location is the most
6  appropriate location.  That's why we recommended
7  that there be an acoustical engineer with
8  experience and qualifications to do airport
9  noise mitigation analysis and recommendations to
10  demonstrate whether or not the proposed
11  mitigation measures are adequate.  And we, as
12  staff, don't believe that we have seen that type
13  of evidence presented to us at this time.
14      MS. PATTERSON:  And so, in reality, this
15  paper, this white paper that we've all read now,
16  was prepared by a person that never visited this
17  site.  So we would assume that what they were
18  basing this paper on was Mr. Odom's site plan so
19  we have not had an acoustical engineer go over
20  these plans or visit the site; is that correct?
21      MR. MUCCI:  Yeah.  That's the other part of
22  our concern is that there has been no existing
23  condition benchmark study to determine by this
24  engineer the actual noise conditions on the site
25  with the existing condition.  And it would seem

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 129 - Page 132

3/14/05 QJ DESTIN JET                    CondenseIt™

### Page 133

1  if we were to have a no net increase in decibel
2  level at the property line standard as the
3  criteria for determining whether compatibility
4  is not being worsened with this facility, then
5  we need to have a benchmark analysis done for
6  the existing conditions in order to know whether
7  the proposed improvements will result in the
8  same or worse or better noise conditions than
9  that exists.
10     MS. PATTERSON:  Thank you.
11     MAYOR BARKER:  Any other cross-examination
12  of the staff?  Yes, sir.
13     MR. NACOL:  Mark Nacol, 830 North Lakeside
14  Drive.  Young lady, can you put that picture
15  back up, please?  That's a beautiful picture,
16  ain't it?  Look at that town we live in.  Look
17  at that airport.  Isn't that a gorgeous looking
18  airport?  Ask yourself one thing.  Why would you
19  want to put an FBO in the worst part of this
20  neighborhood?  That just blows us away.  That's
21  got to be the worst place you can put it.  Look
22  at all the residential.  Look everywhere else in
23  that airport.
24     MR. SHIRLEY:  Mayor --
25     MAYOR BARKER:  Yeah.

### Page 134

1     MR. NACOL:  That's it.
2     MAYOR BARKER:  This is not a question you
3  should be asking of the city staff.  You have an
4  applicant that's come to them saying that he
5  wants to do this, and that's not staff's
6  discretion.
7     MR. NACOL:  Very true, Mayor.  But, gosh,
8  isn't that something?
9     MR. SHIRLEY:  You may want to remind the
10  witnesses (sic) that this is cross-examination
11  right now.
12     MAYOR BARKER:  Yes, sir.
13     MR. AXEL:  Good evening.  Paul Axel
14  (phonetic) Whippoorwill, Destin, former FBO
15  operator, aviator and just a citizen who is
16  trying to help us, the community.  We seem to be
17  shooting a lot of arrows at Mr. Odom.  He is a
18  businessman that came here and said I'd like to
19  open up another business and all what happened
20  to him.  And it happened rightfully, but in the
21  wrong frame.
22     COUNCILMAN WILLIGES:  Mr. Mayor, what's his
23  question?
24     MR. AXEL:  My question is coming.  My
25  question is coming.

### Page 135

1     COUNCILMAN WILLIGES:  Thank you.
2     MR. AXEL:  With all we've heard, with all
3  Mr. Odom was prepared to do with the noise
4  barrier, with the study done, with the
5  compatibility survey, wouldn't it be a good
6  question to ask to await the ongoing noise study
7  and FAA recommendations so when and if we do
8  anything for Mr. Odom and others, that we can do
9  it right from the very beginning?
10     There are other barriers on the market.  In
11  fact, the concrete wall is as obsolete as a
12  steam ship today.  But why would we have to
13  guess?  Wouldn't it be a good question to the
14  staff, to the presenting company, why can't we
15  await what recommendation will be placed on us
16  and the county by the FAA and then fall in line
17  so that when and if we approve and build another
18  FBO, such as Mr. Odom requests, we can meet all
19  the concerns?  The concerns for noise, for odor,
20  safety and security?
21     We have done so many things in Destin
22  wrong, and here we have an opportunity to do
23  something right.  The airport is already there
24  so the question is how can we do a little bit
25  more and improve, but meet everybody's

### Page 136

1  concerns?  So my question is:  Would the company
2  or the staff be willing even to consider to
3  await the noise study, the recommendation, and
4  then base the expansion policy of the Destin
5  airport?  Do it right.  Do it proper.  Consider
6  everybody's concerns, not only the investment by
7  Mr. Odom, but all the residents of the
8  neighborhood.  So my question is why can we not
9  await the recommendation that will require to do
10  the job properly, and would you have considered
11  this in your recommendation?
12     I don't see anywhere in your answer to
13  wait.  You skirt.  You're close.  So would you
14  be willing to entertain such a thought that we
15  should wait for proper guidance?  Why would Mr.
16  Odom have to build a wall, which like the Berlin
17  wall, has to come down.  It wouldn't make any
18  sense, not to me as a neighbor, not to me as a
19  citizen, not to me as a taxpayer.  It doesn't
20  make any sense.
21     And it certainly wouldn't make any sense
22  with Mr. Odom that I spent money -- he came here
23  and said, I'll build the wall.  But there are
24  other materials today.  Look at a modern
25  airport.  You haven't seen a concrete wall built

DESTIN CITY COUNCIL / DESTIN JET                    Page 133 - Page 136

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 256 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 257 of 313

3/14/05 QJ DESTIN JET                    CondenseIt™

Page 137

1  in the last 20 years.
2      MAYOR BARKER:  Thank you, sir.
3      MR. SHIRLEY:  The answer to that is that
4  the applicant has every right to apply for the
5  permit.  And once the applicant applies, unless
6  there is an ordinance to the contrary, staff is
7  duly bound to process the application and bring
8  that to the city council in a timely fashion.
9      MAYOR BARKER:  Other questions or
10  cross-examination?
11     MR. NICHOLAS:  Michael Nicholas.  A
12  question for you, ma'am.  In your compatibility
13  study, does the airport meet compatibility
14  studies as a whole?  Yes or no?
15     MS. SALVO:  Generally, the airport is not
16  compatible with the surrounding residential
17  uses.
18     MR. NICHOLAS:  Okay.  Does the current FBO
19  meet compatibility?
20     MR. SHIRLEY:  The question was about the
21  current FBO?
22     MR. NICHOLAS:  Does the current FBO meet
23  compatibility with the neighborhoods?
24     MR. SHIRLEY:  Well, the --
25      (There is various interposing and inaudible

Page 138

1  discussion in the audience.)
2      MAYOR BARKER:  Ladies and gentlemen, your
3  patience, please.
4      MR. SHIRLEY:  I can say for the record that
5  the city council did recently reapprove a
6  reconstruction of the current FBO offices, and
7  that was subjected to a compatibility analysis.
8      MR. NICHOLAS:  Okay.  And has Destin Jet
9  gone above and beyond the compatibility to help
10  make it more compatible with the neighborhood?
11     MS. SALVO:  They have.
12     MR. NICHOLAS:  And has anybody else around
13  the airport hangar-wise or FBO-wise done or met
14  that or equaled that?
15     MS. SALVO:  You mean in the existing?
16     MR. NICHOLAS:  Yes.
17     MS. SALVO:  No, not that I know of.
18     MR. NICHOLAS:  So they're going beyond what
19  is -- to help with the compatibility?
20     MS. SALVO:  They are doing more than what
21  existing users are doing, yes.
22     MR. NICHOLAS:  Okay.  Thank you.
23     MAYOR BARKER:  Other cross?
24     MS. CARPENTER:  Barbara Carpenter again.
25  Ma'am, in your briefing, you were talking about

Page 139

1  how the FAA discourages residential in areas
2  over 65 LDN, and residences surrounding the
3  airport are within 65 to 75 LDN contour.
4  Airport expansion will lead to expansive noise
5  contours.  These are bullets off of your
6  briefing.  Airport expansion will lead to
7  expanded noise contours.
8      Now, under analysis of compatibility, you
9  said uses are not compatible.  Both uses have
10  grown over 40 years leading to increasing
11  conflicts.  And when we asked is this project
12  compatible, you stated, not really.
13     My question for the staff and for city
14  council or whoever needs to address this, if we
15  know that there's already problems here, and we
16  do know that, why would we approve a project
17  that's going to increase the problems?  If we
18  already know we have a problem, you're right,
19  there isn't anything we can do about what's
20  happened in the past 40 years.  But, by golly,
21  we can do something about what's happening right
22  now.  We don't have to increase the problems.
23  We can stop it from getting worse.  We can't go
24  back and fix it, but we can prevent it from
25  getting worse.

Page 140

1      MR. MUCCI:  Do you want me to go ahead and
2  answer that?  Barbara, that is the exact
3  reasoning why we would want to rely on a
4  technical, a competent technical study that
5  demonstrated that there was no net increase in
6  at least noise, if not also air quality issues
7  at the property line between the existing
8  condition and the proposed improvement.
9      MAYOR BARKER:  Any more cross?  Yes, ma'am.
10     MS. REID:  I'm Gloria Reid, 3802 Indigo
11  Circle.  I'm kind of new to this and I
12  understand that the Power Point presentation is
13  based on a very current study, March of this
14  year; is that right?
15     MS. SALVO:  (Indicating affirmatively.)
16     MS. REID:  Okay.  Someone had a copy of one
17  that was a draft of August of just last year so
18  that's less than six months.
19     MS. SALVO:  That is correct.
20     MS. REID:  Okay.  The first question I
21  have, this says Renaissance Planning Group
22  prepared for the City of Destin.  Who paid for
23  this study?  Who funded it?
24     MR. SHIRLEY:  Ms. Salvo was retained by the
25  city as an outside consultant.

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 137 - Page 140

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C   Page 258 of 313

3/14/05 QJ DESTIN JET                    CondenseIt™

Page 141

1    MR. GALLANDER: Ken Gallander, city staff.
2    The applicant is actually -- the cost of the
3    analysis is passed through to the applicant so
4    the applicant is actually paying for the study.
5        MS. REID: Okay. So that was true for the
6    August study?
7        MR. GALLANDER: It is true for any analysis
8    that is conducted by RPG.
9        MS. REID: So the applicant pays for the
10   study and now the study says that it's
11   compatible and that they would recommend
12   approval? Because what I'm doing is looking at
13   this older study and it's less than six months
14   previous. And they come to -- some of the
15   wording is very startling. For example, under
16   the recommendations it says that this study
17   group recommends that the city not support any
18   new airport development at this time. So less
19   than six months later --
20       MR. MUCCI: I need to clarify, I think, the
21   relationship between the consultant and the
22   applicant and the staff. The consultant is
23   hired by the staff, by the city, and works for
24   the city, not for the applicant. The city pays
25   the consultant. The applicant reimburses the

Page 142

1    city as a pass through. And so that there is no
2    conflict of interest with regard to the
3    application and our consultant. The consultant
4    works for us, the city.
5        MS. REID: Okay. Well, there are just a
6    couple of interesting things, and I would lift
7    the phrasing here and just ask since I haven't
8    had a chance to study the newest report, it says
9    there is still a fundamental issue of land use
10   compatibility. And then it talks about the
11   absence of an adopted current airport master
12   plan. And that's still current and true. And
13   it says that there's a need for this air quality
14   study which poses a serious problem that would
15   justify postponing further development of the
16   airport at this time.
17       So help me understand what has happened in
18   the less than six months, that's happened
19   between when this report was written and the
20   newest report which (inaudible) says you would
21   recommend this little piecemeal improvement to
22   the airport in the absence of an overall master
23   plan?
24       MS. SALVO: Well, a couple of things have
25   happened. The first thing is the applicant has

Page 143

1    made significant changes to his site plan
2    consistent with our recommendations. The other
3    thing is in earlier versions of doing this
4    analysis, I think I was looking very much at the
5    airport as a whole. And the point of this
6    compatibility analysis is to look at just this
7    application for development, not the entire
8    airport. And it's true that the applicant does
9    not have to bear the problems of the entire
10   airport. And I was being very ambitious, I
11   think, six months ago looking at the entire
12   airport impacts. And there are problems with
13   the existing airport and compatibility, and
14   there is not an existing adopted airport master
15   plan that we know of.
16       And so when you look at a development, like
17   for a shopping center, for example, you pretty
18   much know where everything is going to go. You
19   know all phases, you know what the build out is
20   going to be. But for the airport, you just have
21   no idea. But it boils down to the fact that the
22   site is zoned airport and the future land use is
23   airport. It's very clear that it's meant to be
24   an airport use, and they have every intention of
25   expanding. So that's what's changed.

Page 144

1        MS. REID: Well, then let me just conclude
2    by lifting out one more statement and tell me if
3    this is still true: Future airport build-out
4    has ramifications on all aspects of city
5    planning, transportation, concurrency, traffic,
6    tourism, ecology, economic growth and housing
7    development. The city should have full
8    knowledge of airport build-out potential. In
9    addition, approval of many other residential
10   projects and other tourism-generating projects
11   will result in continuous increased airport
12   demand. So there's the rub you've got.
13       MS. SALVO: Well, that's still true, but,
14   that again, pertains to the entire airport, not
15   to this development proposal alone. We have to
16   make sure we separate between what the airport
17   is doing and what the individual applicants are
18   doing, and we need to look at the two things
19   separately. And this compatibility analysis is
20   for this one project, not for the entire
21   airport. And that was a constant struggle
22   throughout this entire process of separating the
23   two.
24       MAYOR BARKER: Thank you, ma'am. Next
25   cross, please.

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 141 - Page 144

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 259 of 313

3/14/05 OJ DESTIN JET                    CondenseIt™

**Page 145**

1  MS. BEANE: I'm Jody Beane, 42 Pine Ridge
2  Trace. I didn't know a lot about this until
3  this evening. I didn't really become concerned
4  until tonight. Where is the existing FBO? Can
5  you point to it with the clicker thingy?
6  MR. MUCCI: I don't think it's shown on
7  there.
8  MS. BEANE: Well, the general area where
9  it's at.
10  (There is various interposing and inaudible
11  discussion from the audience.)
12  SPEAKER: The existing one. Not the --
13  SPEAKER: Right there.
14  MS. BEANE: Okay. And the new one that's
15  being proposed is in the red; is that correct?
16  SPEAKER: Yep. Yep.
17  MS. BEANE: When the new one goes up, are
18  they going to close the old one down?
19  SPEAKER: No.
20  MS. BEANE: So currently the airport's not
21  compatible, correct?
22  MS. SALVO: On an overall statement, right.
23  MS. BEANE: Overall. And so we moved way
24  down there, and that's not really compatible,
25  right?

**Page 146**

1  MS. SALVO: (Indicating affirmatively).
2  MS. BEANE: So I guess the thing that I'm
3  confused about is if we're not compatible down
4  here to the residents that are down here and
5  we're not compatible way down there, why are we
6  stretching it all out? Why are we making -- I
7  mean, if we move it all down there -- do y'all
8  understand what I'm trying to say?
9  MS. SALVO: I do. I think the main
10  difference is the airport development that
11  occurs in this area from here down, the only
12  thing that separates the airport from the
13  residences is a fence. The difference is
14  going --
15  MS. BEANE: I know. I live behind the
16  airport.
17  MS. SALVO: Yeah, so you know. And it's
18  not a good situation. And so with future
19  airport development up here, we want to impose a
20  higher standard and have the separation of the
21  uses wider and have the noise wall and other
22  acoustical engineer approved devices in place so
23  that the impact is not as great.
24  MS. BEANE: Okay. Just so I can clear
25  things up because I have blonde roots, we're not

**Page 147**

1  compatible down here and we're not going to be
2  compatible up here either generally speaking?
3  MS. SALVO: Generally speaking. However,
4  after the FAA noise study is completed, they
5  will presumably come up with a noise
6  compatibility program, which is going to --
7  MS. BEANE: When is that --
8  SPEAKER: About two years.
9  SPEAKER: Three years.
10  MS. SALVO: They will make recommendations
11  as to things that the airport can do to reduce
12  the noise around the airport so they would
13  presumably start building walls or doing some
14  sort of mitigation in this area to make overall
15  the airport -- to give that a higher degree of
16  compatibility.
17  (There is inaudible conversation between
18  audience members.)
19  MAYOR BARKER: Okay. Questions for the
20  staff? Thank you very much. Any other cross?
21  Yes, ma'am.
22  MS. WILSON: I'm Betsy Wilson. You stated
23  that -- you've referred to that FAR PART 150
24  noise study. Don't you think that it would
25  behoove the city to wait for this so that FAA

**Page 148**

1  can give their approval before another project
2  is approved?
3  MS. SALVO: It's a tough call. It's, you
4  know, it's up to the city. There's a wait
5  period involved with that so it's, you know,
6  it's a policy decision.
7  MS. WILSON: Right. It was my
8  understanding earlier that Mr. Sealy is
9  planning on getting the information to the FAA
10  in August. And then, of course, it would take
11  the FAA some time to get that information back
12  as well. But you feel that that would be a wise
13  decision?
14  MS. SALVO: I don't want to really go on
15  record saying either way. It's just not up to
16  me.
17  MS. WILSON: Thank you.
18  MAYOR BARKER: Thank you. Any other cross
19  of the city staff presentation?
20  MR. JERNIGAN: I'm Jack Jernigan, 4069
21  Indian Trail. I have a couple of quick
22  questions. Forgive me if I use the wrong
23  terminology, but there is a 60 DB contour that
24  you recommend that a residential house be built
25  that distance from where the sound comes to that

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 145 - Page 148

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 260 of 313

3/14/0: QJ DESTIN JET                     CondenseIt™

**Page 149**

1  contour? Or y'all used another term instead of
2  DBU.
3      MS. SALVO:  LDN or DNL.
4      MR. JERNIGAN:  Yeah.  So the 65 LDN, how
5  far from an area that revs up would you say the
6  minimum distance from -- to get to that
7  contour?  Did you say 300 feet earlier?
8      MS. SALVO:  No.  I didn't say that.
9      MR. JERNIGAN:  Is there a -- do you have a
10  distance from, say, a run-up area or a takeoff
11  area on the side of the runway, not at the
12  departure or approach, the side?  Is there a
13  certain distance that you can get away from that
14  run-up area in a small airport with these types
15  of planes where you will get to about that
16  level?
17      MS. SALVO:  I can't answer that.
18      MR. JERNIGAN:  You don't have an idea?
19      MR. MUCCI:  I think -- Jerry Mucci.  I
20  think there are other variables beyond the scope
21  of the compatibility analysis, such as whether
22  it's airborne aircraft or ground operations that
23  are generating that noise.
24      MR. JERNIGAN:  Well, what ground --
25      MR. MUCCI:  And the LDN that the LPA Group

**Page 150**

1  established is based upon a combination of all
2  activity including in-air flight patterns.
3      MR. JERNIGAN:  About how far, then, was
4  that?
5      MR. MUCCI:  And the LDN is established to
6  indicate the distance based upon all types of
7  flight and aircraft activity.
8      MR. JERNIGAN:  So that blue line, is that
9  LDN --
10      MR. MUCCI:  Yeah.
11      MR. JERNIGAN:  And how far is that --
12      MR. MUCCI:  That scale ranges, it looks
13  like, from three or 400 feet up to a thousand
14  feet or so.
15      MR. JERNIGAN:  Okay.  Thank you.  That's
16  all.
17      MAYOR BARKER:  Any other cross?  Mr. Young.
18      MR. YOUNG:  Hi, I'm Joe Young, 845 North
19  Lakeside Drive.  I'd like to ask staff a
20  question.  I have reviewed the plans and noticed
21  that Connerly & Wicker had a 3-foot setback
22  shown on the sound wall, but the code calls for
23  a 5-foot.  And I was wondering, you know, where
24  we were going to go with that, that you might
25  want to look into that.

**Page 151**

1      And then, you know, we're talking about the
2  sound levels.  One thing we haven't talked about
3  is the light levels at night and then the air
4  pollution for the HAP's.  What I was thinking is
5  maybe staff could establish some kind of
6  existing criteria levels for those items right
7  now, and then if and when this project is built,
8  monitor them to see if they go over what is
9  established at this time.  And then if they do,
10  what would be the enforcement policies to bring
11  them back into compliance?
12      One other point that I had heard earlier
13  tonight, we were talking about the ramp being 2
14  feet lower than the elevations, than the
15  property surrounding it.  And per the site plan,
16  the tarmac is at basically the same elevation as
17  the property adjoining the sound wall.  So it's
18  not going any lower based on the plans by
19  Connerly & Wicker.  So, you know, the 8-feet
20  wall may not be high enough to get that 75
21  percent reduction on sound.  You might want to
22  take a look at that.
23      And another question I had would be who's
24  going to monitor the towing areas to make sure
25  that, you know, there isn't any aircraft

**Page 152**

1  operating in those areas when they're not
2  supposed to be running up their engines?  Is
3  that going to be the City of Destin's
4  responsibility or the county's responsibility to
5  make sure that that's enforced correctly?
6      MAYOR BARKER:  I'm not sure the city can
7  answer your last question, but the staff can
8  answer your first one.
9      MR. MUCCI:  Generically, concerning
10  operational conditions and requirements compared
11  to physical improvements of the site, it is true
12  that it is much more difficult -- it would be
13  quite difficult to enforce -- for the City to
14  enforce operational requirements such as the tow
15  zones, hours of operation and particular loud
16  activity.  And, in fact, I believe the airport
17  is exempt from our noise ordinance overall.  And
18  therefore, the most effective types of
19  improvements would be permanent physical
20  improvements that are made to the site as
21  opposed to operational improvements.
22      MR. YOUNG:  If y'all would just look into
23  that, I'd appreciate it.
24      MAYOR BARKER:  Thank you, sir.  Any other
25  cross?  Okay.  I see no other cross-examination

3/14/05 QJ DESTIN JET                    CondenseIt™

**Page 153**

1  of the city staff.  Would it be appropriate at
2  this time to ask if there is any other testimony
3  from other interested parties?
4      MR. MILLER:  Sure.
5      MAYOR BARKER:  Is there other testimony
6  from other interested parties?  Ms. Patterson?
7      MS. PATTERSON:  I have a handout that I
8  have shown both to Scott Shirley, the attorney
9  Jerry Miller and also to Mr. Odom, and I'd like
10  to pass this out now to the city council.
11      MAYOR BARKER:  Would you like to make that
12  part of the record?
13      MS. PATTERSON:  Yes.
14      MAYOR BARKER:  Mr. Shirley, any objection?
15      MR. SHIRLEY:  We have -- I have no
16  objection to it.  I've already received a copy
17  of it.
18      MAYOR BARKER:  Does anybody object?  Just
19  one second.  We have to see if there's any
20  objection to this document being entered into
21  the record.
22      MR. SHIRLEY:  I think Mr. Odom has one
23  qualification with regard to one of the
24  documents.
25      MR. ODOM:  I don't have an objection, but

**Page 154**

1  she did show me those.  There's one listed in
2  there of items that she would like to see at the
3  airport.  And I said I don't have any objection
4  as long as it's clear that list of items is just
5  from her and not from any committee or anybody
6  else that's (inaudible).
7      MS. PATTERSON:  And I told you I would say
8  that.
9      MAYOR BARKER:  No other objections?  Okay.
10  We will enter this and we'll --
11      MR. MILLER:  Just call it Patterson Exhibit
12  1.
13      MAYOR BARKER:  Patterson Exhibit 1.
14      MS. PATTERSON:  Exhibit 1.
15      MR. SHIRLEY:  And, Mayor, I think the
16  record should reflect that it is, in fact, a
17  composite exhibit of various documents.
18      MAYOR BARKER:  We'll call this Composite
19  Patterson Exhibit 1.
20      (WHEREUPON, Composite Patterson Exhibit 1
21  was marked for identification and entered into
22  the record.)
23      MS. PATTERSON:  My name is Charlotte
24  Patterson.  I've been a citizen of this town for
25  3  years.  I remember when Cyron Marler was

**Page 155**

1  singing at the church Christmas party and when
2  everybody thought Dewey Destin was the best
3  looking boat captain in Destin.  So it's been a
4  long time.  I represent the Destin Airport
5  Citizens Action Committee.  Our group is very
6  concerned about the growth of the airport and
7  all of the issues it entails, particularly this
8  issue that we're addressing tonight.  Noise
9  pollution and fumes are already such problems
10  that many people near the airport are selling
11  their homes and moving away.  And all you have
12  to do is drive down Misty Way and that will
13  confirm that statement.
14      While we understand the airport is here to
15  stay -- let me repeat that -- while we
16  understand the airport is here to stay, what we
17  would like to do is to establish a relationship
18  regarding growth.  We've often heard it said
19  that these people should have known that the
20  airport was here when they bought their houses.
21  Well, for a little background, Coleman Kelly
22  established it as a private field, and Okaloosa
23  County took this airport over December 31st,
24  1963.  Marina Acres (phonetic) was platted in
25  1958.  So you can see some of these parts we're

**Page 156**

1  talking about were there before the county took
2  over the airport.
3      A lot of the growth that's happened has
4  happened since a lot of the surrounding
5  developments.  Lakeside Village where I live was
6  platted in 1979.  Destin didn't even become a
7  city until 1985 so that growth was there a long
8  time before -- those subdivisions were there a
9  long time before the growth that we've seen.
10  The last two hangars that were there were put up
11  in 1997 and 1998.
12      At a meeting held at the community center
13  in September of 2003, Mr. Odom made a
14  presentation of his project to a standing-room
15  only crowd.  Many people asked questions and
16  many people felt they didn't receive the right
17  answers so we formed a group.  A lot of that
18  credit for that group has to go to Barbara
19  Carpenter.  And I really believe and I've shared
20  this with Greg Kisela that one of the reasons
21  that the noise study was pushed forth was
22  because of the efforts of Mrs. Carpenter getting
23  those groups started.
24      At that meeting, Mr. Sealy, the Okaloosa
25  County Airport Director made the statement, and

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 153 - Page 156

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 262 of 313

3/14/0? QJ DESTIN JET                    CondenseIt™

Page 157

1  I quote, because the airport likely can't
2  support two facilities, Odom's FBO, to be called
3  Destin Jet, might force the current Miracle
4  Strip Aviation out of operation.  And that's
5  Item 1 in your packet.  This seems highly
6  unlikely as Miracle Strip Aviation is putting up
7  a new building.
8       Mr. Sealy has also said many times they had
9  no choice but to open up this (inaudible) for
10  business.  The FAA requires them to.  And,
11  therefore, Mr. Odom got this bid.  During
12  monthly meetings, the interlocal committee on
13  airport-related impacts, ICARI -- a long name --
14  has discussed many impacts of this project.  I
15  have two in your packet notes -- for airport
16  operators to gain approval for major projects,
17  they have to develop an environmental impact
18  statement, which is an EIS, that outlines the
19  potential noise impact of any projects on the
20  residents surrounding the airport.
21       I have an undated draft of a letter from
22  Mr. Sealy to Mr. Dean Stringer asking if that
23  applies to Destin Jet.  That's Item 3.  We do
24  not know when or if this letter was ever sent as
25  we do not have a dated copy.  And Mr. Sealy

Page 158

1  stated at the March meeting of ICARI that he had
2  received no response.  He stated he had talked
3  with the FAA people when they were in the area
4  recently, and he said that they didn't think
5  that this would apply to Destin Jet; however, as
6  we have no outgoing letter or response in
7  writing, we're still concerned and highly
8  recommend that this project does not proceed
9  until such an environmental impact statement is
10  obtained or a letter from the FAA stating that
11  we do not need one.
12       As Mrs. Carpenter brought up, there is FAA
13  Order 1050 which states that there are actions
14  that require environmental assessments.  She
15  mentioned the fuel storage and distribution.  It
16  also says in that same order that if it's a
17  project more than 4 acres, it requires an
18  environmental assessment.  We think this should
19  be investigated.
20       Item 4 in your packet is a letter to a
21  staff member, the city manager of the City of
22  Destin.  We did not receive a reply from of any
23  kind from them, nor did I ask for one.  We were
24  simply stating our concerns.
25       The next two items 5 and 6 are photos, and

Page 159

1  I'd really like you to take a good look at this
2  because this is important.  It's not only the
3  green photo she has there.  It has a yellow over
4  line, and it shows you exactly how close this
5  project is going to be to this neighborhood.
6  There are women here, elderly women that live
7  alone that have health problems, breathing
8  problems, that their back porch is 10 feet from
9  this line.  On Crest Street there are eight or
10  nine children that live in a row of townhouses
11  there that are going to be very close to 40,000
12  gallons of jet fuel.
13       At a meeting that was held March 3rd by Mr.
14  Odom at the Destin Library, he is quoted -- I
15  was not there -- he is quoted as saying he would
16  prefer to build his FBO on the north side of the
17  runway, but did not have access from Indian
18  Trail.
19       The airport owns a large area of property
20  so why does Destin Jet have to be so close to
21  any homes?  Why was this site chosen?  Was any
22  thought given to any other location?  This is a
23  question we feel like we must have an answer
24  to.  The 40,000 gallons of jet fuel there is
25  certainly a grave concern.  There's no fire

Page 160

1  equipment at the airport, and even though the
2  fire department is there on Airport Road, it's
3  not stationed at the airport.  All it would take
4  is one plane off course in bad weather to cause
5  a catastrophe.
6       We've talked about this 8-foot sound wall.
7  I notice that the language in the white paper
8  said up here that it would perhaps could take
9  care of potentially up to 75 percent reduction.
10  This is not the last development that the
11  airport plans.  As you can see by the copy of
12  their proposed master plan -- and I might add
13  we're now working on their master plan adopted
14  in 1989 -- the proposed master plan, you can see
15  how many more projects they have, future
16  aviation development.  There are several places
17  on there -- that this problem is not going
18  away.
19       City councils in the future are going to be
20  faced with this as you are tonight.  Just how
21  much more growth do we need in an airport in a
22  village that's almost built out?
23       The last item in your packets are some
24  recommendations I presented at the last ICARI
25  meeting.  This is a very rough form; however,

Page 161

1  these could be a basis for a plan for Destin to
2  have some input in local airport operations. As
3  our consultant said, is this compatible? Not
4  really. Not really. Those are two words we all
5  need to think about tonight, "not really."
6      The people here in this room that oppose
7  this project are good citizens of Destin.
8  They're taxpayers. We have elected you, the
9  city council, to represent us and to protect our
10  rights as citizens. We ask you tonight to do
11  that for us. Thank you.
12        (Applause)
13      MAYOR BARKER: If you'll hold all your
14  applause. Okay. Next speaker, please.
15      MR. MILLER: Any cross-examination?
16      MAYOR BARKER: Any cross-examination?
17      MR. CORBY: My question is for the
18  council. Is that appropriate?
19      MAYOR BARKER: Okay. Come forward.
20      MR. SHIRLEY: We don't have any
21  cross-examination of the witness.
22      MAYOR BARKER: Does the applicant have any
23  cross-examination of this witness? Mr. Odom?
24  Any cross-examination of Ms. Patterson?
25      MR. ODOM: Oh, no.

Page 162

1      MAYOR BARKER: Okay. Yes, sir.
2      MR. CORBY: Dave Corby, 832 Lakeside Drive.
3      MR. MILLER: Mr. Corby, were you previously
4  sworn?
5      MR. CORBY: No, I wasn't.
6      MR. MILLER: Are you affected by this
7  decision?
8      SPEAKER: Yes.
9      MR. CORBY: I can hear it -- hear the
10  airport.
11      MR. MILLER: If you'll raise your right
12  hand, please.
13      (WHEREUPON, the witness is placed under
14  oath by Mr. Miller).
15      MR. MILLER: If there's anyone else who
16  comes forward to testify who has not previously
17  been sworn, if you'll just please let me know
18  that. Thank you.
19      MR. CORBY: This question is hopefully a
20  simple one. In the event that this project by
21  Mr. Odom is approved, would these offers of
22  mitigation, specifically what comes to mind is
23  the sound barrier and the no-engine run area,
24  would they become requirements of the project or
25  would they remain voluntary measures on the

Page 163

1  table by Mr. Odom?
2      MR. SHIRLEY: Those would become binding
3  conditions to the development order itself.
4      MR. CORBY: Okay. Thank you.
5      MAYOR BARKER: Anybody else wish to
6  present? Yes, sir.
7      MR. WARNER: My name is George Warner, and
8  I'm the chairman of the environmental committee
9  of the city. Back in August of 2003, a group of
10  citizens wrote a letter to the committee and
11  complained about the noise from the airport.
12  That started this multi-year investigation of
13  the city and county rules and everything else,
14  which now is a request for an FBO.
15      According to the records, the county
16  purchased the airport property in January of
17  1977. We are in Florida and presumably we have
18  to comply with the Florida state statutes. And
19  the Florida State Statute 333 entitled "Airport
20  Zoning" requires that by October 1st, 1977, that
21  all airports of a public use, which this is a
22  part of, should develop airport zoning and a
23  hazard area around the airport. They give
24  specific directions as to what this might be,
25  and that is specifically one half the distance

Page 164

1  of the runway on either side of and either end
2  of the runway. And in that area, they do not
3  recommend residential construction.
4      Obviously, this was never done. And we
5  have a condition in Destin around the airport,
6  and this is strictly the result of a violation
7  of state statutes by the county government of
8  Okaloosa County. We have over a thousand
9  residences that are adversely affected on a
10  daily basis by the noise and the air pollution
11  that they suffer from. They have protested to
12  the county government, not once, but twice with
13  petitions of 1000 in '99 and over 600 in 2003
14  protesting the noise and the air pollution.
15  These petitions were not even acknowledged.
16      The environmental committee with the city
17  held a workshop in November of 2003, and
18  recommendations were sent to the council in
19  January of 2004. As part of the preparation for
20  the workshop, Mr. Mucci requested e-mails from
21  the county airport operators to know where the
22  master plan was as is required in Florida state
23  statutes. He never received any information on
24  the master plan, and he continued to ask for
25  this in preparation for the workshop that we

Case 3:20-cv-03678-MCR-ZCB   Document 71-2   Filed 11/28/22   Page 265 of 315

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 263 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 264 of 313

3/14/0.5 QJ DESTIN JET                           CondenseIt™

**Page 165**

1  had.  He never received a master plan.  The
2  county has been looking for a master plan ever
3  since 2003, and they still haven't found an
4  approved master plan.
5      Now, an airport is not supposed to be
6  operating without a master plan.  What kind of
7  an airport are we running?  Now, this is blatant
8  regard (sic) for state statutes, and it's been
9  going on for 28 years.  And the City of Destin
10  come into this thing, and they didn't do any
11  better because when the city is operating and
12  has an airport owned by somebody else in the
13  middle of their jurisdiction, the state statutes
14  clearly require that the operation, the
15  administration of the airport be governed by an
16  interlocal agreement or with a committee
17  composed of two representatives of the county,
18  two representatives of the city and a chairman
19  chosen by that group.  This has not been done,
20  and it should be done because this is the way
21  the City of Destin and the county should be
22  operating the airport.
23      Any changes that are made to a master plan
24  request for facilities in the airport such as
25  this FBO, the city -- the state statutes

**Page 166**

1  requires that this information be sent down to
2  the affected city or political jurisdiction
3  regardless of who they may be by certified
4  mail.  The city clerk of the City of Destin has
5  never received such information by certified
6  mail from the county.  That's required by state
7  statutes.
8      I've been attending every one of these
9  monthly meetings, the ICARI meetings.  We have
10  made many requests of the county's
11  representatives, and they have repeatedly tried
12  to evade the answers.  We haven't gotten the
13  environmental impact study.  I don't think it's
14  even been started, and that's required.  We
15  talked about having an air pollution study.  The
16  county has evaded that also.  They have done
17  nothing on it.  They say, well, it's going to
18  cost about $15,000, and they haven't got any
19  funding.
20      Compatibility, there isn't any
21  compatibility when you've got a corner of a
22  hangar 55 feet from a fellow's backyard, and the
23  jet blast has blown down part of his fence.
24  There's no meaningful fire protection at the
25  airport and no meaningful security.  In the

**Page 167**

1  opinion of myself and the environmental
2  committee is the airport is out of control.  We
3  need full compliance with state statutes.  It's
4  essential that no additions to facilities
5  pending completion of this 150 noise study and
6  see what they recommend and are they going to be
7  acceptable from the standpoint of the safety and
8  welfare of our citizens.  Thank you very much.
9          (Applause)
10      MAYOR BARKER:  Any cross-examination?
11      MR. SHIRLEY:  No questions.  Thank you.
12      MAYOR BARKER:  I see no cross-examination.
13  Next speaker.  Any other testimony to be
14  presented?  Yes, ma'am.
15      MS. WILSON:  Hi, I'm Betsy Wilson, and I
16  have been a resident of Destin for over 20
17  years.  I currently reside at 805 Main Street.
18  I'm a member of the Destin Environmental
19  Committee.  I'm involved in the ICARI meetings
20  I'm a member of the technical advisory committee
21  concerning the noise study, and I'm also the
22  secretary/treasurer of DACAD, which is the
23  Destin Airport Citizen Action Committee.  And in
24  addition to that, I also have a full-time paying
25  job.

**Page 168**

1      Since living on Main Street, we have
2  witnessed the influx of additional aircraft
3  traffic, especially the larger jet aircraft.
4  When we first moved into our home, we
5  occasionally experienced a jet aircraft of this
6  type to land one or possibly two times during
7  the week.  Now, it's not uncommon for several of
8  these to land every hour of the day and well
9  into the evening.  And generally speaking, the
10  aircraft do stop after 11:00 or so, but we have
11  been woken up in the middle of the night on
12  several occasions at 3:00, 4:00 and 5:00 in the
13  morning.  So noise is definitely an issue.
14      I wanted to address three issues with you
15  all this evening, health and environmental
16  concerns, safety and the impact of the proposed
17  Bay County Airport.  First, as I was mentioning
18  to Mr. Odom earlier, the 78 chemicals that are
19  known carcinogens that are emitted out of jet
20  aircraft, the diseases and health conditions
21  they contribute to:  Asthma, brain cancer,
22  cancer, conjunctive irritation, coughing,
23  wheezing, drowsiness, heart disease, liver
24  disease, Hodgkin's disease, tumors, wheezing --
25  the list goes on and on and on.

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 165 - Page 168

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 265 of 313

3/14/0 | QJ DESTIN JET                    CondenseIt™

**Page 169**

1  Additionally, the federal agency for toxic
2  substances and disease registry states that
3  volatile organic compounds in jet exhaust
4  precisely one, comma, three, budadene (phonetic)
5  and benzene pose increased health risks in the
6  exposed populace, leukemia and thyroid cancer.
7  These are health conditions that cannot be
8  ignored, and they will only be exasper- --
9  exacerbated.  Blast nets and sound barriers will
10  not control this problem.
11      Second -- I've had to revise my speech
12  because some of the things that I had in here,
13  obviously, I couldn't discuss because it had to
14  do with the current airport, so excuse me for
15  sort of fumbling around.  Second, safety.  I
16  took this photograph in my backyard last year
17  where I had the FAA come and examine its
18  authenticity.  It's three aircraft flying
19  directly over my home in formation.  I'm very
20  curious as to what this substance is emitting
21  out of the back of the aircraft.  I don't know
22  what it is, but it certainly can't be healthy
23  whatsoever.
24      It was reported to the FAA.  They did come
25  out and investigate, but due to the Privacy Act,

**Page 170**

1  I have no knowledge of what citations, if any,
2  were handed out.
3      And last, safety.  I'm sure you all
4  remember there was an article back in the Destin
5  Log -- I think it was last fall -- about a man
6  of middle eastern descent that was found at the
7  airport about 2:30 in the morning examining the
8  belly of a jet aircraft; however, due to some
9  miscommunication with 9-1-1, the suspect was
10  able to get away before the authorities got
11  there.  Post 9/11, as it was touched on this
12  evening, this is obviously a huge, huge breach
13  of security.  I'm still curious to know why that
14  individual was there.  You should be too.
15      SPEAKER:  (Inaudible).
16      MS. WILSON:  Oh, thank you very much.  And,
17  finally -- it's late too -- finally, the Bay
18  County Airport, several citizens have proposed
19  that upon the expansion of this, it will help
20  alleviate some of the traffic at the Destin
21  Airport now.  (Inaudible) we could possibly use
22  in the future.  Well, to begin with, the Bay
23  County airport is not going to be completed
24  until the earliest, the fall of 2008.
25      And, secondly, right now there's currently

**Page 171**

1  a field in Panama City called Sole Field that
2  caters to and allows corporate, private
3  corporate airport to fly into there.  And I do
4  know that several businesses that have -- or
5  several corporations that have business and
6  vacation interests in Walton County use Sole
7  Field instead of the Destin Airport.  So in
8  stating that the proposed expansion of the Bay
9  County Airport is going to take away traffic
10  from Destin, I do not believe that will be
11  true.
12      I urge you all to please, before approving
13  this project, to have the City of Destin conduct
14  an independent study by Sal (phonetic)
15  Mitigation Airports and an environmental impact
16  study to be conducted.  And I also think that
17  it's imperative that we wait until completion of
18  the current noise study is finished.  Thank
19  you.
20      MAYOR BARKER:  Thank you very much.
21      MS. WILSON:  And by the way, if it wasn't
22  (inaudible) I hate public speaking.
23      MAYOR BARKER:  Any cross-examination?
24      MR. SHIRLEY:  No questions.
25      MAYOR BARKER:  From the applicant any

**Page 172**

1  questions?
2      MR. ODOM:  (Indicating negatively).
3      MAYOR BARKER:  Okay.  Any other testimony
4  tonight?  Yes, sir.
5      MR. BLOYER:  My name is Stan Bloyer.  I
6  live at 313 Yacht Club Drive in Fort Walton
7  Beach.  Many good citizens of Destin tonight
8  have expressed views on issues that are
9  important to all of us having to do with safety
10  and the quality of life in Destin and
11  environmental concerns.  They're all very
12  important issues.
13      Certainly, we all should recognize that the
14  federal government has a huge interest as well
15  as state and local government in safety and
16  environmental issues.  And I don't think that
17  there's any indication that this project intends
18  or has the potential, nor would the city
19  government tolerate the violation of any federal
20  or state laws governing this kind of a project.
21  So I think as citizens, we can all be assured
22  that this project will meet the airport security
23  requirements and the laws of the homeland
24  security authority and the relevant state
25  agencies.  They may not be to the level that all

1  of us would like to see, but they are the law,
2  and they are the requirements that we have to
3  live with, and I'm reasonably satisfied that the
4  city fathers would not tolerate any project that
5  would violate those rules, and the citizens can
6  be comfortable with that.
7       Airports are noxious to many, but they are
8  an important part of every community's life.
9  And they're extremely important to the buisness
10  activity, not only to the people who operate the
11  airport, who operate businesses at the airport,
12  but the community at large benefits in ways that
13  we need not go into here tonight from having an
14  airport like the Destin airport. It serves not
15  only Destin, but Fort Walton Beach, Niceville
16  and the surrounding areas. And not many people
17  who benefit from the presence of this airport in
18  our region have been here tonight and spoken.
19  Clearly the ones who have spoken the most have
20  been those that are most bothered by the noxious
21  aspects of the airport.
22       I would encourage the city council here to
23  consider and give proper weight and balancing as
24  the consultant so eloquently mentioned.
25       This is a problem of balancing competing

1  interests of those who are bothered by airport
2  activities against the interests of the larger
3  community who benefits greatly from the presence
4  of the airport and having one here. And that's
5  what makes your job hard, but I urge you to
6  consider the many, many people in the area not
7  represented here tonight who can benefit from
8  having an airport, first of all, and second of
9  all, who would benefit the community from having
10  an upgraded facility, which is making tremendous
11  efforts to be as neighborhood friendly as they
12  possibly can. And I, for one, as a citizen of
13  the area would applaud Mr. Odom for the quality
14  of the project that he's putting forth and the
15  extent to which he's willing to go to make his
16  project as neighborhood friendly as it can be
17  given the restrictions of the site that he had
18  to deal with. Thank you.
19       MAYOR BARKER: Any cross-examination?
20       MS. PATTERSON: Yes.
21       MAYOR BARKER: Yes, ma'am, Ms. Patterson.
22       MS. PATTERSON: I think that was a very
23  eloquent speech from this gentleman, but I
24  wonder why somebody that lives in Fort Walton
25  Beach is talking about an issue that concerns

1  the people -- the citizens of Destin, the place
2  where we pay taxes.
3       MAYOR BARKER: Do you have an answer to the
4  question, sir?
5       MR. BLOYER: Yes, sir. I am a professional
6  pilot. I'm interested in aviation activities
7  around the country, around the nation, as well
8  as locally. I do fly in and out of the Destin
9  airport occasionally. I don't live next door to
10  it --
11       SPEAKER: (Inaudible).
12       MR. BLOYER: I do not live immediately
13  adjacent to the airport, but I follow the issues
14  nationally about access to airports, and I
15  understand how critically important to our
16  national economy airports are. And this kind of
17  an issue is not unique to the community of
18  Destin. It goes on all over the country in
19  communities large and small across our entire
20  nation.
21       And the value of general aviation to our
22  national economy is huge. And it's a very
23  difficult issue for people who live right next
24  door to an airport, just as it's difficult for
25  people who live right next door to a steel mill

1  or a seaport where there are industrial type or
2  noisy type activities going on.
3       And it's understandable why people get very
4  emotional about what they consider to be a
5  noxious neighborhood. But there are larger
6  interests of the community economically, both
7  locally and nationally why it's important that
8  we make wise decisions about balancing these
9  interests and that's why I'm here. It's not
10  just a Destin issue; it's a Destin, Okaloosa
11  County, Panhandle of Florida, national issue
12  that's very important. Thank you.
13       MAYOR BARKER: Any other
14  cross-examination? Yes, ma'am.
15       MS. KENYON: Betty Kenyon, Indigo Circle.
16  I wasn't going to say anything because I hardly
17  have a voice. How many of you have an airport
18  in your backyard? I can look around tonight,
19  I'm sure. I don't think the issue is what is
20  going on nationwide. I think the issue can be
21  what the airport used to be 40-some years ago
22  when there was hardly anything there, and all
23  you had were the smaller aircraft which were
24  beneficial to the people.
25       Okay, all of a sudden, Destin's been

3/14/0: QJ DESTIN JET                    CondenseIt™

## Page 177

1  discovered. Millionaires, billionaires coming
2  in. And so I feel they're encroaching on my
3  quality of life. I chose to move back to the
4  area. I bought a house knowing the airport was
5  there. I didn't know the big jets were flying
6  in and out. I might have made a different
7  decision.
8     MAYOR BARKER: Ms. Kenyon, this is new
9  testimony. This is cross-examination from the
10  previous gentleman. If you have questions --
11     MS. KENYON: Well, the point is that the
12  issue of his concerns for nationwide progress in
13  regards to general aviation airports, I don't
14  feel is pertinent to those who have the
15  immediate concerns that we do. I think that
16  pretty much sums it up. Thank you.
17     MAYOR BARKER: Thank you. Any other
18  cross-examination? Any other testimony? Yes,
19  sir.
20     MR. BLANTON: My name is Darrell Blanton,
21  and I live near the airport. I am a citizen of
22  Destin, and I've lived near the airport since
23  1997. I don't believe that the citizens here
24  are taking several things into consideration.
25  One is the fact that the airplanes that I lease

## Page 178

1  or I fly out of that airport on are not
2  comfortable having airplanes serviced there.
3  There's a monopoly that exists right now, and
4  for people who put their life on the line to get
5  in an airplane and fly out of there, they simply
6  may not be comfortable with the monopoly or the
7  situation that's there. And I, for one, am
8  impressed that Mr. Odom would go to the extent
9  that he's gone to, to try to make another
10  business there, an FBO there.
11     Secondly, I am directly, my house at 4042
12  Lauren Court is directly in the mid-field flight
13  path. So I can stand in my backyard at any
14  given time and count the airplanes that go
15  directly over my home. I have two children and
16  a wife, and I believe that it's important that
17  we consider the fact that we give another FBO
18  the opportunity to maintain aircraft.
19     Secondly, I believe it's important that the
20  citizens understand that the airplanes that I
21  fly on don't buy the fuel there. So when you
22  say will it increase traffic? For the airplanes
23  that I fly, it will decrease traffic. If we're
24  going on a long trip and the pilot is based in
25  Destin at that airport, that pilot will get up

## Page 179

1  and fly early in the morning out to another
2  airport in DeFuniak Springs to get fuel and fly
3  back in. He will not fly -- it does not change
4  his destination in the sense that people from
5  North Carolina or Birmingham are going to fly
6  down to Destin to get fuel. But we make a
7  separate trip out to get fuel because we're not
8  comfortable doing business with the folks that
9  are there.
10     Secondly, we can't wash an airplane, that
11  they can wash it for us, is my understanding,
12  but we can't wash it there. So I believe that
13  Mr. Odom's business offers a choice for people
14  who fly in and out of that airport. And for me,
15  part of that choice is safety. Thank you.
16        (Applause)
17     MAYOR BARKER: Any cross-examination?
18     MR. SHIRLEY: No questions.
19     MS. BARR: I have one.
20     MAYOR BARKER: Please come to the mike.
21     MS. SYBERT: Teresa Sybert, Planet Drive.
22  I don't think anyone here is saying Mr. Odom
23  cannot build this. What we're saying is do all
24  the research first -- more than welcome, you
25  know, free enterprise, great. I have a small

## Page 180

1  business. We love it, you know. But, please,
2  do your research before you do what you're --
3  everyone is talking about -- you know, this
4  gentleman, both you guys, just do the research,
5  please.
6     MAYOR BARKER: Thank you. Any other
7  cross-examination?
8     MS. BARR: This is Jan Barr. I have two
9  things. One, I'm not sure I want 40,000 gallons
10  of gasoline unless the government tells me that
11  it is safe because I do live just a few feet
12  away from where Jay's property will end up
13  being. So I want to make sure it's clean and
14  done correctly. But, sir, are you aware that
15  Jay did not -- wherever you are -- is that you?
16  Are you aware that Jay did not bid on the
17  renewal of the license of the existing FBO?
18  Now, he told us that I believe -- Jay, where are
19  you? Hi. I don't think you knew when it came
20  up for renewal, but instead of trying to get
21  that undone so you can -- you know, try to bid
22  for the renewal of the existing FBO, you decided
23  to go for a second FBO; is that correct?
24     MAYOR BARKER: This is not a time of
25  cross-examination of --

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 177 - Page 180

3/14/0: QJ DESTIN JET                CondenseIt™

---

### Page 181

1  SPEAKER: It's good public information and
2  it needs to be said.
3  MAYOR BARKER: Sir, it's got to be limited
4  to his testimony. If you would like to enter
5  new testimony, you can do that, but that's not
6  appropriate right now.
7  MR. BARR: He could have attempted to renew
8  the renewal of the license for the existing FBO,
9  but he chose not to (inaudible) Okay. With
10 regard to the renewal of the existing FBO, I
11 understand from Jay that it is automatically
12 renewed. And I was asking this gentleman if he
13 knew that Jay told us that he -- instead of
14 deciding to try to see if that could be undone
15 because he was not notified of it, he decided to
16 leave that alone and go to try to build a second
17 FBO?
18 MAYOR BARKER: Mr. Blanton, could you
19 please try to answer the question?
20 MR. BLANTON: I was not aware of that, but
21 it's my understanding that the county at any
22 time that someone is interested has to allow a
23 second party to bid. I would ask the citizens
24 here tonight if they were only allowed one
25 mechanic in town, if they were only allowed one

### Page 182

1  gas station in town, wouldn't that be a
2  monopoly?
3  MAYOR BARKER: Any other
4  cross-examination? Yes, sir.
5  MR. PATTERSON: Edward Patterson.
6  (Inaudible) I'd like to ask this gentleman if he
7  feels that his comments are quite to the point.
8  The point as I understand it tonight is whether
9  the location that Mr. Odom wants is a compatible
10 location and whether it should be modified or
11 moved to another part of the airport, not
12 whether or not the airport is going to operate.
13 MAYOR BARKER: Okay, Mr. Blanton, can you
14 attempt to please answer the question? And just
15 in case there are more questions to follow this
16 one, please stay up there.
17 MR. BLANTON: It's my understanding that
18 the way the county does it is they determine
19 where that piece of property is and not Mr.
20 Odom. But I don't know Mr. Odom very well, and
21 I don't know the circumstances so I can only
22 presume, based on what I've read and I
23 understand, that the county determines where
24 that piece of -- what piece of property will be
25 developed for the FBO.

### Page 183

1  MAYOR BARKER: Any other
2  cross-examination? Mr. Blanton, don't go too
3  far.
4  SPEAKER: Well, if that is true, if what
5  that gentleman said is true, we have Jerry Sealy
6  and Chris Holley here, and perhaps they can
7  answer that question. Is that why the FBO is
8  there next to the homes is because the county
9  chose that property? If that is true, I would
10 be interested in knowing that. Why couldn't it
11 be located in another part that was not next to
12 homes? Maybe Mr. Sealy, who is here, or Mr.
13 Holley can answer that?
14 MAYOR BARKER: Any other cross-examination
15 for Mr. Blanton? Any other testimony? Would
16 you like to ask the question or is it
17 appropriate that someone can ask someone from
18 the audience that may be here to come up and
19 answer a question? I'm not sure of the rules of
20 proceeding here.
21 MR. SHIRLEY: A participant who is
22 participating as a party can call witnesses, but
23 the witnesses, unless they're under subpoena, do
24 not have an obligation to testify unless they
25 decide to do so. And that would be at the

### Page 184

1  discretion of the chair at this point.
2  MAYOR BARKER: Yes, sir.
3  SPEAKER: Are you open for additional
4  testimony?
5  MAYOR BARKER: Yes, sir. New testimony.
6  SPEAKER: (Inaudible) I'd like to just make
7  some comments on the economics of the situation
8  and what's going on here. We talked about the
9  national economy and so forth and how increased
10 business at the airport does a great favor to
11 the economy and so forth. The point I'd like to
12 make is that if you looked at the number of
13 houses around this airport and drew your circle
14 around the ones that are affected to some degree
15 and the city people to some degree and you look
16 at the tax basis of those houses, how much tax
17 do those people pay on their houses for the city
18 and the county, you'd total that up. And then
19 you'd look at what the airport contributes to
20 the city in terms of money given to the city,
21 revenue to the city. How much revenue does the
22 airport make? And take a look at that and see
23 how compatible those are. See which one is the
24 largest. By far you're going to find the tax
25 base is the citizens that pay to live around

---

**DESTIN CITY COUNCIL / DESTIN JET**                Page 181 - Page 184

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 269 of 313

3/14/0:  QJ DESTIN JET          CondenseIt™

Page 185

1  this airport.
2    MAYOR BARKER: Any cross-examination? Any
3  new testimony? Ms. Patterson.
4    MS. PATTERSON: Would Mr. Sealy please come
5  forward and answer my question about the
6  location?
7    MAYOR BARKER: Mr. Sealy, would you like to
8  come forward and address the question? I
9  presume that means yes?
10    (WHEREUPON, the witness is placed under
11  oath by Mr. Jerry Miller.)
12    MR. SEALY: The property in question, it's
13  the only parcel we have left on the airport for
14  development. And that's exactly why --
15    (The court reporter requests the witness to
16  talk louder.)
17    MR. SEALY: The parcel that we have in
18  question here, Mr. Odom's request for FBO, that
19  was the only available property for development
20  at the airport at that time. So that's how that
21  came about. Thank you.
22    MS. PATTERSON: On the master plan that the
23  council has, on the east side of the property
24  there's a very large parcel marked for future
25  aviation development.

Page 186

1    MR. SEALY: It's marked for aviation
2  development. We did buy that with airport
3  revenues and FDOT money. And at this point in
4  time, it's, I guess, conjecture right now
5  whether or not it's actually zoned the
6  airport's. We've requested that back some years
7  ago, and in looking at our records, we think we
8  have it, but looking at the city's, it really
9  wasn't approved at that time. So, basically, we
10  don't have that under airport development at
11  this point in time.
12    MAYOR BARKER: Any cross-examination?
13    MR. PATTERSON: Edward Patterson. Does
14  that mean, sir, that the land is, in fact,
15  available? You say it's not available, but
16  you're not sure if it's unavailable?
17    MR. SEALY: It's owned by the airport, but
18  whether or not it's zoned for airport purposes
19  is still a question we need to resolve with the
20  city. There would have to be some extensive
21  infrastructure brought to that area for
22  development if that were the case.
23    MAYOR BARKER: Any other
24  cross-examination?
25    MR. WARREN: Yes. This is just --

Page 187

1    MAYOR BARKER: Please identify yourself.
2    MR. WARREN: George Warren, the airport
3  committee -- the environmental committee. This
4  just emphasizes the point that there is no
5  approved master plan, and any approved master
6  plan has to be approved not just by Okaloosa
7  County, but by the Destin council. And you
8  don't have one.
9    MR. SEALY: We have a master plan that we
10  did make a presentation to the City of Destin
11  back when Mayor Beaird was in the seat. Whether
12  that was adopted or not, I can't tell you. I
13  know that Mr. Holley and I did make that
14  presentation. Since that time, we've been asked
15  by our commission to amend that master plan to
16  eliminate some of the properties that were under
17  acquisition under that master plan. We have
18  eliminated that. Now, with the PART 150 study
19  going on, it's been suggested that we wait until
20  that 150 study is completed and then bring back
21  a master plan that includes the recommendations
22  from the PART 150 study.
23    MAYOR BARKER: Okay. Thank you. Any other
24  cross? Yes, sir.
25    MR. KORAN: I have -- this is a question

Page 188

1  for Jerry. Mike Koran, 801 Beach Drive and then
2  I own a commercial property adjacent to the
3  airport. You know, we crossed over from
4  commercial to residential on our speaking and
5  even the Destin Log (inaudible) corrected this
6  week on some comments that they made about --
7  just like we forget about that the airport still
8  wants to take the commercial property to the
9  south of the airport for expansion. Is that
10  true, sir?
11    MR. SEALY: That is a part of the
12  acquisition program that has been included in
13  our master plan, yes.
14    MR. KORAN: Will that desire to acquire the
15  commercial property at the south end of the
16  airport be a part of the new master plan?
17    COUNCILMAN MARLER: Point of order, Mayor.
18  This has nothing do to with the current problem
19  or the current situation. This is another
20  matter.
21    MR. KORAN: Well, we're talking about
22  overall airport growth, and the airport still
23  has a desire to expand outside their current
24  boundaries.
25    COUNCILMAN MARLER: This is understandable,

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 270 of 313

3/14/05 QJ **DESTIN JET**                    CondenseIt™

Page 189

1   Mr. Loran, but this is not the issue right now.
2   The issue is a particular project at the
3   opposite end of the airport, and that has
4   nothing to do with the commercial property at
5   this time.
6       MR. KORAN: Well, the comment was taken on
7   record, though, that we are not --
8       COUNCILMAN MARLER: -- (inaudible) on
9   cross-examination. We might get to that
10  problem, but right now we need to stay with the
11  current issue. The time is getting late.
12      MAYOR BARKER: Any other new testimony or
13  cross-examination of Mr. Sealy? Any other
14  testimony? Okay. Mr. Odom, I'll give you five
15  minutes for a wrap up and then I'll turn it over
16  for city council consideration. Oh, I'm sorry.
17  Would it be more appropriate for city staff to
18  go first?
19      MR. SHIRLEY: He can go ahead and go and
20  then I'll -- I only have about two or three
21  things.
22      MR. ODOM: I'll be very quick. It will be
23  short. As you heard tonight, almost every
24  comment here has to do with some current problem
25  at the airport, noise or things that are going

Page 190

1   on out there today that people are having
2   problems with. Obviously, those things are not
3   a result of Destin Jet. It doesn't exist yet.
4   So, you know, the Destin Jet project has been
5   determined to meet all the city codes. It's
6   been determined to be compatible with the
7   conditions that were imposed on it earlier in
8   staff's -- and I'll have her verify this, but
9   said that the -- or I guess my question would
10  just be that needs to be cleared up there, is
11  that it's compatible with the attached
12  conditions, and I'm agreeable with all of those
13  conditions.
14      The project also meets all the concurrency
15  requirements of the city, and with or without
16  Destin Jet, traffic at the Destin airport will
17  increase. The traffic at the airport -- airport
18  traffic is driven by growth of the community,
19  not growth at the airport. Growth at the
20  airport is a result of growth of the community.
21  So the noise problems are going to continue.
22  Everything that's out there now will continue.
23      Destin Jet has been the first project that
24  has been proactive in abatement procedures for
25  the impact that will be created by this

Page 191

1   project. We voluntarily have agreed to build a
2   sound containment wall and have special
3   provisions in place, have a 50-foot buffer. And
4   so I thank you for your time, and that would be
5   my conclusion statement. Thank you.
6       MAYOR BARKER: Thank you, sir. Mr.
7   Shirley.
8       MR. SHIRLEY: Thank you very much.
9   Obviously, this has been a very difficult
10  project to review both for staff and now for the
11  city council. It's bad enough that we're going
12  through the process with the airport with the
13  growing pains the airport is experiencing and
14  the rest of the city as well, the PART 150 study
15  and then now we've got the FBO on top of it, and
16  we've got another project after this coming.
17      All we can do at that point in time is to
18  fall back on the standards that we have. And we
19  have compatibility standards that are currently
20  in the code. Those are the ones that the City
21  used.
22      Under our standards, if it is determined,
23  as was the case here, that the project is
24  incompatible, then the city is required to make
25  recommendations to the applicant for ways that

Page 192

1   the incompatibility can be mitigated. That is
2   exactly what Ms. Salvo did. And the applicant
3   at that point in time was required to respond to
4   those recommendations. And, in fact, what the
5   applicant did was revise the project, came up
6   with the sound barrier, came up with the other
7   mitigating measures, did significant revisions
8   to the project.
9       On top of that, the staff's position in
10  this condition is no net increase in noise.
11  Now, that is a highly restrictive position for
12  the staff to take. It's difficult to conceive
13  of a more restrictive condition unless you say
14  don't build it. So that's where staff is.
15  Staff came up with the most restrictive
16  condition that could be put into place with
17  regard to the noise issue, no net increase.
18      Beyond that, the city council would be
19  determining basically that this site is
20  unsuitable in the first instance for any
21  additional airport development and would be
22  telling the airport, go elsewhere, find a
23  different place to develop another FBO.
24      So the staff did all it could to review the
25  project under our standards and to make the best

**DESTIN CITY COUNCIL / DESTIN JET**

Page 189 - Page 192

| Page 193 |
|---|

1  recommendation to the city council.  It's up to
2  the city council at this point.
3      MAYOR BARKER:  Okay.  Thank you.  Mr.
4  Miller, any other procedural formalities to take
5  care of before we turn it over to city council
6  consideration?
7      MR. MILLER:  No, sir.
8      MAYOR BARKER:  Okay.  City council, do you
9  need a short break before your deliberations or
10  should we push on?
11     COUNCILMAN WILLIGES:  I've got a couple of
12  questions, Mr. Mayor, when we get to it.
13     MAYOR BARKER:  How about we continue on for
14  about another ten minutes and then we'll take a
15  five-minute break.  Mr. Williges.
16     COUNCILMAN WILLIGES:  First, I'd like to
17  know who drew this plan?  Can somebody tell me
18  who gets credit for this?
19     MR. SHIRLEY:  That is a plan that was
20  submitted by the applicant, and the applicant
21  would have to answer the question.
22     COUNCILMAN WILLIGES:  Perhaps you can tell
23  me then, Mr. Odom.
24     MR. ODOM:  Yes.  That was a drawing that --
25  that was a drawing of the sound barrier wall

| Page 194 |
|---|

1  that we created after the report from ESA came
2  in to give us the --
3      COUNCILMAN WILLIGES:  Who drew it?  That
4  was my question.  Who drew it?  I mean, was it
5  an acoustical engineer or what?
6      MR. ODOM:  Not that actually did the -- a
7  draftsman did the drawing.
8      COUNCILMAN WILLIGES:  Oh, okay.  That's --
9  because it doesn't have any exhibits on it at
10  all.  It doesn't give any credit.  I didn't know
11  if Connerly and -- who -- Wicker, if they get
12  credit for it or not.
13     MR. ODOM:  No, sir.  It was done by a
14  draftsman.
15     COUNCILMAN WILLIGES:  So it's not an
16  acoustical engineer?  Okay.
17     MR. ODOM:  The acoustical engineers are the
18  ones that reviewed it and said that it was --
19  and the -- it was sufficient to meet the need,
20  yes.
21     COUNCILMAN WILLIGES:  Thank you.  I have
22  something else I wanted to bring up too.  In our
23  packet, we had a study here from the RPG people,
24  and it's dated the 2nd of March.  A lady in the
25  audience -- we've gone for so many hours on

| Page 195 |
|---|

1  this, I forget who it was right now, but she
2  spoke of the study being six months old.  This
3  is 14 days old.  And now it's obsolete because
4  now tonight we get word that everything is going
5  to be hunky dory and be compatible if certain
6  things are done.
7      This study says that it's incompatible for
8  two different areas.  One is on the -- one is on
9  the noise and the other was on air quality.  Air
10  quality still hasn't really been addressed, and
11  we're supposed to have a study on it.  We've got
12  the noise study now going on.  We don't know
13  what the results are.  But I'm just wondering
14  what changed in 12 days between your report from
15  the 2nd of March until tonight's presentation of
16  the 14th?
17     MS. SALVO:  Under the recommendations
18  section, we describe why we find the project is
19  incompatible.  On the next page, we describe how
20  we made some recommendations to the applicant --
21     COUNCILMAN WILLIGES:  Hold on.  Now, what
22  pages are we talking about, 13 and 14?
23     MS. SALVO:  Page 15.
24     COUNCILMAN WILLIGES:  Page 15, okay.
25     COUNCILMAN WILLIGES:  On page 14 is the

| Page 196 |
|---|

1  recommendation --
2      COUNCILMAN WILLIGES:  Right.
3      MS. SALVO:  -- where we say we find the
4  project incompatible.  On page 15, we make a
5  statement that we made several initial
6  recommendations to the applicant to attempt to
7  insure a higher level of compatibility between
8  the project and the adjacent neighborhoods.
9      And then at the bottom of that page, we
10  state:  The applicant alleviated many of RPG's
11  initial concern about the compatibility of this
12  project through extensive on-site mitigation and
13  complied with many of the above
14  recommendations.  And then we list the
15  mitigating measures that he provided.  Based on
16  those modifications on page 16, we determined
17  that with appropriate design of the buffer wall,
18  the minimum measures necessary to achieve
19  compatibility with the adjacent uses was
20  achieved.
21     COUNCILMAN WILLIGES:  You also say it has
22  not been demonstrated twice.
23     MS. SALVO:  But we do stipulate that the
24  design of the sound wall should insure proper
25  balance between noise mitigation and esthetics

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 272 of 313

3/14/0? QJ DESTIN JET                 CondenseIt™

## Page 197

1  and that the sound barrier is approved by an
2  acoustical engineer.
3      COUNCILMAN WILLIGES: And that hasn't been
4  done yet, has it?
5      MS. SALVO: Not yet.
6      COUNCILMAN WILLIGES: No, okay.
7      MS. SALVO: So that's still a condition
8  that we're recommending.
9      COUNCILMAN WILLIGES: Because I read the
10  whole report you put out, and in two areas you
11  found it incompatible, and tonight suddenly it
12  will be compatible if an acoustical engineer --
13      MS. SALVO: And that's in this report.
14      COUNCILMAN WILLIGES: -- finds it and that
15  hasn't been done yet. Okay. What I'd like to
16  see done is hold off on approval of this project
17  until the noise issue is resolved and the air
18  quality issue is resolved. I can't see
19  expanding further and get ourselves deeper in
20  the hole. Those are my comments. Thank you.
21      MAYOR BARKER: Thank you, Mr. Williges.
22  Mr. Destin.
23      COUNCILMAN DESTIN: I'd like to hear from
24  the wisdom of my fellow councilman's comments
25  here before I (inaudible) my speech.

## Page 198

1      MAYOR BARKER: Any other comments? Mr.
2  Foreman.
3      COUNCILMAN FOREMAN: I'll take a shot at
4  it. It's been a learning experience tonight.
5  Among other things that I -- starting at the
6  beginning, I think we have a serious flaw in the
7  fact that here we're dealing with another
8  government on an issue over which we don't have
9  complete control. The fact that they don't have
10  our -- at least there seems to be some doubt
11  about a master plan in place which would help us
12  design and to avoid the types of problems that
13  we're confronting tonight. So even if we deal
14  with this one in some fashion tonight, we're
15  looking down the barrel of a gun when the next
16  one comes along. That's that point.
17      Second, we're dealing with the fact that
18  the issue of noise is underway. It's being
19  studied. It's one of those things which
20  everybody acknowledges is a factor in the
21  approval or disapproval of this particular
22  project. And it doesn't make sense to me
23  completely to pursue the project with that in
24  doubt. I agree with the gentleman who said that
25  a masonry wall or a concrete wall out there is

## Page 199

1  obsolete and may not even be an aid in the
2  approval of the project so that does bother me.
3  Even though the developer is more than willing
4  to provide that as a mitigation, it may not
5  mitigate anything. So that's a problem for me.
6      I think the fact that -- I do agree with
7  the fact that there should be competition out
8  there. I understand the gentleman that stood up
9  and said that you need to have competing
10  services there if it's possible in order to
11  serve the public better. And the public are
12  people who come and go and many of them are
13  taxpayers here, property owners. And so that
14  serves a cause very well.
15      So I'm leaning over backwards to find a way
16  to help this project move along, but it's just
17  burdened by too many problems. And I would like
18  to see it happen. And so my feeling is if at
19  all possible here to come up with a way of
20  putting it on hold. I don't know whether
21  somebody else said that, but putting it on hold
22  until we can get this thing under control. I
23  know the applicant has a right to have an answer
24  tonight. I mean, they've already paid for it,
25  and they're entitled to a conclusion, but I

## Page 200

1  think the conclusion at this point in time would
2  be that it's not compatible. It may never be
3  compatible, but the airport is always going to
4  be there. So we've got to find a way out of
5  this box. And it's not just the city council's
6  problem; it's everybody's problem. So that's my
7  comments. Thank you.
8      MAYOR BARKER: Thank you. Other comments?
9      COUNCILMAN MARLER: I have some, but I'll
10  let Mr. Ponder go first.
11      MAYOR BARKER: Mr. Ponder.
12      COUNCILMAN PONDER: My comments are simply
13  this: That although I applaud Jay and his
14  efforts -- this is excellent, and he does things
15  with excellence. This project in and of itself
16  is very tastefully done, and he's done things
17  aboveboard and above reproach to make them right
18  to accommodate folks. I, regardless of where
19  this particular project will be located on the
20  airport property, whether it's on the west side,
21  north side, east side or south side, I cannot
22  support any new development no matter what the
23  case is when there's underlying issues that are
24  in a noncompatible circumstance. I don't care
25  if it's the best thing in the world. You're

DESTIN CITY COUNCIL / DESTIN JET                Page 197 - Page 200

Page 201

1  dealing with something that's already
2  noncompatible in my opinion.
3       You know, if it's the lack of a master
4  plan -- I'm a firm believer that the provision
5  in the plan, you write that plan down. You
6  don't talk about it. You write it down and make
7  it very plain for everyone to read and see and
8  understand. When you have that plan and it's
9  done properly, then everyone can come together
10  and the whole thing can move forward. So I'm in
11  a position that, hey, I want to see a master
12  plan. I don't want to hear hearsay and what
13  if's and what may be and what could happen. I
14  want to see it in writing. I don't want to talk
15  about it.
16       Second of all, the noise problem needs to
17  be settled. That's a major issue for not just
18  myself because I live close by the airport, but
19  most of the citizens of this community talk
20  about traffic. The airport is the second
21  biggest thing (inaudible). The third thing is
22  the health, safety and welfare so the air study
23  needs to be done. I've read the studies about
24  that. It's real world. There are higher cases
25  of cancer and other issues. You know, this

Page 202

1  community is one. I'm just one person, but even
2  to me it seems like we have more cases than we
3  should for this geographic area. I'm casting
4  stones. I don't know. There's no place to know
5  that. Those are three areas to me that if I see
6  solved and resolved, then I can have peace about
7  readdressing the matter.
8       Again, Jay is an excellent developer. He's
9  a very fine man, but I can't support the project
10  as it stands right now.
11       MAYOR BARKER: Mr. Marler and Mr. Destin
12  and Mr. Corcoran?
13       COUNCILMAN MARLER: First off -- first off,
14  a comment was made, and I want to first say that
15  that comment was really out of place. There was
16  a comment made about a middle eastern gentleman,
17  and I apologize to anybody of middle eastern
18  descent. That was a political ploy by a person
19  who's running for political office. That person
20  for all we know could have owned that plane. We
21  don't know that and so that's not -- that's
22  uncalled for in this situation because that has
23  nothing to do with this current issue.
24       Security was brought up. We've had some
25  people complain that this county built this

Page 203

1  prison fence. Now, when we're going to build a
2  wall, well, okay, fine. If citizens are worried
3  about the noise, let's build a brick wall around
4  the entire complex and then we really can solve
5  the noise problem. Y'all have got to get it
6  straight whether you want a wall, fence or
7  what. If security is an issue, well, the county
8  just with homeland security funds, they just
9  built you a brand new fence, a chain link fence,
10  with barbed wire around it.
11       So security is not necessarily up to the
12  developer in this particular case. It's up to
13  the county. The county owns the airport. It's
14  the county's problem to take care of security.
15  That's what we expect from our tax dollars. To
16  put the burden on the developer is not the right
17  thing to do. The developer is just trying to
18  make a living here in a sense by giving some
19  competition to the current situation.
20       So the security issue is not an issue that
21  even the city can discuss because we don't own
22  the property. It's no different than a -- if
23  you took the airport in the equation of being a
24  gated community. It's not our problem as a
25  citizen outside of that gated community to worry

Page 204

1  about the security on the inside of the
2  community. It is up to the community or up to
3  that property owner.
4       SPEAKER: You're wrong. It's public
5  property and it's --
6       MAYOR BARKER: Excuse me, sir. Please hold
7  it down in the back. The council member has the
8  floor now. Thank you.
9       COUNCILMAN MARLER: I'll go on. As far as
10  what Mr. Odom wants to build, I don't have a
11  problem with that. There are issues. The
12  issues have to do more with the county than it
13  does with Mr. Odom. The county has a master
14  plan -- address this master plan that somebody
15  is asking about. The master plan shows things
16  that apparently may or may not happen. The
17  county needs to update that master plan, and the
18  city needs to get a chance to look at.
19       The question was brought up about a parcel
20  of property. We currently zone -- that parcel
21  of property that the county purchased is
22  currently zoned by our zoning as RUD or RUA,
23  which is residential urban apartments. Now, I
24  don't know if the county submitted any paperwork
25  to our staff to change that yet to airport. I'm

Page 205

1  not sure. I don't know. But at the current
2  time with the map that we got less than six
3  n onths ago, we currently have that property
4  RJ.
5      This being the only piece of property that
6  th county has, considering that the next item
7  up, if we get to that tonight, is the other
8  wooded parcel between the current hangars and
9  the proposed project -- if we get to that
10  tonight. So, therefore, it is not the only
11  parcel that the county has. The county has
12  another parcel they're bringing up before us.
13      The citizens, they have a right, those that
14  live around the airport, to a quality of life.
15  The airport has the right to a quality of
16  business. In the Renaissance report that was
17  written that was on May 2nd, if you'll look back
18  here, it's on page 5 for the council members, is
19  a list of all projects from 1939 until
20  September -- until August of 2004 that have been
21  approved either by the county or the city.
22  Amazingly, Pine Ridge Trace was approved April
23  1983 by the county and a lot of other areas
24  around that. Harbor Breeze was approved by our
25  city April 6th, 1992. Indian Woods, which I

Page 206

1  believe includes -- and I think I'm right, you
2  know, around Indigo Circle and Mesa Road and all
3  those areas there was approved on June 6th of
4  1994.
5      I'm not going to say the city was at fault
6  or not at fault. There were some problems
7  probably all the way around. There should have
8  been stopgaps. There are rules and regulations
9  for what kind of materials can be used to build
10  around airports. Maybe we dropped the ball, the
11  city dropped the ball at that time. We were
12  new. We were young. We were just getting our
13  feet wet on what should and should not be in
14  building codes.
15      From a realtor's standpoint, a realtor is
16  going to sell anything he or she can at the
17  highest -- at what they can. If you purchased a
18  house around the airport, you knew it was
19  there. You may or may not have been told
20  whether your house was built with the proper
21  insulation for airports. If you weren't, I feel
22  sorry for you because you should have been. You
23  should have been notified whether your house was
24  built compatibly.
25      And that brings up compatibility. What is

Page 207

1  compatible? Is your house compatible with the
2  airport? No. Is the airport compatible with
3  your house? No. Is the insulation compatible
4  with other airports in the area? We don't
5  know. I don't know what is -- what type of
6  insulation is supposed to be in a home built by
7  an airport versus a home built at the other end
8  of town. But I do know that there is a noise
9  problem. But a lot of you citizens are here
10  trying to make Mr. Odom solve the noise problem
11  for the entire airport, and he can't do it.
12      It's not going to happen by Mr. Odom or by
13  the next project that may come up. It's going
14  to have to be an effort by the county and the
15  city and the citizens to come together and say,
16  yes, we have that noise problem and, yes, we're
17  going to take that noise study and do something
18  with it.
19      The airport is not going to go away. The
20  airport is not going to shut down operations,
21  and the airport is going to get busier. Why?
22  There was a citizen here from the City of Fort
23  Walton Beach. What's his vested interest in
24  it? He uses the airport. The entire south
25  county uses this airport. I can't worry about

Page 208

1  what's going on in Bay County. I'm worried
2  about what's going on in Okaloosa County and
3  Destin. Bay County may or may not build an
4  airport. That's their problem. That's not my
5  problem. I don't think they're going to take
6  any more traffic away from us. I think on the
7  contrary, traffic is going to increase from that
8  airport and this airport.
9      What is the largest jet? I think somebody
10  said a Gulf Stream 5 is the largest jet that
11  possibly can land at Destin airport. I've been
12  told that the largest jet, which they don't make
13  anymore, is a 707, and that's the last plane
14  that could land at Destin airport, and they
15  don't make them anymore -- unless John Travolta
16  decides to fly his over. Which, yeah, he could,
17  but he won't because I don't think -- that would
18  take the entire runway.
19      What is the bottom line? The bottom line
20  is, yes, Mr. Odom has a right to try to build
21  something and to make -- and to make a little
22  profit and at the same time be competitive with
23  the other thing. I agree with some of my fellow
24  council members that there's more -- there's
25  more questions than there are answers. The

Page 209

1  project unfortunately has come at a time when
2  we're right in the middle of studies. We're
3  right in the middle of a lot of other things.
4  · We've taken from 5:30 to almost 10:30, and
5  we're still on the first issue, and we still
6  have two more issues to go, which may or may not
7  get done tonight. So what can we do? We can
8  say no to Mr. Odom's project. Somebody else
9  will come up with another one. And I urge --
10 I'm guessing that all of you are planning on
11 staying for the second project because it's
12 right next door. It's going to create the same
13 amount of noise probably. We don't know.
14  So all I'm saying is that in my personal
15 opinion, the project itself, I have no problem
16 with. The problem I have is I need questions
17 from the county. I need questions from our -- I
18 need questions answered mostly from the county
19 because the county is saying one thing, and they
20 have a master plan that's 10, 12 or more years
21 old. The county can't tell us very much except
22 this is the only parcel of land. Mr. Odom is
23 one of two bidders. I mean, you know, I have
24 more questions than I have answers.
25  All I can say to the citizens is that the

Page 210

1  noise is not going to go away. The smell is not
2  going to go away because jet fuel, you know --
3  right now -- somebody said something about a
4  fully loaded plane. Right now a fully loaded
5  plane from Eglin Air Force Base could fly over
6  and crash in anybody's yard, and it would be
7  just as much of a catastrophe as anything else.
8  So it's not a matter of where the fuel is. I
9  know I ramble a little bit, but I had a bunch of
10 notes, and I'm trying to cover everything in one
11 shot.
12  Somebody said that Destin citizens -- well,
13 Mr. Odom lives in Destin, and he lives near the
14 airport too, and he probably suffers through the
15 same noise problems. I can hear the airport
16 from where I live, and I live on the opposite
17 side of Joe's Bayou from the airport so I know
18 that the noise is not going to go away.
19  Environmental issues were brought up, and,
20 yes, they are detrimental. You know, I didn't
21 hear anybody say anything about fuel spills. I
22 heard about the gas tank being there, but nobody
23 said anything about a major fuel spill. If that
24 happens, the EPA comes out and they have to dig
25 up dirt and all kinds of fun stuff.

Page 211

1  There are more questions and I just don't
2  feel comfortable voting on this issue tonight
3  because there's too many questions that need to
4  be answered. And I'll let it go at that,
5  Mayor.
6  MAYOR BARKER: Thank you, Mr. Marler. Mr.
7  Destin.
8  COUNCILMAN DESTIN: Well, it looks to me
9  like the council probably is all pretty close to
10 the same mind. I would love to see Mr. Odom
11 build a new, more modern FBO to give competition
12 and a higher level of service out there. And he
13 has tried mightily to mitigate the
14 incompatibility, but it appears to me that he's
15 about in the most incompatible position he could
16 possibly be around that airport to try to put an
17 FBO.
18  With all due respect to Mr. Shirley's
19 interpretation or analysis of the compatibility
20 issue, if we follow it to its logical conclusion
21 that we can mitigate incompatibility away, then
22 there is no such thing as incompatibility. He's
23 just (inaudible) more mitigation, and I don't
24 hold to that theory of that interpretation of
25 the ordinance.

Page 212

1  Mr. Miller, I have a question for you.
2  Would it be appropriate to move that this
3  project be denied until such time as the noise
4  study is completed? Or should we just -- would
5  it be your opinion that we just have to say no
6  and not put that condition in there?
7  MR. MILLER: I believe that the applicant
8  is due a determination, and if you are going to
9  require an additional condition, then I would
10 suggest that you continue the proceeding with
11 that instruction to all the interested parties
12 that --
13  COUNCILMAN DESTIN: Can we continue it for
14 two years?
15  MR. MILLER: Well, you can't continue it
16 for two years. I do not believe that's a
17 determination. But a reasonable period of time
18 or a shorter period of time certainly is
19 available to you, which might accelerate some of
20 the consideration of those issues. It might
21 accelerate that response. And I left it out
22 there (inaudible).
23  COUNCILMAN DESTIN: Well, we definitely
24 have a compatibility problem as to noise. And,
25 you know, I'm not real comfortable with the

Page 213

1   information we have on the air quality
2   questions. And in my mind, I'm not sure we can
3   mitigate it to the point that it could be
4   compatible in its present location.
5   MR. MILLER: Well, that's the kind of hard
6   decision that you councilmen are called to duty
7   to respond to and evaluate and make decisions.
8   COUNCILMAN DESTIN: Well, I'll let Mr.
9   Corcoran speak his peace before making a motion.
10   COUNCILMAN CORCORAN: I'm fine.
11   MAYOR BARKER: Any other discussion? City
12   council members? Is there a motion? A motion
13   to continue until the projects are complete or
14   otherwise? There's got to be a resolution.
15   We're not going home until there's --
16   MR. KISELA: Mr. Mayor, I believe the
17   noise, the PART 150 noise study is going to be
18   completed in August. That's the best time frame
19   that we have right now.
20   SPEAKER: That's when it will be turned
21   in. That's when it will be turned in. There
22   won't be a determination.
23   MR. KISELA: Well, I understand that the
24   PART 150 noise study will be complete and then
25   there would be funding cycles and so forth that

Page 214

1   could take several years. But at least we would
2   have a better understanding in August precisely,
3   you know, what the noise study is going to
4   identify for long-term mitigation.
5   COUNCILMAN DESTIN: Well, I'll move that we
6   deny the project until such time as that study
7   is complete.
8   MR. MILLER: Well, you're either --
9   COUNCILMAN DESTIN: Do we need a time
10   certain? Is that what you're telling me?
11   MR. MILLER: Yeah. My suggestion, if
12   you're going to put a condition of performance
13   of providing you with further information, I
14   think you are rejecting the conclusion of the
15   mitigation suggested by the last compatibility
16   analysis. And so if you -- and that seems to be
17   where you're directed is you're not accepting
18   the mitigation as acceptable. Then if you're
19   leaving this application open, you will do it
20   with a continuance of consideration of the
21   matter to the time until those study
22   performances are accomplished. You're
23   delegating those now with the condition.
24   My suggestion to you is that it seems to me
25   that your intent is to retain that evaluation

Page 215

1   here with you at the council as opposed to
2   delegating it to staff at a later proceeding.
3   COUNCILMAN DESTIN: It is.
4   MR. MILLER: You've retained jurisdiction
5   by establishing a continuance until that
6   appropriate future date. And you've made a
7   record that your basis for doing that is for the
8   receipt of that additional information. And the
9   difference is you're retaining jurisdiction over
10   those mitigation considerations as opposed to
11   delegating it to the staff.
12   COUNCILMAN DESTIN: Okay. Well, I'll move
13   that we continue this until those studies are
14   done.
15   MR. MILLER: I think you should set a date
16   certain, and I would suggest you're looking at
17   post August.
18   COUNCILMAN DESTIN: Then I will set a date
19   in the motion of September 30. That gives them
20   months leeway.
21   MAYOR BARKER: Dewey, your motion is to
22   continue until September 30th or in that general
23   time frame?
24   MR. MILLER: No. That's a date certain.
25   It's not a general time.

Page 216

1   MAYOR BARKER: Do we need to know if
2   September 30th happens to be on a weekday?
3   MR. MILLER: It doesn't matter. You can
4   reset the date with the proper notice at a
5   future date.
6   MAYOR BARKER: Okay. Is there a second to
7   the motion?
8   COUNCILMAN FOREMAN: I'll second the
9   motion.
10   MR. MUCCI: Mr. Mayor?
11   MAYOR BARKER: Yes, sir.
12   MR. MUCCI: I understand there's some
13   intent with that motion to not only have that
14   date continued to that date certain, September
15   30th, but there is also a presumption that you
16   would have certain studies done by that date.
17   And if that's the case, then it would be good to
18   specifically elaborate what those studies would
19   be and to what criteria that they would be
20   performing.
21   COUNCILMAN DESTIN: I believe that's the
22   county's --
23   MR. MILLER: That's the applicant's issue.
24   MR. KISELA: Jerry, I thought that was
25   the --

3/14/05 QJ DESTIN JET                    CondenseIt™

**Page 217**

1    MR. MILLER: They're conditions that are
2    deferred to the staff in the mitigation
3    (inaudible).
4    MR. KISELA: I think we were looking for
5    completion of the PART 150 noise study, which is
6    anticipated in August of 2005, and then that
7    would then be ripe to come back to the city
8    council for additional consideration. It
9    doesn't mean that it's going to be approved. It
10   doesn't mean it's going to be disapproved. You
11   just want that information before you make a
12   final determination.
13   COUNCILMAN DESTIN: That's correct.
14   MR. MUCCI: Was there any expectation that
15   there would an air quality study conducted?
16   COUNCILMAN DESTIN: I would certainly
17   COUNCILMAN FOREMAN: Would that be part of
18   an environmental impact assessment?
19   MR. MUCCI: If it was required, it would
20   be, but we're not certain that it will be
21   required at this point.
22   COUNCILMAN WILLIGES: I have a question,
23   Mr. Mayor. How about the master plan? Are we
24   going to require that to be approved?
25   COUNCILMAN PONDER: Absolutely.

**Page 218**

1    COUNCILMAN FOREMAN: Well, he doesn't
2    control that.
3    COUNCILMAN WILLIGES: It's part of the
4    three requirements.
5    COUNCILMAN PONDER: And we still need to
6    see it.
7    MAYOR BARKER: All right. Clearly, I think
8    there's a consensus from the city council that
9    you are concerned about noise pollution and the
10   environmental air quality issues --
11   COUNCILMAN PONDER: And the master plan.
12   MAYOR BARKER: -- from what I've heard. And
13   maybe the master plan too, but I don't know --
14   from what I'm hearing, you would not be
15   comfortable making this decision until there was
16   a strategy in place to help mitigate these, at
17   least from this particular development and
18   perhaps airport-wide?
19   COUNCILMAN DESTIN: I think that's correct,
20   but I don't know how to wrap all that into
21   the motion.
22   MR. MILLER: You do it by continuing the
23   hearing.
24   COUNCILMAN MARLER: That I understand, but
25   the problem I have, and with respect to Mr.

**Page 219**

1    Williges, is that, you know, we're putting on
2    the developer now to, I guess, put the pressure
3    on the county for the master plan. And we
4    should personally, as the council, do that and
5    not put the burden on the developer because he's
6    not -- you know, he is just going by what
7    they're telling him on the master plan, and it's
8    not his fault that the county can't get that
9    part right.
10   COUNCILMAN DESTIN: We can make that the
11   subject of another motion, Mr. Marler. And I
12   think we have the county people here, and
13   they're probably just as eager to work together
14   as we are hopefully.
15   COUNCILMAN WILLIGES: I'd just like to
16   interject a thought in that. In the
17   compatibility analysis plan that RPG put out
18   dated March of this year, they make mention of
19   the fact that there is no airport master plan,
20   and they say it's needed to work into the
21   compatibility aspect. It's in their own
22   literature. So I think that should be part of
23   it too.
24   MAYOR BARKER: The motion is to continue to
25   a date and time certain (inaudible).

**Page 220**

1    COUNCILMAN DESTIN: The motion is tabled
2    and is not subject to discussion.
3    MAYOR BARKER: Mr. Sealy, would you like
4    to --
5    MR. SEALY: Can I interject something
6    here? We can make this master plan dovetail
7    with that noise study because we're ready with
8    the master plan. It has been suggested, though,
9    by the committee that we wait until the noise
10   study is completed. We're ready to bring that
11   to you if you want it, you know, before the
12   noise study is finished so that the master plan
13   portion is ready to come back to you after I
14   take it to the commission for their approval.
15   MR. KISELA: I think we really need to look
16   at this thing holistically. I think that's part
17   of the fragmentation and what's creating the
18   difficulty so bring everything back together,
19   the noise study, the master plan, the
20   environmental impact statement. Bring that
21   back, and then we'll be ready to consider
22   whether or not an additional FBO should be
23   approved in this location.
24   COUNCILMAN FOREMAN: Also, the point that
25   Mr. Warner made earlier about the compliance

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 278 of 313

3/14/05 Qi DESTIN JET                    CondenseIt™

**Page 221**

1  with state statutes in so far as an interlocal
2  agreement and/or a committee of some sort which
3  would jointly oversee this sort of thing, I
4  think would be worth thinking about.
5      MR. SEALY: That's correct. We do have a
6  committee in place with the City of Destin and
7  the city -- excuse me, the county commission and
8  recognized by both, which is the Aviation
9  Advisory Committee. And that's recognized by
10  the county commission, plus I'm not sure, but I
11  think it was changed to include George's
12  committee also. But that is recognized by the
13  county commission.
14      COUNCILMAN FOREMAN: Well, we'd have to
15  take a look and make sure it fits the statute
16  definition of what that does because I'm not
17  sure that we, the council, understand that's
18  what that committee does, having studied it very
19  carefully myself.
20      MR. KISELA: We'll look at that and bring
21  back a recommendation to you.
22      COUNCILMAN MARLER: Mr. Mayor, so I
23  understand and so the applicant understands what
24  we are now -- what we're going to be doing by
25  this motion if it passes is we're not denying

**Page 222**

1  him; we're saying we need more information
2  before we can make a final judgement?
3      COUNCILMAN DESTIN: I believe that's it.
4      MR. MILLER: And without delegation of
5  those issues to the staff in the building permit
6  process.
7      MAYOR BARKER: That's correct. Okay. Mr.
8  Miller, September 30th is a Friday night. Do we
9  need to adjust our scheduling or do we need to,
10  when it gets closer, do we need to properly
11  advertise that?
12      MR. KISELA: I'm assuming that if we get
13  these other issues resolved and we could bring
14  these -- or at least bring back to the city
15  council that it could be on or before September
16  the 30th, but no later than September 30 --
17      COUNCILMAN DESTIN: Without further action.
18      MR. MILLER: (Indicating affirmatively).
19      MS. PATTERSON: Does this include the
20  report from the --
21      MAYOR BARKER: I'm sorry. We have to get
22  you on record.
23      MS. PATTERSON: Charlotte Patterson. Does
24  this -- what you're waiting on, will this also
25  include a report from an acoustical engineer?

**Page 223**

1      MAYOR BARKER: Yes.
2      MR. MILLER: Yeah. That's the principle
3  mitigation issue and one of the conditions that
4  was referred to the staff prior to building
5  permit.
6      COUNCILMAN DESTIN: Right.
7      MAYOR BARKER: Okay. Any other discussion
8  on the motion?
9      MR. MUCCI: Yes, Mr. Mayor. I just want to
10  bring up a point to ask the land-use attorney
11  what the effect, if any, of deferring this item
12  until September 30 might have on which
13  comprehensive plan this project would then be
14  subject to?
15      MR. MILLER: You know, there's some
16  staffing that doesn't happen in the active
17  meeting.
18      MAYOR BARKER: In other words (inaudible).
19      MR. KISELA: Jerry, we'll work that out.
20      MAYOR BARKER: Okay. Any other
21  discussion?
22      MS. PATTERSON: Mayor Barker, Charlotte
23  Patterson. On behalf of the Destin Airport
24  Citizens Committee, I want to thank you for your
25  attention to us tonight. I want to thank you

**Page 224**

1  for thinking about this and applying your own
2  good thoughts to it and staying true to the
3  citizens of Destin. Thank you.
4      (Applause.)
5      MAYOR BARKER: And if you would, please, we
6  need to keep the record intact for just a few
7  more minutes. Please city council members vote
8  by raising your right hand and leaving your hand
9  raised until Mrs. Williams can record the vote
10  in the back.
11      CLERK WILLIAMS: Well, before she does, can
12  I just clarify that the vote is solely to
13  continue this to on or before September 30th, no
14  conditions attached?
15      MR. MILLER: That's correct.
16      CLERK WILLIAMS: Is that correct?
17      MAYOR BARKER: That is correct. If you
18  approve the motion, please raise your right
19  hand.
20      (There is a show of hands by the city
21  council.)
22      MAYOR BARKER: Let the record reflect the
23  vote was unanimous.
24      (Applause.)
25      MAYOR BARKER: Did you get that, Ms.

3/14/05 OJ DESTIN JET                    CondenseIt™

Page 225

```
 1   Williams?
 2       CLERK WILLIAMS:  Got it.
 3       MAYOR BARKER:  Okay.  All right.  Ladies
 4   and gentlemen, please hold it down.  Ladies and
 5   gentlemen, the city council still has the
 6   floor.
 7       COUNCILMAN DESTIN:  I just wanted to ask
 8   the county if they have a piece of -- or a
 9   parcel in this area that they're confused about
10   how it's zoned and it would be more appropriate
11   for Mr. Odom's FBO there, then we certainly need
12   to work on that between now and September.
13       SPEAKER:  Amen.
14       MAYOR BARKER:  Okay.  Thank you.  We will
15   recess for five minutes.
16       (WHEREUPON, the proceedings with regard to
17   Destin Jet FBO were concluded.)
18
19
20
21
22
23
24
25
```

Page 226

```
 1       REPORTER'S CERTIFICATE
 2
 3   STATE OF FLORIDA
     COUNTY OF OKALOOSA
 4
 5       I, Tracy A. Lefebvre, Freelance Court Reporter,
     certify that I was authorized to and did
 6   stenographically report the foregoing proceedings to
     the best of my ability; and that the transcript is a
 7   true record of the testimony given by the witnesses
     and the proceedings as heard by this reporter.
 8
         I further certify that I am not a relative,
 9   employee, attorney, or counsel of any of the parties,
     nor am I a relative or employee of any of the
10   parties' attorney or counsel connected with the
     action, nor am I financially interested in this
11   action.
12
13       _____
         TRACY A. LEFEBVRE
14       Freelance Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```

**DESTIN CITY COUNCIL / DESTIN JET**                    Page 225 - Page 226

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 280 of 313

3/14/05 QJ DESTIN JET     CondenseIt™     $15,000 - actions

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 281 of 313

**$15,000** [1]   166:18

**'99** [1] 164:13

**00** [16] 29:5
64:13 65:8
65:9 101:20
101:21 111:19 111:20
111:24 168:10 168:12
168:12 12

**1** [13] 5 43:21
44:2 49:14 54:19
55:5 55:9 154:12
154:13 154:14 154:19
154:20 157:5

**1,200** [1] 32:15
52:24

**1,900** [1] 36:7

**10** [14] 6:9 29:5
64:13 65:10 72:24
79:20 101:20 111:19
128:8 131:12 132:4
159:8 200:4 209:20

**10-foot** [4] 27:4
27:7 73:5 92:18

**1000** [1] 154:13

**101** [1] 115:16

**1018** [2] 20:7 20:11

**1050** [3] 76:1 76:10
158:13

**1060's** [1] 115:15

**11** [2] 111:24 168:10

**110** [1] 81:7

**115** [1] 255:1

**1197** [1] 166:1

**12** [12] 72:24 73:1
73:2 73:2 73:2
73:5 79:3 79:10
131:12 132:4 195:14
209:20

**12-and-a-half** [2]
29:25 30:10

**13** [1] 195:22

**135** [1] 81:6

**14** [5] 34:17 128:23
195:3 195:22 195:25

**14th** [4] 11:7
105:2 195:16

**15** [6] 73:1 97:4
113:3 195:23 195:24
196:4

**15-foot** [3] 24:25
26:20 30:19

**150** [21] 25:11 35:6
35:8 36:2 54:10
72:1 74:5 75:11
107:25 116:20 117:17
130:19 147:23 167:5
187:18 187:20 187:22
191:14 213:17 213:24
217:5

**15th** [2] 74:3 103:13

**16** [2] 97:5 196:16

**16.6** [1] 30:4

**175** [1] 193:16

**18th** [3] 50:10 50:13
50:16

**1939** [1] 205:19

**1958** [1] 155:25

**1960's** [1] 115:15

**1963** [1] 155:24

**1977** [2] 163:17 163:20

**1979** [1] 156:6

**1983** [1] 205:23

**1985** [1] 156:7

**1989** [2] 56:24 160:14

**1992** [1] 205:25

**1994** [2] 36:3 206:4

**1997** [2] 156:11 177:23

**1998** [1] 156:11

**1st** [2] 6:12 163:20

**2** [6] 26:24 27:1
27:5 105:9 151:13
170:7

**20** [6] 52:5 56:25
73:24 80:15 137:1
167:16

**20,000** [1] 99:6

**20-foot** [1] 26:21

**200** [1] 103:15

**2001** [2] 103:15

**2003** [8] 93:10 94:25
97:3 156:13 163:9
164:13 164:17 165:3

**2004** [5] 50:10 50:13
74:5 164:19 205:20

**2005** [9] 1:1 6:9
6:12 6:24 7:7
50:11 50:16 122:25
217:6

**2008** [1] 170:24

**205** [1] 19:1

**23** [1] 99:2

**24-foot** [1] 117:3

**25** [5] 29:24 73:3
73:3 73:3 80:24

**28** [1] 165:9

**2nd** [3] 194:24 195:15
205:17

**3** [3] 105:9 157:23
168:12

**3's** [1] 79:15

**3,000** [1] 111:7

**3-foot** [1] 150:21

**30** [8] 1:2 52:24
170:7 209:4 209:4
215:19 222:16 223:12

**300** [2] 111:5 149:7

**30th** [6] 215:22 216:2
216:15 222:8 222:16
224:13

**31** [1] 154:25

**313** [2] 20:5 110:10
172:6

**31st** [1] 155:23

**333** [1] 163:19

**35** [1] 80:25

**3789** [1] 19:3

**3790** [2] 20:4 101:10

**3795** [1] 19:8

**3796** [3] 18:16 19:3

**3798** [1] 19:6

**3802** [2] 17:2 140:10

**3805** [1] 16:24

**3811** [1] 77:13

**3818** [1] 77:13

**3824** [2] 16:15 74:3

**3837** [1] 18:17

**3842** [1] 18:19

**3845** [1] 14:11

**3848** [1] 18:8

**3871** [1] 17:4

**3876** [3] 19:12 19:16
59:7

**3907** [3] 17:12 17:15
17:23

**395** [1] 115:16

**3rd** [1] 159:13

**4** [9] 6:23 7:8
73:6 105:9 122:24
122:25 158:17 158:20
168:12

**4's** [1] 79:15

**40** [5] 80:16 115:17
118:11 139:10 139:20

**40,000** [1] 84:22

**40-some** [1] 176:21

**400** [1] 150:13

**401** [1] 76:1

**401-F** [1] 76:5

**4042** [2] 19:4 178:11

**4069** [1] 148:20

**409** [1] 18:24

**42** [2] 17:5 145:1

**45** [2] 73:18 73:20

**4th** [9] 7:10 8:5
8:20 11:6 21:17
43:12 43:25 49:12
50:11

**5** [10] 1:2 55:24
79:19 131:10 131:18
158:25 168:12 205:18
208:10 209:4

**5's** [1] 79:15

**5-foot** [1] 150:23

**50** [7] 52:4 79:4
79:9 79:9 79:11
79:16 81:18

**50,000** [1] 99:6

**50-foot** [1] 24:21
24:24 26:23 30:13
30:22 119:20 191:3

**500** [1] 18:21

**502** [1] 18:21

**52** [2] 19:10 19:23

**55** [1] 166:22

**6** [14] 29:5 64:13
65:8 65:9 73:5
73:6 73:6 73:6
86:8 101:21 111:20
131:10 131:18 158:25

**60** [1] 148:23

**600** [1] 164:13

**605** [1] 21:3

**65** [15] 74:12 75:10
75:12 107:22 107:24
108:8 108:18 108:20
109:8 110:14 117:22
118:1 139:2 139:3
149:4

**6th** [2] 205:25 206:3

**70** [1] 118:1

**707** [1] 208:13

**712** [1] 19:21

**75** [7] 50:20 62:23
63:8 74:12 139:3
151:20 160:9

**78** [2] 79:25 168:18

**79** [2] 81:24 103:9

**790** [1] 19:19

**8** [6] 27:5 30:21
70:25 72:24 86:8
132:4

**8-feet** [1] 151:19

**8-foot** [12] 25:5
27:1 30:16 32:5
32:14 51:17 70:24
71:21 75:1 83:8
131:17 160:6

**801** [2] 16:19 188:1

**805** [4] 16:2 78:15
104:10 167:17

**824** [2] 20:2 68:3

**830** [4] 16:22 72:21
109:15 133:13

**832** [1] 162:2

**836** [5] 14:18 16:7
16:13 44:11 80:13

**839** [1] 19:25

**842** [2] 17:7 70:16

**845** [2] 16:5 150:18

**847** [1] 18:6

**8595** [1] 14:16

**8th** [2] 9:15 11:7

**9-1-1** [2] 170:9

**9/11** [2] 95:8 95:16
170:11

**90** [2] 3:2 3:3

**95,000** [1] 78:22

**98** [2] 20:7 20:11

**a.m** [3] 29:5 101:20
111:20

**abatement** [12] 25:21
26:9 31:24 33:9
33:10 33:11 35:10
39:1 40:14 41:14
59:9 190:24

**abide** [1] 28:5

**ability** [6] 28:5
37:20 38:1 55:16
65:15 226:6

**able** [6] 26:23 101:12
101:19 103:6 111:12
170:10

**above** [4] 52:25
138:9 196:13 200:17

**aboveboard** [1] 200:17

**absence** [2] 142:11
142:22

**absent** [1] 54:17

**absenteeism** [1]
2:24

**absolutely** [6] 58:2
67:21 85:22 105:20
128:18 217:25

**abut** [1] 61:14

**accelerate** [2] 212:19
212:21

**accept** [1] 11:25

**acceptable** [8] 52:20
58:18 74:15 74:25
75:10 123:11 167:7
214:18

**accepted** [2] 46:9
56:17

**accepting** [2] 51:16
214:17

**access** [8] 24:4
87:25 88:1 91:13
92:24 159:17 175:14

**accommodate** [1]
200:18

**accomplish** [2] 39:21
120:23

**accomplished** [1]
214:22

**accordance** [2] 4:7
4:23

**according** [4] 55:22
74:4 118:1 163:15

**account** [1] 25:14

**accumulating** [1]
118:10

**achieve** [5] 41:13
121:16 121:18 121:20
196:18

**achieved** [2] 123:12
196:20

**acknowledge** [1]
112:14

**acknowledged** [1]
164:15

**acknowledges** [1]
198:20

**acoustical** [15] 119:14
120:3 129:18 129:22
130:7 131:4 132:7
132:19 146:22 194:5
194:16 194:17 197:2
197:12 222:25

**acquire** [1] 188:14

**acquiring** [1] 115:17

**acquisition** [1] 187:17
188:12

**acres** [4] 115:16 115:16
155:24 158:17

**acronym** [1] 34:14

**Act** [1] 169:25

**acting** [1] 3:11

**action** [6] 76:12
155:5 167:23 222:17
226:10 226:11

**actions** [5] 76:1

Case 3:20-cv-03678-MCR-ZCB Document 71-2 Filed 11/28/22 Page 284 of 315

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 282 of 313

76:3 82:17
158:13
**active** [1] 223:16
**activities** [3] 36:9
40:6 40:11
41:2 174:2 175:6
176:2
**activity** [10] 41:2
104:18 104:8 114:16
116:17 126:16 150:2
150:7 172:16 173:10
**actual** [5] 24:19
53:5 62:10 69:2
132:24
**add** [1] 140:12
**added** [1] 26:23
**addition** [4] 46:14
68:10 144:9 167:24
**additional** [17] 5:11
6:4 7:2 10:16
60:21 68:7 70:11
70:11 81:18 119:24
168:2 184:3 192:21
212:9 215:8 217:8
220:22
**Additionally** [1]
169:1
**additions** [1] 167:4
**address** [23] 13:21
14:6 14:6 17:15
20:10 21:3 45:11
53:2 53:13 53:16
59:5 77:14 77:19
84:25 85:3 108:15
113:20 126:7 126:10
139:14 168:14 185:8
204:14
**addressed** [16] 61:10
78:8 93:7 127:6
128:18 195:10
**addresses** [1] 61:11
**addressing** [3] 61:11
97:13 155:8
**adequate** [1] 132:11
**adequately** [1] 126:23
**adieu** [1] 4:25
**adjacent** [12] 8:15
16:20 30:3 36:12
41:11 115:14 116:22
117:13 175:13 188:2
196:8 196:19
**adjoining** [1] 151:17
**adjust** [2] 83:12
222:9
**administration** [1]
165:15
**admissable** [1] 46:25
**admissible** [1] 48:2
**admit** [1] 46:8
48:25
**admitted** [11] 7:15
45:8 45:12 46:5
48:7 48:16 50:25
51:1 51:8 62:20
130:20
**adopted** [5] 118:12
142:11 143:14 160:13

187:12
**advance** [1] 46:4
**adversely** [1] 164:9
**advertise** [1] 222:11
**advertize** [3] 85:19
86:9 86:15
**advertizing** [1] 86:11
**advisory** [2] 167:20
221:9
**aerial** [1] 114:24
**affect** [4] 32:1
107:4 108:5 128:19
**affected** [8] 15:14
108:22 115:5 116:16
162:6 164:9 166:2
184:14
**affective** [1] 38:24
**affects** [1] 123:19
**affirmatively** [4]
40:12 140:15 146:1
222:18
**again** [16] 40:7
41:9 50:23 52:11
59:4 62:16 83:9
87:6 89:25 92:9
103:2 103:9 105:11
138:24 144:14 202:8
**against** [7] 47:14
60:14 83:2 99:20
100:21 105:14 174:2
**age** [1] 95:22
**agencies** [1] 172:25
**agency** [1] 169:1
**agenda** [5] 4:25
6:9 7:19 7:22
18:13
**agendas** [1] 18:13
**ago** [7] 2:21 79:8
80:15 143:11 176:21
186:7 205:3
**agree** [15] 29:2
45:18 54:4 63:12
64:6 72:25 78:4
84:17 85:10 85:12
102:22 109:1 198:24
199:6 208:23
**agreeable** [1] 190:12
**agreed** [10] 25:6
26:4 28:12 29:4
29:8 29:22 29:24
66:6 111:15 191:1
**agreeing** [4] 51:17
53:22 120:9 120:10
**agreement** [8] 104:13
104:17 104:19 105:9
112:13 119:21 165:16
221:2
**agreements** [1] 119:10
**agrees** [1] 53:25
**ahead** [9] 5:20
8:2 12:15 21:25
26:5 77:18 124:7
140:1 189:19
**aid** [1] 199:1
**ain't** [1] 133:16
**air** [21] 59:11 116:6

116:11 120:12 126:6
126:7 128:20 140:6
142:13 151:3 164:10
164:14 166:15 195:9
195:9 197:17 201:22
210:5 213:1 217:15
218:10
**airborne** [1] 149:22
**aircraft** [52] 31:1
59:25 60:22 60:25
61:16 78:16 78:18
78:19 78:21 78:22
79:9 79:17 79:25
80:1 80:16 83:23
88:11 100:7 102:4
102:13 103:12 103:16
104:14 105:13 105:15
110:15 110:22 110:22
119:11 120:9 128:19
130:13 131:7 131:9
131:12 131:14 131:15
131:22 131:23 149:22
150:7 151:25 168:2
168:3 168:5 168:10
168:20 169:18 169:21
170:8 176:23 178:18
**aircrafts** [1] 94:16
**airfield** [2] 39:3
114:15
**airplane** [5] 5:10
24:22 25:14 28:14
28:15 71:7 71:12
71:24 86:21 86:23
99:17 103:1 104:15
105:17 178:5 179:10
**airplanes** [25] 24:10
32:22 59:20 63:14
65:3 65:17 70:24
71:1 71:22 71:23
72:13 73:19 78:25
81:12 81:13 86:20
87:3 88:5 92:7
110:16 177:25 178:2
178:14 178:20 178:22
**airport** [291] 5:2
5:8 16:21 16:21
17:1 23:25 24:1
24:3 24:6 24:7
25:8 25:12 25:22
28:24 29:9 30:6
32:21 34:16 34:25
36:3 36:5 36:11
36:13 36:15 40:17
42:12 43:9 51:18
52:1 52:4 59:17
59:22 63:6 63:20
66:6 67:1 69:22
70:2 70:7 70:18
70:21 72:3 72:8
72:12 72:15 80:5
80:7 82:20 86:24
83:19 85:20 86:24
86:25 87:8 88:1
88:2 88:5 88:15
88:22 89:2 89:17
89:22 91:1 91:3
91:5 91:13 91:20
92:23 95:25 98:8
98:11 99:4 103:14
103:21 104:1 104:1
104:2 104:3 105:14
105:16 107:21 108:24

109:21 112:8 114:16
114:21 114:25 115:1
115:6 115:11 115:13
115:15 115:19 116:17
116:19 116:24 117:2
117:8 117:20 118:3
118:4 118:8 118:8
118:9 118:10 119:1
119:11 121:4 121:15
121:16 121:17 121:24
122:9 122:9 122:16
130:12 130:18 131:5
131:20 131:24 132:8
133:17 133:18 133:23
135:23 136:5 136:25
137:13 137:15 138:13
139:3 139:4 139:6
141:18 142:11 142:16
142:22 143:5 143:8
143:10 143:12 143:13
143:14 143:20 143:22
143:23 143:24 143:3
144:8 144:11 144:14
144:16 144:21 146:10
146:12 146:16 146:19
147:11 147:12 147:15
149:14 152:16 154:3
154:4 155:6 155:10
155:14 155:16 155:20
155:23 156:2 156:25
157:1 157:15 157:20
159:19 160:1 160:2
160:3 160:11 160:22
160:23 162:10 163:11
163:16 163:19 163:22
163:23 164:5 164:21
165:5 165:7 165:12
165:15 165:22 165:24
166:25 167:2 167:23
168:17 169:14 170:7
170:18 170:21 170:23
171:3 171:7 171:9
172:22 173:11 173:11
173:14 173:14 173:17
173:21 174:1 174:4
174:8 175:9 175:13
175:24 176:17 176:21
177:4 177:21 177:22
178:1 178:25 179:2
179:14 182:11 182:12
184:10 184:13 184:19
184:22 185:1 185:13
185:20 186:2 186:10
186:17 186:18 187:2
188:3 188:7 188:9
188:16 188:22 188:22
189:3 189:25 190:16
190:17 190:17 190:19
190:20 191:12 191:13
192:21 192:22 200:3
200:20 201:18 201:20
203:13 203:23 204:25
205:14 205:15 206:18
207:2 207:2 207:7
207:11 207:19 207:20
207:21 207:24 207:25
208:4 208:8 208:8
208:11 208:14 210:14
210:15 210:17 211:16
219:19 223:23
**airport's** [3] 120:23
145:20 186:6

**airport-related** [1]
157:13
**airport-wide** [1]
218:18
**airports** [30] 31:7
31:17 31:18 31:20
35:3 35:10 35:19
35:23 38:25 42:9
51:22 82:18 88:18
88:20 92:21 93:2
94:15 94:19 95:6
97:1 116:9 163:21
171:15 173:7 175:14
175:16 177:13 206:10
206:21 207:4
**Al** [4] 81:23 82:3
82:5 103:9
**Alberts** [1] 6:24
**alleviate** [1] 170:20
**alleviated** [1] 196:10
**allow** [3] 28:3
28:22 46:6 49:12
92:16 105:15 181:22
**allowed** [3] 28:14
38:21 47:7 104:12
116:12 119:13 131:23
181:24 181:25
**allows** [4] 4:12
4:13 4:14 171:2
**almost** [5] 30:25
32:15 160:22 189:23
209:4
**alone** [3] 144:15
33:9 181:16
**along** [7] 25:1
25:9 29:23 82:10
98:7 198:16 199:16
**alternating** [2] 30:1
30:10
**alternative** [1] 118:23
**always** [3] 89:19
89:20 200:3
**Amazingly** [1] 205:22
**ambitious** [1] 143:10
**Amen** [1] 225:13
**amend** [1] 187:15
**amended** [1] 68:17
**America** [1] 82:15
**Among** [1] 198:5
**amount** [5] 30:14
33:1 72:7 100:15
209:13
**analysis** [18] 55:16
113:19 130:22 131:1
131:16 132:9 133:5
138:7 139:8 141:3
141:7 143:4 143:6
144:19 149:21 211:19
214:16 219:17
**analyzes** [1] 8:16
**angular** [1] 32:9
**announce** [1] 59:5
**answer** [35] 11:10
34:20 35:25 37:9
45:10 53:10 54:15
66:16 68:14 68:20
71:25 76:15 76:21

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 283 of 313

**3/14/05  QJ DESTIN JET**  **CondenseIt™**  **answered - Barker**

79:13  84.  95:24
97:17  106:19  129:11
136:12  137:3  140:2
149:17  152:7  152:8
159:23  175:3  181:19
182:14  183:7  183:13
183:19  185:5  193:21
199:23
**answered** [4]  84:5
209:18  211:4
**answers** [5]  53:8
156:17  166:12  208:25
209:24
**anticipate** [2]  2:11
79:8
**anticipated** [2]  130:24
217:6
**anybody's** [1]  210:6
**anyway** [2]  96:5
103:8
**apartments** [1]  204:23
**apologize** [1]  9:10
94:1  202:17
**appear** [2]  39:7
39:15
**APPEARANCES** [1]
1:9
**applause** [2]  174:13
200:13
**applause** [9]  45:14
45:15  86:7  161:12
161:14  167:9  179:16
224:4  224:24
**apples** [1]  52:3
52:6  52:7
**applicant** [51]  4:2
4:5  4:12  6:2
6:3  6:5  10:15
12:2  20:15  21:25
22:4  22:7  23:2
22:13  22:25  23:2
33:21  42:21  46:11
58:22  59:7  77:17
85:2  95:2  110:9
122:13  134:4  137:4
137:5  141:2  141:3
141:4  141:9  141:22
141:24  141:25  142:25
143:8  161:22  171:25
191:25  192:2  192:5
193:20  193:20  195:20
196:6  196:10  199:23
212:7  221:23
**applicant's** [11] 20:16
27:11  33:23  43:21
44:1  49:13  54:19
55:4  55:21  56:12
216:23
**applicants** [2]  12:5
144:17
**application** [6]  15:14
15:15  137:7  142:3
143:7  214:19
**applications** [1]
4:18
**applies** [2]  137:5
157:23
**apply** [4]  26:1
122:19  137:4  158:5

**applying** [1]  224:1
**appreciate** [2]  9:9
152:23
**approach** [2]  127:5
149:12
**approaches** [1]  25:15
**appropriate** [18]
42:21  46:21  46:25
48:24  59:1  123:25
125:2  130:16  132:6
153:1  161:18  181:6
183:17  189:17  196:17
212:2  215:6  225:10
**approval** [15]  32:24
58:15  76:20  76:23
76:25  77:6  106:22
141:12  144:9  148:1
157:16  197:16  198:21
199:22  220:14
**approve** [5]  50:6
52:22  135:17  139:16
224:18
**approved** [22]  64:11
83:14  83:25  84:13
115:20  126:21  146:22
148:2  162:21  165:4
186:9  187:5  187:5
187:6  197:1  205:21
205:22  205:24  206:3
217:9  217:24  220:23
**approving** [1]  171:12
**approximate** [1]
115:3
**April** [3]  103:13
205:22  205:25
**apropos** [1]  49:23
**area** [65] 5:10  24:22
26:20  26:25  27:3
27:4  28:12  28:13
28:16  28:25  29:4
29:7  29:7  39:20
56:24  59:12  60:18
61:14  63:1  64:15
64:22  64:24  64:25
65:1  65:18  70:12
91:24  92:2  101:17
101:18  101:18  102:6
102:22  103:12  107:21
112:6  114:4  114:14
116:14  116:16  116:20
116:22  117:14  119:12
119:23  119:24  145:8
146:11  147:14  149:5
149:10  149:11  149:14
158:3  159:19  162:23
163:23  164:2  174:6
174:13  177:4  186:21
202:3  207:4  225:9
**areas** [22]  25:21
36:12  36:16  39:40
39:23  40:3  41:5
41:9  52:1  103:2
115:7  117:21  118:21
139:1  151:24  152:1
173:16  195:8  197:10
202:5  205:23  206:3
**arguments** [1]  3:20
**Arizona** [1]  93:21
**arms** [1] 99:22
**arrival** [1]  112:6

**arrival-departure** [1]
102:5
**arrive** [3]  18:13
24:6  28:23
**arrived** [2]  26:11
69:10
**arriving** [2]  28:8
28:11
**arrows** [1]  134:17
**art** [1]  85:13
**article** [2]  105:9
170:4
**aspect** [1]  219:21
**aspects** [1]  130:13
144:4  173:21
**assessment** [6]  76:2
76:5  76:13  76:19
158:18  217:18
**assessments** [1]158:14
**assigned** [1]  113:20
**assist** [1]  62:24
**associated** [2]  38:22
40:1  41:2
**Associates** [4]  5:23
7:1  31:14  62:21
**assume** [2]  81:8
85:18  112:21  115:4
132:17
**assumed** [1]  88:23
**assumes** [2]  131:8
131:15
**assuming** [1]  222:12
**assumptions** [1]
131:6
**assure** [1]  130:24
**assured** [1]  172:21
**asthma** [1]  61:12
168:21
**Atlanta** [1]  42:8
**attach** [1]  100:13
**attached** [2]  190:11
224:14
**attachment** [2]  27:25
28:7
**attachments** [1] 6:10
**attack** [2]  100:17
100:17
**attempt** [3]  126:12
182:14  196:6
**attempted** [1]  181:7
**attendees** [1]  90:15
**attending** [1]  166:8
**attention** [2]  5:16
223:25
**attenuate** [4]  36:6
36:14  40:25  41:22
**attenuating** [1] 39:12
**attenuation** [9]  36:5
39:9  41:7  41:23
42:6  52:17  55:15
55:21  123:12
**attorney** [7]  1:15
1:17  17:11  153:8
223:10  226:9  226:10

**attract** [1]  86:16
**attractive** [1]  32:11
**audible** [2]  16:10
57:15
**audience** [1]  10:25
13:12  15:9  66:18
71:4  102:19  138:1
145:11  147:18  183:18
194:25
**audio** [1]  16:11
**Audrea** [1]  77:12
**August** [10]  128:23
140:17  141:6  148:10
163:9  205:20  213:18
214:2  215:17  217:6
**authenticity** [1] 54:22
169:18
**author** [3]  42:2
54:20  54:25
**authored** [4]  7:7
8:4  8:19  21:17
**authorities** [2]  42:11
170:10
**authority** [1]  5:2
172:24
**authorized** [1]  226:5
**automatically** [1]
181:11
**automobile** [1]  100:8
**automobiles** [1]
87:24
**AV** [1]  61:20
**available** [20]  8:22
9:12  9:16  9:17
10:7  10:9  10:14
44:15  48:19  51:3
66:9  68:9  103:23
109:21  109:21  117:24
185:19  186:15  186:15
212:19
**AVCOM** [12]  21:1
21:12  29:16  29:16
31:4  33:16  34:2
34:8  34:10  34:14
34:17  34:18
**average** [4]  131:8
131:9  131:14  131:15
**aviation** [20]  29:15
31:1  34:15  35:17
41:25  42:9  78:19
88:12  89:16  115:12
131:11  157:4  157:6
160:16  175:6  175:21
177:13  185:25  186:1
221:8
**aviator** [1]  134:15
**avoid** [2]  87:7
198:12
**avoided** [1]  90:3
**await** [4]  135:6
135:15  136:3  136:9
**aware** [3]  180:14
180:16  181:20
**away** [20]  38:20
39:3  39:20  39:23
52:5  100:23  109:4
133:20  149:13  155:11

160:18  170:10  171:9
180:12  207:19  208:6
210:1  210:2  210:18
211:21
**awfully** [1]  2:6
**Axel** [4]  134:13  134:13
134:24  135:2
**B** [11]  5:24  6:23
7:2  7:11  7:13
7:18  7:19  7:22
7:24  8:2  124:12
**Bachelor's** [1]  34:20
**background** [5] 26:10
34:16  37:19  115:9
155:21
**backs** [1]  10:19
**backup** [1]  106:9
**backwards** [1]  199:15
**backyard** [5]  89:10
166:22  169:16  176:18
178:13
**bad** [3]  89:18  160:4
191:11
**balance** [5]  114:8
118:7  118:15  118:18
196:25
**balancing** [3]  173:23
173:25  176:8
**ball** [2]  206:10  206:11
**Barbara** [5]  16:15
74:3  138:24  140:2
156:18
**barbed** [2]  117:9
203:10
**Barker** [222]  1:10
2:1  6:13  6:17
7:6  7:10  8:3
8:8  8:18  8:24
9:6  10:3  10:11
10:21  11:2  12:8
12:18  12:20  13:3
13:18  14:3  14:7
14:12  14:20  15:8
15:24  16:4  17:18
17:21  17:24  18:2
18:11  21:14  21:23
22:2  22:10  22:24
23:4  23:18  27:10
33:20  33:25  35:24
36:17  37:1  37:3
37:6  37:10  37:18
37:24  42:20  42:25
43:4  43:11  43:19
43:24  44:5  44:10
44:18  45:3  45:15
47:8  47:14  47:20
48:8  48:11  49:1
49:5  49:9  49:17
50:3  51:12  52:9
53:18  54:11  54:17
56:11  57:9  57:13
57:16  58:5  58:20
58:25  61:3  62:11
68:2  70:14  72:20
74:2  77:11  77:16
77:21  78:14  80:11
81:22  82:1  82:4
82:7  84:8  85:1
85:6  86:3  85:1
87:19  88:8  91:10

Case 3:20-cv-03678-MCR-ZCB   Document 71-2   Filed 11/28/22   Page 286 of 315

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 284 of 313

93:5  93:3  95:1
98:25*  99:4  101:8
102:20  104:8  107:10
109:13  110:8  111:2
112:17  112:21  113:6
121:6  122:24  124:6
124:9  124:17  125:1
127:25  128:4  130:3
133:11  133:25  134:2
134:12  137:2  137:9
138:2  138:23  140:9
144:24  147:19  148:18
150:17  152:6  152:24
153:5  153:11  153:14
153:18  153:19  154:13
154:18  154:13  161:16
154:19  161:22  162:1
163:5  167:10  167:12
171:20  171:23  171:25
172:3  174:19  174:21
175:3  176:13  177:8
177:17  179:17  179:20
180:6  180:24  181:3
181:18  182:3  182:13
183:1  183:14  184:2
184:5  185:2  185:7
186:12  186:23  187:23
187:23  189:12  191:6
193:3  192:8  193:13
197:21  198:1  200:8
200:11  202:11  204:6
211:6  215:11  215:21
216:1  216:6  216:11
218:7  218:12  219:24
220:3  222:7  222:21
223:1  223:7  223:18
223:20  223:22  224:5
225:3  225:14  224:25

**Barr** [56] 9:12  9:13
9:16  9:19  9:24
10:5  10:11  10:12
10:12  10:18  14:10
14:10  15:5  50:5
50:17  62:13  62:16
62:16  63:3  63:13
63:21  64:5  64:5
64:17  64:20  64:25
65:12  65:20  65:23
66:12  66:19  66:23
67:3  67:10  67:14
67:19  67:21  67:23
68:1  89:24  89:24
91:9  125:6  125:6
125:15  125:20  126:12
126:19  127:8  127:18
127:23  128:2  179:19
180:8*  180:8  181:7

**barrel** [2]  198:15
**barrier** [2]  25:6
36:5  41:7
50:20  55:14  68:24
107:14  107:15  119:20
120:3  120:4  123:13
123:16  130:8  130:23
135:4  162:23  192:6
193:25  197:1

**barriers** [3]  68:10
135:10  169:9
**base** [6]  3:19  5:7
23:24  136:4  184:25
210:5

**based** [15]  3:13
50:9  52:22  72:3
72:14  86:17  120:1
120:10  140:13  150:1
150:6  151:18  178:24
182:22  196:15
**basing** [1]  132:18
**basis** [9] 48:5  48:6
62:6  99:4  99:5
161:1  164:10  184:16
215:7
**Bay** [6]  168:17  170:17
170:22  171:8  208:1
208:3
**Bayou** [2]  19:19
210:17
**Baywood** [1]  18:22
**Beach** [9]  16:19
20:6  36:7  110:11
172:7  173:15  174:25
188:1  207:23
**Beaird** [1]  187:11
**Beane** [13]  17:5
17:5  145:1  145:1
145:8  145:14  145:17
145:20  145:23  146:2
146:15  146:24  147:7
**bear** [2]  58:7  143:9
**beating** [1]  85:8
**beautiful** [1]  133:15
**become** [6]  66:9
68:8  80:6  89:18
145:3  156:6  162:24
163:2
**becomes** [1]  2:10
**beforehand** [1]  135:1
**begin** [2]  3:4
170:22
**beginning** [3]  93:8
135:9  198:6
**behalf** [7]  5:3
6:7  6:25  125:12
125:14  125:16  223:23
**behind** [1]  117:6
146:15
**behold** [1]  93:17
**behoove** [1]  147:25
**believer** [1]  201:4
**believing** [2]  86:15
87:13
**belly** [1] 170:8
**below** [1]  27:2
40:21  75:10
**benchmark** [1]  132:23
133:5
**beneficial** [1]  176:24
**benefit** [3]  173:17
174:7  174:9
**benefits** [1]  173:12
174:3
**benzene** [1]  169:5
**Berlin** [1]  136:16
**beside** [1]  91:17
**best** [9]  2:9  14:14
31:16  38:25  155:2
192:25  200:25  213:18

226:6
**Betsy** [5]  16:2
78:15  104:9  147:22
167:15
**better** [7]  24:15
56:8  86:19  133:8
165:11  199:11  214:2
**Betty** [2]  16:24
176:15
**between** [27]  8:14
15:9  21:11  25:25
26:8  29:5  64:13
65:4  80:24  92:19
101:20  111:19  114:8
117:12  118:19  119:10
123:19  140:7  141:21
142:19  144:16  147:17
195:14  196:7  196:25
205:8  225:12
**beyond** [7]  59:21
69:2  123:9  138:9
146:17  182:9  192:18
**bid** [9]  82:22  82:23
82:23  83:2  83:3
157:11  180:16  180:21
181:23
**bidder** [1]  82:24
**bidders** [1]  209:23
**big** [6]  16:13  31:2
49:23  60:8  60:8
60:18  73:7  73:23
79:9  94:7  99:17
177:5
**bigger** [4]  88:24
88:25  89:18  89:20
**biggest** [1]  78:20
111:6  201:21
**billionaires** [1]  177:1
**binding** [1]  163:2
**Birmingham** [1]
179:5
**bit** [12]  5:18  30:12
70:9  70:24  83:13
119:3  122:20  123:21
127:16  129:4  135:24
210:9
**Blanton** [10]  19:4
19:4  177:20  177:20
181:18  181:20  182:13
182:17  183:2  183:15
**blast** [2] 166:23  169:9
**blatant** [1]  165:7
**block** [3]  55:17
73:7  112:10
**blocking** [1]  55:20
55:23
**blonde** [1]  146:25
**blown** [1]  166:23
**blows** [1]  133:20
**Bloyer** [1]  20:5
20:5  110:10  110:10
111:1  172:5  172:5
175:5  175:12
**blue** [2]  117:24  150:8
**Board** [1]  5:4
**boards** [3]  23:7
23:10  23:21

**boat** [2]  71:6  155:3
**body** [1]  115:20
**boil** [1]  3:10
**boils** [1]  143:21
**bomb** [3]  94:9
94:10  98:11
**booked** [1]  2:20
**bother** [1]  199:2
**bothered** [2]  173:20
174:1
**bottom** [6]  27:2
51:11  117:5  196:9
208:19  208:19
**bought** [2]  155:20
177:4
**bound** [1]  137:7
**boundaries** [2]  115:3
188:24
**Bowes** [2]  19:21
19:21
**box** [1]  200:5
**brain** [1] 168:21
**brand** [1]  203:9
**breach** [1]  170:12
**break** [7]  3:1
3:3  49:7  124:2
124:4  193:9  193:15
**breakdown** [1]  95:18
**breath** [1]  89:9
**breathe** [1]  89:8
**breathing** [1]  159:7
**Breeze** [1]  205:24
**brick** [1] 203:3
**brief** [2]  6:16  113:9
**briefing** [1]
139:6
**briefly** [1]  46:2
**bring** [18]  24:7
24:8  31:9  52:3
87:14  88:16  103:11
137:7  151:10  187:20
194:22  220:10  220:18
220:20  221:20  222:13
222:14  223:10
**bringing** [2]  24:8
85:23  205:12
**brings** [2]  131:25
206:25
**brought** [10]  88:13
93:8  93:9  114:3
123:21  158:12  186:21
202:24  204:19  210:19
**brush** [1]  73:7
**budadene** [1]  169:4
**buffer** [27]  24:21
24:24  24:25  25:4
26:20  26:21  26:23
26:25  27:17  28:11
30:13  30:14  30:19
30:22  38:24  39:1
40:5  40:9  40:24
41:4  116:13  116:20
119:20  119:24  120:9
191:3  196:17
**buffered** [2]  28:9

41:12
**buffering** [1]  117:8
**buffers** [1]  26:17
**build** [34]  10:20
64:2  65:25  66:7
66:13  66:21  67:6
74:16  74:22  80:7
82:11  82:16  82:19
83:5  83:9  89:9
101:13  106:23  135:17
136:16  136:23  143:19
159:16  179:23  181:16
191:1  192:14  203:1
203:3  204:10  206:9
208:3  208:20  211:11
**build-out** [1]  144:3
144:8
**building** [22]  2:6
24:18  24:20  28:1
28:2  28:5  28:8
28:10  38:20  59:13
66:24  67:11  68:6
85:11  85:13  90:13
119:2  147:13  157:7
206:14  222:5  223:4
**built** [20]  52:24
66:3  66:5  66:10
68:16  69:5  69:20
72:2  75:4  83:15
136:25  148:24  151:7
160:22  202:25  203:9
206:20  206:24  207:6
207:7
**buisness** [1]  173:9
**bullets** [1]  139:5
**bunch** [2]  44:22
210:9
**burden** [2]  203:16
219:5
**burdened** [1]  199:17
**busier** [1]  207:21
**busiest** [1]  104:3
**business** [23]  2:14
72:14  72:15  72:16
79:1  82:19  86:17
87:12  87:14  90:9
91:3  107:5  107:8
115:13  134:19  157:10
171:5  178:10  179:8
179:13  180:1  184:10
205:16
**businesses** [2]  171:4
173:11
**businessman** [3]
85:10  85:12  134:18
**busy** [1]  93:15
**buy** [4]  86:12  107:2
178:21  186:2
**buy-outs** [1]  118:24
**buying** [1]  51:19
**C** [7]  117:25  124:11
124:13  124:13  124:19
124:21  124:22
**C3** [1]  100:12
**C4** [1]  100:12
**cable** [2] 93:16  94:14
**calculate** [1]  52:16

Case 3:20-cv-03678-MCR-ZCB   Document 71-2   Filed 11/28/22   Page 287 of 315

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 285 of 313

calls [15] 29:23
cancer [4] 168:21
168:22 190:5 201:25
cannot [9] 29:7
54:25 65:2 65:3
97:8 101:23 131:21
169:7 179:23 200:21
capabilities [1] 61:6
capable [2] 73:18
84:21
captain [1] 155:3
car [3] 96:1 96:4
102:11
carcinogens [4] 79:24
80:2 125:17 168:19
care [6] 34:6 65:10
160:9 195:5 200:24
203:14
carefully [1] 221:19
Carolina [1] 179:5
Carpenter [16] 16:15
16:15 74:5 74:3
74:23 75:9 75:9
75:14 75:24 77:1
77:10 138:24 138:24
156:19 156:22 158:12
carry [1] 17:10
cars [4] 24:6 59:20
64:18 102:12
case [11] 4:15 4:14
23:1 40:4 122:21
182:15 186:22 191:23
200:23 203:12 216:17
cases [3] 52:8 201:24
202:2
casting [1] 202:3
catastrophe [2] 160:5
210:7
caters [1] 171:2
Catherine [1] 18:21
center [3] 93:11
143:17 156:12
certain [15] 25:21
72:6 100:6 106:22
121:3 123:11 149:13
195:5 214:10 215:16
215:24 216:14 216:16
217:20 219:25
certainly [18] 10:10
12:1 38:15 41:18
42:10 43:4 45:19
48:2 55:15 55:25
77:21 136:21 159:25
169:22 172:13 212:18
217:16 225:11
CERTIFICATE [1]
226:1
certified [2] 166:3
166:5
certify [2] 226:5
226:8
chain [2, 117:9
203:9
chair [1] 184:1
chairman [1] 18:24
163:8 165:18
challenge [1] 114:2

challenging [1] 58:13
chance [5] 39:5
39:13 107:5 142:8
204:18
change [6] 72:4
75:12 75:23 83:11
179:3 204:25
changed [3] 143:25
195:14 221:11
changes [5] 119:1
119:2 122:10 143:1
165:23
character [3] 116:5
116:9 116:21
Charlotte [6] 16:13
44:11 49:21 154:23
222:23 223:22
check [1] 84:3
checked [1] 98:24
checklist [1] 76:16
chemicals [2] 79:25
168:18
Cheryl [1] 129:14
child [2] 61:12 61:13
children [2] 159:10
178:15
choice [1] 157:9
179:13 179:15 94:17
chose [3] 177:3
181:9 183:9
chosen [2] 159:21
165:19
Chris [1] 183:6
Christmas [1] 155:1
church [1] 1:6
155:1
cigarette [1] 100:12
circle [9] 14:1
16:16 16:25 17:3
74:4 140:11 176:15
184:13 206:2
circumstance [1]
200:24
circumstances [1]
182:21
citations [1] 170:1
citizen [9] 4:4
134:15 136:19 154:24
167:23 174:12 177:21
203:25 207:22
citizens [3] 2:19
4:3 4:14 10:6
12:23 49:24 51:15
125:9 155:5 161:7
161:10 163:10 167:8
170:18 172:7 172:21
173:5 175:1 177:23
178:20 181:23 184:25
201:19 203:2 205:13
207:9 207:15 209:25
210:12 223:24 224:3
citizens' [1] 125:8
city [145] 1:1
1:9 1:15 1:18
1:19 1:21 2:5
2:20 2:25 3:6

3:11 3:14 3:17
3:24 4:6 4:9
4:13 4:18 7:5
10:7 11:7 12:20
18:25 20:20 20:21
20:23 22:21 25:23
26:11 26:15 30:15
31:22 33:13 36:5
44:16 46:9 46:13
48:12 48:17 53:22
52:25 54:18 57:2
57:4 57:25 58:14
73:3 85:3 94:25
109:17 113:15 113:16
113:18 119:11 122:5
123:25 125:3 125:12
125:14 125:15 129:3
129:5 131:4 134:3
137:8 138:5 139:13
140:22 140:25 141:1
141:17 141:23 141:24
141:24 142:1 142:4
144:4 144:7 147:25
148:4 148:19 152:3
152:6 152:13 153:1
153:10 156:7 158:21
158:21 160:19 161:9
163:9 163:13 164:16
165:9 165:11 165:18
165:21 165:25 166:2
166:6 166:4 171:1
171:13 172:18 173:4
173:22 184:15 184:17
184:20 184:20 184:21
186:20 187:10 188:16
189:17 190:5 190:15
191:11 191:14 191:20
191:24 192:18 193:1
193:2 193:5 193:8
200:5 203:21 204:18
205:21 205:25 206:5
206:11 207:15 207:22
213:11 217:7 218:8
221:6 221:7 222:14
224:7 224:20 225:5
city's [5] 27:14
29:14 58:10 74:9
75:18 186:8
civil [3] 34:21 56:14
56:20 56:21 56:23
57:7 57:19
clapping [1] 45:22
clarify [3] 43:8
141:20 224:12
clear [4] 8:25 143:23
146:24 154:4
cleared [1] 190:10
clearer [2] 15:6
30:12
clearly [6] 72:10
105:4 118:5 165:14
173:19 218:7
clerk [17] 1:21
9:4 14:2 14:4
18:10 18:12 19:14
19:18 20:9 20:12
21:10 21:13 23:14
166:4 224:11 224:16
225:2
clerk's [1] 16:10
clicker [1] 145:5

client [1] 46:19
close [13] 28:3
28:5 52:1 66:24
87:1 117:4 136:13
145:18 159:4 159:11
159:20 201:18 211:9
closely [1] 4:12
closer [2] 56:6
222:10
closest [1] 116:24
Club [3] 20:6 110:11
172:6
code [7] 4:8 26:15
58:14 73:2 119:2
150:22 191:20
codes [3] 26:17
190:5 206:14
coexist [1] 115:24
Coleman [1] 155:21
college [1] 52:15
combination [3]
119:16 121:1 150:1
comfortable [8] 120:22
173:6 178:2 178:6
179:8 211:2 212:25
218:15
coming [19] 24:7
36:15 41:1 56:25
60:19 62:6 63:5
63:19 72:12 80:4
86:12 100:8 103:12
111:10 111:23 134:24
134:25 177:1 191:16
comma [1] 169:4
comment [9] 10:2
11:13 40:15 110:6
189:6 189:24 202:14
202:15 202:16
comments [13] 31:6
38:7 45:21 54:8
182:7 184:7 188:6
197:20 197:24 198:1
200:7 200:8 200:12
compatibly [1] 206:24
compendium [1]
52:13
compensate [1] 32:18
competent [1] 140:4
competing [1] 82:19
173:25 199:9
competition [3] 199:7
203:19 211:11
competitive [2] 82:16
208:22
compiled [1] 69:12
complain [1] 202:25
complained [1] 163:11
complete [6] 25:8
33:21 198:9 213:13
213:24 214:7
completed [1] 26:7
147:4 170:23 187:20
212:4 213:18 220:10
completely [4] 60:13
92:22 92:23 198:23
completion [3] 167:5
171:17 217:5
complex [1] 203:4

client [1] 46:19
134:16 156:12 173:12
174:3 174:9 175:17
176:6 190:18 190:20
201:19 202:1 203:24
203:25 204:2 204:2
community's [1]
173:8
company [7] 29:14
29:15 31:13 31:14
95:13 135:14 136:1
compare [1] 52:6
compared [2] 85:14
152:10
comparing [1] 52:3
compatibility [47]
5:16 5:25 26:19
58:12 74:5 113:18
113:25 115:22 116:3
117:19 120:1 121:13
121:16 121:19 121:21
121:25 127:7 130:25
133:3 135:5 137:12
137:13 137:19 137:23
138:7 138:9 138:19
139:8 142:10 143:6
143:13 144:19 147:6
147:16 149:21 166:20
166:21 191:19 196:7
196:11 196:19 206:25
211:19 212:24 214:15
219:17 219:21
compatible [32] 58:17
113:23 113:23 118:2
118:5 128:25 129:11
137:16 138:10 139:9
139:12 141:11 145:21
145:24 146:3 146:5
147:1 147:2 161:3
182:9 184:23 190:6
190:11 195:5 197:12
200:2 200:3 207:1
207:1 207:2 207:3
213:4

3/14/05  Q: DESTIN JET             CondenseIt™                    complexity - court

complexity [1] 130:11
compliance [3] 151:11
  167:3     220:25
complied [2] 129:6
  196:13
complies [1] 121:10
comply [5] 61:23
  95:4    97:8   98:18
  122:11  163:18
composed [1] 165:17
composite [1] 154:17
  154:18  154:20
compound [1] 169:3
comprehensive [1]
  4:9    115:21  223:13
computer [1] 25:13
  25:16
concede [1] 57:16
conceive [1] 192:12
concern [1] 61:13
  94:4    94:13   98:7
  125:23  120:25  127:24
  132:22  159:25  196:11
concerned [1] 89:3
  89:14   96:14   145:3
  155:6   158:7   218:9
concerning [2] 152:9
  167:21
concerns [10] 45:11
  93:13   94:15   97:5
  97:14   99:14   125:8
  130:9   135:19  135:19
  136:1   136:6   158:24
  168:16  172:11  174:25
  177:12  177:15
conclude [1] 56:11
  144:1
concluded [2] 6:6
  225:17
conclusion [8] 27:10
  48:6    112:22  191:5
  199:25  200:1   211:20
  214:14
conclusions [1] 123:18
concrete [6] 25:5
  26:5    32:5   135:11
  136:25  198:25
concur [2] 48:9
  48:10
concurrency [2]
  144:5   190:14
condemnation [1]
  118:24
condition [20] 33:6
  77:6    112:15  115:24
  115:25  116:2   122:5
  123:7   123:23  132:25
  140:8   164:5   192:10
  192:13  192:16  197:7
  212:6   212:9   214:12
  214:23
conditional [2] 76:20
  76:23
conditions [19] 33:7
  33:11   58:17   116:8
  120:1   120:2   134:24
  133:6   152:10

163:3    168:20   169:7
190:7    190:12   190:13
217:1    223:3    224:14
conduct [1] 45:23
  130:19  171:13
conducted [3] 141:8
  171:16  217:15
conducting [2] 2:5
  46:18
confer [1] 129:18
conferring [1] 120:3
configuration [2]
  36:13   119:1
confine [1] 127:21
confirm [3] 43:15
  121:12  155:13
confirmed [1] 120:1
conflict [1] 142:2
conflicts [1] 139:11
confronting [1] 198:13
confused [3] 50:17
  146:3   225:9
confusion [1] 95:17
congregated [1] 93:10
congruent [1] 86:6
conjecture [1] 69:6
  186:4
conjunctive [1] 168:22
connected [1] 226:10
Connerly [7] 5:2
  20:24   56:15   56:20
  150:21  151:19  194:11
consensus [1] 218:8
consequence [1]
  65:12
consider [8] 11:23
  136:2   136:5   173:23
  174:6   176:4   178:17
  220:21
consideration [9]
  15:15   105:24  131:15
  177:24  189:16  193:6
  212:20  214:20  217:8
considerations [1]
  215:10
considered [2] 116:10
  136:10
considering [2] 56:9
  205:6
consistent [5] 2:7
  39:8    39:8   42:16
  143:2
Constable [17] 19:1
  19:1    87:18   87:18
  87:21   87:22   88:4
  88:7    91:12   91:12
  91:16   91:22   92:1
  92:4    92:9   92:15
  93:4
constant [1] 144:21
construct [3] 25:6
  26:1    26:5
constructed [1] 36:6
construction [9]
  33:5    33:6   50:19
  66:13   67:2   67:3

67:4     67:17   164:3
consultant [14] 1:20
  27:15   106:25  113:15
  127:3   130:20  140:25
  141:21  141:22  141:25
  142:3   142:3   161:3
  173:24
consultants [3] 34:15
  42:7    75:19
consulting [2] 119:14
  130:18
contact [2] 126:13
  129:5
contacted [1] 42:1
contained [1] 54:23
  54:24
containment [1]
  191:2
contains [1] 49:22
contaminate [1]
  125:23
content [1] 48:4
context [1] 117:15
continuance [2]
  215:5
continue [12] 2:13
  190:21  190:22  193:13
  212:10  212:13  212:15
  213:13  215:13  215:22
  219:24  224:13
continued [1] 164:24
  216:14
continuing [2] 113:14
  218:22
continuous [1] 144:11
continuously [1]
  32:15
contour [1] 108:9
  117:23  139:3   148:23
  149:1   149:7
contours [5] 75:21
  75:22   108:9   139:5
  139:7
contract [1] 45:9
contrary [1] 137:6
  208:7
contrast [1] 116:21
contribute [3] 64:7
  109:6   168:21
contributed [1] 108:11
contributes [1] 184:19
control [7] 29:11
  104:2   167:2   169:10
  198:9   199:22  218:2
controlling [1] 114:2
convene [1] 124:3
convenient [1] 90:14
  90:20
conversation [2]
  96:17   147:17
conversations [1]
  4:3     4:4
copies [1] 7:4
copy [7] 32:4   44:21
  44:23   140:16  153:16

157:25   160:11
Corby [8] 161:17
  162:2   162:2   162:3
  162:5   162:9   162:19
  163:4
Corcoran [4] 1:13
  202:12  213:9   213:10
corner [4] 64:1
  83:21   117:1   166:21
corporate [12] 73:21
  73:23   78:16   78:18
  78:21   79:1   79:4
  79:9    80:16   111:4
  171:2   171:3
corporations [1]
  171:5
correct [31] 55:12
  61:7    64:14   64:22
  80:8    80:17   85:15
  91:21   102:9   106:18
  110:11  110:19  122:2
  122:7   123:1   123:14
  129:1   129:2   129:23
  132:20  140:19  145:15
  145:21  180:23  217:13
  218:19  221:5   222:7
  224:15  224:16  224:17
corrected [1] 188:5
correctly [3] 106:16
  152:5   180:14
corrugated [1] 226:3
cost [3] 74:18   141:2
  166:18
coughing [1] 168:22
council [56] 1:7
  1:9     2:5   3:1
  3:6     3:11   3:17
  3:24    4:6   7:5
  11:8    11:25   12:20
  12:21   12:22   22:18
  24:14   44:17   54:18
  55:1    77:14   83:12
  84:25   85:3   94:25
  137:8   138:5   139:14
  153:10  161:9   161:18
  164:18  173:22  185:23
  187:7   189:16  191:11
  192:18  193:1   193:2
  193:5   193:8   204:7
  205:18  208:24  211:9
  213:12  215:1   217:8
  218:8   219:4   221:17
  222:15  224:7   221:21
  225:5
council's [3] 48:13
  48:17   200:5
Councilman [73]
  1:11    1:11   1:12
  1:12    1:13   1:13
  7:11    7:17   7:21
  8:1     9:22   11:4
  11:13   11:19  134:22
  135:1   188:17  188:25
  189:8   193:11  193:16
  193:22  194:3   194:8
  194:15  194:21  195:21
  195:24  196:2   196:21
  197:3   197:6   197:9
  197:14  197:23  198:3
  200:9   200:12  202:13

204:9    211:8   212:13
212:23   213:8   213:10
214:5    214:9   215:3
215:12   215:18  216:8
216:21   217:13  217:16
217:17   217:22  217:25
218:1    218:3   218:5
218:11   218:19  218:24
219:10   219:15  220:1
220:24   221:14  221:22
222:3    222:17  223:6
councilman's [1]
  197:24
councilmen [1] 213:6
councils [1] 160:19
Councilwoman [1]
  2:15
counsel [3] 121:11
  226:9   226:10
count [1] 178:14
country [2] 175:7
  175:18
counts [1] 108:3
county [75] 5:2
  5:4     5:6   25:7
  25:25   25:25   26:9
  57:1    66:4   66:10
  82:22   108:21  109:20
  117:16  120:12  126:6
  130:18  135:16  155:23
  156:1   156:25  163:13
  163:15  164:7   164:8
  164:12  164:21  165:2
  165:17  165:21  166:6
  166:16  168:17  170:18
  170:23  171:6   171:9
  176:11  181:21  182:18
  182:23  183:8   184:18
  187:7    202:25  203:7
  203:13  203:13  204:12
  204:13  204:17  204:21
  204:24  205:6   205:11
  205:11  205:21  205:23
  207:14  207:25  208:1
  208:2    208:3   209:17
  209:18  209:19  209:21
  219:12  219:12  219:12
  221:7    221:10  221:13
  225:8    226:3
county's [1] 65:25
  71:25   75:19   77:25
  152:4   166:10  203:14
  166:22
couple [9] 2:11
  54:8    79:7   81:25
  100:10  142:6   142:24
  148:21  193:11
course [27] 10:13
  42:25   44:20   44:21
  63:21   81:23   81:23
  82:3    82:3   82:5
  82:8    82:8   82:14
  82:21   83:1   83:4
  83:22   84:2   84:6
  84:14   84:18   84:23
  103:3   103:9   103:9
  148:10  160:4
court [16] 1:25
  19:8    18:22   19:2
  19:5    35:20   178:12

185:15  22? 5      226:13
courtec [3][1]        45:17
cover [3]          210:10
covered [1]         33:12
Craft [1] 35?
Craig [1]           1:10
crank [1]          103:7
cranking [1]        65:18
crash [1, 2]? 5
Crawford [1]       19:23
19:23
create [1]          63:5
82:18   198:8     209:12
created [4]        62:23
63:9   196.25    194:1
creating [4]       63:3
63:19  [69:22    220:17
credence [1]       55:2
credit [4]        156:18
193:18  194 10   194:12
Crest [3][8]4    103:10
159:9
criteria [4]      131:3
133:3  151 5     216:19
critical[1] y [1]  175:15
cross [9][1] 28:5  138:23
140:9  144.25    147:20
148:18  150 17   152:25
187:24
cross-examination
[48]    48:5      54:21
58:21   53:54     62:12
77:16   80:.2     84:8
85:2   91::1      99:1
107:11  109:14   110:8
112:18  112 19   123:25
124:3   125:3    127:25
130:4   133:11   134:10
137:10  152 25   161:15
161:16  161 21   161:23
161:24  167:10   167:12
171:23  174:19   176:14
177:9   177.18   179:17
180:7   180:25   182:4
183:2   183:14   185:2
186:12  186.24   189:9
189:13
cross-examine [1]
59:2
crossed [1]       188:3
crowd [1]         156:15
curious [2]       169:20
170:13
current [33]      24:2
27:20   30:9     41:12
41:16   62:2 5   66:25
74:19   90:0     114:21
116:17  117:7    118:12
129:10  137 18   137:21
137:22  138:5    140:13
142:11  142 12   157:3
169:14  171 18   188:18
188:19  188.23   189:11
189:24  202 23   203:19
205:1   205:3
Curry [1]        104:17
105:2   105:7

Cushman [1]       102:9
Customarily [2]
11:14   11:19
customers [1]     86:10
cycles [1]       213:25
Cyron [1]          1:11
154:25
D5 [1]   80:21
DACAD [1]        167:22
daily [2] 61:25   164:10
Dana [1] 1:21
danger [1]       96:25
Daniels [2]       18:21
18:21
Darrell [2]       19:4
177:20
data [1] 69:12
date [10] 215:6  215:15
215:18  215:24   216:4
216:5  216:14    216:14
216:16  219:25
dated [14]         6:9
6:12   6:23      7:8
11:6   43:12     43:25
50:9  122:25     128:8
128:23  157:25   194:24
219:18
Dave [1] 162:2
Dawn [1]         19:23
days [4] 11:8    46:11
195:3  195:14
DB [5]  107:22   108:18
109:8  110:15    148:23
DBU [1] 149:2
DC [1]  2:18
dead [1] 85:9
deal [1] 30:8    52:17
60:16  64:11     69:6
69:25  70:3      71:22
117:19  174:18   198:13
dealing [6]       61:20
68:25  69:5      198:7
198:17  201:1
Dean [1] 157:22
Debbie [2]        18:19
December [2]      74:4
155:23
decibel [5]       52:10
52:18  69:3      107:24
133:1
decibels [1]      55:25
decide [1]       183:25
decided [4]       25:24
80:6  180:22     181:15
decides [1]      208:16
deciding [1]     181:14
decipher [1]      51:2
decision [15]      3:13
3:19   4:6       30:4
49:23  51:7      51:8
51:10  64:9      148:6
148:13  162:7    177:7
213:6  218:15
decisions [2]    176:8
213:7

decrease [1]     178:23
deep [2] 61:12   81:7
deeper [1]       197:19
deferred [1]     217:2
deferring [1]    223:11
Define [1]        78:16
defined [1]      115:23
definite [1]     116:21
definitely [4]    37:13
51:8  168:13     212:23
definition [2]    78:23
221:16
DeFuniak [1]     179:2
degree [7]        34:9
34:19  113:25    121:21
147:15  184:14   184:15
delegating [3]   214:23
215:2  215:11
delegation [1]   222:4
deliberations [1]
193:9
demand [4]       114:6
120:15  120:17   144:12
demands [1]      118:25
demonstrate [1]
116:18  132:10
demonstrated [2]
140:5  196:22
denied [1]       212:3
Dennis [2]        20:2
68:3
densely [1]      114:14
deny [1] 214:6
denying [1]      221:25
DEP [1] 61:22
depart [1]        24:5
24:6   29:7      65:3
65:7  111:19
departing [1]     28:9
28:11  92:7
department [8]   83:19
83:20  84:6      84:12
84:15  96:7      125:18
160:2
department's [1]
84:4
departure [2]    112:6
149:12
depending [3]     73:16
76:17  80:20
depicted [1]     115:2
depicts [1]      115:3
depot [1]         5:10
descent [2]      170:6
202:18
describe [3]      8:11
195:18  195:19
describing [1]   123:16
design [27]       27:22
29:20  30:18     32:13
32:14  34:13     34:16
34:24  35:2      35:17
37:5   38:8      38:11
38:11  38:13     57:21
57:23  58:9      101:11

107:13  107:16   109:7
121:1  121:3     196:17
196:24  198:12
designated [3]    17:25
64:15  64:24
designed [6]      27:25
32:5   39:19     65:15
82:24  83:22
desire [2]       188:14
188:23
desk [1] 11:21
despite [1]      123:6
Destin [151]
1:4    1:7       1:9
1:12   2:19      4:2
4:9    4:15      4:19
5:7   11:13      11:19
14:1   14:19     16:3
16:23  18:25     20:21
21:2   23:24     23:25
24:17  38:4      42:4
50:21  51:16     52:2
52:5   56:24     57:2
57:4   57:25     59:15
62:24  63:9      72:8
72:11  72:15     80:5
80:5   81:24     82:9
82:20  85:20     85:21
86:12  87:10     88:17
88:18  88:21     89:2
89:17  90:3      90:20
90:23  103:10    104:5
105:3  113:15    113:17
113:21  114:5    114:24
120:16  122:24   124:16
134:14  135:21   136:4
138:8  140:22    155:2
155:3  157:23    158:5
158:22  159:14   159:20
161:1  161:7     164:5
165:9  165:21    166:4
167:16  167:18   167:23
170:4  170:20    171:7
171:10  171:13   172:7
172:10  173:14   173:15
175:1  175:8     175:18
176:10  176:10   177:22
178:25  179:6    187:7
187:10  188:5    190:3
190:4  190:16    190:16
190:23  197:22   197:23
202:11  208:3    208:11
208:14  210:12   210:13
211:7  211:8     212:13
212:23  213:8    214:5
214:9  215:3     215:12
215:18  216:21   217:13
217:16  218:19   219:10
220:1  221:6     222:3
222:17  223:6    223:23
224:3  225:7     225:17
Destin's [2]     115:21
152:3  176:25
destination [1]  179:4
detail [2]
123:17  126:4
details [1]       41:20
determination [4]
212:8  212:17    213:22

217:12
determine [4]    130:15
130:23  132:23   182:18
determined [6]    26:16
26:18  190:5     190:6
191:22  196:16
determines [1]   182:23
determining [2]  133:3
192:19
detrimental [1]  210:20
develop [1]      157:17
163:22  192:23
developed [1]    182:25
developer [1]     1:5
96:21  98:16     126:22
129:3  199:3     202:8
203:12  203:16   203:17
219:2  219:5
development [30]
1:19   4:8       4:17
38:21  39:7      40:21
72:10  113:22    123:7
125:18  141:18   142:15
143:7  143:16    144:7
144:15  146:10   146:19
160:10  160:16   163:3
185:14  185:19   185:25
186:2  186:10    186:22
192:21  200:22   218:17
developments [1]
156:5
devices [1]      146:22
Dewey [1]         1:12
155:2  215:21
diagram [2]       26:15
40:21
died [2] 89:10
diesel [1]       102:9
difference [6]    15:9
79:10  110:13    146:10
146:13  215:9
different [10]    25:15
27:20  67:6      68:16
110:17  112:2    177:6
192:23  195:8    203:22
difficult [8]     10:5
54:9  152:12     152:13
175:23  175:24   191:9
192:12
difficulty [1]   220:18
dig [1] 210:24
diligently [1]    26:12
direct [2]        35:12
130:1
directed [1]     214:17
direction [1]     54:18
directions [1]   163:24
directly [11]     10:4
12:9   40:3      45:8
59:13  60:10     116:16
169:19  178:11   178:12
178:15
Director [1]     156:25
dirt [1] 210:25
disagree         45:19
75:16  75:24     87:2
91:7  109:12

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 288 of 313

**3/14/05 [Q] DESTIN JET** · **CondenseIt™** · **disagreeing - evaluate**

disagreeing [1] 53:23
disappointed [1] 2:16
disapproval [1] 198:21
disapproved [1] 217:10
discourage [1] 117:21
discourages [1] 139:1
discovered [1] 177:1
discretion [1] 134:6 184:1
discuss [3] 54:12 169:13 205:21
discussed [3] 29:21 42:2 42:5 66:15 112:12 157:14
discussing [1] 55:24
discussion [12] 12:13 54:13 60:7 71:4 102:19 105:3 138:1 145:11 213:11 220:2 223:7 223:21
disease [4] 168:23 168:24 168:24 169:2
diseases [1] 168:20
disperse [1] 32:12
disrespect [1] 68:22
distance [7] 100:6 148:25 148:6 149:10 149:13 150:6 163:25
distinction [1] 110:12
distribute [1] 12:15 18:14
distributed [4] 3:14 3:16 7:4 10:23
distribution [4] 76:8 76:9 76:11 158:15
DNL [4] 74:2 75:10 75:12 108:21 149:3
document [29] 10:9 10:22 12:5 29:2 29:4 42:2 46:6 46:8 46:5 47:23 48:19 49:6 49:4 49:14 50:4 52:12 52:23 53:4 54:4 54:14 54:19 54:23 54:25 55:3 55:10* 55:11 111:18 153:20
documentation [2] 106:3 106:10
documents [10] 11:14 11:20 11:25 12:5 12:6 14:6? 47:15 50:12 153:24 154:17
doesn't [29] 17:10 17:13 25:3 25:17 27:16 52:9 53:1 53:2 53:3 53:22 54:2 72:4 80:6 83:10 99:6 104:22 108:7 118:12 123:18 136:19 136:3 194:9 194:10 198:22 216:3 217:9 217:10 218:1 223:16

dollars [1] 203:15
Don [2] 19:8 107:12
Donald [1] 16:17
done [57] 25:11 25:19 25:22 26:9 31:19 31:25 35:9 46:13 50:10 57:3 60:9 64:11 66:4 69:9 69:11 72:11 74:13 74:23 75:2 76:13 78:6 81:16 82:25 88:14 97:13 97:14 98:14 100:24 106:14 106:22 108:1 108:21 110:14 118:14 130:6 133:5 135:4 135:21 138:13 164:4 165:19 165:20 166:16 180:13 180:14 194:13 195:6 197:4 197:15 197:16 200:16 200:16 201:9 201:23 209:7 215:14 216:16
door [7] 63:15 86:8 89:5 175:9 175:24 175:25 209:12
doors [4] 39:2 39:18 39:19 39:22
dory [1] 195:5
DOT [1] 39:11
doubt [8] 51:25 52:7 79:22 84:2 92:12 101:5 198:10 198:24
dovetail [1] 220:6
down [40] 3:10 25:3 28:10 32:8 60:8 68:12 68:18 71:16 86:3 88:4 88:15 89:11 91:13 91:18 92:6 97:13 97:22 97:23 98:5 109:6 136:17 143:21 145:18 145:24 146:3 146:4 146:5 146:7 146:11 147:1 155:12 166:1 166:23 179:6 198:15 201:5 201:6 204:7 207:20 225:4
draft [2] 140:17 157:25
draftsman [1] 194:7 194:14
drawing [6] 30:12 30:15 32:6 193:24 193:25 194:7
drawings [2] 24:12 24:13
draws [1] 123:17
drew [5] 19:10 184:13 193:17 194:3 194:4
drive [30] 14:16 16:6 16:8 16:14 16:19 16:23 17:8 18:5 18:7 18:24 19:20 20:1 20:3 20:6 44:12 70:16 72:22 80:14 99:3 100:10 111:13 129:15 133:14 150:19 155:12 162:2 172:6

179:21 188:1
driven [1] 190:18
driving [2] 65:19 99:16
dropped [2] 206:10 206:11
drowsiness [1] 168:23
due [6] 11:24 75:12 169:25 170:8 211:18 212:8
during [5] 21:25 27:9 105:2 157:11 158:6
duty [2] 137:7 213:6
e-mail [1] 105:2
e-mails [1] 164:20
EA [1] 76:4
eager [2] 94:6 219:13
earliest [1] 170:24
early [12] 17:7 17:7 70:15 70:15 71:5 71:9 71:12 71:18 72:18 114:1 114:4 179:1
easily [1] 100:6
east [5] 20:8 20:11 40:8 185:23 200:21
eastern [3] 170:6 202:16 202:17
ecology [1] 144:6
economic [1] 144:6
economically [1] 176:6
economics [1] 184:7
economy [4] 175:16 175:22 184:9 184:11
edge [2] 25:1 27:1
Edward [4] 16:7 100:1 182:5 186:13
effect [6] 25:12 25:18 27:3 31:24 40:15 223:11
effected [1] 4:15
effective [5] 39:12 39:16 40:23 41:6 55:21 120:5 131:17 152:18
effects [1] 40:25
effort [2] 60:8 207:14
efforts [3] 156:22 174:11 200:14
Eglin [1] 210:5
eight [3] 72:22 99:22 159:9
EIS [1] 157:18
either [14] 15:16 40:1 68:17 76:18 77:7 92:24 122:10 132:1 147:2 148:15 164:1 164:1 205:21 214:8
elaborate [1] 216:18
elderly [1] 159:6
elected [1] 161:8

electric [2] 102:10 102:15
electronic [1] 102:12
elements [2] 24:17 121:22
elevation [2] 27:6 151:16
elevations [1] 151:14
eligible [1] 74:7
eliminate [1] 187:16
eliminated [1] 187:18
Elizabeth [5] 14:15 17:11 17:20 80:13 93:6
eloquent [1] 174:23
eloquently [1] 173:24
elsewhere [1] 192:22
Emily [2] 18:15 61:4
emissions [1] 61:11
emitted [3] 79:24 80:1 168:19
emitting [1] 169:20
Emm [3] 18:16 19:3 61:4
emotional [1] 176:4
emphasizes [1] 187:4
employed [1] 117:8
employee [2] 226:9 226:9
encourage [1] 173:22
encroaching [1] 177:2
end [8] 25:2 32:24 58:19 164:1 180:12 188:15 189:3 207:7
ends [1] 90:20
energy [5] 50:21 62:23 63:3 63:9 70:20
enforce [2] 152:13 152:14
enforced [1] 152:5
enforcement [1] 151:10
engine [5] 28:14 33:2 60:5 131:9 131:18
engineer [22] 34:18 34:24 35:4 56:14 56:20 56:21 56:23 119:14 120:3 129:19 129:22 130:7 131:5 132:7 132:19 132:24 146:22 194:1 194:16 197:2 197:12 222:25
engineering [7] 27:22 34:11 34:13 34:21 56:16 57:7 57:19
engineers [1] 194:17
engines [5] 33:2 65:4 131:12 131:15 152:2
enjoyed [1] 88:23
entails [1] 155:7
enter [13] 5:21

6:18 6:23 14:7
22:12 35:16 54:19
55:4 89:6 110:24
124:20 154:10 181:4
entered [23] 6:15
6:21 8:5 8:20
21:18 22:14 37:7
37:10 42:22 44:1
47:15 49:13 49:15
54:14 55:7 57:10
84:9 124:19 124:23
128:6 128:9 153:20
154:21
entering [3] 13:7
13:9 48:12 52:11
53:9 53:21 53:23
54:2
enterprise [1] 179:25
entertain [1] 136:14
entire [12] 107:7
143:7 143:9 143:11
144:14 144:20 144:22
175:19 203:4 207:11
207:24 208:18
entitled [1] 163:19
199:25
entrance [1] 88:2
entry [1] 89:7
environment [1] 89:15
environmental [29]
5:23 7:1 18:25
31:13 62:21 67:12
76:2 76:4 76:13
76:19 78:12 157:17
158:9 158:14 158:18
163:8 164:16 166:13
167:1 167:18 168:15
171:15 172:11 172:16
187:3 210:19 217:18
EPA [5] 61:15 67:10
67:14 67:16 210:24
equaled [1] 138:14
equation [3] 25:17
110:25 203:23
equipment [1] 160:1
equivalent [1] 27:6
ESA [6] 42:1 42:4
42:7 45:6 51:23
194:1
especially [3] 48:14
94:7 168:3
Esquire [1] 1:16
essential [1] 167:4
establish [3] 123:10
151:5 155:17
established [4] 150:1
150:5 151:9 155:22
establishing [1] 215:5
establishment [2]
76:6 76:10
esthetics [1] 196:25
etc [1] 105:6
evade [1] 166:12
evaded [1] 166:16
evaluate [1] 213:7

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 289 of 313

3/14/0: Q. DESTIN JET    CondenseIt™    evaluates - fly

**evaluat[1]** 8:16

**evaluation[4]** 6:1
46:18  125:8  214:25

**evening[1]** 102:23
134:13  148:3  168:9
168:15  170:12

**event[2]** 15:21
162:20

**everybody[6]** 2:15
60:9  94:11  94:12
155:2  158:20

**everybody's[4]**
127:1  155:25  136:6
200:6

**everywhere[2]** 92:5
133:22

**evidence[11]** 3:13
4:16  5:4:5  13:9
15:17  17:7  46:10
46:25  47:9  47:22
120:6  122:18  122:21
132:13

**evolved[1]** 129:4

**ex[1]** 4:1

**exacerbate[1]** 169:9

**exact[3]** 104:20  105:13
140:2

**exactly[15]** 50:22
101:15  159:4  185:14
192:2

**examine[1]** 169:17

**examined[1]** 116:4

**examining[1]** 170:7

**example[7]** 36:16
76:12  86:7  100:4
131:8  141:15  143:17

**examples[2]** 76:3
114:21

**exasper[1]** 169:8

**exasperating[1]**
80:9

**exceed[2]** 57:24
101:4

**exceeds[1]** 100:25

**excellence[1]** 200:15

**excellent[2]** 200:14
202:8

**except[1]** 125:14
209:21

**exception[1]** 43:17

**excuse[5]** 27:8
52:15  169:14  204:6
221:7

**exempt[4]** 76:16
76:21  77:1  152:17

**exhaust[1]** 79:19
131:10  169:3

**exhibit[35]** 6:9
6:11  6:18  6:20
6:22  7:2  7:11
7:12  7:1.  7:17
7:19  7:22  7:23
7:25  8:2  8:23
22:13  42:18  43:21
44:2  49:3  54:19
55:4  55:9  62:20
124:10  124:19  124:21

**exhibits[1]** 194:9

**exist[1]** 190:3

**existing[23]** 33:11
40:16  46:20  86:13
114:25  115:1  116:19
117:2  132:22  132:25
133:6  138:15  138:21
140:7  143:13  143:14
145:4  145:12  151:6
180:17  180:22  181:8
181:10

**exists[8]** 40:17
59:16  69:24  70:1
72:15  112:15  133:9
178:3

**expand[1]** 188:23

**expanded[1]** 139:7

**expanding[2]** 143:25
197:19

**expansion[6]** 136:4
139:4  139:6  170:19
171:8  188:9

**expansive[1]** 139:4

**expect[6]** 13:1
20:15  20:16  73:14
113:3  203:15

**expectation[1]** 217:14

**expected[1]** 22:19

**expense[1]** 66:7

**expensive[1]** 118:23

**experience[31]** 35:5  35:8  36:9
115:7  131:6  132:8
198:4

**experienced[1]** 168:5

**experiencing[3]**
59:23  69:20  191:13

**expert[21]** 23:8
29:15  31:6  34:5
35:16  46:22  46:23
47:5  47:6  55:10
56:1  56:13  56:17
57:7  57:11  57:17
75:3  106:25  107:13
107:14  108:16

**expertise[1]** 55:12

**experts[1]** 108:6

**explain[1]** 3:5
15:9  47:25

**exposed[2]** 114:17
169:6

**expressed[4]** 46:16
125:24  126:1  172:8

**extend[1]** 89:21

**extensive[1]** 31:18
61:18  69:11  186:20
196:12

**extensively[1]** 41:21
61:10

**extent[3]** 41:19
174:15  178:8

**extremely[1]** 173:9

**FAA[40]** 26:1
26:3  28:3  28:22

**66:4** 66:9  66:11
68:7  68:14  68:19
75:25  76:6  76:10
76:15  76:24  77:3
77:7  82:17  95:4
97:18  98:18  105:13
105:15  117:17  117:20
118:1  120:13  135:7
135:16  139:1  147:4
147:25  148:9  148:11
157:10  158:3  158:10
158:12  169:17  169:24

**FAA's[1]** 76:19

**face[1]** 127:10

**faced[1]** 160:20

**facetious[1]** 101:25

**facilities[9]** 5:14
34:12  38:17  92:22
100:20  115:12  157:2
165:24  167:4

**facility[29]** 2:8
5:8  5:13  5:17
8:14  24:2  24:9
25:9  26:7  26:13
41:3  59:15  59:16
65:14  66:9  66:22
67:18  71:19  72:8
76:17  80:7  86:13
87:7  100:25  106:6
107:22  108:5  133:4
174:10

**fact[25]** 49:22  50:9
54:9  85:19  90:8
118:7  120:25  123:6
128:19  130:17  131:11
135:11  143:21  152:16
154:16  177:25  178:17
186:14  192:4  198:7
198:9  198:17  199:6
199:7  219:19

**factor[1]** 25:17
72:2  72:11  108:8
198:20

**factors[2]** 72:4
110:21

**fair[3]** 4:7  68:21
70:4

**fairly[1]** 25:9

**fall[9]** 74:12  93:10
94:25  97:3  117:25
135:16  170:5  170:24
191:18

**familiar[1]** 79:23

**far[17]** 25:9  25:10
26:17  35:6  38:20
54:10  55:14  62:6
110:20  147:23  149:5
150:3  150:11  183:3
184:24  204:9  221:1

**farm[3]** 105:21  106:15
106:18

**farther[1]** 100:23

**fashion[2]** 137:8
198:14

**fathers[1]** 173:4

**fault[3]** 206:5  206:6
219:8

**favor[1]** 126:21
184:10

**FBO[49]** 8:14
24:19  25:12  63:17
72:4  85:12  85:14
85:20  86:16  86:21
86:25  92:22  105:7
109:24  110:1  110:24
114:12  121:18  122:16
133:19  134:14  135:18
137:18  137:21  137:22
138:6  145:4  157:2
159:16  163:14  165:25
178:10  178:17  180:17
180:22  180:23  181:8
181:10  181:17  182:25
183:7  185:18  191:15
192:23  211:11  211:17
220:22  225:11  225:17

**FBO's[2]** 72:4

**FBO-wise[1]** 138:13

**FDOT[2]** 69:12
186:3

**feasible[4]** 66:16
67:9  119:6  119:7

**February[3]** 50:10
50:13  50:16

**federal[4]** 52:25
169:1  172:14  172:19

**feeling[1]** 199:18

**feels[1]** 182:7

**feet[45]** 25:3  26:24
27:2  27:5  27:6
29:24  29:25  30:10
30:21  30:24  32:15
52:4  52:5  70:25
72:22  72:24  73:1
73:2  73:2  73:2
73:3  73:4  73:5
73:5  73:6  73:6
73:6  73:6  79:20
81:6  81:7  131:10
131:12  131:18  132:4
132:4  132:4  132:7
150:13  150:14  151:14
159:8  166:22  180:11
206:13

**fellow[2]** 197:24
208:23

**fellow's[1]** 166:22

**felt[1]** 156:16

**fence[19]** 62:22
73:8  89:12  91:25
92:3  92:19  107:14
107:15  107:20  107:21
110:18  108:19  117:9
116:13  166:23  203:1
203:6  203:9  203:9

**fenced[1]** 92:18

**few[9]** 31:1  34:5
38:19  56:16  94:8
119:6  121:7  180:11
224:6

**field[6]** 46:23  103:15
155:22  171:1  171:1
171:7

**Fifty[1]** 99:7

**Figuratively[1]**
80:25

**figure[1]** 103:22

**fill[2]** 81:13  87:5

**filled[2]** 76:21
88:17

**final[6]** 29:20  51:11
51:19  78:5  217:12
222:2

**finalized[1]** 77:23

**finally[2]** 170:17

**financially[1]** 226:10

**finds[1]** 197:14

**fine[6]** 11:1  82:10
108:18  202:9  203:2
213:10

**finish[1]** 29:17

**finished[2]** 171:18
220:12

**fire[10]** 83:18  83:20
84:4  84:6  84:12
84:15  84:19  159:25
160:2  166:24

**fires[1]** 83:23

**firm[8]** 6:25  31:11
34:11  56:15  130:18
130:21  131:3  201:4

**firms[1]** 31:16

**first[25]** 2:3  2:5
2:14  5:20  51:15
66:13  83:10  83:15
88:22  140:20  142:25
152:8  168:4  168:17
174:8  179:24  189:18
190:23  192:20  193:16
200:10  202:13  202:13
202:14  209:5

**fishing[1]** 89:1

**fit[2]** 81:2  81:3

**fits[1]** 221:15

**five[4]** 30:14  112:22
189:14  225:15

**five-minute[2]** 124:2
193:15

**fix[2]** 74:19  139:24

**fixed[3]** 5:7  23:24
53:6

**flaw[1]** 198:6

**fleet[1]** 78:19

**Fletcher[1]** 99:2

**flight[6]** 91:5
110:15  110:22  150:2
150:7  178:12

**flights[1]** 91:1

**floor[3]** 33:22  204:8
225:6

**Florida[18]** 1:7
14:19  31:15  31:21
31:21  34:22  56:23
58:1  61:21  101:1
103:10  116:25  163:17
163:18  163:19  164:22
176:11  226:13

**fly[27]** 23:25  70:24
71:13  71:14  86:20
90:16  90:20  90:21
92:21  93:2  93:3
105:12  105:16  105:17
171:3  175:8  178:1
178:5  178:21  178:23

**DESTIN CITY COUNCIL / DESTIN JET**

CondenseIt™   flying – hearings

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 290 of 313

179:1  179:2  179:3
179:5  179:14  208:16
210:5
**flying** [1]  71:23
71:24  87:5  87:3
100:7  168:18  177:5
**focused** [1]  116:7
**folks** [2] 179:3  200:18
**follow** [9]  4:17
96:6  96:18  97:9
98:4  100:2  175:13
182:15  211:20
**followed** [1]  97:6
**following** [4]  4:11
4:11  18:23  22:9
76:3
**follows** [2]  49:8
113:11  124:5
**foot** [1]  52:24
**force** [2] 157:3  210:5
**foregoing** [1]  226:6
**Foreman** [1]  1:12
198:24  198:3  216:8
217:17  218:1  220:24
221:14
**forget** [4]  51:24
104:20  188:7  195:1
**Forgive** [1]  148:22
**forgotten** [1]  97:5
**form** [1] 160:25
**formalities** [1] 193:4
**formation** [1] 169:19
**formed** [1]  156:17
**former** [2]  121:4
134:14
**Fort** [6] 120:6  110:11
172:6  173:15  174:24
207:22
**forth** [6] 183:15  156:21
174:14  184:9  184:11
213:25
**forum** [1]  48:25
**forward** [7]  2:13
13:14  13:20  13:24
15:3  15:19  33:16
59:3  125:4  161:19
162:16  185:5  185:8
201:10
**found** [5]  52:14
93:12  94:23  165:3
170:6  197:11
**foundation** [1] 32:7
**founded** [1]  34:14
**four** [1] 122:20
**Fox** [1]  93:18
**fragmentation** [1]
220:17
**frame** [3]  134:21
213:18  215:23
**frankly** [1]  126:24
**Fraser** [1]  18:19
18:19
**free** [1] 179:25
**Freelance** [1]  226:5
226:13

**Freeport** [1]  89:21
**Friday** [2]  3:16
222:8
**friendly** [2]  174:11
174:16
**front** [4] 24:21  63:15
89:5  91:13
**fuel** [38] 5:9  24:4
59:19  61:20  62:4
76:7  76:11  78:9
78:9  83:17  84:20
84:22  86:12  88:21
100:5  100:15  100:18
100:23  101:2  105:21
106:6  106:8  106:15
106:17  106:25  111:4
111:9  158:15  159:12
159:24  178:21  179:2
179:6  179:7  210:2
210:8  210:21  210:23
**fueling** [1]  61:16
**full** [2]  144:7  167:3
**full-time** [1] 167:24
**fully** [2] 210:4  210:4
**fumbling** [1] 169:15
**fumes** [5]  61:11
73:8  73:10  89:7
155:9
**fun** [1]  210:25
**function** [1]  100:19
**functions** [1]  28:15
**fund** [1] 66:4
**fundamental** [1]
142:9
**funded** [1]  140:23
**funding** [2]  166:19
213:25
**funds** [5]  26:1
66:9  68:7  68:8
203:8
**future** [12]  68:8
118:9  120:10  143:22
144:3  146:18  160:15
160:19  170:22  185:24
215:6  216:5
**Gagnon** [2]  20:2
68:3  68:3  82:17
70:4
**gain** [2]  9:1  157:16
**Gallander** [7]  1:20
20:18  20:18  125:19
141:1  141:1  141:7
**gallons** [8]  83:17
84:20  84:22  111:5
111:7  159:12  159:24
180:9
**Gangon** [1]  20:2
**gap** [1]  26:8
**gas** [6]  61:11  61:20
87:4  182:1  210:22
**gasoline** [2]  59:19
83:17  180:10
**gate** [5] 92:13  92:16
92:25  101:13  102:1
**gated** [3]  92:23
203:24  203:25

**gathered** [1]  89:7
**geared** [1]  78:24
**general** [13]  25:24
30:25  42:9  44:15
78:18  78:20  115:11
131:11  145:8  175:21
177:13  215:22  215:25
**generality** [1]  52:13
**generally** [5]  8:11
137:15  147:2  147:3
168:9
**generate** [2]  59:21
60:21
**generated** [3]  47:11
62:25  110:16
**generates** [1]  105:18
105:19
**generating** [5]  29:19
62:14  62:18  108:24
149:23
**Generically** [1] 152:9
**gentleman** [10]  68:22
174:23  177:10  180:4
181:12  182:6  183:5
198:24  199:8  202:16
**gentlemen** [1]  14:12
45:16  49:9  86:4
124:6  138:2  225:4
225:5
**geographic** [1]  202:3
**geometry** [1]  30:22
**George** [3]  18:23
163:7  187:2
**George's** [1]  221:11
**Gerald** [1]  20:21
**Giadrosich** [10] 16:17
16:17  107:12  107:12
108:2  108:10  108:17
108:23  109:2  109:12
**given** [8]  5:16
118:25  126:19  159:22
174:17  178:14  184:20
226:7
**giving** [2]  54:20
203:18
**glad** [3]  32:3  78:11
108:14
**Gloria** [2]  17:2
140:10
**goal** [2] 118:18  122:4
**goes** [11] 67:4  91:17
91:18  101:2  108:12
109:7  110:18  123:9
145:17  168:25  175:18
**golly** [1] 139:20
**gone** [4] 90:9  138:9
178:9  194:25
**good** [15]  28:21
53:1  68:13  107:16
123:15  134:13  135:5
135:13  146:18  159:1
161:7  172:7  181:1
216:17  224:2
**gorgeous** [1]  133:17
**gosh** [1] 134:7
**govern** [1]  4:24

**governed** [2]  3:9
165:15
**governing** [2]  115:20
172:20
**government** [7] 164:7
164:12  172:14  172:15
172:19  180:10  198:8
**Grace** [1]  1:6
**graciously** [1]  96:9
**grade** [1]  27:6
**grant** [1] 105:9
**grave** [1]  159:25
**great** [5] 52:23  126:25
146:23  179:25  184:10
**greater** [3]  46:6
69:19  109:4
**greatly** [1]  174:3
**green** [3]  30:13
116:20  159:3
**Greg** [3] 20:23  99:2
156:20
**Gregory** [1]  1:12
**ground** [6]  71:2
71:8  114:19  131:10
131:13  131:19  149:22
149:24
**grounds** [5]  43:3
45:5  46:4  46:5
51:15
**group** [13]  20:20
113:13  125:13  130:17
130:20  140:21  141:17
149:25  155:5  156:17
156:18  163:9  165:19
**groups** [1]  41:24
156:23
**grow** [5] 88:24  88:25
89:17  90:1  118:8
**growing** [1]  118:11
191:13
**grown** [3]  115:16
115:16  139:10
**growth** [19]  72:2
72:6  72:2  72:11
72:13  89:25  118:14
144:6  155:6  155:18
156:3  156:7  156:9
160:21  188:22  190:18
190:19  190:19  190:20
**guard** [1]  92:17
**guess** [15]  4:21
10:21  40:20  44:25
54:7  69:8  69:8
69:14  122:23  124:13
135:13  146:2  186:4
190:9  219:2
**guessing** [1]  209:10
**guidance** [1]  136:15
**guide** [1]  4:21
**guidelines** [4]  52:25
61:19  67:10  77:3
**Gulf** [4]  18:23  79:15
79:19  208:10
**gun** [1]  198:15
**guys** [1] 180:4
**half** [1] 163:25

**hall** [1]  10:8
**hand** [10]  13:8
18:14  23:9  23:20
127:22  127:24  162:12
224:8  224:8  224:19
**handed** [3]  97:22
98:5  170:2
**handle** [1]  84:1
103:8
**handles** [1]  96:8
**handout** [1]  153:7
**hands** [4]  13:11
23:13  23:18  224:20
**hangar** [27]  24:9
24:18  36:15  38:20
38:23  39:1  39:19
39:25  40:1  40:6
40:8  40:11  60:11
61:1  80:15  80:18
80:19  81:4  81:12
81:13  81:17  91:14
92:6  100:8  114:13
117:5  166:22
**hangar's** [1]  81:6
**hangar-wise** [1] 138:13
**hangars** [12]  35:13
36:10  36:14  38:12
38:17  38:25  91:19
114:21  115:1  119:22
156:10  205:8
**hanger** [3]  5:9
80:23  81:10
**HAP's** [1]  151:4
**happening** [2]  39:25
139:21
**happy** [2]  10:13
53:13  69:17
**Harbor** [2]  21:3
205:24
**hard** [5]  2:7  86:14
87:13  174:5  213:5
**hardly** [2]  176:16
176:22
**hate** [2]  85:8  171:22
**hazard** [1]  104:6
163:23
**health** [5]  61:12
159:7  168:15  168:20
169:5  169:7  201:22
**healthy** [1]  169:22
**hear** [18]  2:2  2:9
5:18  11:18  12:4
12:11  14:22  15:5
17:14  17:16  21:23
66:19  162:9  162:9
197:23  201:12  210:15
210:21
**heard** [3]  32:19
44:7  64:3  94:21
95:14  114:11  122:3
135:2  151:12  155:18
189:23  210:22  218:12
226:7
**hearing** [9]  1:4
2:21  3:10  10:16
10:21  94:7  106:16
218:14  218:23
**hearings** [1]  95:16

| | |
|---|---|
| **hearsay** [1] | 53:9 |
| 201:12 | |
| **heart** [1] 83:2 | 168:23 |
| **heavy** [1] | 60:5 |
| **height** [5] | 26:24 |
| 32:6   39:4 | 79:18 |
| 131:9   131:18 | |
| **heights** [1] | 131:18 |
| **held** [4]  95:2 | 156:12 |
| 159:13   134:17 | |
| **helicopter** [1] | 104:14 |
| 105:5   105:5 | |
| **helicopters** [7] | 94:17 |
| 104:12   104:22 | 104:25 |
| 105:12   105:13 | 105:16 |
| **Hello** [1] | 70:15 |
| **help** [15] 4:21 | 29:9 |
| 36:14   89:2 | 103:11 |
| 119:8   120:24 | 134:16 |
| 138:9   138:19 | 142:17 |
| 170:19   198:11 | 199:16 |
| 218:16 | |
| **helpful** [1] | 12:25 |
| **helps** [2] 26:5 | 32:11 |
| **hey** [1]  201:11 | |
| **Hi** [8]  20:2 | 68:3 |
| 72:21   78:5 | 129:14 |
| 150:18   167:15 | 180:19 |
| **hiccups** [1] | 2:12 |
| **high** [14] 25:2 | 27:4 |
| 27:5   27:7 | 30:16 |
| 30:19   30:21 | 52:14 |
| 82:23   92:23 | 114:6 |
| 120:15   133:4 | 151:20 |
| **high-end** [1] | 72:10 |
| **higher** [10] | 70:24 |
| 79:20   113:25 | 121:20 |
| 131:14   146:20 | 147:15 |
| 196:7   201:24 | 211:12 |
| **highest** [1] | 206:17 |
| **highly** [6] | 157:5 |
| 158:7   192:11 | |
| **Highway** [1] | 20:7 |
| 20:11 | |
| **himself** [1] | 130:21 |
| **hired** [6] 29:15 | 31:4 |
| 31:11   143:9 | 43:14 |
| 141:23 | |
| **hit** [1]  38:18 | |
| **Hodgkin's** [1] | 168:24 |
| **hold** [19] 23:9 | 23:12 |
| 45:15   78:7 | 78:13 |
| 80:21   86:3 | 89:6 |
| 89:9   101:15 | 111:4 |
| 161:13   195:21 | 197:16 |
| 199:20   199:21 | 204:6 |
| 211:24   225:4 | |
| **holding** [2] | 73:18 |
| 84:21 | |
| **hole** [2]  87:5 | 197:20 |
| **holistic** [1] | 127:5 |
| **holistically** [1] | 220:16 |
| **Holley** [3] | 183:6 |
| 183:13   187:13 | |
| **home** [12] | 14:17 |
| 90:18   90:22 | 93:18 |

| | |
|---|---|
| 111:12   117:6 | 168:4 |
| 169:19   178:15 | 207:6 |
| 207:7   213:15 | |
| **homeland** [10] | 93:19 |
| 94:14   95:5 | 96:25 |
| 97:19   98:18 | 100:4 |
| 101:6   172:23 | 203:8 |
| **homes** [9] | 74:6 |
| 74:9   74:11 | 74:18 |
| 105:23   155:11 | 159:21 |
| 183:8   183:12 | |
| **honestly** [2] | 127:9 |
| 127:10 | |
| **hopefully** [2] | 24:14 |
| 116:12   219:14 | |
| **Hord** [2] 96:12 | 97:12 |
| **horse** [1] | 85:9 |
| **hotel** [1] 86:11 | |
| **hour** [3]  3:2 | 3:3 |
| 168:8 | |
| **hours** [2] | 119:12 |
| 152:15   194:25 | |
| **house** [11] | 10:19 |
| 89:8   89:9 | 148:24 |
| 177:4   178:11 | 206:18 |
| 206:20   206:23 | 207:1 |
| 207:3 | |
| **houses** [4] | 155:20 |
| 184:13   184:16 | 184:17 |
| **housing** [6] | 51:25 |
| 76:6   119:1 | 120:16 |
| 120:18   144:6 | |
| **huge** [4] 170:12 | 170:12 |
| 172:14   175:22 | |
| **humans** [2] | 74:16 |
| 75:1 | |
| **Hummer** [1] | 99:17 |
| **hundred** [2] | 74:18 |
| 88:19 | |
| **hunky** [1] | 195:5 |
| **husband** [1] | 88:10 |
| 96:9 | |
| **hypothetical** [1] | |
| 68:25 | |
| **ICARI** [5] | 157:13 |
| 158:1   160:24 | 166:9 |
| 167:19 | |
| **idea** [5]  28:21 | 59:8 |
| 114:22   143:21 | 149:18 |
| **identical** [1] | 24:13 |
| **identification** [2] | |
| 6:21   55:7 | 124:14 |
| 124:23   154:21 | |
| **identified** [5] | 21:7 |
| 74:9   74:10 | 74:18 |
| 114:1 | |
| **identifies** [1] | 55:24 |
| **identify** [14] | 12:25 |
| 13:4   13:14 | 15:3 |
| 15:19   20:17 | 44:10 |
| 48:21   92:25 | 114:8 |
| 120:20   125:4 | 187:1 |
| 214:4 | |
| **if's** [1]  201:13 | |
| **ignored** [1] | 169:8 |
| **illustrate** [1] | 117:11 |

| | |
|---|---|
| **imagine** [2] | 5:15 |
| 100:7 | |
| **immediate** [1] | 177:15 |
| **immediately** [2] | |
| 40:19   175:12 | |
| **impact** [15] | 75:13 |
| 114:19   116:15 | 117:7 |
| 119:9   146:23 | 157:17 |
| 157:19   158:9 | 166:13 |
| 168:16   171:15 | 190:25 |
| 217:18   220:20 | |
| **impacted** [1] | 116:1 |
| **impacts** [8] | 36:12 |
| 114:18   115:8 | 117:20 |
| 119:23   143:12 | 157:13 |
| 157:14 | |
| **impartial** [1] | 4:7 |
| **imperative** [1] | 171:17 |
| **implement** [2] | 111:15 |
| 121:14 | |
| **important** [15] | 10:18 |
| 38:13   44:13 | 53:20 |
| 97:11   159:2 | 172:9 |
| 172:12   173:8 | 173:9 |
| 175:15   176:7 | 176:12 |
| 178:16   178:19 | |
| **impose** [1] | 146:19 |
| **imposed** [1] | 190:7 |
| **impressed** [1] | 178:8 |
| **improve** [1] | 33:7 |
| 41:15   135:25 | |
| **improved** [1] | 41:18 |
| **improvement** [2] | |
| 140:8   142:21 | |
| **improvements** [5] | |
| 133:7   152:11 | 152:19 |
| 152:20   152:21 | |
| **in-air** [1] | 150:2 |
| **inaudible** [43] | 12:12 |
| 14:17   14:22 | 15:7 |
| 17:4   34:3 | 35:21 |
| 51:5   53:17 | 71:3 |
| 86:18   95:12 | 97:5 |
| 99:14   102:17 | 102:18 |
| 107:14   126:5 | 127:18 |
| 127:19   128:4 | 137:25 |
| 142:20   145:10 | 147:17 |
| 154:6   157:9 | 170:15 |
| 170:21   171:22 | 175:11 |
| 181:9   182:6 | 184:6 |
| 188:5   189:8 | 197:25 |
| 201:21   211:23 | 212:22 |
| 217:3   219:25 | 223:18 |
| **inclined** [1] | 54:18 |
| **include** [5] | 101:6 |
| 119:7   221:11 | 222:19 |
| 222:25 | |
| **included** [1] | 188:12 |
| **includes** [2] | 187:21 |
| 206:1 | |
| **including** [4] | 62:19 |
| 89:19   119:20 | 150:2 |
| **inclusion** [1] | 30:21 |
| **incoming** [1] | 92:7 |
| **incompatibility** [2] | |
| 192:1   211:14 | 211:21 |
| 211:22 | |

| | |
|---|---|
| **incompatible** [7] | |
| 128:24   191:24 | 195:7 |
| 195:19   196:4 | 197:11 |
| 211:15 | |
| **incorporated** [6] | |
| 5:3   31:8 | 34:2 |
| 34:8   34:11 | 34:18 |
| **incorrect** [1] | 50:19 |
| **increase** [23] | 59:12 |
| 60:24   63:22 | 63:24 |
| 70:6   70:9 | 70:17 |
| 70:21   71:20 | 91:5 |
| 99:8   99:12 | 120:7 |
| 122:6   133:1 | 139:17 |
| 139:22   140:5 | 178:22 |
| 190:17   192:10 | 192:17 |
| 208:7 | |
| **increased** [4] | 91:3 |
| 144:11   169:5 | 184:9 |
| **increasing** [2] | 70:18 |
| 139:10 | |
| **independent** [2] | |
| 171:14 | |
| **Indian** [7] | 16:18 |
| 17:4   19:9 | 77:13 |
| 148:21   159:17 | 205:25 |
| **indicate** [2] | 118:14 |
| 150:6 | |
| **indicating** [7] | 26:14 |
| 40:12   114:11 | 140:15 |
| 146:1   172:2 | 222:18 |
| **indication** [1] | 172:17 |
| **Indigo** [7] | 16:16 |
| 16:24   17:3 | 74:4 |
| 140:10   176:15 | 206:2 |
| **indirect** [1] | 35:13 |
| **individual** [4] | 46:16 |
| 47:2   144:17 | 170:14 |
| **individuals** [2] | 44:22 |
| 126:21 | |
| **industrial** [4] | 116:10 |
| 116:10   116:15 | 176:1 |
| **influx** [1] | 168:2 |
| **information** [25] | |
| 46:17   46:21 | 46:24 |
| 46:24   47:4 | 47:7 |
| 54:24   55:11 | 58:8 |
| 95:9   97:24 | 98:20 |
| 98:21   125:16 | 148:9 |
| 148:11   164:23 | 166:1 |
| 166:5   181:1 | 213:1 |
| 214:13   215:8 | 217:11 |
| 222:1 | |
| **informs** [1] | 16:9 |
| **infrastructure** [1] | |
| 186:21 | |
| **initial** [2] | 196:5 |
| 196:11 | |
| **input** [5] 27:13 | 28:19 |
| 29:19   125:13 | 161:12 |
| **inputs** [1] | 27:20 |
| **inquire** [1] | 100:9 |
| **inside** [7] | 30:1 |
| 39:25   91:24 | 92:2 |
| 92:22   92:23 | 204:1 |
| **inspecting** [1] | 62:7 |
| **install** [1] | 68:10 |

| | |
|---|---|
| **installed** [1] | 69:5 |
| **instance** [3] | 38:18 |
| 48:21   192:20 | |
| **instances** [2] | 47:17 |
| 47:18 | |
| **instead** [5] | 86:12 |
| 149:1   171:7 | 180:20 |
| 181:13 | |
| **instruct** [1] | 127:21 |
| **instruction** [1] | 212:11 |
| **instruments** [1] 69:3 | |
| **insulation** [4] | 118:22 |
| 206:21   207:3 | 207:6 |
| **insult** [1] | 126:24 |
| 128:3 | |
| **insulted** [1] | 127:16 |
| 127:18 | |
| **insure** [1] | 196:7 |
| 196:24 | |
| **intact** [2] | 14:13 |
| 224:6 | |
| **intend** [1] | 13:19 |
| 70:17 | |
| **intends** [1] | 172:17 |
| **intent** [2] | 214:25 |
| 216:13 | |
| **intention** [2] | 118:11 |
| 143:24 | |
| **interest** [4] | 13:1 |
| 142:2   172:14 | 207:23 |
| **interested** [12] | 13:5 |
| 13:8   15:10 | 48:23 |
| 96:18   153:3 | 153:6 |
| 175:6   181:22 | 183:10 |
| 212:11   226:10 | |
| **interesting** [1] | 142:6 |
| **interests** [9] | 15:13 |
| 125:24   126:22 | 127:2 |
| 171:6   174:1 | 174:2 |
| 176:6   176:9 | |
| **interim** [1] | 26:5 |
| **interject** [1] | 45:20 |
| 219:16   220:5 | |
| **interlocal** [1] | 157:12 |
| 165:16   221:1 | |
| **International** [2] | |
| 42:8   42:8 | |
| **interposing** [6] | 12:12 |
| 66:17   71:3 | 102:18 |
| 137:25   145:10 | |
| **interpretation** [1] | |
| 211:19   211:24 | |
| **interrupt** [1] | 93:24 |
| **intervening** [1] | 50:12 |
| **introduce** [4] | 4:16 |
| 42:18   114:16 | 116:15 |
| **intuitively** [1] | 56:1 |
| **invest** [2] | 74:16 |
| 74:21 | |
| **invested** [1] | 85:11 |
| **investigate** [1] | 169:25 |
| **investigated** [1] | |
| 158:19 | |
| **investigation** [1] | |
| 163:12 | |

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 291 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 292 of 313

3/14/05  Q : DESTIN JET                CondenseIt™                         investing - Linda

investing [1]          70:20
investment [2]       118:17
136:6
involved [6]              36:1
61:20   88:11   125:9
148:5   167:19
Iraq [1]   94:1
irritation [1]          168:22
issue [4]                   5:16
5:21   12:17   21:15
44:13   44:20   46:3
56:5   69:15   78:10
87:11   105:8   108:20
114:3   116:3   118:7
123:9   126:3   132:3
142:9   155:8   168:13
174:25   175:17   175:23
176:10   176:11   176:19
177:12   177:12   189:1
189:2   189:11   192:17
197:17   197:18   198:8
198:18   201:17   202:3
203:7   203:20   203:20
209:5   211:2   211:20
216:23   223:3

issued [1]               21:17
issues [31]              35:14
38:7   38:8   38:8
58:12   78:7   78:7
78:12   110:23   113:16
113:20   126:8   127:7
128:16   140:5   151:7
168:14   172:8   172:12
172:16   175:13   200:23
201:25   204:11   204:12
209:6   210:19   218:10
218:10   222:5   222:13

item [1]   2:25   5:1
6:9   7:20   7:23
157:5   157:23   158:20
160:23   205:6   223:11
items [4]                151:6
154:2   154:4   158:25
itself [8] 24:20   26:22
38:23   40:24   121:24
163:3   200:15   209:15

J [1]   1:16
Jack [1]   148:20
James [1]                  18:8
Jan [7]   9:12   14:10
50:5   62:16   89:24
125:6   180:8
January [2]          163:16
164:19
Jay [13]   1:5   11:9
21:2   62:17   99:3
105:4   180:15   180:16
180:18   181:11   181:13
200:13   202:8
Jay's [1] 180:12
Jeannie [1]            19:21
Jefferson [2]         36:24
37:2   37:3   37:4
37:11
Jernigan [16]        148:20
148:20   148:4   149:9
149:18   149:24   150:3
150:8   150:11   150:15
Jerome [1]   1:16

Jerry [10]                1:19
5:1   125:18   149:19
153:9   183:5   185:11
188:1   216:24   223:19
jet [54]   1:4   5:7
21:2   23:24   24:17
38:4   42:4   50:21
59:15   59:19   61:20
62:24   63:9   78:9
78:24   79:24   80:1
82:9   83:17   84:22
103:18   103:19   104:5
105:3   111:4   113:17
113:21   115:4   117:12
119:18   122:24   124:16
138:8   157:3   157:23
158:5   159:12   159:20
159:24   166:23   168:3
168:5   168:19   169:3
190:3   190:4   190:4
190:16   190:23   208:9
208:10   208:12   210:2
225:17
jets [3]   61:6   80:19
177:5
Jim [5]   1:12   13:25
20:4   51:14   85:7
job [6]   86:19   95:20
123:15   136:10   167:25
174:5
Jodie [1] 17:5
Jody [1] 145:1
Joe [2]   16:5   150:18
Joe's [1] 210:17
John [14]                20:24
20:24   37:2   56:14
56:14   56:16   56:19
56:22   57:5   57:6
57:22   58:2   93:21
208:15
Johnson [2]           14:18
19:10
jointly [1]             221:3
Jr [1]   18:23
judge [2]                 3:11
3:24
judged [1]               3:7
judgement [1]        222:2
Julie [5] 1:20   6:6
20:19   113:1   113:12
June [2] 105:2   206:3
jurisdiction [4] 165:13
166:2   215:4   215:9
jury [2]   3:12   3:24
justify [1]             142:15
keep [5] 14:13   75:14
85:8   122:15   224:6
Kelly [1]              155:21
Ken [4]   1:20   20:18
125:18   141:1
Kenyon [6]            16:24
16:24   176:15   176:15
177:8   177:11
key [1]   55:15
kill [1]   107:7
killing [1]   94:12
kind [10] 47:4   130:11

140:11   151:5   158:23
165:6   172:20   175:16
206:9   213:5
kindly [1]               85:5
kinds [2]                87:22
210:25
Kisela [12]            1:19
213:16   20:23   156:20
213:16   213:23   216:24
217:4   220:15   221:20
222:12   223:19
knew [1]                 9:20
180:19   181:13   206:18
knowing [1]             2:23
177:4   183:10
knowledge [5]        110:4
122:8   130:11   144:8
170:1
known [6]               79:25
80:1   89:1   89:2
155:19   168:19
Koran [8]               16:19
16:19   187:25   188:1
188:14   188:21   189:1
189:6
Kyle [1] 93:21
lack [1]   201:3
ladies [2]              14:12
45:16   49:9   86:3
124:6   138:2   225:3
225:4
lady [4]   95:21   96:5
133:14   194:24
laid [1]   27:23
Laird [10]             14:15
14:15   80:13   80:13
80:19   80:22   81:3
81:8   81:18   81:21
Lakeside [1]          14:18
16:5   16:8   16:14
16:22   17:8   18:7
20:1   20:3   44:12
68:4   70:16   72:22
80:14   100:1   109:16
129:15   133:13   150:19
156:5   162:2
land [2] 1:17   4:8
82:23   103:16   103:22
115:24   116:10   116:11
116:25   117:4   118:6
118:9   119:2   142:9
143:22   168:6   168:8
186:14   208:11   208:14
209:22
land-use [1]          126:9
223:10
landing [2]            69:23
110:17
landings [3]          25:15
99:4   110:23
lands [1]              71:15
landscape [2]         25:4
120:8
landscaping [2] 119:8
119:15
Lane [4] 18:16   19:3
21:3   61:5
language [1]          160:7

large [7] 78:25   94:19
127:24   159:19   173:12
175:19   185:24
larger [4]            131:14
168:3   174:2   176:5
largest [4]           184:24
208:9   208:10   208:12
Larry [1]               1:13
last [22]   3:16   10:2
21:11   25:22   88:16
94:8   96:2   113:16
119:19   128:23   137:1
140:17   152:7   156:10
160:10   160:23   160:24
169:16   170:3   170:5
208:13   214:15
late [4]   111:11   119:3
170:17   189:11
lately [1]              94:5
Lauren [1]             19:4
178:12
law [1]   173:1
laws [2] 172:20   172:23
lay [1]   3:4
layout [5]             26:21
37:4   57:20   107:13
107:16
LDC [1] 115:21
LDN [10]              117:22
117:23   118:1   139:2
139:3   149:3   149:4
149:25   150:5   150:9
lead [3] 34:23   139:4
139:6
leading [4]            31:14
42:10   42:11   139:10
leaks [1] 94:6
leaning [1]           199:15
Lear [1] 103:19
learning [1]          198:4
lease [6] 104:12   104:17
104:19   105:4   105:8
177:25
least [8] 3:5   30:24
120:23   140:6   198:10
214:1   218:17   222:14
leave [6] 28:23   63:16
71:18   102:23   111:25
181:16
leaves [1]            52:24
leaving [1]           214:19
224:8
Lee [31]   19:3   21:1
21:1   21:12   21:12
29:16   31:4   34:1
34:1   34:8   34:10
35:1   35:7   35:11
36:1   37:17   38:5
38:14   39:22   40:12
40:18   41:17   43:7
43:13   43:17   45:4
52:10   54:7   54:15
55:9   55:14
leeway [1]           215:20
Lefebvre [3]           1:25
226:5   226:13
left [4]   21:15   116:18

185:13   212:21
legal [2] 50:25   112:10
length [1]             39:14
lengthy [1]            26:4
less [7]   75:4   107:23
140:18   141:13   141:18
142:18   205:2
letter [21]             7:8
42:2   42:14   43:8
43:10   43:18   43:20
43:25   46:16   47:2
47:3   49:22   54:12
76:24   77:7   157:21
157:24   158:6   158:10
158:20   163:10
letting [1]             7:18
leukemia [1]          169:6
level [22]             41:23
52:18   52:20   52:21
53:1   56:1   69:17
69:18   74:15   74:15
74:25   75:10   107:20
107:25   121:3   123:11
123:12   133:2   149:16
172:25   196:7   211:12
levels [5]             60:24
69:3   151:2   151:3
151:6
Lewis [55]            20:24
20:24   21:1   21:1
21:11   21:12   21:12
29:16   29:17   31:5
31:9   33:15   34:1
34:1   34:4   34:8
34:10   35:1   35:7
35:11   35:16   35:24
36:1   37:16   37:17
37:21   37:25   38:3
38:5   38:14   39:22
40:12   40:18   41:17
43:7   43:13   53:12
45:8   53:10   53:12
54:7   55:14   56:14
56:14   56:22   57:5
57:7   57:10   57:17
57:18   57:22   58:2
58:4   58:5   108:15
Lewis' [1]             37:19
Library [1]          159:14
license [2]          180:17
181:8
licensed [1]           35:3
life [6] 118:18   172:10
173:8   177:3   178:4
205:14
lift [1]   142:6
lifting [1]           144:2
light [3] 24:11   60:3
151:3
lightly [1]          127:15
likely [1]            157:1
limb [1] 129:8
limit [4] 28:22   29:10
39:24   119:23
limited [1]            40:2
126:3   181:3
Linda                 20:13
88:10

DESTIN CITY COUNCIL / DESTIN JET

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 293 of 313

3/14/0:  () DESTIN JET                    CondenseIt™                                   line - member

line [25]                  28:8
30:16                      55:4
55:17                      55:23
56:5                       75:2
103:15                     105:8
115:2                      133:2
135:16                     150:8
159:4                      178:4
208:19

lineal [1]                 32:15

lines [1]

link [4]                   13:25
117:9

linkage [1]                123:19
list [5]                   154:4
168:25                     205:19

listed [1]                 97:3
154:1

listen [1]                 127:12

listened [1]               94:5

literally [1]              67:14

literature [1]             219:22

litmus                     100:13

live [29]                  14:10
59:8                       61:14
70:15                      81:23
83:7                       88:14
133:16                     156:5
159:6                      172:6
173:3                      175:12
175:23                     177:21
180:11                     201:18
205:14                     210:16

lived [1]

liver [1]

lives [2]                  174:24
210:13

living [1]                 89:11
99:17                      168:1
203:18

lo [1]

loaded                     210:4
210:4

local [2]                  172:15

locally [1]                175:8
176:7

located [4]                8:14
31:21                      200:19

location [11]              1:6
24:17                      25:24
38:12                      33:3
132:6                      182:9
182:10                     213:4
220:25

location [18]              51:25
Log [3]                    170:5
188:5

logical [1]                63:23
63:25

logical [1]                63:23
long-term [1]              214:4

look [32]                  29:12
39:5                       51:5
51:6                       54:3
114:23                     124:7
133:16                     133:21
133:22                     143:6

143:16      144:18    150:25
151:22      152:22    159:1
176:18      184:15    184:19
184:22      204:18    205:17
220:15      221:15    221:20

looked [8]                 97:2
116:6       116:23    118:20
119:19      126:2     128:8
184:12

looking [19]               17:11
30:17       32:8      41:20
116:3       120:13    126:8
131:4       133:17    141:12
143:4       143:11    155:3
165:2       186:7     186:8
198:15      215:16    217:4

looks [2]                  150:12
211:8

lots [1]      86:23
Lou [6]     18:16     19:3
19:12       19:16     59:6
61:4

loud [6]    53:7      53:7
74:1        74:1      103:19
152:15

louder [1]                 185:16

lounge [1]                 92:6

love [3]    89:16     180:1
211:10

lower [3]                  26:24
151:14      151:18

LPA [3]     130:17    130:20
149:25

Luchtefeld [2]             19:8
19:8

Lutheran [1]               1:6

ma'am [34]                 9:8
10:3        44:18     50:4
59:4        61:3      62:11
67:13       74:2      77:11
78:2        78:14     80:12
81:20       88:9      93:5
97:25       98:17     105:22
105:25      106:2     106:19
111:2       125:5     128:4
128:5       137:12    138:25
140:9       144:24    147:21
167:14      174:21    176:14

mail [2]    164:4     166:16

main [9]    16:2      78:15
88:2        93:13     95:17
104:10      146:9     167:17
168:1

maintain [2]               8:25
178:18

maintenance [12]
24:11       36:7      36:8
60:1        60:2      60:3
60:5        88:14     88:17
104:11      104:23    105:5

major [6]
114:2       114:3     157:16
201:17      210:23

majority [1]               81:14

makes [4]   4:6
27:6        32:10     174:5

man [2]     170:5     202:9

managed [2]                35:11

120:25

management [1]
5:13

manager [1]                1:19
1:20        6:25      20:23
35:2        36:4      158:21

manner [1]  3:5
mansions [1]               99:18
map [4]     115:5     117:23
117:23      205:2

March [24]                 1:1
6:9         6:12      6:23
7:8         7:10      8:5
8:19        9:15      11:6
21:17       43:12     43:25
49:12       50:10     122:24
122:25      128:8     140:13
158:1       159:13    194:24
195:15      219:18

Marina [1]                 155:24
Mark [4]                   16:22
72:21       109:15    133:13

marked [8]                 6:20
7:12        7:17      55:7
124:22      154:21    185:24
186:1

market [1]                 135:10
Marler [17]                1:11
99:2        99:2      99:7
99:13       154:25    188:17
188:25      189:8     200:9
202:11      202:13    204:9
211:6       218:24    219:11
221:22

Mars [1]    21:13
Martin [4]                 20:13
20:13       88:10     88:10

Mary [3]                   19:12
19:16       59:6

masonry [1]                198:25
master [43]                36:2
118:13      118:13    142:11
142:22      143:14    160:12
160:13      160:14    164:22
164:24      165:1     165:2
165:4       165:6     165:23
185:22      187:5     187:5
187:9       187:15    187:17
187:21      188:13    188:16
198:11      201:3     201:11
204:13      204:14    204:15
204:17      209:20    217:23
218:11      218:13    219:3
219:7       219:19    220:6
220:8       220:12    220:19

material [2]               49:22
51:3

materials [4]              10:6
10:16       136:24    206:9

matter [12]                17:13
47:21       48:24     66:8
127:22      127:23    188:20
200:22      202:7     210:8
214:21      216:3

mature [1]                 95:22
may [34]    5:15      15:2
15:4        31:1      35:18
44:4        48:6      90:15
90:19       90:23     91:2

131:2       131:12    131:17
134:9       151:20    166:3
172:25      178:6     183:18
199:1       199:4     200:2
201:13      204:16    204:16
205:17      206:19    206:19
207:13      208:3     208:3
209:6       209:6

mayor [254]                1:10
2:1         5:6       6:13
6:17        7:6       7:10
7:11        8:3       8:8
8:18        8:24      9:6
9:23        10:3      10:11
10:21       11:2      11:14
12:8        12:14     12:18
12:20       12:24     13:3
13:18       14:2      14:2
14:3        14:7      14:12
14:20       15:8      15:24
16:4        17:18     17:21
17:24       18:2      18:10
18:11       21:14     21:23
21:24       22:2      22:5
22:10       22:16     22:24
23:4        23:18     27:10
33:17       33:20     33:25
35:24       36:17     37:1
37:3        37:6      37:13
37:18       37:24     42:17
42:20       42:25     43:4
43:11       43:19     43:24
44:5        44:10     44:18
45:3        45:15     47:8
47:14       47:20     48:8
48:10       48:11     48:16
49:1        49:5      49:9
49:17       50:3      51:12
52:9        53:18     54:11
54:17       56:11     57:9
57:13       57:16     58:5
58:20       58:25     61:3
62:11       68:2      70:14
72:20       74:2      77:11
77:16       77:21     78:14
80:11       81:22     82:1
82:4        82:7      84:8
85:1        85:6      86:3
87:16       87:19     88:8
91:10       93:5      93:23
95:1        98:25     99:24
101:8       102:20    104:8
107:10      109:13    110:8
111:2       112:17    112:21
112:25      113:6     121:6
123:22      123:24    124:6
124:9       124:17    125:1
127:20      127:25    128:4
130:3       133:11    133:24
133:25      134:2     134:7
134:12      134:22    137:2
137:9       138:20    138:23
140:9       144:24    147:19
148:18      150:17    152:6
152:24      153:5     153:11
153:14      153:18    154:9
154:13      154:15    154:18
161:13      161:16    161:19
161:22      162:1     163:5
167:10      167:12    171:20
171:25      172:1     172:3
174:19      174:21    175:3
176:13      177:8     177:25
179:17      179:20    180:6

180:24      181:3     181:18
182:3       182:13    183:1
183:14      184:2     184:5
185:2       185:7     186:12
186:23      187:1     187:11
187:23      188:17    189:12
191:6       193:3     193:8
193:12      193:13    197:21
198:1       200:8     200:11
202:11      204:6     211:5
211:6       213:11    213:16
215:21      216:1     216:6
216:10      216:11    217:23
218:7       218:12    219:24
220:3       221:22    222:7
222:21      223:7     223:22
223:9       223:18    223:20
223:22      224:5     224:17
224:22      224:25    225:3
225:14

McClean [2]                18:8
18:8

mean [31]                  14:23
15:4        16:1      41:8
52:22       53:22     54:3
63:11       63:14     64:20
65:9        68:14     69:8
69:9        73:13     78:22
81:8        82:12     98:9
99:11       99:16     111:22
111:23      138:15    146:7
186:14      194:4     199:24
209:23      217:9     217:10

meaningful [2]             166:24
166:25

means [2]                  3:23
3:25        185:9

meant [2]                  143:23
measure [2]                120:5
130:16

measures [8]               95:5
113:24      132:2     132:11
162:25      192:7     196:15
198:18

mechanic [1]               181:25
meet [17]                  26:15
26:18       57:24     58:14
61:15       101:3     101:3
103:4       105:21    135:18
135:25      137:13    137:19
137:22      172:22    190:5
194:19

meeting [30]               2:6
2:10        11:20     25:22
28:20       49:10     58:10
75:18       79:7      90:9
90:13       90:15     90:19
90:21       90:23     90:25
94:24       96:2      97:7
97:15       111:10    111:10
124:7       127:13    156:12
156:24      158:1     159:13
160:25      223:17

meetings [4]               157:12
166:9       166:9     167:19

meets [1]                  131:3
190:14

Mel [1]     1:11
member [8]                 15:11
55:1        59:1      130:2

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 294 of 313

3/14/0? DJ DESTIN JET                    CondenseIt™                          members - needs

158:21    ?:18   167:20
204:7
**memb...** [?]          3:1
20:14    ?:18   205:18
208:24   ?:12   224:7
**mention...** [?]
**mention...** [9]    39:18
51:23            105:20
116:1?   ?:19   125:22
158:15   ?:24
**mention...** [1]  168:17
**merits** [?]          3:19
54:12
**Mesa** [?]           17:12
17:15?   ?:13   19:12
19:16    ?:?:    93:6
206:2
**met** [5]    26:?6   67:10
67:12    67:?4   138:13
**metal** [?]          100:13
**Miami** [?]           42:8
**Michael** [?]         6:24
137:11
**microphone** [16]
9:3       ?:9    10:4
12:10    ?3:1   14:8
17:10    ?3:?   23:14
23:17    ?5:0   44:7
45:18    ?0:8   87:20
94:1
**mid-fi...** [?]      178:12
**middle** [?]        114:25
165:13   ?5?:11  170:6
202:16   ?3:?7   209:2
209:3
**might** [?]           2:11
12:24    ?3:6   18:1
22:16    ?:1    46:2
69:4     ?8:10  100:11
100:22   ?4:17  115:7
122:22   ?5:24  151:21
157:3    ?0:12  163:24
177:6    ?0:9   212:19
212:20   ?3:12
**mightily** [?]      211:13
**mike** [5]  ?8:19    23:9
23:22    ?7?:20  188:1
**miles** [?]          88:19
**mill** [?]   ?7:25
**Miller** [?1]        1:16
4:21     ?:?    7:18
7:19     ?:?3   8:10
10:1     ?2:19  12:21
12:24    ?3:?   13:13
13:22    ?3:6   15:1
15:6     ?:?5   15:13
16:9     ?8:?   19:12
19:12    ?0:6   20:14
20:14    2?:?   21:6
21:9     3?:?7  33:24
42:20    4?:9   47:13
47:17    4?:22  48:16
49:3     5?:25  59:6
59:6     5?:?4  60:7
60:14    5?:?7  60:22
61:2     6?:2   62:15
124:11   153:4  162:3
154:1?   155:13 162:3
162:6    16?:11 162:14

162:15   185:11  193:4
193:7    212:1   212:7
212:15   213:5   214:8
214:11   215:4   215:15
215:24   216:3   216:23
217:1    218:22  222:4
222:8    222:18  223:2
223:15   224:15
**Millionaires** [1]
177:1
**mind** [3] 162:22  211:10
213:2
**mine** [1] 10:20
**minimize** [1]    107:16
**minimum** [2]     149:6
196:18
**minute** [2]        31:9
113:7
**minutes** [9]
3:3      17:19   112:22
113:4    189:15  193:14
224:7    225:15
**Miracle** [4]       60:4
103:18   157:3   157:16
**miscommunication**
[1]      170:9
**misprint** [1]     50:15
**Misty** [11]        14:11
18:8     18:17   18:19
19:1     19:6    20:4
20:13    88:15   101:10
155:12
**mitigate** [9]     36:14
55:17    119:8   119:9
199:5    211:13  211:21
213:3    218:16
**mitigated** [1]    192:1
**mitigating** [1]   192:7
196:15
**mitigation** [29]  27:18
39:16    41:6    74:7
113:24   118:20  120:10
122:18   122:19  123:16
130:15   130:22  131:5
133:2    132:9   132:11
147:14   162:22  171:15
196:12   196:25  199:4
211:23   214:4   214:15
214:18   215:10  217:2
223:3
**mixing** [1]        52:2
**model** [4]        25:14
25:16    72:14   75:23
**modern** [6]       85:13
85:19    86:15   87:7
136:24   211:11
**modification** [4]
104:20   104:21  104:24
105:11
**modifications** [1]
196:16
**modified** [1]    182:10
**moment** [2]       80:14
84:25
**money** [10]        26:3
70:20    74:16   74:19
74:22    85:11   85:18
136:22   184:20  186:3

**monitor** [4]       61:21
61:25    151:8   151:24
**monitors** [1]      61:22
**monopoly** [4]     82:18
178:3    178:6   182:2
**monthly** [4]       61:25
62:5     157:12  166:9
**months** [9]        2:20
140:18   141:13  141:19
142:18   143:11  195:2
205:3    215:20
**morning** [8]       29:6
65:9     65:9    93:18
101:21   168:13  170:7
179:1
**most** [15]         28:12
31:20    56:25   69:23
90:14    90:20   116:8
117:22   132:5   152:18
173:19   173:20  192:15
201:19   211:15
**mostly** [1]       209:18
**Motel** [7]         86:8
86:8
**motion** [15]      213:9
213:12   213:12  215:19
215:21   216:7   216:9
216:13   218:21  219:11
219:24   220:1   221:25
223:8    224:18
**move** [15]        23:10
43:20    100:22  102:4
102:13   103:1   103:7
124:10   146:7   177:3
199:16   201:10  212:2
214:5    215:12
**moved** [4]        88:22
145:23   168:4   182:11
**moves** [1]         6:8
**moving** [5]       23:21
71:10    71:11   103:5
155:11
**Mrs** [3]  156:22  158:12
224:9
**Ms** [265]  6:6     9:12
9:16     9:19    9:24
10:5     10:11   10:12
10:18    14:7    14:9
14:10    14:15   16:2
16:10    16:12   16:15
16:24    17:2    17:5
17:7     17:9    17:15
17:20    17:23   17:25
18:3     18:4    18:6
18:15    18:19   18:21
19:12    19:16   19:21
19:23    19:25   20:13
20:19    44:3    44:9
44:11    49:15   49:16
49:20    50:5    50:17
59:6     60:7    60:14
60:17    60:22   61:2
61:4     61:9    61:17
61:24    62:10   62:13
62:16    63:7    63:13
63:21    64:3    64:17
64:20    64:25   65:12
65:17    65:19   66:12
66:19    66:23   67:3
67:10    67:14   67:19

67:21    67:23   68:1
70:15    71:5    71:9
71:12    71:18   72:18
74:3     74:23   75:6
75:9     75:14   75:24
77:1     77:10   77:12
77:18    77:22   78:1
78:3     78:15   79:2
79:6     79:14   79:18
79:23    80:8    80:13
80:19    80:22   81:3
81:8     81:18   81:21
82:6     88:10   89:24
91:9     93:6    93:23
94:2     95:3    95:7
95:11    96:19   96:23
97:20    98:14   98:19
98:23    98:25   99:9
104:9    104:16  105:1
105:19   105:23  106:1
106:3    106:9   106:16
107:4    107:9   111:3
111:8    111:21  112:3
112:9    112:16  113:1
113:7    113:12  121:8
121:10   121:20  122:2
122:7    122:13  122:17
123:1    123:3   123:14
124:15   125:6   125:11
125:15   125:17  125:20
126:1    126:12  126:16
126:19   127:1   127:8
127:17   127:18  127:23
128:2    128:10  128:14
128:18   129:2   129:12
129:14   130:1   130:5
132:14   133:10  137:15
138:11   138:15  138:17
138:20   138:24  140:10
140:15   140:16  140:19
140:20   140:24  141:5
141:9    142:5   142:24
144:1    144:13  145:1
145:8    145:14  145:17
145:20   145:22  145:23
146:1    146:2   146:9
146:15   146:17  146:24
147:3    147:7   147:10
147:22   148:3   148:7
148:14   148:17  149:3
149:8    149:17  153:6
153:7    153:13  154:7
154:14   154:23  161:24
167:15   170:16  171:21
174:20   174:21  174:22
176:15   177:8   177:11
179:19   179:21  180:8
181:7    185:3   185:4
185:22   192:2   195:17
195:23   195:25  196:3
196:23   197:5   197:7
197:13   222:19  222:23
223:22   224:25

**Mucci** [27]           1:19
8:10     12:18   20:21
20:21    22:16   125:18
130:5    130:6   130:9
132:21   140:1   141:20
145:6    149:19  149:19
149:25   150:5   150:10
150:12   152:9   164:20
216:10   216:12  217:14
217:19   223:9

**multi-year** [1]   163:12
**multiple** [1]     35:11
**Municipal** [2]    36:10
**must** [3]  131:23  131:23
159:23
**Nacol** [15]       16:22
16:22    72:21   72:21
73:20    73:25   109:15
109:15   109:23  110:1
110:7    133:13  133:13
134:1    134:7
**name** [28]        13:21
13:25    14:5    14:8
15:25    17:19   34:1
34:6     37:1    45:4
49:20    50:5    52:10
59:4     59:5    59:6
62:15    81:23   82:2
91:11    93:21   96:13
113:12   154:23  157:13
163:7    172:5   177:20
**name's** [4]       14:15
72:21    77:12   80:13
**names** [2]        13:15
**Naples** [1]       36:10
**nation** [4]       31:17
104:3    175:7   175:20
**national** [4]     175:16
175:22   176:11  184:9
**nationally** [2]   175:14
176:7
**nationwide** [2]   176:20
177:12
**nature** [3]       110:13
126:3    126:17
**near** [6]  115:24  116:12
155:10   177:21  177:22
210:13
**nearly** [1]       56:25
**necessarily** [2]  128:25
203:11
**necessary** [1]    196:18
**need** [51]         19:14
21:10    23:9    24:4
24:4     27:17   27:17
28:17    36:19   66:3
66:21    72:16   72:23
73:25    82:9    84:23
87:1     99:15   109:5
113:7    120:19  122:20
132:2    133:5   141:20
142:13   144:18  158:11
160:21   161:5   167:3
173:13   186:19  189:10
193:9    194:19  199:9
200:9    209:18
218:5    220:15  222:1
222:9    222:9   222:10
224:6    225:11
**needed** [7]       25:25
81:15    104:5   114:7
120:20   130:24  219:20
**needing** [1]      18:13
**needs** [19]        9:6
23:18    24:1    32:4
44:6     78:6    98:24
99:20    99:21   119:17
123:20   125:21  139:14

**DESTIN CITY COUNCIL / DESTIN JET**

| | | | | |
|---|---|---|---|---|
| 181:2   196:10   201:16 | 168:11  222:8 | noncompatible [2] | 51:21   63:21   94:18 | 50:15   53:10   53:15 |
| 201:22   202:17   201:8 | nine [1]  159:10 | 200:24   201:2 | 110:23  184:12 | 53:20   54:15   55:9 |
| negatively [3]   32:2 | no-engine [1]   162:23 | nonresidential [1] | numbers [2]   54:23 | 56:10   56:13   57:3 |
| 116:1   1:12 | no-run [1]   111:17 | 114:7 | 69:10   75:7 | 57:6   57:18   57:23 |
| neighbor [3]   94:21 | nobody [1]   210:22 | nor [7]   4:5   45:21 | numerous [1]   35:2 | 58:3   58:6   58:7 |
| 111:15   15:18 | noise [191]   8:13 | 45:22  158:23  172:18 | oath [4]  15:20   21:9 | 59:15   60:2   60:12 |
| neighborhood [17] | 25:8   25:10   25:18 | 226:9  226:10 | 162:14 185:11 | 60:15   60:19   60:25 |
| 8:15   18:25   28:20 | 25:20   25:21   26:9 | normal [1]   104:22 | object [20]   6:14 | 61:8   61:15   61:18 |
| 33:4   76:6   80:24 | 31:17   31:19   31:23 | normally [4]   76:1 | 8:18   8:21   21:19 | 62:2   63:4   63:11 |
| 114:17  116:5  117:13 | 32:17   32:18   32:20 | 76:4   76:12   78:21 | 21:20   21:22   43:1 | 63:14   63:25   64:4 |
| 121:17  135:20  136:8 | 33:3   35:6   35:10 | north [23]   14:18 | 43:24   44:3   44:8 | 64:14   64:18   64:22 |
| 138:10  158:5  174:11 | 35:12   35:12   35:13 | 16:5   16:7   16:13 | 44:9   44:12   44:24 | 65:1   65:14   65:22 |
| 174:16  175:5 | 36:4   36:6   36:11 | 16:22   16:25   17:7 | 44:25   45:1   45:5 | 65:24   66:15   66:21 |
| neighborhoods [6] | 36:15   38:25   39:5 | 18:6   19:25   20:3 | 45:25   49:16   51:14 | 66:25   67:4   67:12 |
| 67:5   115:14  115:18 | 39:8   39:11   39:12 | 44:12   68:4   70:16 | 153:18 | 67:16   67:20   67:22 |
| 122:1   155:23  196:8 | 39:16   39:24   40:2 | 72:22   74:5   80:14 | objected [2]   43:5 | 67:25   68:4   68:18 |
| neighboring [1] 39:4 | 40:14   40:16   40:18 | 109:15  109:17  133:13 | 47:12 | 69:8   71:1   71:7 |
| neighbors [3]  28:20 | 40:24   41:1   41:6 | 150:18  159:16  179:5 | objecting [3]   44:5 | 71:11   71:15   71:21 |
| 32:1   1:10   33:8 | 41:12   41:16   41:22 | 200:21 | 48:20   48:22 | 73:12   73:16   73:23 |
| 41:11   1:19 | 41:25   42:6   42:7 | northern [1]   91:20 | objection [24]   6:17 | 74:21   75:2   75:7 |
| net [6]   12:7  122:5 | 42:12   43:9   43:16 | northwest [1]   91:19 | 8:4   9:25   10:22 | 75:11   75:17   75:25 |
| 133:1   144:5  192:10 | 51:18   53:1   53:2 | 114:14 | 21:18   21:23   37:23 | 76:15   77:3   77:15 |
| 192:17 | 55:15   55:21   56:7 | nose [1]  89:6 | 41:3   43:23   49:21 | 77:24   78:2   78:18 |
| nets [1]  159:9 | 59:9   59:10   59:11 | note [1]  53:21 | 50:2   50:7   51:2 | 79:5   79:11   79:16 |
| Neubauer [1]   18:17 | 59:22   60:16   60:17 | noted [1]   56:4 | 52:11   57:10   57:12 | 79:21   80:4   80:18 |
| 18:17 | 60:19   60:21   60:24 | notes [3] 197:3  157:15 | 57:13  124:18  124:20 | 80:20   81:1   81:5 |
| never [10] | 62:18   62:25   63:5 | 210:10 | 153:14  153:16  153:20 | 81:11   81:19   82:9 |
| 86:24   103:24  125:21 | 63:19   64:7   66:25 | nothing [6]   60:9 | 153:25  154:3 | 82:12   82:15   82:22 |
| 132:16  164:4  164:23 | 68:5   68:9   68:24 | 77:23  166:17  188:18 | objections [6]   47:14 | 83:3   83:20   83:24 |
| 165:1   195:5  200:2 | 69:24   70:1   70:11 | 189:4  202:23 | 49:14   51:13   52:8 | 84:4   84:12   84:17 |
| new [32]  1:20   5:7 | 71:4   74:1   74:7 | notice [2]   160:7 | 53:19  154:9 | 84:21   85:7   85:16 |
| 5:9   18:12   23:24 | 74:11   74:14   74:19 | 216:4 | objectively [1]  127:4 | 85:22   85:25   86:7 |
| 59:21   63:9   63:19 | 74:25   75:3   75:3 | noticed [1]   150:20 | objectives [1]  120:23 | 86:20   88:1   88:6 |
| 63:19   80:7   84:10 | 75:16   75:18   75:19 | notified [2]   181:15 | 92:13   92:20   93:7 | 91:8   91:15   91:21 |
| 85:11   90:2   105:6 | 75:20   75:22   77:24 | 206:23 | objects [3]   21:16 | 91:24   92:2   92:8 |
| 114:16  114:19  116:14 | 78:12   83:13   89:12 | noting [1]   38:19 | 49:19   56:6 | 95:4   95:10   96:22 |
| 140:11  141:18  145:14 | 89:15   94:3   105:18 | November [1]  164:17 | obligated [1]   64:12 | 97:17   98:13   98:17 |
| 145:17  155:7  177:8 | 105:19  107:17  107:20 | now [82] 10:22   26:2 | obligation [1]  183:24 | 98:22   99:5   99:10 |
| 181:5   184:5  185:3 | 105:25  108:9  108:9 | 26:3   26:6   27:1 | obsolete [3]  135:11 | 100:24  101:17  102:2 |
| 188:16  189:12  200:22 | 108:11  108:24  108:25 | 27:21   32:22   33:8 | 195:3  199:1 | 102:7  102:10  102:14 |
| 203:9  225:12  211:11 | 110:13  110:16  114:2 | 41:15   43:20   49:25 | obtain [1]   106:11 | 102:22  104:14  104:19 |
| newest [2]   142:8 | 114:18  116:7  116:11 | 53:3   54:3   59:16 | obtained [1]  158:10 | 105:11  105:22  105:25 |
| 142:20 | 117:17  117:18  117:23 | 60:4   64:5   73:4 | obviously [9]   2:21 | 106:2  106:5  106:11 |
| news [3] 93:16  93:19 | 117:25  118:22  119:8 | 74:8   74:19   77:10 | 39:24   55:19   117:6 | 106:19  107:7  107:24 |
| 94:5   94:14   95:14 | 119:20  120:2  120:4 | 77:23   80:5   80:10 | 164:4  169:13  170:12 | 108:4  108:13  108:20 |
| newscast [1]   96:24 | 120:6  120:7  120:11 | 88:3   90:5   91:16 | 190:2  191:9 | 108:25  109:10  109:16 |
| 98:1 | 120:13  120:25  122:6 | 92:11   92:21   93:1 | occasionally [2] | 109:19  109:24  110:4 |
| next [29]  21:10  24:19 | 123:9  123:11  123:12 | 97:21   98:13  102:12 | 168:5  175:9 | 110:12  110:20  111:5 |
| 26:24   27:3   33:18 | 123:16  126:10  130:19 | 102:15  105:20  106:17 | occasions [1]  168:12 | 111:14  112:1  112:5 |
| 80:11   86:5   87:16 | 130:22  131:5  132:9 | 115:17  121:5  121:12 | occupied [1]  100:23 | 112:12  112:19  112:20 |
| 88:8   90:5   99:24 | 133:8  135:5  135:19 | 121:23  126:6  128:24 | occur [3]   72:7 | 119:21  134:17  135:3 |
| 101:8  101:8  107:10 | 139:4  139:7  140:6 | 132:15  134:11  139:8 | 82:17  114:13 | 135:8  135:18  136:7 |
| 128:5  114:24  158:25 | 146:21  147:4  147:5 | 139:22  141:10  151:7 | occurring [2]   40:7 | 136:16  136:22  136:9 |
| 161:14  167:13  175:9 | 147:12  147:24  149:23 | 153:10  160:13  163:14 | 41:8 | 153:22  153:25  156:13 |
| 175:23  175:25  183:8 | 152:17  155:8  156:21 | 165:5  165:7  168:7 | occurs [1]   146:11 | 157:11  159:14  161:23 |
| 183:11  195:19  198:15 | 157:19  163:11  164:10 | 170:21  170:25  178:3 | October [1]   163:20 | 161:25  162:21  163:1 |
| 205:6  207:13  209:12 | 164:14  167:5  167:21 | 180:18  181:6  186:4 | octopus [1]   99:22 | 168:18  172:2  174:13 |
| nice [2]   2:10   73:4 | 168:13  171:18  189:25 | 187:18  189:1  189:10 | Odom [225]   1:5 | 178:8  179:22  182:9 |
| Niceville [2]   88:13 | 190:21  192:10  192:17 | 191:10  191:10  191:15 | 6:3   10:19   14:22 | 182:20  182:20  189:14 |
| 173:15  19 | 195:9  195:12  196:25 | 192:11  195:1  195:3 | 21:2   21:2   21:11 | 189:22  193:23  193:24 |
| Nichols [8]   137:5 | 197:17  198:18  201:16 | 195:4  195:12  195:21 | 23:4   23:6   23:12 | 194:6  194:13  194:17 |
| 137:11  137:18  137:22 | 203:3  203:5  207:8 | 202:10  203:1  204:8 | 23:16   23:20   27:13 | 204:10  204:13  207:10 |
| 138:8  137:24  138:16 | 207:10  207:16  207:17 | 204:23  210:3  210:4 | 33:18   34:4   34:9 | 207:12  208:20  209:22 |
| 138:18  138:22 | 209:13  210:1  210:15 | 213:19  214:23  219:2 | 34:20   34:23   35:5 | Odom's [8]   38:18 |
| night [15]   11:20 | 210:18  212:3  212:24 | 221:24  225:12 | 35:9   35:15   35:22 | 105:4  132:18  157:2 |
| 29:5   36:9   47:11 | 213:17  213:17  213:23 | noxious [3]   173:7 | 38:3   38:10   39:18 | 179:13  185:18  209:8 |
| 64:9   65:6   65:6 | 214:3  217:5  218:9 | 173:20  176:5 | 40:10   40:13   41:11 | 225:11 |
| 65:7   65:10   87:12 | 220:7  220:9  220:12 | number [1]   5:1 | 42:15   43:14   43:22 | odor [1]  135:19 |
| 101:19  143:20  151:3 | 220:19 | 18:24   29:22   31:8 | | off [22]   2:18   21:15 |
| | noisy [1]   176:2 | | | 28:16   32:25   33:3 |
| | | | | 63:14   65:19   71:2 |

3/14/05 DJ DESTIN JET     CondenseIt™     offer - percent

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 296 of 313

73:7 103:16
103:20 110:16
131:10 131:18
139:5 197:16
202:13

**offer** 12:6
15:22 22:2
22:4

**offers** 162:21
179:13

**office** 5:7
76:6 95:21
95:25 97:24
202:19

**offices** 5:9
34:2 3:6

**officials** 103:14

**offsets** 28:4

**often** [92] 155:18

**Okaloosa** 5:2
5:3 155:22
156:24 176:10
187:6 213:2

**old** [4] 195:2
195:3

**older** 14:13

**ole** [1]

**on-site** 196:12

**once** [7] 83:13
86:15 92:9
137:5

**one** [92] 4:4
4:19 11:13
24:13 28:22
29:24 30:2
31:16 42:10
42:11 52:7
56:4 58:7
68:21 77:8
80:21 83:3
84:25 87:9
90:2 94:18
94:23 96:8
97:25 102:14
104:10 105:18
111:6 123:19
130:9 140:16
144:2 145:12
145:14 145:18
151:2 152:8
153:19 153:23
154:1 158:11
158:23 162:20
163:25 168:6
169:4 174:12
177:25 179:19
180:9 181:25
182:16 187:8
195:8 198:14
198:16 202:1
202:1 209:19
209:23 223:3

**ones** [7] 94:19
119:6 184:14
191:20 193:18

**ongoing** 135:6

**onto** [2] 4:6:3

**open** [1] 33:22
39:2 60:18

66:8 92:25 119:22
134:19 157:9 184:3
214:19

**opening** [1] 39:23

**operate** [4] 119:13
173:10 173:11 182:12

**operating** [2] 32:22
152:1 165:6 165:11
165:22

**operation** [16] 5:7
23:24 63:12 63:22
107:21 108:12 109:3
109:8 109:22 109:23
109:24 116:19 121:18
152:15 157:4 165:14

**operational** [7] 29:9
38:7 38:8 119:10
152:10 152:14 152:21

**operations** [12] 36:7
36:8 41:7 63:17
105:5 110:15 115:13
117:2 122:10 149:22
161:2 207:20

**operator** [1] 134:15

**operators** [2] 157:16
164:21

**opinion** [20] 38:14
41:3 41:17 42:11
42:13 47:6 47:20
47:25 56:2 64:4
70:6 121:13 121:15
121:24 123:15 130:7
167:1 202:15 209:15
212:5

**opinions** [2] 46:15
70:8

**opportunity** [13]
2:17 3:17 27:12
37:14 38:6 45:20
48:13 48:15 49:25
53:14 85:3 135:22
178:18

**oppose** [1] 161:6

**opposed** [4] 121:3
152:21 215:1 215:10

**opposite** [1] 189:3
210:16

**optimally** [1] 132:3

**optimum** [1] 145:18

**option** [1] 77:17

**options** [1] 119:6

**oral** [1] 15:22

**oranges** [1] 52:3

**order** [13] 2:14
4:17 49:10 75:25
76:10 123:8 124:7
133:6 158:13 158:16
163:3 188:17 199:10

**orderly** [1] 2:10

**ordinance** [2] 68:24
137:6 152:17 211:25

**ordinarily** [1] 47:1

**organic** [1] 169:3

**origin** [1] 42:14

**original** [2] 26:14
30:18

**originally** [1] 34:14

**Orlando** [1] 113:14

**otherwise** [1] 213:14

**ourselves** 45:24
197:19

**outcome** 25:12

**outgoing** [1] 158:6

**outlines** [1] 157:18

**output** [1] 117:18

**outside** [5] 30:1
85:20 140:25 188:23
203:25

**outstanding** [1] 21:15

**overall** [8] 50:22
66:1 142:22 145:22
145:23 147:14 152:17
188:22

**overhaul** [1] 104:21

**overhauls** [1] 60:5

**overhead** [2] 114:18
117:13

**overnight** [2] 111:16
111:22

**oversee** [1] 221:3

**overview** [1] 114:10

**own** [8] 66:7 69:21
86:8 87:8 188:2
203:21 219:21 224:1

**owned** [4] 88:11
165:12 186:17 202:20

**owner** [1] 204:3

**owners** [2] 30:3
199:13

**owns** [2] 159:19 203:13

**p.m** [3] 1:2 29:5
111:19

**package** [11] 3:14
3:15 3:18 11:15
12:1 12:7 22:18
100:11 100:12 122:19
123:17

**packet** [1] 11:5

**packets** [1] 160:23

**page** [9] 105:9 195:19
195:23 195:24 195:25
196:4 196:9 196:16
205:18

**pages** [2] 49:1
195:22

**paid** [2] 140:22 199:24

**pains** [1] 191:13

**Panama** [2] 36:5
171:1

**Panhandle** [1] 176:11

**paper** [22] 5:22
6:23 7:7 8:4
8:7 8:19 21:16
22:12 43:11 43:25
49:12 51:16 51:18
122:23 123:10 123:15
129:20 131:2 132:15
132:15 132:18 160:7

**paperwork** [1] 204:24

**paragraph** [1] 76:1
76:5

**parcel** [10] 185:13
185:17 185:24 204:19
204:20 205:8 205:11
205:12 209:22 225:9

**pardon** [2] 2:24
92:1

**park** [16] 29:1 29:3
29:6 64:10 79:11
79:13 79:16 81:14
81:15 103:6 111:16
111:18 112:1 112:4
112:5 112:7

**parked** [3] 64:21
64:23 103:3

**Parker** [7] 19:3
19:3 45:4 45:4
52:10 52:10 53:12

**parking** [22] 5:11
5:12 24:20 24:22
25:2 28:18 59:20
64:10 64:17 64:19
73:11 73:13 73:14
73:15 81:19 91:18
91:18 101:12 102:4
111:21 112:14 119:23

**part** [56] 3:14 3:23
7:14 7:24 12:1
12:6 22:12 25:11
35:6 35:8 36:2
38:13 53:24 54:10
64:14 65:5 65:16
65:24 72:1 74:5
75:11 76:20 76:25
99:11 99:13 107:25
107:25 110:20 117:17
127:24 128:10 130:19
132:21 133:19 147:23
153:12 163:22 164:19
166:23 173:8 179:15
182:11 183:11 187:18
187:22 188:11 188:16
191:14 213:17 213:24
217:5 217:17 218:3
219:9 219:22 220:16

**parte** [1] 4:1

**participant** [1] 183:21

**participate** [5] 13:2
15:2 15:2 15:16
126:15

**participating** [5]
13:5 13:10 13:19
15:10 183:22

**participation** [1]
9:2

**particles** [1] 125:23

**particular** [17] 5:17
8:16 8:19 39:17
41:3 54:13 121:18
125:22 126:20 130:15
130:23 152:15 189:2
198:21 200:19 203:12
218:17

**particularly** [3] 30:6
39:10 155:7

**parties** [8] 12:25
13:4 13:5 15:18
153:3 153:6 212:11
226:9

**parties'** [1] 226:10

**parts** [1] 155:25

**party** [7] 4:16 13:9
15:10 48:20 155:1
181:23 183:22

**pass** [2] 142:1 153:10

**passed** [1] 141:3

**passes** [1] 221:25

**past** [5] 46:13 79:3
88:14 118:14 139:20

**Pat** [1] 18:6

**path** [1] 178:13

**patience** [1] 138:3

**patient** [2] 2:4
92:6

**patrol** [2] 96:4
96:4

**patterns** [2] 110:22
150:2

**Patterson** [52] 14:7
14:9 16:7 16:7
16:10 16:12 16:13
44:3 44:9 44:11
44:11 49:15 49:16
49:20 49:21 99:9
100:1 100:1 101:5
129:14 129:14 130:1
130:5 132:14 133:10
153:6 153:7 153:8
154:7 154:11 154:13
154:14 154:19 154:20
154:23 154:24 161:24
174:20 174:21 174:22
182:5 182:5 185:3
185:4 185:22 186:13
186:13 222:19 222:23
222:23 223:22 223:23

**Paul** [1] 134:13

**pause** [2] 6:16
113:9

**pay** [2] 175:2 184:17
184:25

**paying** [2] 141:4
167:24

**pays** [2] 141:9 141:24

**peace** [2] 202:6
213:9

**pending** [1] 167:5

**people** [54] 14:23
24:3 24:5 24:15
51:5 51:9 63:15
64:2 64:9 65:2
72:9 72:12 82:15
83:1 83:6 85:25
86:11 86:20 87:2
90:3 90:14 92:5
92:16 93:2 95:19
98:5 100:10 100:21
116:22 125:17 155:10
155:19 156:15 156:16
158:3 161:6 173:10
173:16 174:6 175:1
175:23 175:25 176:3
176:24 178:4 179:4
179:13 184:15 184:17
190:1 194:23 199:12
202:25 219:12

**people's** [1] 70:8

**per** [2] 107:5 151:15

**percent** [6] 50:20
52:25 62:23 63:8

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 297 of 313

3/14/05  QJ DESTIN JET          CondenseIt™                    percentage - proceeding

151:21   15:9
**percentages** [3]   53:5
69:1   9:7
**perform** [1]   33:2
42:4   14:18  130:24
**performance** [1]
214:12
**performances** [1]
214:22
**performed** [1]   125:11
**performing** [1]   216:20
**perhaps** [4]   90:15
126:14   143:8   183:6
193:22   215:18
**perimeters** [1]   44:22
24:25   25:7   29:22
107:20
**period** [1]   148:5
212:17   214:10
**permanent** [2]   14:18
152:19
**permit** [1]   48:22
106:5   106:8   106:12
106:14   116:17  106:20
107:3   107:5   137:5
222:5   22:5
**Perryman** [23]   17:9
17:12   17:15   17:20
17:20   17:22   17:25
18:2   18:3   93:6
93:6   93:23   94:2
95:3   195:7   95:11
96:19   95:7   97:20
98:14   98:19   98:23
98:25
**person** [15]   21:11
37:7   30:11  85:17
87:16   88:8   99:24
101:8   113:8   107:10
128:5   112:16  202:1
202:18  20:19
**person** [1]   209:14
**personally** [1]  219:4
**perspective** [2]  31:7
126:9
**perspectives** [1]
127:5
**pertaining** [2]  68:23
110:14
**pertains** [1]   144:14
**pertinent** [1]   177:14
**petitions** [1]   164:13
164:15
**phases** [1]   143:19
**phonetic** [1]   6:24
81:24   93:13  134:14
155:24   150:4   171:14
**photo** [1]   116:18
116:19   117:1   117:4
159:3
**photograph** [2]  114:24
169:16
**photos** [1]   117:11
158:25
**phrasing** [1]   142:7
**physic** [1]   14:16
152:11   152:19

**physically** [2]   65:17
65:20
**physics** [2]   41:21
52:15
**pick** [2]   21:14   23:21
**picture** [2]   133:14
133:15
**pictures** [1]   114:20
**piece** [7] 109:20  109:25
182:19  182:24  182:24
205:5   225:8
**piecemeal** [2]   142:21
198:14
**pile** [1]   129:9
**pilot** [3] 175:6   178:24
178:25
**pine** [6]   17:5   19:10
19:23   40:23   145:1
205:22
**piston** [1]   33:1
**place** [29]   24:5
24:10   29:25   52:19
64:20   67:7   81:24
86:21   86:22   87:24
90:13   100:14  101:16
103:10  106:7   107:2
111:13  112:2   133:21
146:22  175:1   191:3
192:16  192:23  198:11
202:4   202:15  218:16
221:6
**placed** [7]   21:8
28:2   29:23   30:5
135:15  162:13  185:10
**placement** [2]   56:3
100:5
**places** [3]   62:18
86:23   160:16
**plain** [1] 201:7
**plan** [75] 4:9   26:14
27:19   27:20   30:9
31:5   36:2   38:9
38:15   40:14   50:9
50:16   70:18   71:10
76:14   80:2   80:22
81:11   84:13   84:18
102:21  115:21  118:13
129:2   132:18  142:12
142:23  143:1   143:15
151:15  160:12  160:13
160:14  161:1   164:22
164:24  165:1   165:2
165:4   165:6   165:23
185:22  187:5   187:6
187:9   187:15  187:17
187:21  188:13  188:16
193:17  193:19  198:11
201:4   201:5   201:5
201:8   201:12  204:14
204:14  204:15  204:17
209:20  217:23  218:11
218:13  219:3   219:7
219:17  219:19  220:6
220:8   220:12  220:19
223:13
**plane** [22]   28:17
29:1   29:3   29:6
33:2   36:10   65:19
80:21   80:21   80:23
81:5   81:16   87:9

88:13   103:5   103:7
112:10  160:4   202:20
208:13  210:4   210:5
**planes** [3]   23:25
24:9   24:11   28:23
29:7   33:1   63:22
64:13   64:21   64:23
73:12   73:13   73:17
73:17   73:20   73:21
73:24   79:4   79:12
80:4   81:2   81:14
81:14   88:16   101:13
101:15  102:23  103:3
103:15  103:22  111:22
119:13  149:15
**Planet** [1]   18:5
111:3   179:21
**planner** [1]   34:18
**planning** [21]   1:20
20:20   27:14   29:14
34:13   34:16   34:24
35:2   35:13   35:17
73:12   85:18   85:23
85:25   97:16   113:13
125:13  140:21  144:5
148:9   209:10
**plans** [1]   38:4
38:6   64:10   99:10
106:18  106:20  118:13
132:20  150:20  151:18
160:11
**plant** [2] 73:1   73:5
**plants** [1]   25:4
**platted** [1]   155:24
156:6
**plenty** [1]   114:12
**ploy** [1] 202:18
**plus** [2]  81:18   221:10
**podium** [1]   9:4
9:7   9:9   14:5
**point** [42]   12:24
22:6   42:1   42:17
48:25   55:15   56:4
56:6   67:8   70:23
75:17   91:25   92:3
113:3   118:6   124:14
124:18  124:21  128:7
128:17  140:12  143:5
145:5   151:12  171:11
182:7   182:8   184:1
184:11  186:3   186:11
187:4   188:17  191:17
192:3   193:2   198:16
200:1   213:3   217:21
220:24  223:10
**points** [1]   38:19
**policies** [1]   151:10
**policy** [3]   121:1
136:4   148:6
**political** [1]   166:2
202:18  202:19
**pollutants** [1]   128:21
**pollution** [8]   59:11
116:11  151:4   155:9
164:10  164:14  166:15
218:9
**Ponder** [7]   1:11
200:10  200:11  200:12

217:25  218:5    218:11
**populace** [1]   169:6
**porch** [3]   30:17
89:7   159:8
**portion** [3]   48:5
111:17  220:13
**pose** [1] 169:5
**poses** [1]   142:14
**position** [9]   23:19
38:17   43:16   45:20
130:14  192:9   192:11
201:11  211:15
**positively** [1]   32:1
**possibility** [2]   90:5
100:21
**possible** [6]   2:8
27:8   65:17   127:4
199:10  199:19
**possibly** [5]   168:6
170:21  174:12  208:11
211:16
**post** [3] 102:25  170:11
215:17
**postpone** [1]   51:7
**postponed** [1]   51:9
**postponing** [2] 142:15
**potential** [7]   25:23
62:22   120:11  120:12
144:8   157:19  172:18
**potentially** [1]   160:9
**pound** [1]   78:22
**power** [12]   29:8
76:8   102:9   102:15
103:5   113:2   124:14
124:18  124:21  128:7
128:17  140:12
**powerful** [1]   73:9
**pre-development** [1]
33:6
**pre-made** [1]   102:25
**precisely** [2]   169:4
214:2
**prefer** [1]   159:16
**preferred** [1]   30:7
**preliminary** [1]  66:2
**premiere** [1]   75:3
**premium** [1]   114:5
**preparation** [2] 164:19
164:25
**prepare** [3]   43:8
43:10   113:18
**prepared** [14]   5:23
6:24   8:12   13:16
15:21   44:14   46:10
107:19  124:15  129:21
131:3   132:16  135:3
140:22
**preparing** [1]   47:2
**presence** [2]   173:17
174:3
**present** [8]   45:12
22:15   23:1   23:23
38:12   47:2   163:6
213:4

**presentation** [28]
3:21   6:2   6:5
6:7   22:1   22:4
22:7   22:8   23:3
27:9   27:11   33:21
58:6   58:19   112:23
112:24  113:2   113:4
124:14  124:21  124:21
128:7   140:12  148:19
156:14  187:10  187:14
195:15
**presented** [10]   3:20
3:21   14:24   47:10
47:16   47:24   123:10
132:13  160:24  167:14
**presenting** [1]   135:14
**presently** [1]   66:1
**pressure** [1]   219:2
**presumably** [4]  126:7
147:5   147:13  163:17
**presume** [2]   182:22
185:9
**presumption** [1]
216:15
**presumptuous** [1]
132:1
**pretty** [3]   143:17
177:16  211:9
**prevent** [1]   65:20
98:15   139:24
**previous** [2]   141:14
177:10
**previously** [2]  162:3
162:16
**principle** [1]   223:2
**prison** [1]   203:1
**Privacy** [1]   169:25
**private** [1]   88:20
155:22  171:2
**proactive** [1]   190:24
**problem** [35]   12:10
32:21   50:8   74:19
80:5   80:6   80:9
92:11   116:8   121:25
139:18  142:14  160:17
169:10  173:25  188:18
189:10  189:24  199:5
200:6   200:6   201:16
203:5   203:14  203:24
204:11  207:9   207:10
207:16  208:4   208:5
209:15  209:16  212:24
218:25
**problems** [18]   51:18
69:24   74:11   83:6
139:15  139:17  139:22
143:9   143:12  155:9
159:7   159:8   190:2
190:21  198:12  199:17
206:6   210:15
**procedural** [1]  193:4
**procedure** [2]   4:22
29:9
**procedures** [1]  61:19
190:24
**proceed** [1]   158:8
**proceeding** [13] 7:24
9:1   13:1   13:2

DESTIN CITY COUNCIL / DESTIN JET                                Index Page 17

13:6        13:20
15:11       16:6        46:12
183:20  . :.10   215:2
proceedings [8] 4:24
47:23  :::3     113:10
82:16  ::::16   226:6
226:7
process [::]    3:9
3:23      4:4      4:17
25:7      ...      29:13
35:8      7:::    106:12
106:21  137:7   144:22
191:12  226:6
produce [1]   59:10
59:18  ::::11  128:20
professional [14]
35:4      33:9    36:22
37:8      37:10   37:20
38:1      38:2    45:17
47:25  157:11   68:23
87:13   175:5
professionalism [1]
45:24
profit [1]      208:22
program [::]    26:9
99:11  117:19  147:6
188:12
progress [::]   177:12
prohib [::]    104:22
104:24
prohibited [3]   104:18
105:6    105:8
prohibits [2]   82:17
104:19
project [::]     1:4
6:25    13:19    16:20
23:23   31:14    32:13
32:16   32:18    33:9
35:1    35:4     38:4
39:17   50:21    56:15
57:19   57:20    57:24
58:8    58:11    58:13
58:16   60:15    62:24
63:10   65:3     69:20
70:2    70:5     71:1
71:8   171:13   71:16
72:19   74:4     74:17
74:22   75:3     75:13
75:13   75:15    75:21
78:6    72:13    81:9
82:24   82:25    83:25
98:16  199:20   105:4
108:22 113:17   113:19
116:4  116:6    117:14
120:8  124:16   127:6
128:24 129:10   130:10
139:11 139:16   144:20
148:1  151:7    156:14
157:14 157:8    158:17
159:5  156:17   162:20
162:24 171:13   172:17
172:20 172:22   173:4
174:14 174:16   174:20
190:4  190:14   190:23
191:1  191:10   191:16
191:23 192:5    192:8
192:25 193:18   196:4
196:8  196:12   197:16
198:22 199:23   199:12
199:16 200:15   200:19
202:9  205:9    207:13

209:1     209:8     209:11
209:15   212:3    214:6
223:13
projecting [2]   40:2
80:23
projection [1]   80:25
projects [23]     3:5
3:12    4:5      31:19
34:24   34:25    35:2
35:3    35:10    35:12
35:12   39:10    39:11
57:4    121:4   126:20
144:10  144:10  157:16
157:19  160:15  205:19
213:13
proliferated [1] 119:5
promising [1]    50:23
prop [2] 33:1    78:25
proper [8]       98:5
114:8   136:5   136:15
173:23  196:24  206:20
216:4
properly [4]     32:5
136:10  201:9   22:10
properties [1]  187:16
property [39]    15:13
16:25   30:3     30:16
36:13   40:19   109:20
115:1   115:5   115:17
117:9   117:12  118:10
133:2   140:7   151:15
151:17  159:19  163:16
180:12  182:19  182:24
183:9   185:12  185:19
185:23  188:2   188:8
188:15  189:4   199:13
200:20  203:22  204:3
204:5   204:20  204:21
205:3   205:5
proposal [11]    5:8
113:21  113:22  114:10
114:12  115:4   115:8
119:18  122:10  122:16
126:5   130:12  144:15
propose [1]     65:25
proposed [14]    5:9
39:6    40:21   123:7
132:10  133:7   140:8
145:15  160:12  160:14
168:16  170:18  171:8
205:9
proposing [3]    9:1
22:11   122:9
protect [1]
118:16  161:9   66:24
protection [1]  166:24
protested [1]   164:11
protesting [1]  164:14
prove [1]        74:14
74:24
provide [16]    33:9
33:10   33:14   36:9
38:7    43:10   48:19
53:8    59:19   86:18
90:11  113:24  115:9
117:14  119:24  199:4
provided [1]     8:13
38:5    46:3    122:14
129:3   196:15

provider [2]    59:18
90:4
provides [1]    115:11
providing [8]   46:19
61:5    91:3    119:7
119:8   120:2   120:8
214:13
provision [1]   201:4
provisions [1]  191:3
proximity [5]   105:23
116:5   116:23  116:24
117:12
public [1]       3:15
4:14    8:23    9:2
9:13    9:18    13:7
15:12   44:15   48:14
57:14   59:2   125:13
163:21  171:22  181:1
199:11  199:11  204:4
publish [1]     84:18
published [24]  84:16
103:12
pull [2] 63:14   71:5
purchased [1]   163:16
204:21  206:17
pure [2] 58:9    69:6
purple [1]      115:2
purpose [2]      48:1
69:16
purposes [2]    124:14
186:18
pursue [1]      198:23
push [1] 193:10
pushed [1]       28:5
38:20   156:21
put [38] 9:10    24:8
24:12   29:3    51:4
52:19   60:8    73:6
73:22   78:7    80:22
81:10   81:16   82:22
83:23   89:12   101:24
102:25  107:2   109:3
109:16  109:18  111:22
128:1  133:14   133:19
133:21  156:10  178:4
192:16  197:10  203:16
211:16  212:6   214:12
212:9   219:5   219:17
putting [1]     157:6
174:14  199:20  199:21
219:1
QJ [1]   47:11
QJ's [2] 12:6    46:10
qualification [1]
153:23
qualifications [1]
135:15  132:8
qualified [1]   130:21
qualify [1]      34:5
quality [19]    116:6
118:17  120:12  126:6
126:8  128:20   140:6
142:13  172:10  174:13
177:3  195:9   195:10
197:18  205:14  205:15
213:1  217:15   218:10
quantitative [2] 122:18

122:21
quasi-judicial [10]
1:4     2:21    3:8
3:9     3:23    4:22
13:6    13:19   15:11
46:12
questionable [1]
11:22
questions [48]   15:12
15:18   15:22   29:18
33:18   33:22   34:5
36:17   36:21   37:14
37:21   37:22   37:25
45:7    45:11   53:11
53:13   53:16   54:16
56:17   81:25   89:25
101:10  104:10  113:5
121:7  124:25   127:21
129:23  137:9   147:19
148:22  156:15  167:11
171:24  172:1  177:10
179:18  182:15  193:12
208:25  209:16  209:17
209:18  209:24  211:1
211:3   213:2
quick [1]       148:21
189:22
quickly [1]     128:16
quite [9] 5:18   31:18
61:10   64:5   126:14
126:24  129:4   152:13
182:7
quote [1]        157:1
quoted [2]      159:14
159:15
R-e-i-d [1]      17:2
raise [4] 13:8   18:13
162:11  224:18
raised [1]      224:9
raising [1]     224:8
ramble [1]      210:9
ramifications [1]
144:4
ramp [27]       24:23
24:25   26:22   26:24
27:1    27:3    28:22
28:18   30:20   30:23
60:23   61:1    64:15
64:16   65:5    65:16
79:12   79:13   80:18
81:15   81:19   91:18
101:17  110:18  111:16
111:17  151:13
ramp's [1]       73:17
ranges [1]      150:12
rather [2]       30:8
69:5
rationales [1]   48:5
Ray [2] 19:6    101:9
RE [1]   1:4
read [12] 3:18   10:23
44:24   48:13   48:15
55:1    67:23   132:15
182:22  197:9   201:7
201:23
readdressing [1]
202:7
reading [1]     48:17

122:21
readings [1]    69:2
ready [4]       220:7
220:10  220:13  220:21
reaffirm [1]    52:11
real [4] 69:11   107:18
201:24  212:25
reality [1]     132:14
realize [1]     100:17
really [30]      31:1
45:9    50:6    50:6
58:3    64:7    84:24
92:12   96:7   100:19
109:5  116:6    123:18
126:8  126:22   129:12
139:12  145:3   145:24
148:14  156:19  159:1
161:4  161:4    161:5
186:8  195:10   202:15
203:4  220:15
realtor [1]     206:15
realtor's [1]   206:15
reapprove [1]   138:5
reason [4]       22:17
22:18   23:6    65:7
reasonable [1]  212:17
reasonably [1]  173:3
reasoning [1]   140:3
reasons [2]      27:17
156:20
receipt [1]     215:8
receive [2]      62:4
156:16  158:22
received [1]     9:14
11:7    11:11    95:8
122:17  153:16  158:2
164:23  165:1   166:5
receiver [1]     55:19
recent [1]      50:13
recently [1]     36:4
96:2   138:5    158:4
recess [2]      48:18
49:6   225:15
recognize [2]   120:25
172:13
recognized [1]  114:4
221:8  221:9    221:12
recommend [7]   25:20
141:11  142:21  148:24
158:8  164:3    167:6
recommendation [1]
129:16  129:17  129:18
135:15  136:3   136:9
136:11  193:1   196:1
221:21
recommendations [19]
31:8   121:9   121:14
122:11  129:6   129:9
135:7  141:16   143:2
147:10  160:24  164:18
187:21  191:25  192:4
195:17  195:20  196:6
196:14
recommended [5]
42:3    52:25   58:15
95:24   132:6
recommending [3]
119:25  122:4   197:8

3/14/03  OJ DESTIN JET                  CondenseIt™                    recommends - routinely

recommends [1]
141:17
reconstruction [1]
138:6
record [19]       3:15
6:15      16:21    7:16
8:6       8:20     8:25
9:2       9:8      14:6
14:8      14:13    15:25
16:11     17:14    21:18
22:12     22:14    35:21
42:23     43:20    44:1
45:13     45:21    47:10
47:15     48:12    49:13
49:15     51:18    53:21
54:2      54:8     54:14
55:8      56:3     69:3
75:20     103:25   124:19
124:22    124:24   128:1
128:7     125:9    128:13
138:4     148:15   153:12
153:21    154:16   154:22
189:7     215:7    222:22
224:6     224:9    224:22
226:7
records [2]       163:15
186:7
recreational [1] 115:12
red [2]   118:2   145:15
redesigned [1]    26:22
reduce [5]        69:16
69:18     74:14    74:24
147:11    1
reduced [1]       75:9
reducing [1]      62:25
reduction [7]     8:13
32:17     53:3    56:2
69:15     151:21  160:9
referenced [1]    22:23
referee [1]       147:23
223:4
referring [1]     122:22
reflect [1]       154:16
224:22
refueling [1]     61:6
regard [10]       5:17
8:12      47:3    124:15
142:2     153:23  165:8
181:10    192:17  225:16
regarding [6]     4:4
36:18     37:25   48:4
116:9     155:18
regardless [2]    166:3
200:18
regards [1]       177:13
Reger [2]         19:19
19:19
region [1]        173:18
Regional [1]      36:3
registered [1]    56:22
registry [1]      169:2
regulates [1]     101:2
regulations [1]   61:23
100:3     200:8
Reid [1]          17:2
17:2      144:10  140:10
140:16    140:19  141:5

reimburses [1]    141:25
rejected [1]      107:6
rejecting [1]     214:14
relate [1]        39:11
related [2]       38:9
125:14
relates [1]       44:19
relationship [4]  24:16
46:20     141:21  155:17
relative [2]      226:8
226:9
relaxed [1]       47:23
relayed [1]       125:15
relevant [1]      82:13
172:24
relied [2]        5:25
46:22
relies [1]        46:17
47:5
rely [3]  46:23   47:7
140:3
remain [1]        13:15
13:23     162:25
remedy [2]        46:7
46:8
remember [3]      97:4
154:25    170:4
remind [1]        134:9
remove [2]        62:22
63:8
removing [1]      50:20
Renaissance [2]
20:19     29:14   113:13
125:12    140:21  205:16
renamed [2]       99:21
99:21
rendering [2]     15:17
47:5
renew [1]         181:7
renewal [5]       180:17
180:20    180:22  181:8
181:10
renewed [1]       181:12
rental [2]        24:4
59:19
repeat [3]        20:9
129:24    155:15
repeated [1]      19:14
repeatedly [1]    166:11
replaced [1]      68:19
reply [1] 158:22
report [45]
6:12      6:14    6:18
7:20      7:23    8:12
22:20     22:23   31:11
31:23     32:2    33:12
33:13     44:13   45:5
48:4      53:25   55:22
55:22     55:24   56:9
58:16     66:2    69:11
72:9      75:8    77:5
77:8      103:20  128:8
128:11    131:6   131:13
142:8     142:19  142:20
194:1     195:14  197:10

reported [1]      1:25
197:13    205:16  222:20
222:25    226:6
reporter [7]      1:25
16:9      35:20   185:15
226:5     226:7   226:13
REPORTER'S [1]
226:1
reports [2]       62:3
62:5
represent [2]     155:4
161:9
representative [1]
45:7      93:20
representatives [4]
42:3      165:17  165:18
166:11
represented [4]   47:24
126:23    127:2   174:7
representing [2]
6:3       130:20
reproach [1]      200:17
request [7]       3:1
30:5      42:22   121:10
163:14    165:24  185:18
requested [5]     31:22
37:7      124:1   164:20
186:6
requesting [1]    13:4
requests [4]      30:2
135:18    166:10  185:15
require [4]       47:1
64:12     76:4    123:8
136:9     158:14  165:14
212:9     217:24
required [11]     30:14
70:2      95:5    106:6
164:22    166:6   166:14
191:24    192:3   217:19
217:21
requirement [9]   29:23
60:16     67:9    68:15
69:21     69:25   76:22
76:23     101:20
requirements [25]
26:19     57:25   58:11
58:15     61:16   67:13
67:15     67:17   97:19
101:1     101:3   101:4
101:6     103:4   105:21
106:14    107:1   115:22
152:10    152:14  162:24
172:23    173:2   190:15
218:4
requires [6]      76:12
106:7     157:10  158:17
163:20    166:1
requiring [4]     64:9
76:2      120:6   121:3
research [4]      100:24
179:24    180:2   180:4
reserve [2]       87:12
reset [1] 216:4
reside [1]        167:17
residence [1]     14:18
residences [5]    100:6

resident [1]      167:16
residential [23]  26:25
27:4      36:12   38:21
39:3      39:4    39:20
39:23     40:3    113:21
114:6     116:13  117:21
118:3     118:5   133:22
137:16    139:1   144:9
148:24    164:3   188:4
204:23
residents [9]     61:13
114:3     118:15  120:24
125:9     125:16  136:7
146:4     157:20
residents' [1]    125:8
resolution [1]    213:14
resolve [2]       197:17
186:19
resolved [4]      197:17
197:18    202:6   222:13
respect [1]       11:24
68:4      211:18  218:25
respected [1]     42:12
respond [4]       46:2
54:7      192:3   213:7
responded [1]     105:7
response [1]      21:5
57:15     70:5    127:11
158:2     158:6   212:21
responses [1]     10:24
responsibility [1]
152:4     152:4
responsible [1]   70:10
rest [1]  191:14
restate [1]       82:2
restrict [1]      105:14
restricted [1]    131:21
restricting [1]   119:12
restriction [2]   65:2
65:6
restrictions [2]  119:3
174:17
restrictive [1]   192:11
192:13    192:15
result [6]        52:10
133:7     144:11  164:6
190:3     190:20
resulting [2]     41:1
55:20
results [2]       43:15
195:13
resume' [1]       31:18
resumed [3]       49:8
113:10    124:5
retain [1]        214:25
retained [3]      130:18
140:24    215:4
retaining [1]     215:9
revenue [2]       184:21
184:21
revenues [1]      186:3
review [13]       6:11
8:23      9:13    31:5

100:23    139:2   146:13
164:9
resident [1]      167:16
130:10    191:10  192:24
reviewed [16]     12:16
29:19     32:13   38:3
43:15     55:10   58:14
62:19     83:24   84:13
84:15     106:24  123:2
123:3     150:20  194:18
revise [2]        169:11
192:5
revisions [2]     22:20
192:7
revisit [2]       12:17
revs [1]  149:5
Richard [1]       19:19
rid [1]   53:4
Ridge [7]         17:5
19:10     19:23   145:1
205:22
Riggs [2]         20:7
20:7      20:11
right [84]        7:12
10:22     11:15   11:16
12:2      12:11   16:25
23:5      23:22   32:22
43:2      43:6    43:12
49:20     49:25   60:14
60:23     62:7    73:13
73:14     74:8    82:19
82:21     83:4    83:20
85:5      87:21   88:2
90:24     91:17   92:11
106:17    114:19  116:20
118:8     118:16  118:17
122:17    126:6   134:11
135:9     135:23  136:5
137:4     139:18  139:21
140:14    145:13  145:22
145:25    148:7   151:6
156:16    162:11  170:25
175:23    175:25  178:3
181:6     186:4   189:1
189:10    195:1   196:2
199:23    200:17  202:10
203:16    205:13  205:15
206:1     208:20  209:2
209:3     209:12  210:3
210:4     213:19  218:7
219:9     223:6   224:8
224:18    225:3
rightfully [1]    134:20
rights [1]        161:10
ripe [1]  217:7
risks [1] 169:5
road [15] 1:7     16:21
17:12     17:16   17:23
19:13     19:17   59:7
68:12     88:1    91:17
93:7      117:1   160:2
206:2
roadway [1]       117:3
room [2] 112:5    161:6
roots [1] 146:25
Rosalyn [1]       19:25
rough [1]         83:13
160:25
routinely [3]     11:25
41:23     46:9

**row** [1] 135:10

**RPG** [3] 1:32    141:8
194:23  215:17

**RPG's** [1]    196:10

**RUA** [5] 2:1 22  205:4

**rub** [1] 114:12

**RUD** [1] 2:22

**rules** [10]    29:3
47:22   51:23   105:13
106:13  116:24  163:13
173:5   115:19  206:8

**run** [4] 2:14    65:2
65:4    41:23

**run-up** [5]    33:2
63:1    113:12  149:10
149:14

**runnin** [6]    46:11
59:25   94:11   152:2
165:7   210:19

**runway** [25]    24:16
25:1    28:1    28:4
28:6    32:23   32:24
38:22   41:8    41:9
41:13   59:8    60:10
60:13   60:20   63:2
64:23   71:15   71:19
119:22  149:11  159:17
164:1   164:2   208:18

**S-t-e-p-h-e-n-s** [1]
18:16

**sabotage** [1]    100:16

**safe** [4] 71:15    74:25
115:4   159:11

**safest** [1]    15:24

**safety** [14]    78:11
87:10   135:20  167:7
168:16  169:15  170:3
172:9   173:18  179:15
201:22

**Sal** [1]    171:14

**Salvo** [26]    1:20
6:6     20:19   20:19
113:1   113:7   113:12
113:12  120:4   121:10
121:20  122:2   122:7
122:13  122:17  123:1
123:3   123:14  124:15
125:11  125:17  126:1
126:16  127:1   127:17
128:10  128:14  128:18
129:2   129:12  137:15
138:11  138:15  138:17
138:20  140:15  140:19
140:24  142:24  144:13
145:22  146:1   146:9
146:17  147:3   147:10
148:3   148:14  149:3
149:8   149:17  192:2
195:17  195:23  195:25
196:3   196:23  197:5
197:7   197:13

**Sam** [1] 2:15

**Sandra** [2]    17:7
70:15

**sanitation** [1]    76:7

**satisfied** [1]    173:3

**Saturday** [1]    103:13

**saw** [2] 125:21    128:22

**says** [23] 27:16    55:22
62:21   63:7    63:8
66:2    68:15   72:10
75:3    76:10   76:24
77:3    107:13  107:15
129:18  140:21  141:10
141:16  142:8   142:13
142:20  158:16  195:7

**scale** [1] 150:12

**scared** [2]    95:13
95:13

**scary** [1]    95:15

**scenarios** [1]    68:25

**schedule** [1]    62:9

**scheduling** [1]    222:9

**school** [1]    52:14

**Science** [5]    5:23
7:1     31:13   34:21
62:21

**scope** [3]    69:2
126:17  149:20

**Scott** [2] 1:17    153:8

**screen** [1]    100:20
114:11

**Sealy** [22]    5:1
103:14  103:21  148:8
156:24  157:8   157:22
157:25  183:5   183:12
185:4   185:7   185:12
185:17  186:1   186:17
187:9   188:11  189:13
220:3   220:5   221:5

**Sealy's** [1]    95:25

**seaport** [1]    176:1

**seasoned** [1]    95:23

**seat** [1] 187:11

**second** [20]    2:25
29:12   42:13   58:7
75:25   112:9   129:17
153:19  169:11  169:15
174:8   180:23  181:16
181:23  198:17  201:16
201:20  209:11  216:6
216:8

**secondly** [7]    70:23
90:7    90:8    170:25
178:11  178:19  179:10

**secretary/treasurer** [1]
167:22

**section** [1]    195:18

**secure** [4]    101:13
101:19  101:24  102:21

**security** [36]    87:11
91:23   91:25   92:3
92:10   92:11   93:14
93:19   94:4    94:6
94:14   94:20   94:25
95:5    96:8    96:25
97:1    97:13   97:19
98:18   100:3   100:4
100:20  101:6   135:20
166:25  170:13  172:22
172:24  202:24  203:7
203:8   203:11  203:14
203:20  204:1

**see** [41] 6:17    11:19
24:14   24:15   30:20
30:24   33:17   37:24

**61:9** 78:21    83:10
86:5    112:18  117:5
117:24  124:20  128:15
128:16  136:12  151:8
152:25  153:19  154:2
155:25  160:11  160:14
167:6   167:12  173:1
181:14  184:22  184:23
197:16  197:18  199:18
201:7   201:11  201:14
202:5   211:10  218:6

**Seeing** [1]    128:6

**seek** [1] 125:13

**seem** [3] 68:24    132:25
134:16

**segment** [1]    69:4

**sell** [3]    59:19   111:9
206:16

**selling** [1]    155:10

**senator** [1]    93:20

**sense** [7]    88:25
136:18  136:20  136:21
179:4   198:22  203:18

**sent** [3]    157:24  164:18
166:1

**separate** [3]    106:5
144:16  179:7

**separated** [1]    117:3

**separately** [1]    144:19

**separates** [1]    146:12

**separating** [1]    144:22

**separation** [1]    146:20

**September** [12]    156:13
205:20  215:19  215:22
216:2   216:14  222:8
222:15  222:16  223:12
224:13  225:12

**sequestered** [1] 3:25

**serious** [2]    142:14
198:6

**serve** [6] 38:23    40:5
40:25   41:4    41:6
199:11

**serves** [3]    40:9
173:14  199:14

**service** [17]    23:25
24:1    59:16   59:18
59:25   78:25   79:3
80:15   81:15   86:18
90:4    91:2    100:8
100:9   104:11  117:1
211:12

**serviced** [2]    104:15
127:8

**services** [4]    24:5
46:19   113:14  199:10

**servicing** [1]    60:22
60:25   61:5    79:8
104:23

**set** [7]    2:22   11:21
38:6    83:25   113:7
215:15  215:18

**setback** [1]    150:21

**setbacks** [2]    26:17
38:22

**settled** [2]    78:5

**201:17**

**several** [13]    10:24
62:18   88:11   88:16
160:16  168:7   168:12
170:18  171:4   171:5
177:24  196:5   214:1

**shall** [1] 113:5

**shared** [1]    156:19

**sheet** [2] 14:4    29:12

**Shell** [1] 64:2

**sheriff's** [2]    96:7
96:14

**shielded** [2]    41:5
41:10

**Shimp** [1]    19:25
19:25

**ship** [1] 135:12

**Shirley** [78]    1:17
4:21    5:5     5:6
6:13    6:22    7:6
7:8     8:8     8:9
8:11    9:14    9:17
9:20    10:13   11:1
11:10   11:24   12:5
12:8    12:14   12:22
21:24   22:5    23:2
37:22   42:20   42:24
43:2    43:6    43:23
45:25   46:1    46:2
48:8    48:10   57:12
58:23   112:23  112:25
121:7   121:12  121:23
122:3   122:8   122:15
122:22  123:2   123:4
123:22  124:8   124:9
124:12  124:24  127:20
129:24  133:24  134:9
137:3   137:20  137:24
138:4   140:24  153:8
153:14  153:15  153:22
154:15  161:20  163:2
167:11  171:24  179:18
183:21  189:19  191:7
191:8   193:19

**Shirley's** [1]    211:18

**Shockley** [1]    18:14

**shooting** [1]    134:17

**shopping** [1]    143:17

**Shore** [1]    18:24

**short** [4] 49:7    124:4
189:23  193:9

**shortages** [1]    120:17

**shorter** [1]    212:18

**shot** [2] 198:3    210:11

**show** [7] 13:11    23:7
25:23   31:23   114:20
154:1   224:20

**shown** [3]    145:6
150:22  153:8

**shows** [7]    24:25
30:12   30:15   30:18
32:7    159:4   204:15

**shut** [1] 207:20

**sic** [3]    80:9   134:10
165:8

**side** [24] 30:6    30:11
40:8    50:9    59:14
60:10   60:13   88:5

**91:19** 109:17    109:18
110:2   114:14  114:20
149:11  149:12  159:16
164:1   185:23  200:20
200:21  200:21  200:21
210:17

**sides** [1] 44:21

**sight** [5] 55:16    55:18
55:20   55:23   56:5

**sign** [5] 15:25    29:2
64:12   111:18  112:13

**sign-in** [1]    14:4

**significant** [2]    32:16
36:11   115:8   143:1
192:7

**silent** [1]    63:12

**similar** [1]    60:3

**simple** [3]    58:11
81:25   162:20

**simply** [3]    158:24
178:5   200:12

**simultaneously** [1]
115:14

**singing** [1]    155:1

**site** [27] 26:14    26:21
27:24   38:18   40:13
40:22   50:9    50:16
57:18   58:9    71:24
113:22  121:5   129:2
130:22  132:17  132:18
132:20  132:24  143:18
143:22  151:15  152:11
152:20  159:21  174:17
192:19

**sitting** [2]    30:17
30:23   32:25

**situated** [1]    39:2

**situating** [1]    38:16

**situation** [16]    8:17
26:6    41:15   82:16
115:10  115:10  119:4
120:24  127:3   130:12
146:18  178:7   184:7
188:19  202:22  203:19

**six** [9]    11:8    49:3
140:18  141:13  141:19
142:18  143:11  195:2
205:2

**six-minute** [1]    49:5

**six-page** [1]    49:3

**size** [3] 73:16    78:20
79:14   80:20   81:2
100:11

**skill** [2] 94:9    94:10

**skirt** [1] 136:13

**sleeve** [1]    102:25

**small** [10]    70:1
73:17   73:20   91:17
94:15   94:15   96:25
149:14  175:19  179:25

**smaller** [3]    79:17
94:19   176:23

**smallest** [1]    81:5

**smart** [1]    51:21

**smell** [4]    78:9
78:13   83:16   210:1

**smells** [1]    125:22

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 300 of 313

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 301 of 313

3/14/05 QJ DESTIN JET                    CondenseIt™                                    so-called - Success

so-called [1]        131:2
Sole [2]  171:1   171:6
solely [1]          224:12
solid [1]  25:8
solution [1]        51:17
  51:20
solve [2]  2:3:4   207:10
solved [1]          202:6
someone [18]        29:1
  30:17   92:25   111:9
  140:16   131:22   183:17
  183:17
sometime [1]        68:8
sometimes [2]       38:24
  90:17
somewhere [5]       66:6
  80:24   87:3   89:21
  112:7
soon [1]  33:13
sorry [15]          7:21
  10:1   36:23   37:11
  87:15   129:11   127:17
  129:24   139:16   206:22
  222:2†
sort [9]  100:16   102:1
  104:18   116:13   120:20
  147:14   169:15   221:2
  221:3
sound [10]          17:10
  25:5   27:18   32:12
  33:10   40:10   50:20
  50:21   50:22   50:22
  55:18   55:2   61:10
  62:23   63:5   63:9
  69:15   69:17   69:18
  83:16   107:14   107:15
  119:7   119:10   119:15
  123:13   130:8   148:25
  150:22   151:2   151:17
  151:21   160:6   162:23
  169:9   191:2   192:6
  193:25   196:24   197:1
sounded [1]         95:22
Soundproofing [1]
  118:21
sounds [1]          122:20
source [5]          55:18
  56:7   76:8
south [5]           14:17
  109:18   119:2   188:9
  188:15   209:21   207:24
space [3]           28:18
  30:13   114:5   114:6
  114:7   114:13   120:16
  120:19
spacing [1]         103:4
speak [2]           9:7
  10:4   12:9   23:5
  36:20   45:9   93:25
  213:9
speaker [22]        8:7
  8:22   111:18   12:4
  12:11   14:21   15:4
  15:7   15:1   17:4
  18:1   21:19   21:20
  23:11   27:8   35:18
  35:20   44:4   44:8
  44:19   49:19   53:17

67:2   105:18   145:12
145:13   145:16   145:19
147:8   147:9   161:14
162:8   167:13   170:15
175:11   181:1   183:4
184:3   184:6   204:4
213:20   225:13
speakers [2]        14:5
  21:21
speaking [8]        68:23
  80:25   93:20   147:2
  147:3   168:9   171:22
  188:4
special [1]         191:2
specialist [1]      43:9
specialists [1]     41:24
specialize [1]      34:12
specialized [1]     130:17
specific [10]       31:23
  45:11   54:16   67:16
  76:22   78:23   105:1
  129:10   130:22   163:24
specifically [9]    28:11
  52:12   75:20   79:21
  82:17   104:24   162:22
  163:25   216:18
speech [3]          169:11
  174:23   197:25
speed [1]           103:11
spent [2]           127:11
  136:22
spike [1]           101:24
spill [1]  210:23
spills [1]          210:21
spoke [2]           119:21
  195:2
spoken [2]          173:19
  173:19
spokesperson [1]
  96:13
spot [5]  90:14   90:20
  90:24
Springs [1]         179:2
sprung [1]          115:19
staff [84]
  4:13   5:21   5:25
  6:4   6:7   6:8
  6:14 -   6:18   6:18
  6:20   6:22   7:2
  7:20   7:23   9:14
  12:7   20:14   20:18
  20:22   22:3   22:5
  22:8   22:11   22:13
  22:19   22:20   22:23
  26:11   27:14   29:13
  31:22   37:20   42:17
  43:5   43:23   57:12
  58:14   58:15   58:21
  58:23   77:6   112:24
  113:1   124:1   124:21
  124:22   125:3   128:10
  129:23   130:2   130:4
  130:9   130:14   132:1
  132:12   133:12   134:3
  135:14   136:2   137:6
  139:13   141:1   141:22
  141:23   147:20   148:19
  150:19   151:5   152:7

153:1   158:21   189:17
191:10   192:12   192:14
192:15   192:24   204:25
215:2   215:11   217:2
222:5   223:4
staff's [10]        5:22
  5:24   6:8   6:11
  7:14   124:10   124:19
  134:5   190:8   192:9
staffing [1]        223:16
Stan [4]  20:5   20:7
  110:10   172:5
stand [4]           21:7
  23:11   40:23   178:13
standard [2]        133:2
  146:20
standards [4]       191:18
  191:19   191:22   192:25
standing [2]        13:23
  87:7
standing-room [1]
  156:14
standpoint [6]      27:22
  42:5   58:9   58:10
  167:7   206:15
stands [1]          202:10
start [2]  63:16    147:13
started [5]         26:13
  78:10   156:23   163:12
  166:14
starting [1]        198:5
startling [1]       141:15
starts [1]          66:14
state [31]          4:23
  13:20   15:25   17:18
  31:15   31:20   37:1
  56:23   58:1   59:3
  61:21   85:13   91:11
  101:1   106:6   111:19
  163:18   163:19   164:7
  164:22   165:8   165:13
  165:25   166:6   167:3
  172:15   172:20   172:24
  196:10   221:1   226:3
state's [1]         62:9
statement [13]      50:23
  63:18   64:16   108:18
  144:2   145:22   155:13
  156:25   157:18   158:9
  191:5   196:5   220:20
statements [1]      50:18
states [9]          32:2
  32:4   35:20   76:1
  76:5   105:2   105:4
  158:13   169:2
stating [5]         76:24
  77:7   158:10   158:24
  171:8
station [3]         64:2
  87:4   182:1
stationed [1]       160:3
statistics [1]      69:7
statute [1]         163:19
  221:15
statutes [10]       4:24
  163:18   164:7   164:23
  165:8   165:13   165:25

166:7   167:3   221:1
statutorily [1]     3:9
stay [7]  86:10   90:16
  111:24   155:15   155:16
  182:16   189:10
staying [1]         209:11
  224:2
steam [1]           135:12
steel [1]  175:25
stenographically [1]
  226:6
step [2]  60:8   129:9
Stephens [8]        18:15
  18:15   61:4   61:4
  61:9   61:17   61:24
  62:10
steps [2] 67:7      106:21
Steven [1]          61:9
Stichler [9]        19:6
  19:6   101:9   101:9
  101:22   102:3   102:8
  102:12   102:16
still [20]  49:21    52:24
  86:14   106:11   142:9
  142:12   144:3   144:13
  158:7   165:3   170:13
  186:19   188:7   188:22
  195:10   197:7   209:5
  209:5   218:5   225:5
stipulate [3]       36:22
  38:1   196:23
stipulation [1]     54:20
stones [1]          202:4
stood [1]           199:8
stop [2]  72:19     139:23
  168:10
stopgap [1]         66:8
stopgaps [1]        206:8
storage [5]         76:7
  76:11   100:5   100:22
  158:15
store [2] 24:10     81:11
storing [1]         83:18
storm [6]           5:13
  57:3   57:8   57:20
  57:23   57:24
straight [1]        203:6
straightened [1]
  2:13
strategy [2]        120:21
  218:16
Stream [3]          79:15
  79:19   208:10
Street [8]          14:16
  16:3   19:22   78:16
  104:10   159:9   167:17
  168:1
stretching [1]      146:6
strictly [1]        164:6
Stringer [1]        157:22
Strip [3] 60:4      157:4
  157:6
strips [1]  101:25
strong [1]          117:7
120:22

strongly [1]        75:16
structure [3]       27:7
  28:2   28:2
structures [1]      28:10
struggle [1]        144:21
studied [2]         198:19
  221:18
studies [8]         51:23
  110:13   137:14   201:23
  209:2   215:13   216:16
  216:18
study [96]          3:18
  25:8   25:8   25:10
  25:11   25:13   25:18
  25:20   35:6   36:2
  42:4   43:10   54:10
  66:1   66:1   66:2
  68:6   68:15   69:13
  72:1   74:5   74:10
  74:13   74:23   75:2
  75:11   77:22   77:24
  107:25   108:1   108:7
  108:8   110:20   110:21
  110:24   117:18   117:18
  120:11   120:12   120:14
  121:10   125:11   126:5
  126:7   126:11   126:17
  130:19   132:23   135:4
  135:6   136:3   137:13
  140:4   140:13   140:23
  141:4   141:6   141:10
  141:10   141:13   141:16
  142:8   142:14   147:4
  147:24   156:21   166:13
  166:15   167:5   167:21
  171:14   171:16   171:18
  187:18   187:20   187:22
  191:14   194:23   195:2
  195:7   195:11   195:12
  201:22   207:17   212:4
  213:17   213:24   214:3
  214:6   214:21   217:5
  217:15   220:7   220:10
  220:12   220:19
stuff [2] 52:14     210:25
subdivision [1] 52:4
subdivisions [1]
  156:8
subject [7]         5:19
  48:2   55:12   94:13
  219:11   220:2   223:14
subjected [1]       138:7
submit [5]          10:15
  11:16   15:20   62:3
  62:5
submitted [17]      7:7
  8:5   22:21   22:22
  31:12   33:12   38:4
  45:6   47:11   49:12
  51:19   77:5   122:24
  123:6   131:1   193:20
  204:24
submitting [1]      15:17
subpoena [1]        183:23
substance [1]       169:20
substances [1]      169:2
substitute [1]      122:16
Success [1]         99:16
  99:18

DESTIN CITY COUNCIL / DESTIN JET

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C   Page 302 of 313

| 3/14/0 | OJ DESTIN JET | CondenseIt™ | | successful - trying |
|---|---|---|---|---|

**successful** [3]   72:17
99:15   99:16

**such** [67]   4:24
10:16   42:9   98:6
100:21   112:11   135:18
136:14   149:21   152:14
155:9   158:9   165:24
166:5   211:22   212:3
214:6

**sudden** [1]   176:25
**suddenly** [1]   197:11
**suffer** [2]   70:12
164:11
**suffers** [1]   210:14
**sufficient** [2]   68:11
194:19
**suggest** [4]   12:14
48:18   212:10   215:16
**suggested** [3]   187:19
214:15   239:8
**suggestion** [3]   111:14
214:11   214:24
**sum** [1]   118:4
**summarize** [2]   120:15
123:5
**summer** [2]   113:16
119:19
**sums** [1]   177:16
**Sunnyvale** [1]   14:16
**supper** [1]   111:24
**supply** [1]   32:3
**support** [4]   141:17
157:2   200:22   202:9
**suppose** [1]   9:24
97:15
**supposed** [5]   126:18
152:2   155:5   195:11
207:6
**suppress** [2]   107:17
109:6
**surfaces** [1]   32:9
**surrounding** [9] 70:12
113:22   132:1   137:16
139:2   151:15   156:4
157:20   173:16
**survey** [1]   135:5
**suspect** [1]   170:9
**swear** [1]   13:16
13:22
**sworn** [1]   162:4
162:17
**Sybert** [11]   18:4
18:4   111:3   111:3
111:8   111:21   112:3
112:9   112:16   179:21
179:21
**system** [2]   76:11
102:24
**systems** [3]   76:7
76:8   75:9
**table** [1]   163:1
**tabled** [1]   220:1
**tail** [2]   2:18   31:2
**takeoff** [1]   149:10
**takeoffs** [1]   99:3

**takes** [1] 25:14
**taking** [4]   3:2
17:19   110:16   177:24
**talks** [1] 142:10
**tall** [3]   30:24   32:14
71:22
**Tallahassee** [1]   36:3
51:24
**taller** [2] 30:25   31:2
**tank** [3] 100:22   107:2
210:22
**tanks** [1]   100:5
106:8
**tarmac** [5]   5:10
101:11   102:5   102:21
151:16
**tastefully** [1]   200:16
**tax** [4]   184:16   184:16
184:24   203:15
**taxes** [1] 175:2
**taxiway** [9]   24:16
27:25   28:7   32:23
41:9   60:20   63:1
63:15   71:16
**taxpayer** [1]   136:19
**taxpayers** [2]   161:8
199:13
**technical** [8]   6:11
26:17   42:5   58:9
126:3   130:13   140:4
140:4   167:20
**technicality** [1] 50:25
**technique** [1]   39:16
**techniques** [1]   118:20
**Ted** [1]   1:13
**telling** [4]   108:14
192:22   214:10   219:7
**tells** [4] 52:16   53:4
75:7   180:10
**temporarily** [1] 69:4
**ten** [1]   193:14
**tend** [3]   39:24   40:4
40:5
**tender** [2]   37:23
57:6
**Tennessee** [2]   14:17
86:10
**Teresa** [3]   18:4
111:3   179:21
**term** [2] 78:19   149:1
**terminology** [1] 148:23
**terms** [1]   35:13
40:2   184:20
**terrorist** [2]   98:10
100:17
**terrorists** [1]   94:10
**Terry** [1]   104:17
**testified** [2]   46:14
48:1
**testify** [7]   15:21
20:15   20:16   47:3
55:25   162:16   183:24
**testimony** [26]   3:21
4:15   5:18   13:7
13:17   15:17   15:23

42:19   53:9   84:10
128:1   153:2   153:5
167:13   172:3   177:9
177:18   181:4   181:5
183:15   184:4   184:5
185:3   189:12   189:14
226:7

**testing** [1]   60:1
**Texaco** [1]   64:1
**textbook** [2]   52:15
52:16
**thank** [93]   2:1
2:3   5:6   6:13
14:20   16:4   17:24
19:18   20:12   21:13
22:24   44:18   45:3
49:11   50:3   51:12
56:10   58:5   58:20
61:2   61:3   62:10
62:11   68:2   70:12
70:14   72:19   74:2
77:11   80:10   81:21
82:6   82:7   85:5
85:6   89:23   93:5
98:25   101:7   102:17
104:6   107:9   107:10
110:7   111:1   112:16
112:19   112:20   113:24
128:4   129:13   133:10
135:1   137:2   138:22
144:24   147:20   148:17
148:18   150:15   152:24
161:11   162:18   163:4
167:8   167:11   170:16
171:18   171:20   174:18
176:12   177:16   177:17
179:15   180:6   185:21
187:23   191:4   191:5
191:6   191:8   193:3
194:21   197:20   197:21
200:7   200:8   204:8
211:6   223:24   223:25
224:3   225:14

**thanked** [1]   96:9
**themselves** [5]   13:14
28:10   36:16   48:22
55:3
**theory** [1]   211:24
**therefore** [6]   44:25
54:22   70:10   152:18
157:11   205:10
**thereto** [1]   6:10
**they've** [4]   31:19
83:24   115:16   199:24
**thin** [1]   40:22
**thingy** [1]   145:5
**thinking** [3]   151:4
221:4   224:1
**third** [2] 129:17   201:21
**thirty-five** [1]   81:1
**Thomas** [1]   19:1
87:18   91:12
**thoroughly** [1]   88:23
**thought** [11]   16:12
38:15   50:12   67:23
89:20   91:9   136:14
155:2   159:22   216:24
219:16
**thoughts** [1]   224:2

**thousand** [3]   99:7
150:13   164:8
**three** [11]   2:25
48:21   75:22   147:9
150:13   168:14   169:4
169:18   189:20   202:5
218:4
**through** [15]   4:22
9:11   27:19   28:19
82:25   92:16   106:12
106:21   121:1   128:16
141:3   142:1   191:12
196:12   210:14
**throughout** [1]   144:22
**thumbed** [1]   128:15
**Thursday** [1]   3:16
**thyroid** [1]   169:6
**timely** [1]   137:8
**times** [4]   30:14
89:5   157:8   168:6
**today** [17]   6:22
69:24   70:1   72:16
93:16   94:13   94:13
95:12   95:14   96:24
108:25   109:2   109:11
115:11   135:12   136:24
190:1
**Today's** [1]   11:7
**together** [6]   5:13
6:10   201:9   207:15
219:13   220:18
**tolerate** [1]   172:19
173:4
**Tommy** [1]   87:21
**tonight** [38]   2:2
2:4   2:17   3:6
3:22   4:20   11:16
23:23   44:14   45:23
49:24   85:9   87:23
145:4   151:13   155:8
160:20   161:5   161:10
172:4   172:7   173:13
173:18   174:7   176:18
181:24   182:8   189:23
195:4   197:11   198:4
198:13   199:24   205:7
205:10   209:7   211:2
223:25
**tonight's** [3]   7:24
112:23   195:15
**too** [13]   82:14   88:24
89:13   119:3   170:14
170:17   183:2   194:22
199:17   210:14   211:3
218:13   219:23
**took** [6]   36:13   103:20
155:23   156:1   169:16
203:23
**top** [5]   31:16   32:8
117:1   191:15   192:9
**torn** [1]   68:18
**total** [1]   184:18
**totally** [1]   110:17
**touched** [1]   170:11
**tough** [1]   148:3
**tourism** [1]   144:6
**tourism-generating**
[1]   144:10

**tow** [8]   5:10   28:25
64:15   64:24   64:25
65:16   120:9   152:14
**tow-only** [3]   28:13
101:18   103:2
**towards** [1]   39:2
78:24   119:22
**towed** [1]   28:17
**towing** [3]   103:3
119:11   151:24
**town** [5] 133:16   154:24
181:25   182:1   207:8
**townhouses** [1] 159:10
**toxic** [1] 169:1
**Trace** [5]   17:6
19:11   19:24   145:2
205:22
**Tracy** [3]   1:25
226:5   226:13
**traffic** [26]   28:9
28:11   59:17   59:18
59:21   63:19   69:22
70:7   70:11   70:17
70:19   70:22   71:20
85:24   144:5   168:3
170:20   171:9   178:22
178:23   190:16   190:17
190:18   190:21   201:20   208:6
208:7
**traffic's** [1]   99:11
**Trail** [6] 16:18   17:4
19:9   77:13   148:21
159:18
**transcript** [1]   226:6
**transportation** [3]
34:12   39:10   144:5
**travel** [2]   86:22
86:23
**travels** [1]   60:18
**Travolta** [1]   208:15
**treated** [1]   36:19
**tree** [4]   18:25   29:24
29:25   30:9
**trees** [7]   1:9   29:22
30:5   40:23   73:2
73:7   89:10
**tremendous** [1] 174:10
**trial** [1]   44:20
**tried** [3] 97:7   166:11
211:13
**trip** [3]   2:20   178:24
179:7
**truckload** [1]   62:4
**true** [16]   64:16   134:7
141:5   141:7   142:12
143:8   144:3   144:13
152:11   171:11   183:4
183:5   183:9   188:10
224:2   226:7
**truly** [2] 68:19   96:7
**try** [12]   2:8   22:13
45:23   89:14   107:17
178:9   180:21   181:14
181:16   181:19   208:20
211:16
**trying** [10]   37:8
50:6   89:4   103:24

**DESTIN CITY COUNCIL / DESTIN JET**                                    Index Page 22

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 303 of 313

**3/14/05 QJ DESTIN JET**  **CondenseIt™**  **tumors - Wilson**

| | | |
|---|---|---|
| 134:16 115:8 180:20 | undergoing [1] 117:17 | 210:25 223:10 | voluntarily [1] 191:1 | ways [3] 90:2 173:12 |
| 203:17 207:10 210:10 | underlying [1] 200:23 | up-to-date [2] 86:16 | voluntary [1] 162:25 | 191:25 |
| tumors [1] 168:24 | understand [28] 10:2 | 117:23 | vote [4] 224:7 224:9 | weather [1] 160:4 |
| turbo [1] 78:25 | 22:11 23:16 50:1 | update [1] 204:17 | 224:12 224:23 | week [2] 168:7 188:6 |
| turn [9] 5 22:7 | 50:7 68:6 68:7 | upgraded [1] 174:10 | voting [1] 211:2 | weekday [1] 216:2 |
| 22:15 25:16 64:13 | 89:4 90:6 90:10 | urban [1] 204:23 | vulnerable [1] 100:16 | Weekewachee [1] |
| 77:19 193:5 | 131:22 140:12 142:17 | urge [3] 171:12 174:5 | wait [9] 32:24 78:11 | 14:1 |
| 193:5 | 146:8 155:14 155:16 | 209:9 | 136:13 136:15 147:25 | Weekly [1] 61:25 |
| turnaround [2] 90:17 | 175:15 178:20 181:11 | urgent [1] 97:10 | 148:4 171:17 187:19 | weeks [3] 46:11 |
| 90:22 | 182:8 182:23 199:8 | used [12] 39:9 | 220:9 | 79:8 94:9 |
| turned [1] 28:21 | 201:8 213:23 216:12 | 53:24 55:14 78:19 | waiting [1] 222:24 | weight [1] 173:23 |
| 93:18 210:20 213:21 | 218:24 221:17 221:23 | 93:3 113:24 118:21 | walk [2] 89:8 93:18 | welcome [1] 179:24 |
| Twenty [1] 79:5 | understandable [2] | 131:23 149:1 176:21 | wall [97] 8:13 25:6 | welfare [2] 167:8 |
| Twenty five [1] | 176:3 188:25 | 191:21 206:9 | 25:23 26:1 26:6 | 201:22 |
| 81:1 | understands [1] 221:23 | users [3] 5:11 5:12 | 27:1 27:2 27:5 | west [2] 40:20 200:20 |
| twice [1] 164:12 | understood [1] 130:14 | 138:21 | 28:9 29:23 30:2 | wet [1] 26:13 |
| 196:22 | underway [2] 68:7 | uses [19] 113:21 114:9 | 30:6 30:11 30:16 | whatsoever [3] 72:5 |
| two [34] 24:12 | 198:18 | 115:24 116:1 116:11 | 30:18 31:24 32:5 | 108:6 169:23 |
| 26:2 32:10 51:14 | undone [1] 180:21 | 116:13 116:25 117:21 | 32:7 32:8 32:9 | wheezing [1] 168:23 |
| 51:21 52:8 86:5 | 181:14 | 117:25 118:2 118:4 | 32:11 32:15 32:16 | 168:24 |
| 89:25 90:2 101:10 | unduly [1] 116:1 | 118:19 137:17 139:9 | 33:5 33:7 33:9 | wherever [1] 180:15 |
| 104:9 108:10 114:8 | uneasy [1] 48:11 | 139:9 146:21 196:19 | 36:6 39:6 39:7 | Whippoorwill [1] |
| 144:18 144:23 147:8 | unfortunately [1] | 207:24 207:25 | 39:12 39:14 39:15 | 134:14 |
| 156:18 157:2 157:15 | 209:1 | using [1] 102:14 | 39:15 40:4 40:14 | white [19] 5:22 |
| 158:25 161:4 165:17 | unidentified [1] | usually [1] 16:12 | 40:15 40:18 40:24 | 6:23 7:7 8:4 |
| 165:18 158:6 178:15 | 21:21 | utmost [1] 45:24 | 41:4 41:5 41:10 | 8:7 8:19 21:16 |
| 180:8 189:20 195:8 | unique [1] 175:17 | vacation [2] 90:16 | 41:12 41:14 41:15 | 22:12 43:11 43:25 |
| 197:10 209:6 209:23 | University [1] 34:22 | 171:6 | 41:18 42:7 42:14 | 49:12 51:16 122:23 |
| 212:14 212:16 | unless [8] 45:10 | vague [1] 45:6 | 51:17 52:19 52:24 | 123:10 123:14 129:19 |
| two-story [1] 24:19 | 63:21 137:5 180:10 | valid [1] 55:13 | 55:23 56:3 56:6 | 131:2 132:15 160:7 |
| type [25] 25:21 28:24 | 183:23 183:24 192:13 | value [2] 53:6 | 56:7 60:8 61:14 | Whitelaw [2] 18:6 |
| 34:19 39:11 46:17 | 208:15 | 175:21 | 66:6 66:10 66:13 | 18:6 |
| 46:21 60:6 63:22 | unlikely [1] 157:6 | variables [1] 149:20 | 66:13 68:5 68:5 | whole [6] 87:11 |
| 76:17 79:23 80:16 | unsuitable [1] 192:20 | variety [2] 113:16 | 68:16 68:17 69:4 | 117:20 137:14 143:5 |
| 90:8 90:23 105:14 | unusual [1] 10:15 | 120:18 | 69:16 70:24 71:22 | 197:10 201:10 |
| 110:22 115:13 116:15 | up [103] 2:17 4:25 | various [12] 12:12 | 75:1 83:8 83:9 | wholeheartedly [1] |
| 117:4 126:11 131:7 | 10:19 21:14 23:21 | 21:21 66:1 71:3 | 83:15 119:7 119:10 | 87:2 |
| 132:12 168:6 176:1 | 24:12 28:1 28:8 | 102:18 115:18 121:14 | 119:15 131:17 132:4 | why's [1] 66:19 |
| 176:2 207:5 | 28:21 29:17 31:9 | 128:20 130:13 137:25 | 132:5 135:11 136:16 | Wicker [5] 5:3 |
| types [1] 88:12 | 33:22 36:19 46:11 | 145:10 154:17 | 136:17 136:23 136:25 | 20:25 56:16 56:20 |
| 120:18 130:11 131:22 | 56:25 59:25 63:15 | vehicle [1] 5:12 | 146:21 150:22 151:17 | 150:21 151:19 194:11 |
| 149:14 150:6 152:18 | 63:16 65:18 79:8 | veracity [1] 54:24 | 151:20 160:6 191:2 | wide [2] 81:7 117:3 |
| 198:12 | 81:13 81:18 83:25 | verified [1] 54:24 | 193:25 196:17 196:24 | wider [1] 146:21 |
| typical [4] 78:24 | 84:21 87:5 90:20 | verify [1] 190:8 | 198:25 198:25 203:2 | wife [1] 178:16 |
| 116:4 118:19 131:21 | 92:14 92:17 92:24 | versions [1] 143:3 | 203:3 203:6 | Williams [19] 1:21 |
| typically [4] 46:17 | 93:8 93:9 96:6 | versus [1] 207:7 | walls [5] 39:9 | 9:4 14:2 14:4 |
| 46:22 47:5 56:7 | 96:18 97:6 97:9 | vested [2] 13:1 | 41:22 66:3 66:5 | 18:10 18:12 19:14 |
| 78:20 116:12 | 98:4 98:20 99:23 | 207:23 | 147:13 | 19:18 20:9 20:12 |
| unabated [1] 33:4 | 100:2 100:7 102:24 | vibration [1] 116:12 | Walton [7] 20:6 | 21:10 21:13 23:14 |
| unable [1] 66:23 | 103:7 103:11 103:15 | vicinity [1] 88:19 | 110:11 171:6 172:6 | 82:6 224:9 224:11 |
| unacceptable [1] | 103:18 108:15 108:19 | view [2] 117:14 118:6 | 173:15 174:24 207:23 | 224:16 225:1 225:2 |
| 52:21 | 112:22 113:8 114:3 | views [1] 172:8 | wants [9] 9:7 | Williges [1] 1:13 |
| unanimous [1] 224:23 | 115:19 118:4 121:15 | village [3] 89:2 | 10:20 15:12 85:17 | 7:11 7:17 7:21 |
| unattended [1] 104:1 | 121:8 133:15 134:19 | 156:5 160:22 | 103:23 134:5 182:9 | 8:1 9:22 14:2 |
| unavailable [1] 186:16 | 145:17 146:19 146:25 | violate [1] 173:5 | 188:8 204:10 | 11:4 14:22 135:1 |
| uncalled [1] 202:22 | 147:2 147:5 148:4 | violation [2] | Warner [9] 77:12 | 193:11 193:15 193:16 |
| uncommon [1] 168:7 | 148:15 149:5 150:13 | 164:6 172:19 | 77:12 77:18 77:22 | 193:22 194:3 194:8 |
| uncontrolled [1] | 152:2 156:10 157:6 | violation [2] 164:6 | 78:1 78:3 163:7 | 194:15 194:21 195:21 |
| 104:4 | 157:9 158:12 160:8 | 172:19 | 163:7 220:25 | 195:24 196:2 196:21 |
| undated [1] 157:21 | 160:9 168:11 177:16 | visit [1] 132:20 | Warren [5] 18:23 | 197:3 197:6 197:9 |
| under [19] 21:8 | 178:25 180:12 180:20 | visited [1] 132:16 | 18:23 186:25 187:2 | 197:14 197:21 217:22 |
| 29:7 46:9 103:5 | 182:16 183:18 184:18 | visual [2] 117:7 | 187:2 | 218:3 219:1 219:15 |
| 105:12 139:8 141:15 | 189:15 190:10 192:5 | 119:9 | wash [3] 179:10 179:11 | willing [6] 66:12 |
| 162:13 183:23 185:10 | 192:6 192:15 193:1 | voice [2] 16:13 | 179:12 | 126:15 136:2 136:14 |
| 186:10 187:16 187:17 | 194:22 199:8 199:19 | 17:10 17:21 176:17 | Washington [3] 2:18 | 174:15 199:3 |
| 191:22 195:22 195:17 | 202:24 204:2 204:19 | volatile [1] 169:3 | 94:8 97:22 | Wilson [30] 16:2 |
| 199:22 | 204:5 204:22 206:25 | | watch [1] 93:16 | 16:2 78:15 78:15 |
| | 207:13 209:9 210:19 | | water [5] 5:13 | |
| | | | 57:4 57:8 57:20 | |
| | | | 57:23 57:24 | |

| | | | | |
|---|---|---|---|---|
| 134:16 119:8 180:20 | **undergoing** [1] 117:17 | 210:25 223:10 | **voluntarily** [1] 191:1 | **ways** [3] 90:2 173:12 |
| 203:17 2:7:10 210:10 | **underlying** [1] 200:23 | **up-to-date** [2] 86:16 | **voluntary** [1] 162:25 | 191:25 |
| **tumors** [1] 168:24 | **understand** [28] 10:2 | 117:23 | **vote** [4] 224:7 224:9 | **weather** [1] 160:4 |
| **turbo** [3] 78:25 | 22:11 23:16 50:1 | **update** [1] 204:17 | 224:12 224:23 | **week** [2] 168:7 188:6 |
| **turn** [6] 22:7 | 50:7 68:6 68:7 | **upgraded** [1] 174:10 | **voting** [1] 211:2 | **weekday** [1] 216:2 |
| 22:15 28:16 64:13 | 89:4 90:6 90:10 | **urban** [1] 204:23 | **vulnerable** [1] 100:16 | **Weekewachee** [1] |
| 77:19 90:25 189:15 | 131:22 140:12 142:17 | **urge** [3] 171:12 174:5 | **wait** [9] 32:24 78:11 | 14:1 |
| 193:5 | 146:8 155:14 155:16 | 209:9 | 136:13 136:15 147:25 | **Weekly** [1] 61:25 |
| **turnaround** [2] 90:17 | 175:15 178:20 181:11 | **urgent** [1] 97:10 | 148:4 171:17 187:19 | **weeks** [3] 46:11 |
| 90:22 | 182:8 182:23 199:8 | **used** [12] 39:9 | 220:9 | 79:8 94:9 |
| **turned** [6] 28:21 | 201:8 213:23 216:12 | 53:24 55:14 78:19 | **waiting** [1] 222:24 | **weight** [1] 173:23 |
| 93:18 92:20 213:21 | 218:24 221:17 221:23 | 93:3 113:24 118:21 | **walk** [2] 89:8 93:18 | **welcome** [1] 179:24 |
| **Twenty** [1] 79:5 | **understandable** [2] | 131:23 149:1 176:21 | **wall** [97] 8:13 25:6 | **welfare** [2] 167:8 |
| **Twenty-five** [1] | 176:3 188:25 | 191:21 206:9 | 25:23 26:1 26:6 | 201:22 |
| 81:1 | **understands** [1] 221:23 | **users** [3] 5:11 5:12 | 27:1 27:2 27:5 | **west** [2] 40:20 200:20 |
| **twice** [1] 164:12 | **understood** [1] 130:14 | 138:21 | 28:9 29:23 30:2 | **wet** [1] 206:13 |
| 196:22 | **underway** [1] 68:7 | **uses** [19] 113:21 114:9 | 30:6 30:11 30:16 | **whatsoever** [1] 72:5 |
| **two** [30] 24:12 | 198:18 | 115:24 116:1 116:11 | 30:18 31:24 32:5 | 108:6 169:23 |
| 26:2 32:10 51:14 | **undone** [2] 180:21 | 116:13 116:25 117:21 | 32:7 32:8 32:9 | **wheezing** [1] 168:23 |
| 51:21 52:8 86:5 | 181:14 | 117:25 118:2 118:4 | 32:11 32:15 32:16 | 168:24 |
| 89:25 90:2 101:10 | **unduly** [1] 116:1 | 118:19 137:17 139:9 | 33:5 33:7 33:9 | **wherever** [1] 180:15 |
| 104:9 108:10 114:8 | **uneasy** [1] 48:11 | 139:9 146:21 196:19 | 36:6 39:6 39:7 | **Whippoorwill** [1] |
| 144:18 144:23 147:8 | **unfortunately** [1] | 207:24 207:25 | 39:12 39:14 39:15 | 134:14 |
| 156:18 157:2 157:15 | 209:1 | **using** [1] 102:14 | 39:15 40:4 40:14 | **white** [19] 5:22 |
| 158:25 161:4 165:17 | **unidentified** [1] | **usually** [1] 16:12 | 40:15 40:18 40:24 | 6:23 7:7 8:4 |
| 165:18 165:6 178:15 | 21:21 | **utmost** [1] 45:24 | 41:4 41:5 41:10 | 8:7 8:19 21:16 |
| 180:8 189:20 195:8 | **unique** [1] 175:17 | | 41:12 41:14 41:15 | 22:12 43:11 43:25 |
| 197:10 209:6 209:23 | **University** [1] 34:22 | **vacation** [2] 90:16 | 41:18 42:7 42:14 | 49:12 51:16 122:23 |
| 212:14 212:16 | **unless** [4] 45:10 | 171:6 | 51:17 52:19 52:24 | 123:10 123:14 129:19 |
| **two-story** [1] 24:19 | 63:21 137:5 180:10 | **vague** [1] 45:6 | 55:23 56:3 56:6 | 131:2 132:15 160:7 |
| **type** [25] 25:21 28:24 | 183:23 183:24 192:13 | **valid** [1] 55:13 | 56:7 60:8 61:14 | **Whitelaw** [1] 18:6 |
| 34:19 39:11 46:17 | 208:15 | **value** [2] 53:6 | 65:24 66:7 66:10 | 18:6 |
| 46:21 60:6 63:22 | **unlikely** [1] 157:6 | 175:21 | 66:13 68:5 68:5 | **whole** [6] 87:11 |
| 76:17 77:23 80:16 | **unsuitable** [1] 192:20 | **variables** [1] 149:20 | 68:16 68:17 69:4 | 117:20 137:14 143:5 |
| 90:8 90:23 105:14 | **unusual** [1] 10:15 | **variety** [2] 113:16 | 69:16 70:24 71:22 | 197:10 201:10 |
| 110:22 115:13 116:15 | **up** [103] 2:17 4:25 | 120:18 | 75:1 83:8 83:9 | **wholeheartedly** [1] |
| 117:4 126:11 131:7 | 10:19 21:14 23:21 | **various** [12] 12:12 | 83:15 119:7 119:10 | 87:2 |
| 132:12 168:6 176:1 | 24:12 28:1 28:8 | 21:21 66:17 71:3 | 119:15 131:17 132:4 | **why's** [1] 66:19 |
| 176:2 207:5 | 28:21 29:17 31:9 | 102:18 115:18 121:14 | 132:5 135:11 136:16 | **Wicker** [5] 5:3 |
| **types** [7] 88:12 | 33:22 36:19 46:11 | 128:20 130:13 137:25 | 136:17 136:23 136:25 | 20:25 56:16 56:20 |
| 120:18 131:11 131:22 | 56:25 59:25 63:15 | 145:10 154:17 | 151:20 160:6 191:2 | 150:21 151:19 194:11 |
| 149:14 150:6 152:18 | 63:16 65:18 79:8 | **vehicle** [1] 5:12 | 193:25 196:17 196:24 | **wide** [2] 81:7 117:3 |
| 198:12 | 81:13 81:18 83:25 | **veracity** [1] 54:24 | 198:25 198:25 203:2 | **wider** [1] 146:21 |
| **typical** [4] 78:24 | 84:21 87:5 90:20 | **verified** [1] 54:25 | 203:3 203:6 | **wife** [1] 178:16 |
| 116:4 119:19 131:21 | 92:14 92:17 92:24 | **verify** [1] 190:8 | **walls** [5] 39:9 | **Williams** [19] 1:21 |
| **typically** [4] 46:17 | 93:8 93:9 96:6 | **versions** [1] 143:3 | 41:22 66:3 66:5 | 9:4 14:2 14:4 |
| 46:22 47:5 56:7 | 96:18 97:6 97:9 | **versus** [1] 207:7 | 147:13 | 18:10 18:12 19:14 |
| 78:20 116:12 | 98:4 99:20 99:23 | **vested** [2] 13:1 | **Walton** [7] 20:6 | 19:18 20:9 20:12 |
| **unabated** [1] 33:4 | 100:2 100:7 102:24 | 207:23 | 110:11 171:6 172:6 | 21:10 21:13 23:14 |
| **unable** [1] 66:23 | 103:7 103:11 103:15 | **vibration** [1] 116:12 | 173:15 174:24 207:23 | 82:6 224:9 224:11 |
| **unacceptable** [1] | 103:18 108:15 108:19 | **vicinity** [1] 88:19 | **wants** [9] 9:7 | 224:16 225:1 225:2 |
| 52:21 | 112:22 113:8 114:3 | **view** [2] 117:14 118:6 | 10:20 15:12 85:17 | **Williges** [31] 1:13 |
| **unanimous** [1] 224:23 | 115:19 118:4 121:5 | **views** [1] 172:8 | 103:23 134:5 182:9 | 7:11 7:17 7:21 |
| **unattended** [1] 104:1 | 121:8 133:15 134:19 | **village** [3] 89:2 | 188:8 204:10 | 8:1 9:22 11:2 |
| **unavailable** [1] 186:16 | 145:17 146:19 146:25 | 156:5 160:22 | **Warner** [5] 77:12 | 11:4 134:22 135:1 |
| **uncalled** [1] 202:22 | 147:2 147:5 148:4 | **violate** [1] 173:5 | 77:12 77:18 77:22 | 193:11 193:15 193:16 |
| **uncommon** [1] 168:7 | 148:15 149:5 150:13 | **violation** [1] 164:6 | 78:1 78:3 163:7 | 193:22 194:3 194:8 |
| **uncontrolled** [1] | 152:2 156:10 157:6 | 172:19 | 163:7 220:25 | 194:15 194:21 195:21 |
| 104:4 | 157:9 158:12 160:8 | **visit** [1] 132:20 | **Warren** [5] 18:23 | 195:24 196:2 196:21 |
| **undated** [1] 157:21 | 160:9 168:11 177:16 | **visited** [1] 132:16 | 18:23 186:25 187:2 | 197:3 197:6 197:9 |
| **under** [60] 21:8 | 178:25 180:12 180:20 | **visual** [1] 117:7 | 187:2 | 197:14 197:21 217:22 |
| 29:7 45:9 103:5 | 182:16 183:18 184:18 | 119:9 | **wash** [3] 179:10 179:11 | 218:3 219:1 219:15 |
| 105:12 139:8 141:15 | 189:15 190:10 192:5 | **voice** [4] 16:13 | 179:12 | **willing** [6] 66:12 |
| 162:13 183:23 185:10 | 192:6 192:15 193:1 | 17:10 17:21 176:17 | **Washington** [3] 2:18 | 126:15 136:2 136:14 |
| 186:10 187:16 187:17 | 194:22 199:8 199:19 | **volatile** [1] 169:3 | 94:8 97:22 | 174:15 199:3 |
| 191:22 195:25 195:17 | 202:24 203:11 203:12 | | **watch** [1] 93:16 | **Wilson** [30] 16:2 |
| 199:22 | 204:2 204:24 204:19 | | **water** [5] 5:13 | 16:2 78:15 78:15 |
| | 205:7 205:12 206:25 | | 57:4 57:8 57:10 | |
| | 207:13 209:9 210:19 | | 57:23 57:24 | |

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 305 of 313

| | | |
|---|---|---|
| 79:2 | 79:8 | 79:14 |
| 79:18 | 79:23 | 80:8 |
| 104:9 | 104:9 | 104:16 |
| 105:1 | 105:19 | 105:23 |
| 106:1 | 106:3 | 106:9 |
| 106:16 | 106:4 | 107:9 |
| 147:22 | 148:22 | 148:7 |
| 148:17 | 153:15 | 167:15 |
| 170:16 | 170:21 | |
| **win-win** [4] | | 120:21 |
| **wire** [2] 107:10 | | 203:10 |
| **wireless** [1] | | 23:15 |
| **wisdom** [1] | | 197:24 |
| **wise** [2] 139:12 | | 176:8 |
| **wiser** [1] | | 100:22 |
| **wish** [1] 152:5 | | |
| **wishes** [3] | | 59:2 |
| 99:19 | 125:2 | |
| **within** [8] | | 38:18 |
| 40:6 | 74:12 | 88:19 |
| 100:5 | 102:8 | 118:1 |
| 139:3 | | |
| **without** [10] | | 4:25 |
| 48:17 | 72:8 | 75:21 |
| 82:10 | 116:13 | 165:6 |
| 190:15 | 220:4 | 222:17 |
| **witness** [23] | | 23:8 |
| 33:19 | 34:6 | 35:16 |
| 36:18 | 37:8 | 37:10 |
| 38:2 | 43:3 | 56:13 |
| 56:18 | 57:11 | 57:11 |
| 57:17 | 108:16 | 123:23 |
| 124:25 | 127:21 | 161:21 |
| 161:23 | 162:13 | 185:10 |
| 185:15 | | |
| **witnessed** [1] | | 168:2 |
| **witnesses** [7] | | 20:16 |
| 21:8 | 33:23 | 134:10 |
| 183:22 | 183:23 | 226:7 |
| **woken** [1] | | 168:11 |
| **women** [2] | | 159:6 |
| 159:6 | | |
| **wonder** [2] | | 51:21 |
| 89:22 | 174:24 | |
| **wondered** [1] | | 89:19 |
| **wonderful** [2] | | 17:22 |
| 59:7 | | |
| **wondering** [2] | | 150:23 |
| 195:13 | | |
| **Wood** [14] | | 20:4 |
| 20:4 | 51:14 | 51:14 |
| 85:7 | 85:7 | 85:17 |
| 85:23 | 86:5 | 86:14 |
| 87:6 | 128:6 | 128:12 |
| 128:15 | 128:22 | 129:8 |
| 129:13 | | |
| **wooded** [2] | | 114:14 |
| 205:8 | | |
| **Woods** [1] | | 205:25 |
| **word** [2] 120:22 | | 195:4 |
| **wording** [2] | | 104:21 |
| 141:15 | | |
| **words** [3] | | 161:4 |
| 223:18 | | |
| **worked** [6] | | 2:6 |
| 26:11 | 28:12 | 35:23 |
| 41:20 | 41:24 | |

| | | |
|---|---|---|
| **works** [5] | | 56:8 |
| 83:10 | 93:1 | 141:23 |
| 142:4 | | |
| **workshop** [3] | | 164:17 |
| 164:20 | 164:25 | |
| **world** [5] | | 69:12 |
| 88:12 | 94:22 | 200:25 |
| 201:24 | | |
| **worried** [2] | | 203:2 |
| 208:1 | | |
| **worry** [2] | | 203:25 |
| 207:25 | | |
| **worse** [4] | | 46:5 |
| 133:8 | 139:23 | 139:25 |
| **worsened** [1] | | 133:4 |
| **worst** [2] | | 133:19 |
| 133:21 | | |
| **worth** [4] | | 38:19 |
| 56:9 | 89:13 | 221:4 |
| **wrap** [3] 112:22 | | 189:15 |
| 218:20 | | |
| **wrapping** [1] | | 99:22 |
| **wraps** [1] | | 121:5 |
| **write** [2] 201:5 | | 201:6 |
| **writing** [2] | | 158:7 |
| 201:14 | | |
| **written** [4] | | 22:21 |
| 31:23 | 142:19 | 205:17 |
| **wrong** [5] | | 99:9 |
| 134:21 | 135:22 | 148:22 |
| 204:4 | | |
| **wrote** [2] | | 97:12 |
| 163:10 | | |
| **y'all** [6] 72:23 | | 73:25 |
| 146:7 | 149:1 | 152:22 |
| 203:5 | | |
| **Yacht** [3] | | 20:5 |
| 110:10 | 172:6 | |
| **yard** [3] 30:7 | | 30:8 |
| 210:6 | | |
| **year** [7] 26:2 | | 56:25 |
| 128:23 | 140:14 | 140:17 |
| 169:16 | 219:18 | |
| **yearly** [2] | | 99:4 |
| 99:5 | | |
| **years** [21] | | 26:2 |
| 34:17 | 56:25 | 69:13 |
| 88:16 | 115:17 | 118:11 |
| 137:1 | 139:10 | 139:20 |
| 147:8 | 147:9 | 154:25 |
| 165:9 | 167:17 | 176:21 |
| 186:6 | 209:20 | 212:14 |
| 212:16 | 214:1 | |
| **yellow** [1] | | 159:3 |
| **Yep** [2] 145:16 | | 145:16 |
| **yet** [14] 2:22 | | 7:3 |
| 8:10 | 48:13 | 50:10 |
| 97:10 | 106:11 | 106:18 |
| 127:12 | 190:3 | 197:4 |
| 197:5 | 197:15 | 204:25 |
| **young** [8] | | 16:5 |
| 16:5 | 133:14 | 150:17 |
| 150:18 | 150:18 | 152:22 |
| 206:12 | | |
| **yourself** [8] | | 15:3 |
| 15:19 | 21:7 | 44:10 |
| 92:25 | 125:4 | 133:18 |

| | | |
|---|---|---|
| 187:1 | | |
| **yourselves** [1] | | 20:17 |
| **zero** [3] 70:7 | | 70:9 |
| 108:11 | | |
| **zone** [2] 117:25 | | 204:20 |
| **zoned** [7] | | 117:25 |
| 118:9 | 94:22 | 186:5 |
| 186:18 | 204:22 | 225:10 |
| **zones** [1] | | 152:15 |
| **zoning** [4] | | 119:2 |
| 163:20 | 163:22 | 204:22 |

**DESTIN CITY COUNCIL / DESTIN JET**     

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 306 of 313

# CITY OF DESTIN, FLORIDA
# CONSTRUCTION PLANS

## PREPARED FOR

# DESTIN JET, LLC

LOCATION MAP

TROM MORENO POINT     TOWNSHIP 2 SOUTH     RANGE 21 WEST

PROJECT SITE

**PREPARED BY:**

CONNELLY & WICKER INC.
CONSULTING ENGINEERS
CERTIFICATE AUTHORIZATION NUMBER 5860
12605 EMERALD COAST PARKWAY WEST, SUITE #1
DESTIN, FLORIDA 32550-2807
(850) 837-4252   FAX (850) 837-7804

Project No.   0402-07

**LEGAL DESCRIPTION**

LEGAL DESCRIPTION DESTIN JET PROJECT BOUNDARY

**INDEX OF SHEETS**

1. COVER SHEET
2. SITE AND UTILITY PLAN
3. GRADING AND DRAINAGE PLAN
4. DETAILS AND GENERAL NOTES
5. & 6. SANITARY WATER STD. DETAILS
7. SANITARY SEWER STD. DETAILS
8. LANDSCAPE PLAN

NOTE: THESE PLANS ARE INCOMPLETE WITHOUT ACCOMPANYING
CONSTRUCTION SPECIFICATIONS

Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 307 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 308 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 309 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 310 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 311 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 312 of 313



Unique Code : CAA-BAA-BCAJB-BDFHJDGA-FBCEHD-C Page 313 of 313

