# Relator's Request for Judicial Notice in Support of Opposition Motion to Dismiss

# Exhibit "C"



# Okaloosa County Airports

State of Florida

May 3, 2019

Mr. Robert Smith
701 Anchors Street NW
Fort Walton Beach, FL 32548

Dear Mr. Smith,

I wanted to formally respond to your letter dated April 5, 2019 requesting to lease an existing FBO or develop a new FBO at Destin Executive Airport (DTS). There are a number of factors that would make this request not viable at this time, but I would be happy to host you to further discuss the below items.

For your first suggestion to lease one of the two existing FBOs, I do not see this as viable based on legal agreements with the existing FBO owner and lease space holder. Regarding your suggestion to develop a third FBO location on the airport, this option is not feasible based on available land left to develop on DTS and all aircraft aprons are under lease by both FBOs. Further, concerns of compatibility with the master plan based on several factors. Despite no available/conducive land to develop or re-develop, current activity and fuel flowage numbers would be difficult to support a third location on the field. Not only would a facility with access to an apron area not be feasible to add, the addition of more fuel farm facilities would also be a severe challenge.

Lastly, each FBO company on the field would need to meet Okaloosa Airports' minimum operating standards, including staff, to render line and fueling services seven days a week from 7:00 A.M. to 10:00 P.M., provide aircraft maintenance and repair services, provide aircraft charter and taxi service, and shall provide flight instruction among other services.

Thank you for your inquiry, and again, I would be happy to meet with you to discuss further the above items or any other concerns that you have. Please feel free to contact Ms. Lori Fox at (850) 651-7160 x 4 to coordinate a date and time if you wish.

Sincerely,

Tracy Stage, A.A.E.
Airports Director