UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* ROBERT V. SMITH,

   Qui Tam Plaintiff,

v.                              CASE NO. 3:20-cv-03678/MCR/EMT

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

   Defendants.
_____/

**NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL
ON BEHALF OF DEFENDANT OKALOOSA COUNTY,
<u>BOARD OF COUNTY COMMISSIONERS</u>**

PLEASE TAKE NOTICE that MATTHEW R. SHAUD, of the Law Firm of Nabors, Giblin & Nickerson, P.A., hereby files his Notice of Appearance as additional counsel on behalf of Defendant OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS, in connection with any and all proceedings in the above-styled cause, and that copies of all pleadings, motions, memoranda, orders, and other case-related documents should be furnished by ECF or other delivery, as appropriate, to the undersigned attorney.

Respectfully submitted,

/s/ *Matthew R. Shaud*
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No. 91919
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this <u>30th</u> day of November, 2022.

DAVID M. SOBOTKIN, ESQUIRE
JAMIE ANN YAVELBERG, ESQUIRE
SARA MCLEAN, ESQUIRE
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
david.m.sobotkin@usdoj.gov
**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

CHRISTOPHER A. KNIGHT
Assistant Attorney General
Department of Legal Affairs
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
Christopher.Knight@myfloridalegal.com
**COUNSEL FOR PLAINTIFF**
**STATE OF FLORIDA**

AMELIA HALLENBERG BEARD, ESQUIRE
Moorhead Law Group
6757 Us Highway 98, Suite 102
Santa Rosa Beach, Florida 32459
(850) 608-0112
(850) 477-0982 (Fax)
abeard@moorheadlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-8853
(850) 650-3305 (Fax)
ebillhimer@clarkpartington.com
bgilman@clarkpartington.com
cbmoore@clarkpartington.com
fkendall@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@clarkpartington.com
ttorrez@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
cyndi@anchorsgordon.com
dzamora@anchorsgordon.com
jschlechter@anchorsgordon.com
kim@anchorsgordon.com
mary@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, Colorado 80202
(303) 825-7000
(512) 791-9636
(720) 296-0076 (Fax)
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

        /s/ *Matthew R. Shaud*
        MATTHEW R. SHAUD