UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.                                        Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM; OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that ANNE IZZO, of the Law Firm Anchors Gordon, P.A., hereby files her Notice of Appearance as additional counsel on behalf of Defendant JAY A. ODOM in connection with any and all proceedings in the above-styled cause, and that copies of all pleadings, motion, memoranda, orders and other case-related documents should be furnished by ECF or other delivery, as appropriate, to the undersigned. I am admitted or otherwise authorized to practice in this court  My email designations are as follows:

    Primary:     aizzo@anchorsgordon.com

    Secondary:  cyndi@anchorsgordon.com

It is requested that the Court and counsel of record serve all pleadings and other papers on behalf of Defendant, JAY A. ODOM, through the undersigned counsel.

Dated this 2nd day of December, 2022.

                                                        */s/ Anne Izzo*
                                                        **Anne Izzo**

                Florida Bar No. 1016166
                AnchorsGordon, P.A.
                2113 Lewis Turner Blvd., Suite 100
                Fort Walton Beach, Florida 32547
                Phone: (850) 863-1974
                Fax: (850) 863-1591
                Email: <u>aizzo@anchorsgordon.com</u>
                    cyndi@anchorsgordon.com