UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.                                                                 Case No. 3:20cv3678/MCR/EMT

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,

    Defendants.
_____/

## DEFENDANT JAY A. ODOM'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Comes now, Defendant Jay A. Odom ("Odom"), by and through his attorneys of record, and pursuant to N.D. Fla Local Rule 7.1(I), moves this Honorable Court for leave to file a Reply Memorandum to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss ("Opposition"). ECF No. 68.

Given the unique nature of *qui tam* actions and the need to prevent litigants from filing opportunistic and parasitic lawsuits under the FCA, Defendant Odom respectfully requests that the Court grant leave to file a reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. *See Schindler Elevator Corp. v. United States ex rel. Kirk,* 563 U.S. 401, 413 (2011). Indeed, a Motion to Dismiss in a *qui tam* action based on public disclosures is similar to a Motion for Summary

Judgment, in which a reply is allowed under the local rules of this Court. *See* Local Rules 7.1(I) and 56.1(D). Specifically, in both types of motions, the Court is required to look outside of the pleadings and review additional evidence to make its ruling. *See U.S. ex rel. Gilbert v. Virginia College, LLC*, 305 F. Supp. 3d 1315 (N.D. Ala. 2018) (court analyzing additional evidence to determine if Relator's claims were previously publicly disclosed). Therefore, under the current circumstances, a reply brief is appropriate.

Plaintiffs' Opposition contains numerous misstatements of fact and case law, as well as mischaracterizations of the arguments raised in Odom's Motion to Dismiss. In such reply brief, Odom seeks to briefly address the misstated facts and law raised in Relator's Opposition, including but not limited to:

1. Relator erroneously claims that he did not name the State of Florida as a party to the original Complaint, contrary to his own specific allegations in Paragraphs 11, 13-14, 42, and 102-109 of the original Complaint.

2. Relator mischaracterizes the importance and evidence of the news media as publicly disclosed information and its broad application to bar FCA cases such as this one.

3. Relator's Opposition appears to improperly retract the Amended Complaint's allegations admitting that Relator previously disclosed his allegations to the press, prior to notice to the Government.

4. Relator neglects to address the prong of the public disclosure bar requiring a relator to possess independent knowledge that *materially adds* to the public disclosure.

5. Relator fails to demonstrate that he has alleged fraud with the requisite particularity, in that the Amended Complaint fails to allege specific people, places, dates, content, and/or how Defendant Odom allegedly misled the Government (who already had knowledge of the situation concerning FBOs at DTS) into accepting fraudulent claims.

6. Relator erroneously claims that Odom applied the former version of the False Claims Act instead of the current version.

WHEREFORE, Defendant Odom respectfully requests that the Court grant leave to file a reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss, and for such other relief as the Court may deem appropriate.

Dated: December 5, 2022.

Respectfully Submitted,
*Counsel for Jay A. Odom*

<u>A. Benjamin Gordon</u>
**A. Benjamin Gordon, III**
Florida Bar No. 528617
Anne N. Izzo

        Florida Bar No. 1016166
        AnchorsGordon, P.A.
        2113 Lewis Turner Blvd., Suite 100
        Fort Walton Beach, Florida 32547
        Phone: (850) 863-1974
        Fax: (850) 863-1591
        Email:    bgordon@anchorsgordon.com
                      aizzo@ahncorsgordon.com
                      cyndi@anchorsgordon.com

and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*
*Appearing Pro Hac Vice*

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), the instant Motion contains 496 words.

## LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Rule 7.1(B), N.D. Fla. Loc. R., as this Motion for Leave does not raise an issue but rather seeks leave from the Court, counsel for Defendant did not consult with Relator's counsel. Undersigned counsel, however, assumes that Relator's counsel would oppose such motion if consultation was required.

## CERTIFICATE OF SERVICE

I CERTIFY that a that a true and correct copy of the foregoing has been electronically filed on the CM/ECF system for the Northern District of Florida, which will send notification of such filing to the following attorneys of record: Michael Schofield, Clark Partington, 125 East Intendencia Street, Pensacola, Florida 32591-3010, and Elizabeth Billhimer, Clark Partington, 4100 Legendary Drive, Suite 200, Destin, Florida 32541, attorneys for Relator; and to Lynn Hoshihara, Nabors Giblin & Nickerson, P.A., 1500 Mahan Drive, Suite 200, Tallahassee, Florida 32308, attorneys for Okaloosa County, and to David M. Sobotkin, U.S. Department of Justice, Commercial Litigation Branch, 175 N. Street, NE, Washington, DC 20002, attorney for the United States of America, this 5th day of December, 2022.

*A. Benjamin Gordon*
**A. Benjamin Gordon, III**
Florida Bar No. 528617
Anne N. Izzo
Florida Bar No.
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: (850) 863-1974
Fax: (850) 863-1591
Email:     bgordon@anchorsgordon.com
           aizzo@anchorsgordon.com
           cyndi@anchorsgordon.com
and

*By: /s/ Nathaniel Hunt*
Peter J. Kirsch
Nathaniel Hunt
Sarah Wilbanks
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000
(303) 825-7005 Facsimile
pkirsch@kaplankirsch.com
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
*Co-counsel for Defendant Jay Odom*