UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* ROBERT V. SMITH,

    Plaintiff,

v.

JAY A. ODOM,
OKALOOSA COUNTY, BOARD OF
COUNTY COMMISSIONERS,

    Defendants.
_____/

CASE NO. 3:20-cv-3678-MCR-ZCB

**OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS'
NOTICE OF ADOPTING AND JOINING
DEFENDANT JAY A. ODOM'S RESPONSE IN OPPOSITION TO
<u>PLAINTIFFS' MOTION TO AMEND THE JUDGMENT</u>**

PLEASE TAKE NOTICE that Defendant, Okaloosa County Board of County Commissioners (the "County"), in response to Relator Robert V. Smith's ("Relator") Motion to Amend the Judgment, ECF No. 77, granting Defendants' Motion to Dismiss and dismissing the Amended Complaint with prejudice, ECF No. 76, hereby adopts and joins in the Response in Opposition to Plaintiffs' Motion to Amend the Judgment filed by Defendant Jay A. Odom ("Odom"), ECF No. 78.

On March 12, 2021, Relator filed a *qui tam* Amended Complaint alleging that Defendants Odom and the County violated the False Claims Act, 31 U.S.C. §§ 3729–

3730, and the Florida False Claims Act, Fla. Stat. § 68.081, *et seq.* The allegations in the Amended Complaint were made against both Odom and the County and were based on the same set of facts.

On June 22, 2023, the Court dismissed Relator's Amended Complaint with prejudice. ECF No. 76. Relator filed a Motion to Amend the Judgment on July 20, 2023, ECF No. 77, and Odom responded in opposition to Relator's motion on July 31, 2023, ECF No. 78. As the Court's dismissal applied to claims against both Odom and the County, arguments raised in Odom's Response in Opposition to Plaintiffs' Motion to Amend the Judgment apply equally to the County.

For the reasons stated in Odom's Response in Opposition to Plaintiffs' Motion to Amend the Judgment, ECF No. 78, the County requests that the Court deny Relator's Motion to Amend the Judgment.

Respectfully submitted,

/s/ *Matthew R. Shaud*
GREGORY T. STEWART
Florida Bar No. 203718
LYNN M. HOSHIHARA
Florida Bar No. 41194
KERRY A. PARSONS
Florida Bar No. 91919
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com
kparsons@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 31st day of July, 2023.

DAVID M. SOBOTKIN, ESQUIRE
JAMIE ANN YAVELBERG, ESQUIRE
SARA MCLEAN, ESQUIRE
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
david.m.sobotkin@usdoj.gov
**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

CHRISTOPHER A. KNIGHT
Assistant Attorney General
Department of Legal Affairs
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
Christopher.Knight@myfloridalegal.com
**COUNSEL FOR PLAINTIFF**
**STATE OF FLORIDA**

AMELIA HALLENBERG BEARD, ESQUIRE
Moorhead Law Group
6757 Us Highway 98, Suite 102
Santa Rosa Beach, Florida 32459
(850) 608-0112
(850) 477-0982 (Fax)
abeard@moorheadlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

ELIZABETH C. BILLHIMER, ESQUIRE
Clark Partington
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-8853
(850) 650-3305 (Fax)
ebillhimer@clarkpartington.com
bgilman@clarkpartington.com
cbmoore@clarkpartington.com
fkendall@clarkpartington.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

MICHAEL JAMES SCHOFIELD, ESQUIRE
Clark Partington
Post Office Box 13010
Pensacola, Florida 32591
(850) 434-9200
(850) 432-7340 Facsimile
mschofield@clarkpartington.com
ttorrez@cphlaw.com
**COUNSEL FOR PLAINTIFF**
**ROBERT V. SMITH**

A. BENJAMIN GORDON, III, ESQUIRE
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
(850) 863-1974
(850) 863-1591 Facsimile
bgordon@anchorsgordon.com
cyndi@anchorsgordon.com
dzamora@anchorsgordon.com
jschlechter@anchorsgordon.com
kim@anchorsgordon.com
mary@anchorsgordon.com
**COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

PETER J. KIRSCH, ESQUIRE
NATHANIEL H. HUNT, ESQUIRE
SARAH WILBANKS, ESQUIRE
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, Colorado 80202
(303) 825-7000
(512) 791-9636
(720) 296-0076 (Fax)
pkirsch@kaplankirsch.com
nhunt@kaplankirsch.com
swilbanks@kaplankirsch.com
**CO-COUNSEL FOR DEFENDANT**
**JAY A. ODOM**

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD