UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
and THE STATE OF FLORIDA,
*ex rel.* ROBERT V. SMITH,

   *Qui Tam* Plaintiff,

v.                               CASE NO.: 3:20-cv-03678/MCR/ZCB

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF COUNTY
COMMISSIONERS,

   Defendants.
_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that *Qui Tam* Plaintiff, United States of America and the State of Florida, *ex rel*. Robert V. Smith ("Relator"), in the above named case, hereby appeals to the United States Court of Appeal for the Eleventh Circuit from the Northern District of Florida's "Order" granting Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 76), filed on June 22, 2023, and "Order" denying Plaintiffs' Motion to Amend the Judgment (ECF No. 80), filed October 5, 2023.  A copy of said orders are attached as Composite Exhibit A.

Respectfully submitted this 2nd day of November 2023.

>/s/ Elizabeth C. Billhimer
>**ELIZABETH C. BILLHIMER**
>Florida Bar No. 0121986
>CLARK PARTINGTON
>4100 Legendary Drive, Ste. 200.
>Destin, Florida 32541
>(850) 650-3304 telephone
>(850) 650-3305 facsimile
>ebillhimer@clarkpartington.com
>fkendall@clarkpartington.com
>bgilman@clarkpartington.com
>*Attorney for Qui Tam Plaintiff,*
>*United States of America and*
>*the State of Florida,*
>*ex rel. Robert V. Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the Court's transmission of the Notice of Electronic Filing to the following, this 2nd day of November 2023:

A. BENJAMIN GORDON, III
Anchors Gordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
bgordon@anchorsgordon.com
aizzo@anchorsgordon.com
cyndi@anchorsgordon.com
mary@anchorsgordon.com

SARAH WILBANKS
NATHANIEL H. HUNT
PETER J. KIRSCH
Kaplan Kirsch & Rockwell LLP
1675 Broadway, Suite 2300
Denver, CO 80202
swilbanks@kaplankirsch.com
nhunt@kaplankirsch.com
pkirsch@kaplankirsch.com
**COUNSEL FOR DEFENDANT
JAY A. ODOM**

GREGORY T. STEWART
LYNN M. HOSHIHARA
KERRY A. PARSONS
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 Facsimile
gstewart@ngnlaw.com
lhoshihara@ngnlaw.com

kparsons@ngnlaw.com
legal-admin@ngnlaw.com
**COUNSEL FOR DEFENDANT**
**OKALOOSA COUNTY, BOARD OF COUNTY COMMISSIONERS**

DAVID M. SOBOTKIN
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 353-1291
David.m.sobotkin@usdoj.gov
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**And by regular U.S. mail to the State of Florida**
CHRISTOPHER A. KNIGHT
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050
Christopher.knight@myfloridalegal.com

And

JIMMY PATRONIS, Chief Financial Officer
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL  32399


*/s/ Elizabeth C. Billhimer*
**ELIZABETH C. BILLHIMER**