# Monica Broussard

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, December 8, 2023 2:20 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-13670-J Robert Smith v. Jay Odom, et al "Clerk Order Filed Granted by Supervisor/Clerk Adopt Motion or Response" (3:20-cv-03678-MCR-ZCB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 12/08/2023

**Case Name:** Robert Smith v. Jay Odom, et al
**Case Number:** 23-13670

**Docket Text:**
ORDER: Motion to adopt motions or responses filed by Appellee Jay Odom is GRANTED by clerk [17]. is GRANTED.

**Notice will be electronically mailed to:**

Florida Attorney General Service
Elizabeth Billhimer
Clerk - Northern District of Florida, Clerk of Court
Alfred Benjamin Gordon
Lynn M. Hoshihara
Nathaniel H. Hunt
Peter J. Kirsch
Ms. Kerry A. Parsons
Barry Richard
Michael J. Schofield
Carly J. Schrader
Matthew Shaud
Gregory Thomas Stewart
U.S. Attorney Service - Northern District of Florida
Sarah Wilbanks

**Notice sent via US Mail to:**

1

Amelia Hallenberg Beard
Moorhead Law Group - Santa Rose Beach, FL
6757 US HWY 98 STE 102
SANTA ROSA BEACH, FL 32459

Anne Izzo
Keefe Anchors & Gordon, PA
2113 LEWIS TURNER BLVD STE 100
FORT WALTON BCH, FL 32547-6711