UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
   *ex rel*, Robert V. Smith

   Qui Tam Plaintiff,

v.                                 Civil Action No. 3:20cv3678-MCR-ZCB

JAY A. ODOM; OKALOOSA
COUNTY, BOARD OF
COUNTY COMMISSIONERS;

   Defendants.

_____

### MICHAEL J. SCHOFIELD AND CLARK PARTINGTON'S MOTION TO WITHDRAW AS COUNSEL

Michael J. Schofield and Clark Partington, pursuant to Local Rule 11.1(H)(1)(b), hereby move this Court to withdraw as counsel for Plaintiff, ROBERT V. SMITH, and state:

1. Undersigned counsel, Michael J. Schofield, and the Clark Partington Law Firm, have been excused from the representation of Plaintiff, ROBERT V. SMITH (hereafter "Smith"), in this action.

2. Smith has been and will continue to be represented by the following counsel:

    a. Amelia Hallenberg Beard, formerly with the Clark Partington Law

1

Firm, currently with the Moorhead Law Group, is an attorney of record on Smith's behalf and intends to continue in the case.

      b.    Elizabeth Clements Billhimer resigned from the Clark Partington Law Firm effective March 31, 2024.

      c.    On April 17, 2024, Smith elected in writing to have his files transferred to and remain with Elizabeth Clements Billhimer at her new law firm. Ms. Billhimer is an attorney of record and she intends to continue in the case.

      d.    Undersigned was the third attorney on the matter for Smith and is no longer needed for the prosecution of this case.

3.    As stated above, Smith has consented to the relief sought in this motion as shown by his Directive of Continuing Representation.

4.    Counsel for Defendant Jay A. Odom, Ben Gordon of Anchors Gordon, and Nathaniel H. Hunt of Kaplan Kirsch, have consented to the relief sought in this motion.

5.    Counsel for Defendant Okaloosa County Board of County Commissioners, Gregory Stewart of Nabors Giblin & Nickerson, did not respond to repeated requests for consent to the relief sought in this motion.

6.    The withdrawal will not cause the continuance of any trial, hearing or other court proceeding.

WHEREFORE, Michael J. Schofield and Clark Partington respectfully

request this Court enter an order allowing their withdrawal as counsel for Plaintiff, ROBERT V. SMITH, in this action and granting such other relief as the Court deems appropriate.

Respectfully submitted,

*/s/   Michael J. Schofield*
**MICHAEL J. SCHOFIELD**
Florida Bar Number: 373656
CLARK PARTINGTON
125 E. Intendencia St.
Pensacola, Florida 32502
(850) 434-9200; (850) 432-7340 facsimile
P/E: mschofield@clarkpartington.com
S/E: ahallecy@clarkpartington.com
S/E: ttorrez@clarkpartington.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the Court's CM/ECF system and served electronically to all counsel of record listed below, this 4th day of June, 2024.

DAVID M. SOBOTKIN
**David.m.sobotkin@usdoj.gov**
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

AMELIA H. BEARD
abeard@moorheadlaw.com
**ATTORNEY FOR PLAINTIFF**
**ROBERT V. SMITH**

ELIZABETH CLEMENTS BILLHIMER
ebillhimer@destinlaw.com
**ATTORNEY FOR PLAINTIFF**
**ROBERT V. SMITH**

CHRISTOPHER A. KNIGHT
Christopher.knight@myfloridalegal.com
**ATTORNEY FOR PLAINTIFF**
**STATE OF FLORIDA**

A. BENJAMIN GORDON, III
bgordon@anchorsgordon.com
ANNE NICOLE IZZO
aizzo@anchorsgordon.com
**ATTORNEY FOR DEFENDANT**
**JAY A. ODOM**

NATHANIEL HEMMERICK HUNT
nhunt@kaplankirsch.com
PETER J. KIRSCH
pkirsch@kaplankirsch.com
SARAH WILBANKS
swilbanks@kaplankirsch.com
**ATTORNEY FOR DEFENDANT**
**JAY A. ODOM**


GREGORY T. STEWART
gstewart@ngn-tally.com
KERRY ANNE PARSONS
kparsons@ngnlaw.com
LYNN MIYAMOTO HOSHIHARA
lhoshihara@ngnlaw.com
MATTHEW R. SHAUD
mshaud@ngnlaw.com
**ATTORNEY FOR DEFENDANT**
**OKALOOSA COUNTY BOARD**
**OF COUNTY COMMISSIONERS**


        /s/ *Michael J. Schofield*
        **MICHAEL J. SCHOFIELD**